B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BankUnited Financial Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**65-0377773** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**255 Alhambra Circle<br>Coral Gables, Florida**<br>ZIP CODE **33134** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Shutts & Bowen LLP<br>201 South Biscayne Blvd., Miami, Florida  33131<br>Attn:  Larry I. Glick, Esq.**<br>ZIP CODE **60606** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B 1 (Official Form 1) (1/08) **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** BankUnited Financial Corporation |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See attached Rider 1** | Case Number: | Date Filed: |
| District: **Southern District of Florida** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** BankUnited Financial Corporation |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (if not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X /s/ Peter H. Levitt _____<br>   Signature of Attorney for Debtor(s)<br><br>Printed Name of Attorney for Debtor(s)<br>   Peter Levitt<br>Firm Name<br>   Shutts & Bowen LLP<br>Address 1500 Miami Center<br>   201 South Biscayne Boulevard<br>   Miami, Florida 33131<br>   (305) 358-6300<br>Telephone Number<br>   05/21/09<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br>_____<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Bradley S. Weiss _____<br>   Signature of Authorized Individual<br>   Bradley S. Weiss<br>Printed Name of Authorized Individual<br>   Chief Restructuring Officer<br>Title of Authorized Individual<br>   05/21/09<br>Date |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

In re    <u>BankUnited Financial Corporation</u>       ,      )       Case No. <u>09-</u> _____

                Debtor           )

                               )

                               )      Chapter 11

### EXHIBIT "A" TO VOLUNTARY PETITION

1.     If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>1-13921</u> _____.

2.     The following financial data is the latest available information and refers to the debtor's condition on <u>March 31, 2009</u> _____.

a.     Total assets                                $   37,729,520.84

b.     Total debts (including debts listed in 2.c., below)      $   559,740,185.21

c.     Debt securities held by more than 500 holders:

                                                                 Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☒   $   237,261,000 (trust preferred securities)      [unknown]

secured ☐   unsecured ☒   subordinated ☐   $   120,000,000 (convertible senior notes)      [unknown]

secured ☐   unsecured ☐   subordinated ☒   $   12,500,000 (junior subordinated debentures)      [unknown]

secured ☐   unsecured ☒   subordinated ☐   $   184,000,000 (convertible senior HiMEDS)      [unknown]

secured ☐   unsecured ☐   subordinated ☐   $   _____      _____

d.     Number of shares of preferred stock      Noncumulative Convertible Preferred Stock, Series B: 1,226,853      Noncumulative Convertible Preferred Stock, Series B: 18

e.     Number of shares of common stock      Class A: 37,507,988   Class B: 719,947      Class A: 783   Class B: 13

Comments, if any:

3.      Brief description of debtor's business:

Prior to the date hereof, the Debtor was a unitary savings and loan holding company within the meaning of the Home Owners' Loan Act.

4.      List the names of any person who directly or indirectly owns, controls, or holds with power to vote, 5% or more of the voting securities of debtor:

Persons known to management as of April 6, 2009, to be the beneficial owner of, as such term is defined in Rule 13d-3 under the Securities Exchange Act of 1934, as amended, of more than 5% of the outstanding shares of any class of the Company's voting securities:

BankUnited Financial Corp. Treasury Book Entry Only
Cede & Co. (Fast Account)
BankUnited Financial Corporation Irrevocable Trust FBO Alfred R. Camner
Alfred R. Camner

# RIDER I

**Pending Bankruptcy Cases Filed by the Debtor and Its Affiliates
Each Concurrently Filed in the United States Bankruptcy Court
for the Southern District of Florida**

On the date of this petition, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.

1.    CRE America Corporation[1]

2.    BankUnited Financial Services, Incorporated

---

[1]    BankUnited Financial Corporation was the first of these affiliates to commence its chapter 11 case.

## CERTIFICATE OF AUTHORIZED OFFICER
## OF BANKUNITED FINANCIAL CORPORATION

Dated:  May 21, 2009

I, Bert Lopez , authorized officer of BankUnited Financial Corporation, a Florida corporation (the "Company"), do hereby certify the following at and as of the date hereof:

(i)      I am the duly appointed, qualified and acting authorized officer of the Company;

(ii)     attached as <u>Annex A</u> hereto is a true, accurate and complete copy of the resolutions (the "Resolutions") adopted by a vote of the Company's Board of Directors at a meeting of the Board of Directors duly held on May 21, 2009;

(iii)    such Resolutions were adopted by the Board of Directors in accordance with the terms of the Company's organizational documents; and

(iv)    such Resolutions have not been amended, modified or rescinded since adopted, and are in full force and effect as of the date hereof.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

Name:  Bert Lopez
Title:  Authorized Officer

**ANNEX A**

**BankUnited Financial Corporation**

**Resolutions Approving Bankruptcy Filings and Related Matters**

May 21, 2009

WHEREAS, in the judgment of the Board of Directors of BankUnited Financial Corporation (the "Company"), it is desirable and in the best interests of the Company and of the following subsidiaries of the Company, CRE America Corporation and BankUnited Financial Services, Incorporated (each of the subsidiaries together with the Company, the "BankUnited Entities"), to file voluntary petitions (the "Petitions") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and the Board of Directors wishes to approve such action;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the BankUnited Entities that the BankUnited Entities shall be, and the BankUnited Entities hereby are, authorized to file the Petitions in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"); and

FURTHER RESOLVED, that Bradley S. Weiss be, and hereby is, appointed as Chief Restructuring Officer of the BankUnited Entities, effective as of the date hereof, with the rights, responsibilities and powers set forth below, until such time as a successor is appointed; and

FURTHER RESOLVED, that Bradley S. Weiss shall receive a monthly salary of $35,000 per month for a period of three (3) months, and thereafter shall receive a monthly salary of $15,000 per month, in his capacity as Chief Restructuring Officer; and

FURTHER RESOLVED, that the law firm of Shutts & Bowen LLP shall be, and hereby is, authorized to file the Petitions under general retainer; and

FURTHER RESOLVED, that the BankUnited Entities may pay to the law firms of Paul, Hastings, Janofsky & Walker LLP and Shutts & Bowen LLP retainers for their services in connection with the chapter 11 cases in amounts to be agreed upon with said law firms; and

FURTHER RESOLVED, that Mr. Weiss is hereby authorized, directed and empowered, in the name of and on behalf of the BankUnited Entities, to execute, verify and cause to be filed the Petitions, including the schedules of assets and liabilities, the statement of financial affairs and other ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petitions; and

FURTHER RESOLVED, that Mr. Weiss is hereby authorized, directed and empowered, in the name of and on behalf of the BankUnited Entities, to execute, verify and cause to be filed requests for first-day relief from the Bankruptcy Court that Mr. Weiss may deem necessary, proper, or desirable in connection with the Petitions, with a view to the successful prosecution thereunder; and

FURTHER RESOLVED, that Mr. Weiss is hereby authorized, directed and empowered, in the name of and on behalf of the BankUnited Entities, (i) to take or cause to be taken any and all actions, to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (ii) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (iii) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by Mr. Weiss to be conclusive evidence of such approval; and

FURTHER RESOLVED, that Mr. Weiss is hereby authorized, directed and empowered to cause the BankUnited Entities and such of their affiliates as Mr. Weiss deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of Mr. Weiss shall be necessary, proper, and desirable to prosecute to a successful completion of the BankUnited Entities' chapter 11 cases, other obligations, organizational form and structure, and ownership of the BankUnited Entities consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, his authority thereunto to be evidenced by the taking of such actions; and

FURTHER RESOLVED, that, in the event that an involuntary bankruptcy proceeding is commenced against any or all of the BankUnited Entities, Mr. Weiss is hereby authorized to take such action as may be necessary and appropriate to convert such involuntary bankruptcy proceedings into voluntary chapter 11 bankruptcy proceedings; and

FURTHER RESOLVED, that, without in any way limiting the foregoing authorizations, Mr. Weiss is hereby authorized to agree to the consolidation of the chapter 11 cases of the BankUnited Entities for administrative purposes upon recommendation of legal counsel; and

FURTHER RESOLVED, that notwithstanding anything contrary in the foregoing resolutions, in the event that any action to be taken by Mr. Weiss in furtherance of the foregoing resolutions is determined by the BankUnited Entities' counsel to be reasonably likely to adversely affect the interests of the BankUnited Entities in favor of the interests of any of the Affiliates (as such term is defined in section 101(2) of the Bankruptcy Code) of the BankUnited Entities, Mr. Weiss shall have no authority to take such action unless approved by the independent members of the Board of Directors; and

FURTHER RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the BankUnited Entities by Mr. Weiss prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved; and

FURTHER RESOLVED, that Bert Lopez be, and he hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and deliver such certifications as he may deem necessary or appropriate to certify to any person or entity (governmental or otherwise) as to the foregoing resolutions, including with respect to their adoption by the Board, or otherwise implement the foregoing resolutions, the authority for the execution and delivery of such certifications to be conclusively evidenced by these resolutions.