UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BankUnited Financial Corporation,
a Florida corporation

Debtor.
_____/

Chapter 11

Case No. 09-_____ (____)

(Jointly Administered)

## LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors")[1] each filed a voluntary petition in this Court on May 21, 2009 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtors' twenty largest unsecured creditors on a consolidated basis (the "Top 20 List"), based on the Debtors' books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

---

[1] The Debtors are the following 3 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773), CRE America Corporation, a Florida corporation (0049) and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is 255 Alhambra Circle, Coral Gables, Florida 33134.

## 20 Largest Unsecured Creditors

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| U.S. Bank National Association | U.S. Bank<br>Attn: Russell Rokes<br>P.O. Box 960778<br>Boston, MA 02196<br>Tel: 617-603-6599<br><br>U.S. Bank<br>1555 N River Center Drive<br>Suite 300<br>Milwaukee, WI 53212<br><br>U.S. Bank<br>Attn: Earl Dennison, Account Administrator<br>Goodwin Square<br>255 Asylum Street, 23rd Floor<br>Hartford, CT 06103<br>Tel: 617-603-6567 | Trust Preferred Securities III | III | $25,774,000 |
| | U.S. Bank<br>Attn: Yemishi Otuyelu<br>P.O. Box 960778<br>Boston, MA 02196<br>Tel: 617-603-6404 | Trust Preferred Securities IV & VI | IV<br>VI | $20,619,000<br>$18,186,000 |
| | U.S. Bank<br>Attn: Russell Rokes<br>P.O. Box 960778<br>Boston, MA 02196<br>Tel: 617-603-6599 | Trust Preferred Securities V | V | $15,464,000 |

| (1) NAME OF CREDITOR | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Wilmington Trust Co. | Wilmington Trust Co. Corporate Capital Markets Attn: Lori L. Donahue 1100 N. Market Street Wilmington, DE 19890 Tel: 302-636-6043 | Trust Preferred Securities VII | VII | $15,464,000 |
| | Wilmington Trust Co. Corporate Capital Markets Attn: Christopher J. Slaybaugh 1100 N. Market Street Wilmington, DE 19890 Tel: 302-636-6395 Fax: 302-636-4145 | Trust Preferred Securities VIII, IX, XI, XII  Senior Subordinated Debentures | VIII IX XI XII | $15,464,000 $15,464,000 $51,547,000 $7,732,000  $12,500,000.00 |
| Wells Fargo Delaware Trust Company | Wells Fargo Delaware Trust Company Attn: Molly a. Breffitt 919 North Market Street Suite 1600 Wilmington, DE 19801 Tel: 302-575-2010  US Bank Attn: Russell Rokes P.O. Box 960778 Boston, MA 02196 Tel: 617-603-6599 | Trust Preferred Securities X | X | $51,547,000 |
| The Bank of New York | The Bank of New York Mellon Attn: Rafael Miranda, VP 101 Barclay St. – 8W New York, NY 10286 Tel: 212-815-5845 Fax: 732-667-9317 | Convertible Senior HiMEDS | | $184,000,000.00 |

| (1)<br>NAME OF CREDITOR | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>C U D S | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| U.S. Bank – Corporate Trust Services | U.S. Bank – Corporate Trust Services<br>Attn: Brian Renelt<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Tel: 651-495-3800 | Convertible Senior Notes | | $120,000,000.00 |
| Waterford Township General Employees Retirement System | Waterford Township General Employees Retirement System<br>c/o Coughlin Stoia Geller Rudman & Robbins LLP<br>Attn: Jack Reise<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432<br>Tel: 561-750-3000 | Litigation | | Unliquidated |
| Stearns Weaver | Stearns Weaver<br>Museum Tower<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130 | Legal | | Unknown |
| Tew Cardenas | Tew Cardenas<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131-3407 | Legal | | Unknown |
| Coffey Burlington | Coffey Burlington<br>Office in the Grove<br>Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33133 | Legal | | Unknown |
| Robert Morris | Robert Morris | Vendor | | Unknown |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BankUnited Financial Corporation,
a Florida corporation

Debtor.
_____/

Chapter 11

Case No. 09-_____ (____)

(Jointly Administered)

# DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

I, Bradley S. Weiss, as Chief Restructuring Officer of the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Creditors Holding the Twenty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 21, 2009

_____
Name: Bradley S. Weiss
Title:   Chief Restructuring Officer