**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

| | |
|---|---|
| BANK UNITED FINANCIAL CORPORATION | Case No.: 09-19940 BKC-LMI |
| BANK UNITED FINANCIAL SERVICES, INC. | through |
| CRE AMERICA CORPORATION | 09-19942 BKC-LMI |
| | (Jointly Administered) |
| _____ Debtors.    / | |

### APPOINTMENT AND NOTICE OF APPOINTMENT OF
### COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail and facsimile upon the members of the committee as appointed on Exhibit "A" and upon, Mark Bloom, Esq., counsel for debtor, Greenberg Traurig, PA, 1221 Brickell Avenue, Miami, FL 33131 and to all parties on the attached service list on this the 29th day of May, 2009.

Donald F. Walton
United States Trustee
Region 21


 */s/ Johanna P. Armengol*
Johanna P. Armengol
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
Tele:  (305) 536-7285
Fax:  (305) 536-7360
johanna.armengol@usdoj.gov

**EXHIBIT "A"**

\*Bridget Schessler, Vice President
The Bank of New York Mellon (formely The Bank of New York)
525 William Penn Place
7th Floor
Pittsburgh, PA 15259
Tele: 412-234-7967
Fax:  412-236-9271		EMAIL - bridget.schessler@bnymellon.com


Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-1615
Tele:  302-636-6058
Fax:   302-636-4149		EMAIL -scimalore@wilmingtontrust.com


Moses Marx
c/o Ross Martin, Esq.
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624
Tele: 617-951-7000
Fax:  617-951-7050		EMAIL - Ross.Martin@ropesgray.com



\* Indicates the temporary chairperson of the committee.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2009, a true and correct copy of the **Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims,** was served to the following, electronically through CM/ECF, on parties having appeared electronically in the instant matter:

*Mark D Bloom on behalf of Debtor BankUnited Financial Corporation
bloomm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
*Stephen P Drobny on behalf of Debtor BankUnited Financial Corporation
sdrobny@shutts.com, mvandenbosch@shutts.com

and that a copy hereof shall be served by U.S. Mail, postage prepaid, on parties not appearing electronically:

Timothy Sandell
U.S. Bank National Association
60 Livingston Avenue
St. Paul, MN 55107
Tele: 651-495-3959
Fax:  651-495-8100                              EMAIL - Timothy.Sandell@usbank.com

Christopher J. Slaybaugh
Wilmington Trust Co.
Corporate Capital Markets
1100 N. Market Street
Wilmington, DE 19890

Gary Bush
The Bank of New York Mellon
101 Barclay Street - 8 West
New York, NY 10286

Rick Prokosch
U.S. Bank - Corporate Trust Services
mail code EP-MN-WS3C
60 Livingston Avenue
St. Paul, MN 55107

Jack Reise
Waterford Township General Employees Retirment System
c/o Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

Sterns Weaver
Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL 33130

Tew Cardenas
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131

Coffey Burlington
Offices in the Grove
Penthouse
2699 South Bayshore Drive
Miami, FL 33133

Thomas M. Korsman, Vice President
Corporate Special Accounts Group
Wells Fargo Bank, NA
MAC N9311-110
625 Marquette Avenue
Minneapolis, MN 55479

Robert Butzier
U.S. Bank
P.O. Box 960778
Boston, MA 02196

Alfred R. Camner
c/o Northern Trust
Attn: Kent Benedict
700 Brickell Avenue
Miami, FL 33131-2810

BankUnited Financial Corp.
7815 NW 148 Street
Miami Lakes, FL 33016-1554

Cede & Co
PO Box 20
Bowling Green Station
New York, NY 10004-1408

Tew Cardenas
Four Seasons Tower - 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407

Internal Revenue Service
Special Procedures - Insolvency
PO Box 17167, Stop 5760
Fort Lauderdale, FL 33313

Waterford Township General Employees Ret
c/o Coughlin Stoia Geller Rudman & Robbi
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

Wells Fargo Delaware Trust Company
Attn: Molly A. Breffitt
919 North Market Street
Suite 1600
Wilmington, DE 19801

By: __/s/ *Johanna P. Armengol*
Johanna P. Armengol