UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| BankUnited Financial Corporation, *et al.*,[1] | ) | Case No. 09-19940-LMI |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Rule 2081-1(B) of the Local Rules of the Southern District of Florida (the "Local Rules"), the above-captioned debtors and debtors in possession (the "Debtors") hereby file this consolidated case management summary and supporting materials, attached hereto as Exhibits A, B, C, and D,[2] and state as follows:

1. **Date of Order for Relief under Chapter 11 (filing date of petitions):**

   On May 22, 2009 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Miami Division.

2. **Names, case numbers and dates of filing of the Debtors:**

   *See* Exhibit A.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773) ("BUFC"), CRE America Corporation, a Florida corporation (0049) ("CRE") and BankUnited Financial Services, Incorporated, a Florida corporation (8335) ("BUFS"). The address of each of the Debtors is 255 Alhambra Circle, Coral Gables, Florida 33134.

[2] The data set forth in the attached exhibits represent approximations for background information only and the information may represent the Debtors' reasonable estimate in response to some of the ensuing questions.

3. **Description of the Debtors' business:**

   BankUnited Financial Corporation ("BUFC") is a former unitary savings and loan holding company of BankUnited, FSB (the "Bank" and together with BUFC, the "BU Entities") that is incorporated in the State of Florida and headquartered in Coral Gables, Florida. BUFC is the 100% owner of (i) CRE America Corporation ("CRE"), holds a time share interest in certain real property; and (ii) BankUnited Financial Services, Incorporated ("BUFS"), organized in 1997 for the purpose of selling annuities, mutual funds and other insurance and securities products.

4. **Locations of Debtors' operations and whether the business premises are leased or owned:**

   The Debtors' principal place of business is 255 Alhambra Circle, Coral Gables, Florida 33134. The Debtors lease the business premises.

5. **Reasons for filing Chapter 11:**

   Several factors have led to the filing of these Chapter 11 cases. Prior to the Bank Receivership (as defined below), the BU Entities suffered massive losses due to, among other things, the financial and credit crisis, downturn in the mortgage market, and global recession. Indeed, for the first quarter ended December 31, 2007, second quarter ended March 31, 2008, and third quarter ended June 30, 2008, BUFC reported losses of $25.5 million, $65.8 million, and $117.7 million, respectively. For the fourth quarter ended September 30, 2008, first quarter ended December 31, 2008 and second quarter ended March 31, 2009, BUFC reported preliminary losses of $327 million, $477.5 million and $443.1 million, respectively.[3] In addition, as of March 31, 2009, the Bank had $1.98 billion in nonperforming loans, representing 19.4% of its total loan book and $154.2 million in repossessed property.

   Following several unsuccessful attempts by the BU Entities to raise the Bank's capital levels in accordance with several Office of Thrift Supervision ("OTS") mandates, on May 21, 2009, the OTS closed the Bank and appointed the FDIC as receiver for the Bank (the "Bank Receivership"). Subsequent to the closure, investors led by Mr. John Kanas invested $900 million in a new depository institution ("New

---

[3] Due to internal accounting issues, BUFC has not filed its regular financial reports, including those for the fiscal year ended September 30, 2008 or for the quarters ended December 31, 2008 and March 31, 2009. Thus, BUFC's losses for these quarters are based on preliminary estimates and not actual losses.

BU") which acquired all of the deposit accounts and all of the loans of the Bank from the FDIC, as receiver.

Subsequent to the Bank Receivership, the Debtors commenced these Chapter 11 cases to administer their assets promptly and efficiently to maximize the value of their estates for the benefit of their creditors.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

   *See* Exhibit B.

7. **Debtors' fiscal or calendar year to date gross income and the Debtors' gross income for the calendar or fiscal year prior to the filing of the petitions:**

   *See* Exhibit A.

8. **Amounts owed to various creditors:**

   BUFC's primary obligations are principal and interest payments on its convertible senior notes, trust debentures, floating rate junior subordinated debentures and HiMEDS equity units. As of March 31, 2009, BUFC's interest-bearing liabilities totaled approximately $553.7 million, with approximately $120 million attributable to convertible senior notes (the "Senior Notes"), $237.2 million attributable to floating rate junior subordinated deferrable interest debentures in connection with the Trusts (the "Trust Debentures"), $12.5 million attributable to floating rate junior subordinated debentures (the "Subordinated Debentures") and $184.0 million attributable to HiMEDS equity units (the "HiMEDS"). These debt obligations are all unsecured obligations of BUFC.

9. **General description and approximate value of the Debtors' assets:**

   As of March 31, 2009, the Debtors' books and records reflected total liquid assets of approximately $21.2 million, and total assets of approximately $73.6 million.

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:**

    *See* Exhibit C.

3

11. **Number of employees and amounts of wages owed as of petition date:**

   *See* Exhibit A.

12. **Status of Debtors' payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of Chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):**

   The payroll and sales tax obligations of each of the Debtors are current.  For detailed information, the Debtors respectfully refer the Court and parties in interest to the information to be filed by the Debtors pursuant to Rule 2081-1(A) of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida.

13. **Anticipated emergency relief to be requested within 14 days from the petition date:**

   The Debtors, their undersigned proposed counsel, and their newly-appointed Chief Restructuring Officer are in the process of evaluating what emergency relief may be necessary, and will advise the Court at the June 8, 2009 status conference what emergency relief may be anticipated to be requested.

Dated: June 2, 2009.

                                    Respectfully submitted,

                                    GREENBERG TRAURIG, P.A.
                                    Proposed Counsel[4] for the Debtors
                                    1221 Brickell Avenue
                                    Miami, Florida 33131
                                    Telephone: (305) 579-0500
                                    Facsimile: (305) 579-0717

                                    By: /s/ Scott M. Grossman
                                        MARK D. BLOOM
                                        Florida Bar No. 303836
                                        bloomm@gtlaw.com
                                        SCOTT M. GROSSMAN
                                        Florida Bar No. 0176702
                                        grossmansm@gtlaw.com

---

[4] Proposed Counsel is in the process of finalizing the terms of their engagement with the boards of directors of the Debtors, and filed this Case Management Summary in an effort to protect the record and comply with Local Rule 2081-1(B).

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Scott M. Grossman
SCOTT M. GROSSMAN

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

Johanna Armengol on behalf of U.S. Trustee Office of the US Trustee
Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov

Mark D Bloom on behalf of Debtor BankUnited Financial Corporation
bloomm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Stephen P Drobny on behalf of Debtor BankUnited Financial Corporation
sdrobny@shutts.com, mvandenbosch@shutts.com

Scott M. Grossman on behalf of Debtor BankUnited Financial Corporation
grossmansm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, and are therefore being served by first class U.S. Mail, postage prepaid:

LIST ATTACHED

## BankUnited Chapter 11
### NON-ECF SERVICE LIST

Cede & Co.
P.O. Box 20
Bowling Green Station
New York, NY 10004-1408

Alfred R. Camner
c/o Northern Trust
Attn: Kent Benedict
700 Brickell Avenue
Miami, FL 33131-2810

U.S. Bank
1555 N. River Center Drive
Suite 300
Milwaukee, WI 53212

U.S. Bank
Attn: Earl Dennison, Acct. Admin.
Goodwin Square, 23rd Floor
255 Asylum Street
Hartford, CT 06103

U.S. Bank
Attn: Yemishi Otuyelu
P.O. Box 960778
Boston, MA 02196

U.S. Bank
Attn: Russell Rokes
P.O. Box 960778
Boston, MA 02196

Robert Butzier
U.S. Bank
P.O. Box 960778
Boston, MA 02196

Timothy Sandell
U.S. Bank National Association
60 Livingston Avenue
St. Paul, MN 55107

U.S. Bank - Corporate Trust Services
Attn: Brian Renelt
60 Livingston Ave.
St. Paul, MN 55107

Rick Prokosch
U.S. Bank - Corporate Trust Services
Mail Code EP-MN-WS3C
60 Livingston Avenue
St. Paul, MN 55107

Wells Fargo Delaware Trust Company
Attn: Molly A. Breffitt
919 N. Market Street
Suite 1600
Wilmington, DE 19801

Thomas M. Korsman, Vice President
Corporate Special Accounts Group
Wells Fargo Bank, N.A.
MAC N9311-110
625 Marquette Avenue
Minneapolis, MN 55479

Stearns Weaver
Museum Tower
150 W. Flagler Street Suite 2200
Miami, FL 33130

Tew Cardenas
Four Seasons Tower - 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3439

Coffey Burlington
Office in the Grove Penthouse
2699 S. Bayshore Drive
Miami, FL 33133

6

Jack Reise
Waterford Township General Employees
Retirement System
c/o Coughlin Stoia Geller et al
120 E. Palmetto Park Road Suite 500
Boca Raton, FL 33432

Bruce J. Berman, Esq.
Attorneys for FDIC
McDermott Will & Emery LLP
201 S. Biscayne Blvd.
Suite 2200
Miami, Florida 33131

Geoffrey T. Raicht, Esq.
Attorneys for FDIC
McDermott Will & Emery LLP
340 Madison Ave.
New York, N.Y. 10173-1922

Gary Bush
The Bank of New York Mellon
101 Barclay Street - 8 West
New York, NY 10286

The Bank of New York Mellon
Attn: Rafael Miranda, VP
101 Barclay St. - 8W
New York, NY 10286

Bridget Schessler, Vice President
The Bank of New York Mellon
525 William Penn Place, 7th Floor
Pittsburgh, PA 15259

Wilmington Trust Co.
Corporate Capital Markets
 Attn: Lori L. Donahue
1100 N. Market Street
Wilmington, DE 19890

Christopher J. Slaybaugh
Wilmington Trust Co.
Corporate Capital Markets
1100 N. Market Street
Wilmington, DE 19890

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-1615

Moses Marx
c/o Ross Martin, Esq.
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

Office of the U.S. Trustee
51 SW 1st Ave. Ste. 1204
Miami, FL 33130

Internal Revenue Service
Department of Treasury
227 N. Borough St.
Tallahassee, FL 32301

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

State of Florida
Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Honorable Eric Holder
U.S. Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Honorable R. Alexander Acosta
Attn: Civil Process Clerk
U.S. Attorney
99 NE Fourth Street
Miami, FL 33132

Susan R. Sherrill-Beard
Senior Trial Counsel/Bankruptcy
U.S. Securities and Exchange Commission
Atlanta Regional Office
Suite 1000, 3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

**EXHIBIT A**

**NAMES AND CASE NUMBERS OF DEBTORS, EMPLOYEE INFORMATION, ASSETS AND REVENUES**

|   | Name of Debtor | Case Number | Filing Dates | No. of Employees | Wages Owed at Petition Date | 2008 Revenue | 2009 YTD Revenue |
|---|---|---|---|---|---|---|---|
| 1. | BankUnited Financial Corporation | 09-19940-LMI | 05/22/2009 | 0 | | | |
| 2. | CRE America Corporation | 09-19942-LMI | 05/22/2009 | 0 | | | |
| 3. | BankUnited Financial Services, Incorporated | 09-19941-LMI | 05/22/2009 | 22[5] | 22,293.43 | | |
|   |   |   |   |   |   |   |   |

---

[5] Each of the employees of BUFS were hired by New BU and their wages were paid by BUFS.

# EXHIBIT B[6]

## DIRECTORS AND OFFICERS

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date | Benefits at Petition Date | Benefits One Year Before Petition Date |
|---|---|---|---|---|---|---|
| Allen M. Bernkrant | BUFC | Director; Co-Vice Chairman; Vice President | | | | |
| Danielle Lindholm | BUFC | Director; Chairman; President | | | | |
| Neil H. Messinger, M.D. | BUFC | Director | | | | |
| Marc D. Jacobson | BUFC | Director; Secretary; Treasurer | | | | |
| Doyle Bartlett | BUFC | Director | | | | |
| Lester Bliwise | BUFC | Director | | | | |
| Gol Kalev | BUFC | Director; Co-Vice Chairman; Vice President | | | | |

---

[6] All directors, other than Gol Kalev, were elected by BUFC's stockholders on May 27, 2009. Gol Kalev was elected by BUFC's stockholders on June 2, 2009.

# EXHIBIT C

## SUMMARY OF INSURANCE POLICIES FOR BANKUNITED FINANCIAL CORPORATION

| Policy Type | Insurance Company | Policy Limit | Policy Number | Policy Period | Annual Premium |
|---|---|---|---|---|---|
| Commercial Property | Lexington Insurance Company | $25,000,000. Per occurrence | 20412596 | 4/17/2009 - 4/17/2010 | $487,792.58 |
| Director and Officers | Underwriters at Lloyds London | $10,000,000. Excess of $20M | AP1084377 | 11/10/2008 - 11/10/2009 | $206,932.14 |
| Directors and Officers | United States Fire Insurance Company | $20,000,000. Primary | 14MGU08A17883 | 11/10/2008 - 11/10/2009 | $707,000.00 |
| Commercial Foreclosed Property | Underwriters at Lloyd's | Reported Monthly Value | RP 1000115 | 4/17/2009 - 4/15/2010 | $0.00 |
| Employment Practices Liability | Underwriters at Lloyd's | $5,000,000. | LDUSA0802988 | 9/25/2008 - 9/25/2009 | $122,052.14 |
| Crime | United States Fire Insurance Company | $15,000,000. $30,000,000. aggregate | 6260321025 | 10/1/2008 - 10/1/2009 | $252,500.00 |
| Errors & Omissions | Fidelity and Deposit Company of Maryland | $5,000,000. residential $10,000,000. Commercial | MPP000415607 | 4/17/2009 - 4/17/2010 | $81,497.72 |
| E-Commerce | Columbia Casualty Company | $2,000,000. ea claim $2,000,000. agg | 287327497 | 12/31/2008 - 2/31/2009 | $68,153.34 |
| Contingent Liability | Nat'l Union Fire Ins. Co. of PA | $20,000,000. | 6475001 | 10/1/2006 - 10/1/2009 | $40,599.00 |
| Pollution | Commerce and Industry Insurance Co. | $1,000,000. ea claim $2,000,000 agg | FPL5510956#2 | 6/15/2008 - 6/15/2009 | $636.00 |
| Umbrella(C) | Fidelity and Deposit Company of Maryland | $20,000,000. | UMB534560104 | 4/17/2009 - 4/17/2010 | $63,033.94 |
| Wind Policies (C) | Citizens Property Insurance Corporation | $1,891,000. 4 locations | 1431553 | 5/17/2009 - 5/17/2010 | $5,132.00 |
| Wind Policies | Citizens Property Insurance Corporation | $4,795,000. 7 locations | 1431554 | 5/19/2009 - 5/19/2010 | $12,199.00 |
| Wind Policies (C) | Citizens Property Insurance Corporation | $2,791,500. 7 locations | 1431527 | 5/19/2009 - 5/19/2010 | $7,634.00 |

| General Liability | Underwriters at Lloyd's | $1,000,000. per occ $10,000,000. agg | RL1000115 Foreclosed Prop | 4/17/2009 - 4/15/2010 | $0.00 |
|---|---|---|---|---|---|
| Flood (C) | Hartford Flood | C-$255,300. | 87017474062008 | 8/10/2008 - 8/10/2009 | $420.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 14160247482008 | 7/6/2008 - 7/6/2009 | $643.00 |
| Flood (C) | Hartford Flood | B-$500,000. C-$500,000. | 99016113302008 | 8/10/2008 - 8/10/2009 | $1,070.00 |
| Flood (C) | Hartford Flood | C-$319,100. | 99014814902008 | 8/11/2008 - 8/11/2009 | $489.00 |
| Flood (C) | Hartford Flood | C-$486,300. | 87019927052009 | 6/12/2009 - 6/12/20101 | $4,514.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 87024432362008 | 7/29/2008 - 7/29/2009 | $2,690.00 |
| Flood (C) | Hartford Flood | C-$243,100. | 87017473632008 | 8/10/2008 - 8/10/2009 | $406.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 87020163782008 | 8/31/2008 - 8/31/2009 | $678.00 |
| Flood (C) | Hartford Flood | C-$254,700. | 99016338112008 | 10/12/2008 - 0/12/2009 | $274.00 |
| Flood (C) | Hartford Flood | B-$500,000. C-$231,000. | 99016113342008 | 8/10/2008 - 8/10/2009 | $1,072.00 |
| General Liability | Colonial American Casualty & Surety | $1,000,000. per occ $2,000,000. agg | FIA100079507 | 4/17/2009 - 4/17/2010 | $195,514.60 |
| Flood (C) | Fidelity Nat'l P & C Ins. Co. | C-$500,000. | 09251027528601 | 11/15/2008 - 1/15/2009 | $937.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 14160103372008 | 8/14/2008 - 8/14/2009 | $582.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 99016113322008 | 8/18/2008 - 8/18/2009 | $582.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 14160103382008 | 8/14/2008 - 8/14/2009 | $582.00 |
| Flood (C) | Hartford Flood | C-$158,300. | 99014814922008 | 8/11/2008 - 8/11/2009 | $917.00 |

| Flood (C) | Hartford Flood | C-$500,000. | 87017474092008 | 8/17/2008 - 8/17/2009 | $608.00 |
|---|---|---|---|---|---|
| Flood (C) | Hartford Flood | C-$500,000. | 87017474042008 | 8/10/2008 - 8/10/2009 | $684.00 |
| Flood (C) | Hartford Flood | C-$127,700. | 87017516342008 | 8/27/2008 - 8/27/2009 | $1,897.00 |
| Flood (C) | Hartford Flood | C-$364,700. | 87024200062009 | 7/3/2009 - 7/3/2010 | $3,788.00 |
| Flood (C) | Hartford Flood | C-$231,300. | 99016182182008 | 8/28/2008 - 8/28/2009 | $1,071.00 |
| Workers Compensation | American Guarantee & Liability | FL Statutory $1,000,000. Employers Liability | WC938091106 | 12/31/2008 - 12/31/2009 | $506,462.00 |
| Flood (C) | Hartford Flood | C-$280,800. | 87017646152008 | 9/18/2008 - 9/18/2009 | $401.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 87020163802008 | 8/31/2008 - 8/31/2009 | $684.00 |
| Flood (C) | Hartford Flood | C-$463,100. | 87021982922008 | 10/29/2008 - 10/29/2009 | $882.00 |
| Flood (C) | Hartford Flood | C-$134,100. | 99016338102008 | 10/12/2008 - 10/12/2009 | $249.00 |
| Flood (C) | Hartford Flood | C-$370,800. | 99016338222008 | 10/12/2008 - 10/12/2009 | $598.00 |
| Flood (C) | Hartford Flood | C-$184,800. | 87017532602008 | 4/24/2008 - 8/24/2009 | $2,137.00 |
| Flood (C) | Hartford Flood | C-$446,800. | 87017474052008 | 8/10/2008 - 8/10/2009 | $732.00 |
| Flood (C) | Hartford Flood | C-$279,600. | 87017474012008 | 8/10/2008 - 8/10/2009 | $423.00 |
| Flood (C) | Hartford Flood | C-$455,900. | 87017474022008 | 8/10/2008 - 8/10/2009 | $638.00 |
| Flood (C) | Hartford Flood | C-$364,700. | 87024200432009 | 7/3/2009 - 7/3/2010 | $2,571.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 87024102602008 | 8/31/2008 - 8/31/2009 | $723.00 |

| Type | Insurer | Coverage | Policy # | Term | Premium |
|---|---|---|---|---|---|
| Flood (C) | Hartford Flood | C-$500,000. | 99014853862008 | 8/30/2008 - 8/30/2009 | $4,670.00 |
| Flood (C) | Hartford Flood | C-$221,800. | 14160247472009 | 7/6/2009 - 7/6/2010 | $372.00 |
| Flood (C) | Hartford Flood | C-$255,300. | 99016338072008 | 10/12/2008 - 10/12/2009 | $507.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 87020163792008 | 8/31/2008 - 8/31/2009 | $571.00 |
| Flood (C) | Hartford Flood | B-$500,000. C-$331,900. | 14160125032008 | 9/15/2008 - 9/15/2009 | $1,321.00 |
| Miscellaneous | Hartford Fire Ins. Co. | $50,931. Lost Instrument Bond | 21BSBBW1673 | 10/1/2002 - 10/1/2009 | $1,018.00 |
| Flood (C) | Hartford Flood | C-$370,800. | 99016338062008 | 10/12/2008 - 10/12/2009 | $575.00 |
| Flood (C) | Hartford Flood | C-$325,000. | 99018031752009 | 1/3/2009 - 1/3/2010 | $1,513.00 |
| Flood (C) | Hartford Flood | C-$243,100. | 87017474002008 | 8/10/2008 - 8/10/2009 | $428.00 |
| Flood (C) | Hartford Flood | C-$473,000. | 87026175212009 | 2/8/2009 - 2/8/2010 | $1,764.00 |
| Flood (C) | Hartford Flood | C-$255,300. | 99016338072008 | 12/12/2008 - 10/12/2009 | $507.00 |
| Flood (C) | Hartford Flood | C-$127,700. | 99016338092008 | 10/12/2008 - 10/12/2009 | $280.00 |
| Flood (C) | Hartford Flood | B-$500,000. C-$402,000. | 14160104142008 | 8/23/2008 - 8/23/2009 | $1,090.00 |
| Flood (C) | Hartford Flood | C-$463,100. | 87024433442008 | 7/29/2008 - 7/29/2009 | $2,542.00 |
| Flood (C) | Hartford Flood | C-$331,900. | 87017646142008 | 9/18/2008 - 9/18/2009 | $500.00 |
| Professional Liability (C) | Houston Casualty Company | $10,000,000. | 14MG08A9415 | 11/10/2008 - 11/10/2009 | $397,912.14 |
| Business Auto | Colonial American Casualty & Surety | $1,000,000. BI/PD $1,000,000. UMI | CAP001492007 | 4/17/2009 - 4/17/2010 | $25,259.00 |
| Business Auto | National Indemnity Company | $1,000,000. BI/PD $1,000,000. UMI | 74APS017017 | 9/28/2008 - 9/28/2009 | $9,590.96 |

| Flood (C) | Hartford Flood | C-$500,000. | 87028366742008 | 9/09/2008-9/09/2009 | $5,094.00 |
| Flood (C) | Hartford Flood | C-$380,400. | 87028367512008 | 9/09/2008 – 9/09/2009 | $3,847.00 |
| Flood (C) | Hartford Flood | C-$380,400. | 87028367512008 | 9/09/2008-9/09/2009 | $3,847.00 |
| Flood (C) | Hartford Flood | C-$380,400. | 87028367552008 | 9/09/2008-9/09/2009 | $465.00 |
| Flood (C) | Hartford Flood | C-$500,000. | 87028367662008 | 9/09/2008-9/09/2009 | $723.00 |

*MIA 180,626,429 v3 117136.010200*