

**ORDERED in the Southern District of Florida on August 14, 2009.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[1] | Case No. 09-19940-LMI |
| Debtors.         / | (Jointly Administered) |

**ORDER (I) EXTENDING TIME WITHIN WHICH PROOFS OF CLAIM
BY NON-GOVERNMENTAL UNITS MAY BE FILED AND ESTABLISHING
A UNIFORM BAR DATE OF NOVEMBER 17, 2009 FOR ALL CREDITORS,
AND (II) APPROVING FORM OF AMENDED CASE COMMENCEMENT NOTICE**

This matter came before the Court without a hearing upon the *Debtors' Ex Parte Motion to (I) Extend Time Within Which Proofs of Claim by Non Governmental Units May Be Filed and Establish a Uniform Bar Date of November 17, 2009 for All Creditors, and (II) Approve Form of*

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

*Amended Case Commencement Notice* (DE #188) (the **"Motion"**) filed by Debtors, BankUnited Financial Corporation, BankUnited Financial Services, Incorporated, and CRE America Corporation (collectively, the **"Debtors"**).

Upon consideration of the Motion, the Court finds that the relief requested is in the best interests of the Debtors' estates and their creditors, that the legal and factual bases set forth in the Motion establish sufficient cause to grant the relief requested, and that it is appropriate under the circumstances for the Court to consider the Motion on an *ex parte* basis. Accordingly, pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 3003(c)(3) and 9006, and Local Rule 9013-1(C), it is

**ORDERED** that:

1. The Motion is GRANTED.

2. The time within which proofs of claim by non-governmental units may be filed in these jointly administered cases is extended through and including November 17, 2009, such that there is now a uniform claims bar date for all creditors (both governmental and non-governmental) of November 17, 2009 (the **"Uniform Bar Date"**).

3. The form of Amended Case Commencement Notice attached as Exhibit A to the Motion, which sets forth the Uniform Bar Date of November 17, 2009, the date of the Continued Section 341 Meeting of Creditors of September 10, 2009, and the new deadline to file a complaint to determine dischargeability of a debt of November 11, 2009, is APPROVED.

4. Upon entry of this Order, the Debtors shall serve a copy of the Amended Case Commencement Notice on all creditors and parties in interest in these jointly administered cases, and file a Certificate of Service with the Court.

# # #

Submitted by:

Mark D. Bloom, Esq.
bloomm@gtlaw.com
Scott M. Grossman, Esq.
grossmansm@gtlaw.com
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131
Telephone:  (305) 579-0500
Facsimile:   (305) 579-0717

*(Attorney Grossman shall serve a conformed copy of this Order upon all interested parties and shall file a certificate of service.)*

*MIA 180,756,118 v3 117136.011300*