UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BankUnited Financial Corporation, *et al*., | Case No. 09-19940-LMI |
| Debtors.[1] | (Jointly Administered) |

**ITEMIZED REPORT OF EXPENSES AND REQUEST FOR PAYMENT IN ACCORDANCE WITH INTERIM ORDER (1) ESTABLISHING TRADING PROCEDURES AND RESTRICTIONS SO AS TO ENFORCE THE AUTOMATIC STAY TO RESTRICT TRANSFERS OF EQUITY INTERESTS; (2) AUTHORIZING FORM OF NOTICE AND PAYMENT OF ADMINISTRATIVE EXPENSE FOR PUBLICATION; (3) FIXING DEADLINE FOR OBJECTIONS; AND (4) SETTING FINAL HEARING**

U.S. Bank National Association ("U.S. Bank") acts as indenture trustee (the "Trustee") for the 3.125% Convertible Senior Notes Due 2034 (the "Notes") issued by BankUnited Financial Corporation ("BankUnited") pursuant to an indenture of trust dated February 27, 2004, by and among U.S. Bank, as Trustee and BankUnited as issuer, as amended and supplemented (the "Indenture").

On June 9, 2009, the Court entered an Interim Order (1) Establishing Trading Procedures and Restrictions so as to Enforce the Automatic Stay to Restrict Transfers of Equity Interests; (2) Authorizing Form of Notice and Payment of Administrative Expense for Publication; (3) Fixing Deadline for Objections; and (4) Setting Final Hearing (the "Interim Procedures Order") [DE 68]. Paragraph 9 of the Interim Procedures Order directed the Trustee, among other parties, to "send the Interim Procedures Notice to all holders of BUFC Equity Securities registered with the

---

[1] The Debtors are the following three (3) entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is 255 Alhambra Circle, Coral Gables, Florida 33134.

transfer agent or indenture trustee" and "furnish proof of sending such notice" to counsel for the Debtors.

The Trustee subsequently complied with these directives.  In doing so, the Trustee incurred attorneys' fees and costs in the total amount of $4,007.50 for reviewing relevant documents governing notice procedures and forms, conferring with counsel for the Debtors regarding notice obligations, and preparing and revising a draft notice.  Of this amount, $3,087.50 was incurred by the undersigned and $920.00 by co-counsel for the Trustee.  The Trustee also incurred internal administrative time charges in the amount of $2,210.00 for 5.2 hours of work, plus mailing and publication expenses of $1,300.00.  Thus, the Trustee incurred a total of $7,517.50 in expenses in connection with preparing, serving and publishing the notice required by the Interim Procedures Order.

Paragraph 8 of the Interim Procedures Order provides that "any expenses incurred by transfer agents, indenture trustees, or other parties in connection with preparing, serving or publishing the notice required by this Order to registered holders of BUFC Equity Securities, including reasonable attorneys' fees and costs, shall qualify and be paid as administrative expenses pursuant to 11 U.S.C. § 503(b) without further order".  Accordingly, the Trustee hereby submits this Itemized Report of expenses, as detailed above, and requests that the Debtors pay

the Trustee $7,517.50 as provided in paragraph 8 of the Interim Procedures Order.[2]

Dated: Miami, FL
September 23, 2009.

Respectfully submitted,

By: /s/ Craig V. Rasile
Craig V. Rasile, Esq.
Florida Bar No. 613691
Kevin M. Eckhardt
Florida Bar No. 412902
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel: (305) 810-2500
Fax: (305) 810-2460

*Counsel for U.S. Bank, N.A.*

---

[2] On June 30, 2009, the Court entered a Final Order (1) Establishing Trading Procedures and Restrictions so as to Enforce the Automatic Stay to Restrict Transfers of Equity Interests; and (2) Authorizing Form of Notice and Payment of Administrative Expense for Publication (the "Final Procedures Order") [DE 122]. As reflected in the Agreed Waiver filed by the Debtors on June 18, 2009 [DE 108] and discussions between the Trustee and the Debtors, the Final Procedures Order did not include the notes issued under the Indenture in the definition of "BUFC Equity Securities" and "Options" subject to the restrictions, stays and notification procedures set forth in the Interim Procedures Order and the Final Procedures Order. Accordingly, the Trustee was not directed to serve notice of the Final Procedures Order on noteholders.

Case No. 09-19940-LMI

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I HEREBY CERTIFY that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A); and that on *September 23, 2009*, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record who are authorized to receive electronically Notices of Electronic filing via transmission of a Notice of Electronic Filing generated by CM/ECF, and upon all of the parties on the attached Non-ECF Service list.

Dated:  Miami, FL
          September 23, 2009

> Respectfully submitted,
>
> By:__/s/ Craig V. Rasile_____
> Craig V. Rasile, Esq.
> Florida Bar No. 613691
> Kevin M. Eckhardt
> Florida Bar No. 412902
> **HUNTON & WILLIAMS LLP**
> 1111 Brickell Avenue
> Suite 2500
> Miami, FL 33131
> Tel: (305) 810-2500
> Fax: (305) 810-2460
>
> *Counsel for U.S. Bank, N.A.*

**U.S. Bank/BankUnited**
**Case No. 09-19940-LMI**

**NON-ECF SERVICE LIST**

Cede & Co.
P.O. Box 20
Bowling Green Station
New York, NY 10004-1408

Stearns Weaver
Museum Tower
150 W. Flagler Street - Suite 2200
Miami, FL 33130

Thomas M. Korsman, Vice-President
Corporate Special Accounts Group
Wells Fargo Bank, N.A.
\MAC N9311-110
625 Marquette Avenue
Minneapolis, MN 55479

Coffey Burlington
Office in the Grove Playhouse
2699 S. Bayshore Drive
Miami, FL 33133

Moses Marx
c/o Ross Martin, Esq.
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

Jack Reise
Waterford township General employees
Retirement System
c/o Coughlin Stoia Geller, et al.
120 E. Plan

Internal Revenue Service
Insolvency Unit
7859 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

Honorable Eric Holder
U.S. Attorney General]
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Allison H. Weiss, Esq.
Jeffrey Chubak, Esq.
Counsel for Bank of New York Mellon
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20026

Wells Fargo Delaware Trust Company
Attn: Molly A. Brefitt
919 N. Market Street
Suite 1600
Wilmington, DE 19801

Geoffrey T. Riacht, Esq.
Counsel for FDIC
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Dennis S. Klein, Esq.
Co-Counsel for FDIC
Hughes Hubbard & Reed LLP
1775 I street N.W. - Suite 600
Washington, D.C. 20006-2401

Tew Cardenas
Four Seasons Tower - 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3439

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-1615

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Honorable R. Alexander Acosta
Attn: Civil Process Clerk
U.S. Attorney
99 N.E. Fourth Street
Miami, FL 33132

Susan R. Sherrill-Beard
Senior Trial Counsel/Bankruptcy
U.S. Securities and Exchange Commission
Atlanta Regional Office
Suite 1000, 3475 Lenox Road, N.E.

Andrew I. Silfen, Esq.
Leah M. Eisenberg, Esq.
Counsel for Wilmington Trust Company
Arent Fox LLP
1675 Broadway
New York, NY 33134

U.S. Bank
Attn: Earl Dennison, Acct. Admin.
Goodwin Square, 23rd Floor
225 Asylum Street
Hartford, CT 06103

Dennis S. Klein, Esq.
Co-Counsel for FDIC
Hughes Hubbard & Reed LLP
1775 I Street N.W., Suite 600
Washington, D.C. 20006-2401

Aviva L. Wernick, Esq.
Local Counsel for FDIC
Hughes Hubbard & Reed LLP
201 S. Biscayne Boulevard - Suite 2500
Miami, FL 33131-4332

Bridget Schessler, Vice-President
The Bank of New York Mellon
525 William Penn Place - 7th Floor
Pittsburg, PA 15259

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr. Manatee County
Tax Collector
P.O. Box 25300
Bradenton, FL 34206-5300

Internal Revenue Service
Department of Treasury
227 N. Borough Street
Tallahassee, FL 32314-6668

State of Florida
Department of Revenue
Bankruptcy Section
P.O. 6668
Tallahassee, FL 32314-6668

David A. Lander, Esq.
Brian W. Hockett, Esq.
Counsel for BankUnited (New Bank)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101

Michael C. Sontag, Esq.
Special Counsel to Debtors
Camner Lipsitz, P.A.
550 Biltmore Way, Suite 700
Coral Gables, FL 33134

| | | |
|---|---|---|
| Wendy H. Zoberman, Esq.<br>Lead Counsel for the Putative Class<br>Berman DeValerio<br>4280 Professional Center Drive<br>Suite 350<br>Palm Beach Gardens, FL  33410 | Jonathan Lee Riches<br>d/b/a Bernard L. Madoff Invest. Sec. LLC<br>POB 14500 #40948018<br>Lexington, KY 40512 | CC Arbitage, Ltd.<br>c/o Castle Creek Arbitrage LLC<br>111 West Jackson Blvd. - 20th Floor<br>Chicago, Il  60604 |
| Monumental Life Insurance Co.<br>c/o Maureen Ocampo CFA<br>2049 Century Park East #330<br>Los Angeles, CA  90067 | Highbridge Capital Management LLC<br>9 West 57 Street - 27th Floor<br>New York, NY  10019 | Hudson Bay Fund LP<br>Hudson Bay  Overseas LTD<br>c/o Charles Winkler<br>120 Broadway - 40th Floor<br> New York, NY  10271 |
| Deutsche Bank Securities, Inc.<br>60 Wall Street<br>New York, NY 10005 | Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Foley & Lardner LLP<br>321 North Clark Street - Suite 2800<br>Chicago, IL  60654-5313 | Edward G. Salloom, Jr.<br>Claudia R. Sullivan<br>255 Wildwood Avenue<br>Worcester, MA  01603 |