

**ORDERED in the Southern District of Florida on September 29, 2009.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[1] ) | | |
| | ) | Case No. 09-19940-LMI |
| Debtors. | ) | |
| _____ | ) | (Jointly Administered) |

### ORDER GRANTING,
### AS MODIFIED, COMMITTEE'S MOTION FOR DERIVATIVE
### STANDING TO INVESTIGATE, ASSERT AND PROSECUTE CLAIMS
### AGAINST OFFICERS, DIRECTORS AND PREPETITION PROFESSIONALS

On September 15, 2009, the Court conducted a hearing on the Motion for Derivative

Standing to Investigate, Assert and Prosecute Claims Against Officers, Directors and

Prepetition Professionals (the "Derivative Standing Motion") (D.E. # 228) filed on August

31, 2009 by the Official Committee of Unsecured Creditors of the above-captioned Debtors

(the "Committee").

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

The Court read and considered the Derivative Standing Motion, the response and limited objection of the Debtors to the Derivative Standing Motion (the "Debtors' Limited Objection") (D.E. # 251) and the objection of the Federal Deposit Insurance Corporation (the "FDIC") to the Derivative Standing Motion (the "FDIC's Objection") (D.E.# 252). The Court also noted the Committee's reply to the Debtors' Limited Objection (D.E. # 253) and considered the arguments of counsel for the Committee, the Debtors, and the FDIC and the case law cited by the parties.  Based on the findings and reasons stated on the record, which are incorporated herein by reference, it is -

**ORDERED** as follows:

1.     The Derivative Standing Motion is GRANTED, except to the extent provided herein.  The Committee is granted derivative standing on behalf of the Debtors' estates, and shall have the exclusive right, to investigate, and if warranted, assert and pursue all claims that are property of the Debtors' estates against Insiders (as defined in the Derivative Standing Motion) and the law firm of Camner Lipsitz, P.A. ("Camner Lipsitz") or any present or former member of Camner Lipsitz, and the Debtors shall not proceed with any investigation or pursuit of such claims.

2.     That portion of the Derivative Standing Motion which seeks standing to pursue claims against other prepetition professionals of the Debtors is WITHDRAWN without prejudice.  The Debtors shall commence an investigation as to the viability of any claims against prepetition professionals other than Camner Lipsitz, and shall apprise and consult with the Committee regarding actions taken in connection therewith (including the

2

retention of other professionals to handle such investigation) as well as the results of the investigation.

3.    The FDIC's Objection is OVERRULED without prejudice, as stated on the record.

###

Submitted by:
Corali Lopez-Castro, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)
Email: clc@kttlaw.com


**COPIES TO:**

Corali Lopez-Castro, Esq.

[Attorney Lopez-Castro is directed to serve copies of this order on all interested parties and to file a certificate of service]