

**ORDERED in the Southern District of Florida on January 06, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| BankUnited Financial Corporation, *et al.*,[1] | ) | Case No. 09-19940-LMI |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER DENYING THE FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION TO ENFORCE THE ORDER GRANTING THE COMMITTEE DERIVATIVE STANDING TO INVESTIGATE, ASSERT AND PROSECUTE CLAIMS AGAINST OFFICERS, DIRECTORS AND PREPETITION PROFESSIONALS (D.E. # 373)**

On December 28, 2009, the Court conducted a hearing on the motion filed by the Federal Deposit Insurance Corporation (the "**FDIC**") to enforce the order granting the Official

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

1

Committee of Unsecured Creditors of the above-captioned Debtors (the "**Committee**") derivative standing to investigate, assert and prosecute claims against officers, directors and prepetition professionals (the "**Motion**") (D.E. # 373). The Court reviewed the FDIC's Motion, the FDIC's supplemental statement and authority in support of the Motion (D.E. # 404, 405), the Debtors' preliminary response to the Motion (the "**Debtors' Response**") (D.E. # 406), and the Committee's objection to the Motion (the "**Committee's Objection**") (D.E. 409) (the Debtors' Response and Committee's Objection shall be referred to collectively as the "**Objections**"). In addition, by way of presentation at the hearing, the Court considered the FDIC's omnibus reply to the Objections, which was filed the morning of the hearing (D.E. # 412). For the reasons stated on the record, which are incorporated herein by reference, it is –

    **ORDERED** that the FDIC's Motion (D.E. # 373) be, and it is hereby, denied.

###

Submitted by:

Corali Lopez-Castro, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)
Email: clc@kttlaw.com

**COPIES TO:**

Corali Lopez-Castro, Esq.

[Attorney Lopez-Castro is directed to serve copies of this order on all interested parties and to file a certificate of service]