IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BankUnited Financial Corporation, *et al.*, | Case No. 09-19940-LMI |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEAL

Please take notice that The Federal Deposit Insurance Corporation ("FDIC") hereby appeals to the United States District Court for the Southern District of Florida under 28 U.S.C. § 158(a) from the Order Denying The Federal Deposit Insurance Corporation's Motion To Enforce The Order Granting The Committee Derivative Standing To Investigate, Assert And Prosecute Claims Against Officers, Directors And Prepetition Professionals entered on January 6, 2010 by the United States Bankruptcy Court for the Southern District of Florida (the Honorable Laurel L. Isicoff).  A copy of the order appealed from is attached hereto as Exhibit A.

NYK 1274755-1.084080.0013

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| The Federal Deposit Insurance Corporation | Bruce J. Berman, Esq.<br>McDermott Will & Emery LLP<br>201 S. Biscayne Boulevard, Suite 2200<br>Miami, Florida 33131-4336<br>Telephone: (305) 358 - 3500<br>Facsimile: (305) 347 - 6500<br><br>Geoffrey T. Raicht, Esq.<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br><br>Dennis Klein, Esq.<br>Aviva L. Wernick, Esq.<br>Hughes Hubbard & Reed LLP<br>201 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-4332<br>Telephone: (305) 358-1666<br>Facsimile: (305) 371-8759 |
| The Debtors | Mark D. Bloom, Esq.<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 579-0537<br>Facsimile: (305) 579-0717 |
| Office of the United States Trustee | Johanna Armengol, Esq.<br>Office of the United States Trustee, Southern District of Florida<br>51 SW 1 Avenue, Suite 1204<br>Miami, Florida 33130<br>Telephone: (305) 536-7285<br>Facsimile: (305) 536-7360 |

NYK 1274755-1.084080.0013

| | |
|---|---|
| Official Committee of Unsecured Creditors | Todd C. Meyers, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree, Suite 2800<br>Atlanta, Georgia 30309<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br><br>Corali Lopez-Castro, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon, 9th Floor<br>Miami, Florida 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508 |

Dated: January 19, 2010

| | |
|---|---|
| HUGHES HUBBARD & REED LLP<br><br>Dennis Klein<br>Aviva L. Wernick<br>201 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-4332<br>Tel: 305.358.1666<br>Fax: 305.371.8759 | McDERMOTT WILL & EMERY LLP<br><br>By: /s/ *Bruce J. Berman*<br>    Bruce J. Berman<br>    Fla. Bar # 159280<br>    201 S. Biscayne Blvd., Suite 2200<br>    Miami, FL 33131-4336<br>    Tel: 305.358.3500<br>    Fax: 305.347.6500<br>       - and -<br>    Geoffrey T. Raicht<br>    340 Madison Avenue<br>    New York, New York 10173-1922<br>    Tel: 212.547.5400<br>    Fax: 212.547.5444 |

*Co-Counsel for the Federal Deposit Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Bruce J. Berman
Bruce J. Berman

### Service List for Case 09-19940-LMI

### Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

**Johanna Armengol** on behalf of U.S. Trustee, Office of the US Trustee
Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov

**Paul J. Battista** on behalf of creditor Alfred Camner
pbattista@gjb-law.com; gjbecf@gjb-law.com

**Bruce J Berman** on behalf of Creditor Federal Deposit Insurance Corporation
bberman@mwe.com, wjanke@mwe.com, graicht@mwe.com

**Mark D Bloom** on behalf of Debtor BankUnited Financial Corporation
bloomm@gtlaw.com, phillipsj@gtlaw.com, MiaLitDock@gtlaw.com, miaecfbky@gtlaw.com

**City of Homestead, FL** dgonzales@wsh-law.com

**City of Miramar, FL**  dgonzales@wsh-law.com

**Stephen P Drobny** on behalf of Debtor BankUnited Financial Corporation
sdrobny@shutts.com, mvandenbosch@shutts.com

**Douglas R. Gonzales**
dgonzales@wsh-law.com

**Scott M. Grossman** on behalf of Debtor BankUnited Financial Corporation
grossmansm@gtlaw.com, phillipsj@gtlaw.com, MiaLitDock@gtlaw.com, miaecfbky@gtlaw.com

**Robert J Hauser** hauser@beasleylaw.net, lundstrom@beasleylaw.net;miles@beasleylaw.net

**Hollie N Hawn** hhawn@broward.org

**Brian W Hockett** on behalf of Debtor BankUnited
bhockett@thompsoncoburn.com

**Peter H Levitt** on behalf of Debtor BankUnited Financial Corporation
plevitt@shutts-law.com

**Corali Lopez-Castro** on behalf of Official Committee of Unsecured Creditors
clc@kttlaw.com, rcp@kttlaw.com

**Todd C Meyers** on behalf of Official Committee of Unsecured Creditors
tmeyers@kilpatrickstockton.com, skapoor@kilpatrickstockton.com

**Miami-Dade County Tax Collector**
mdtcbkc@miamidade.gov

**Dennis A Nowak** on behalf of Interested Parties Humberto L. Lopez and Ramiro A. Ortiz
dn@tewlaw.com, ag@tewlaw.com

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.gov

**Craig V. Rasile** on behalf of Creditor U.S. Bank, N.A.
crasile@hunton.com, mtucker@hunton.com, mmannering@hunton.com, keckhardt@hunton.com, adeboer@hunton.com

**Patricia A Redmond** on behalf of Interested Party BankUnited, FSB ("New Bank")
predmond@swmwas.com, jmartinez@swmwas.com, rross@swmwas.com

**David Samole** on behalf of Official Committee of Unsecured Creditors
das@kttlaw.com, pm@kttlaw.com;la@kttlaw.com;ycc@kttlaw.com

**Mark J Wolfson** mwolfson@foley.com, mgrettenberger@foley.com;jalmeida@foley.com

**Dennis S. Klein** on behalf of FDIC
klein@hugheshubbard.com

**Joseph Luzinski,** Chief Restructuring Officer
jluzinski@dsi.biz

## Manual Notice List

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, and are therefore being served by first class U.S. Mail, postage prepaid:

SEE ATTACHED

**NON-ECF SERVICE LIST**

Yale Scott Bogen
200 S Biscayne Blvd #1818
Miami, FL 33131

CC Arbitrage, Ltd
c/o Castle Creek Arbitrage LLC
111 West Jackson Blvd 20th Fl
Chicago, IL 60604

Jeffrey Chubak
1301 Avenue of the Americas
New York, NY 10019

Grace Davila-Perez
14721 SW 159 Place
Miami, FL 33196

Deutsche Bank Securities, Inc
60 Wall St
New York, NY 10005

Mark F Hebbeln
321 N Clark St #2800
Chicago, IL 60654

Highbridge International LLC
c/o Highbridge Capital Management LLC
9 West 57 St 27 Floor
New York, NY 10019

Hudson Bay Fund LP
c/o Charles Winkler
120 Broadway 40th Flr
New York, NY 10271

Hudson Bay Overseas LTD
c/o Charles Winkler
120 Broadway 40th Flr
New York, NY 10271

Sameer K. Kapoor
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Christina Kennedy
2 Biscayne Blvd #1900
Miami, FL 33131

Dennis S Klein
1775 I St NW #600
Washington, DC 20006

Corali Lopez-Castro
c/o Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon
9th Floor
Coral Gables, FL 33134

Manatee County Tax Collector
c/o Ken Burton, Jr
POB 25300
Bradenton, FL 34206

Maureen McGreevey
680 E Swedesford Rd
Wayne, PA 19087

Todd C Meyers
1100 Peachtree St #2800
Atlanta, GA 30309

Monumental Life Insurance Co
c/o Maureen Ocampo CFA
2049 Century Park East #330
Los Angeles, CA 90067

Jonathan Lee Riches
dba Bernard L. Madoff Invest. Sec. LLC
POB 14500 #40948018
Lexington, KY 40512

Edward G Salloom
255 Wildwood Ave
Worcester, MA 01603

Shutts & Bowen
201 S Biscayne Blvd #1500
Miami, FL 33131

Andrew I Silfen
1675 Broadway #25
New York, NY 10019

Michael C Sontag
550 Biltmore Way #700
Coral Gables, FL 33134

Claudia R Sullivan
255 Wildwood Ave
Worcester, MA 01603

Wendy H Zoberman
4280 Professional Center Dr #350
Palm Beach Gardens, FL 33410

# **EXHIBIT A**



**ORDERED in the Southern District of Florida on January 06, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| BankUnited Financial Corporation, *et al.*,[1] ) | Case No. 09-19940-LMI |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**ORDER DENYING THE FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION TO ENFORCE THE ORDER GRANTING THE COMMITTEE DERIVATIVE STANDING TO INVESTIGATE, ASSERT AND PROSECUTE CLAIMS AGAINST OFFICERS, DIRECTORS AND PREPETITION PROFESSIONALS (D.E. # 373)**

On December 28, 2009, the Court conducted a hearing on the motion filed by the Federal

Deposit Insurance Corporation (the "**FDIC**") to enforce the order granting the Official

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

1

Committee of Unsecured Creditors of the above-captioned Debtors (the "**Committee**") derivative standing to investigate, assert and prosecute claims against officers, directors and prepetition professionals (the "**Motion**") (D.E. # 373). The Court reviewed the FDIC's Motion, the FDIC's supplemental statement and authority in support of the Motion (D.E. # 404, 405), the Debtors' preliminary response to the Motion (the "**Debtors' Response**") (D.E. # 406), and the Committee's objection to the Motion (the "**Committee's Objection**") (D.E. 409) (the Debtors' Response and Committee's Objection shall be referred to collectively as the "**Objections**"). In addition, by way of presentation at the hearing, the Court considered the FDIC's omnibus reply to the Objections, which was filed the morning of the hearing (D.E. # 412). For the reasons stated on the record, which are incorporated herein by reference, it is –

**ORDERED** that the FDIC's Motion (D.E. # 373) be, and it is hereby, denied.

# # #

Submitted by:

Corali Lopez-Castro, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)
Email: **clc@kttlaw.com**

**COPIES TO:**

Corali Lopez-Castro, Esq.

[Attorney Lopez-Castro is directed to serve copies of this order on all interested parties and to file a certificate of service]

2