CGFA1 (12/1/09)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09–19940–LMI

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

BankUnited Financial Corporation
c/o Development Specialists, Inc
200 S Biscayne Blvd #1818
Miami, FL 33131

EIN: 65–0377773

# Clerk's Certificate of Mailing of Notice of Appeal

To:

Office of the U.S. Trustee, Room 1204 Claude Pepper Federal Bldg 51 SW 1st Ave Miami FL 33130

Bruce J Berman
201 S Biscayne Blvd #2200
Miami FL 33131

Geoffrey T Raicht
340 Madison Ave
New York NY 10173

Dennis Klein
201 S Biscayne Blvd #2500
Miami FL 33131

Mark D Bloom
1221 Brickell Ave
Miami FL 33131

Todd C Meyers
1100 Peachtree #2800
Atlanta GA 30309

Corali Lopez–Castro
2525 Ponce De Leon 9 Floor
Miami FL 33134

I hereby certify, that pursuant to Bankruptcy Rule 8004, a copy of the attached Notice of Appeal filed on 1/19/2010 was mailed on **1/25/10 to the above named parties.**

Dated:1/21/10                                             **CLERK OF COURT**
                                                          By: Nilda Catala
                                                          Deputy Clerk (305) 714–1800


*Enclosures:   Clerk's Instructions for Appeals*
*              Appeal Information Sheet*
*              Copy of Appeal*


*Page 1 of 4*


## United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov


## CLERK'S INSTRUCTIONS FOR APPEALS


1.  Within 14 days after filing the notice of appeal or entry of an order disposing of the last timely motion of a type specified in Bankruptcy Rule 8002(b) (whichever is later), or entry of an order by the District Court granting leave to appeal, the appellant shall file with the clerk of the bankruptcy court a designation of the items to be included in the record on appeal and a statement of issues to be presented (Bankruptcy Rule 8006). **Failure to timely file this designation may result in dismissal of the appeal pursuant to this court's Local Rule 8006–1(A) and Local Rule 87.4(B), United States District Court, Southern District of Florida.** The designation shall include the title and docket number of each paper designated.

2.  Within 14 days after the service of the designation and the statement of issues the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal, and if the appellee has filed a cross appeal, the appellee as cross appellant shall file and serve a statement of issues to be presented on the cross appeal, and a designation of additional items to be included in the record. The appellee's designation shall include the title and docket number of each additional item designated.

3.  If any transcripts of untranscribed proceedings are designated by a party, that party shall immediately, upon the filing of the designation, order the transcript(s) from the court reporter and make satisfactory arrangements for payment of its costs. <u>All transcript orders must be made on the local form "Appeal Information Sheet" enclosed for this purpose, and a copy filed with the clerk at the time of filing the designation (Bankruptcy Rule 8006)</u>. On receipt of a request for a transcript, the reporter shall complete the Reporter's Acknowledgment and file a copy with the clerk (Bankruptcy Rule 8007). [See also "Bankruptcy Court Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction"]

4. When the record is complete for purposes of the appeal, the bankruptcy clerk will electronically transmit the record to the clerk of the district court. Once the record has been transmitted to the district court, any subsequently filed document relating to the appeal must be filed in the district court.

5. Motions For Leave To Appeal (Bankruptcy Rule 8003). The clerk will electronically transmit the motion, notice of appeal and any answer to the clerk of the district court as soon as all parties have filed answers or the time for filing an answer has expired. The designation and statement of the issues should not be filed with the clerk of the bankruptcy court as required under Bankruptcy Rule 8006, until entry of an order by the district court granting leave to appeal (Local Rule 8003–1(B)).

*Page 2 of 4*

**United States Bankruptcy Court
Southern District of Florida
www.flsb.uscourts.gov**

**APPEAL INFORMATION SHEET**

**PART I:** Appellant's Purchase Order for Transcript:

1. Debtor's Name:_____

   Case No.:_____

   Judge:_____

   Date Notice of Appeal Filed:_____

   Plaintiff (if applicable):_____

   Defendant (if applicable):_____

   Adversary Case No.:_____

2. Complete One:

   ☐  No transcript is required for this appeal.

   ☐  All necessary transcripts are already on file with the Bankruptcy Court.

   ☐  Request is hereby made for transcription of the following proceedings:

Hearing Date:_____

Proceeding_____

_____

_____

_____

*Page 3 of 4*

3.   I certify that I have personally contacted the court reporter and that satisfactory financial arrangements have been made for the preparation and filing of the transcript(s).

Ordering Counsel  _____
(or party if not     Name of Attorney
represented by
Counsel.)            _____
                     Name of Firm (or Individual)

                     _____
                     Street Address or P.O. Box

                     _____
                     City     State    Telephone No.

Date:_____         Signed:_____

                     Attorney for:_____

NOTE:   PART I MUST BE COMPLETED AND RETURNED TO THE COURT REPORTER NOT LATER THAN 14 DAYS FROM THE FILING OF THE NOTICE OF APPEAL IN ALL CASES, INCLUDING THOSE FOR WHICH A TRANSCRIPT IS NOT ORDERED.

**PART II:   REPORTER'S ACKNOWLEDGMENT**

1.      The foregoing transcript order received on_____

2.      Satisfactory arrangements ( ) have ( ) have not been made for payment of the transcript cost. These financial arrangements were completed on_____

3.      Estimated completion date_____

   Date:_____      Signed:_____

**Court Reporter Name and Address**

**NOTE:** This form will be provided to parties to an appeal by the clerk's office.

*Page 4 of 4*