IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BankUnited Financial Corporation, *et al.*, | Case No. 09-19940-LMI |
| Debtors. | (Jointly Administered) |

**DESIGNATION OF ITEMS FOR RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL BY THE FEDERAL DEPOSIT INSURANCE CORPORATION**

Pursuant to Rule 8006 of the Rules of Bankruptcy Procedure, Claimant/Appellant The Federal Deposit Insurance Corporation ("FDIC"), by undersigned counsel, hereby designates the items to be included in the record and sets forth the statement of issues on its appeal to the United States District Court for the Southern District of Florida, filed January 19, 2010 (Docket # 437).

I.   **DESIGNATION OF ITEMS FOR RECORD ON APPEAL**

| DOC. NO. | DATE | DESCRIPTION |
|---|---|---|
| 228 | 08/31/2009 | Motion for Derivative Standing (etc.) by Official Committee of Unsecured Creditors (the "Committee") |
| 251 | 09/11/2009 | Debtors' Response and Limited Objection to Motion for Derivative Standing (228) |
| 252 | 09/14/2009 | FDIC's Objection to Motion for Derivative Standing (228) |

| 253 | 09/14/2009 | Committee's Reply to Debtors' Response (251) |
|---|---|---|
| 279 | 09/29/2009 | Order Granting, As Modified, Motion for Derivative Standing (228) |
| 288 | 10/08/2009 | Transcript of 9/15/2009 Hearing on Motion for Derivative Standing (228) |
| 360 | 11/18/2009 | FDIC's Reservations of Rights to First Interim Application for Compensation to Committee Counsel |
| 371 | 11/23/2009 | Committee's Response to FDIC's Reservation of Rights |
| 373 | 11/24/2009 | FDIC's Motion to Enforce Derivative Standing Order (279) |
| 404 | 12/18/2009 | FDIC's Supplemental Statement in Support of Motion to Enforce Derivative Standing Order (279) |
| 405 | 12/18/2009 | FDIC's Supplemental Authority in Support of Motion to Enforce Derivative Standing Order (279) |
| 406 | 12/21/2009 | Debtors' Response to Motion to Enforce Derivative Standing Order (279) |
| 409 | 12/23/2009 | Committee's Objection to Motion to Enforce Derivative Standing Order (279) |
| 412 | 12/28/2009 | FDIC's Omnibus Reply to Debtors (406) and Committee (409), in Support of Motion to Enforce Derivative Standing Order (279) |
| 415 | 12/29/2009 | Transcript of 11/24/09 Hearing on First Interim Fee Applications |
| 426 | 01/06/2010 | Order Denying Motion to Enforce Derivative |

|  |  | Standing Order |
|---|---|---|
| 437 | 01/19/2010 | FDIC's Notice of Appeal (from 426) |
| 441 | 01/29/2010 | Transcript of 12/28/09 Hearing on Motion to Enforce Derivative Standing Order (279) |

II.   STATEMENT OF ISSUES ON APPEAL[1]

1.   Whether the Bankruptcy Court erred in ruling that Florida law prohibited any determination of the Claim Ownership Issue (i.e., whether the Debtor BUFC or the FDIC owns and therefore has standing to investigate and assert, against former directors and officers of the Bank, claims specifically identified in written claim notices served by Committee counsel on behalf of the Debtor under the Derivative Standing Order) until after the filing of a formal complaint by the Committee on the subject claims.

2.   Whether the Committee's investigation and assertion of all or part of the claims in the subject claims notices exceeded the authority conferred by the Derivative Standing Order, because, as a matter of law, these claims belong exclusively to the FDIC under FIRREA and Florida State law.

---

[1] For simplicity, Appellant uses the following shorthand terms herein:

  (a) The "**Committee**" refers to the Official Committee of Unsecured Creditors.

  (b) The "**FDIC**" refers to the Appellant Federal Deposit Insurance Corporation, as Receiver for the failed BankUnited FSB.

  (c) The "**Bank**" refers to the failed BankUnited FSB.

  (d) The "**Bank Holding Company**" or the "**Debtor**" or "**BUFC**" refers to Debtor BankUnited Financial Corp., the sole shareholder of the Bank.

  (e) The "**Derivative Standing Order**" refers to the Bankruptcy Court's Order granting the Committee's Motion for Derivative Standing (D.E. # 279).

  (f) The "**Claim Ownership Issue**" refers to the issue of whether the Debtor BUFC or the FDIC owns and therefore has standing to assert the subject claims against former directors and officers of the Bank.

  (g) "**FIRREA**" refers to the Financial Institution Reform, Recover and Enforcement Act of 1989.

Dated: February 1, 2010

Of Counsel:

Kathryn R. Norcross
Senior Counsel
Sonya L. Levine
Counsel-Legal Division
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, VS-D-
Arlington, VA  22226
(703) 562-2783
Email: *knorcross@fdic.gov*
Email: *slevine@fdic.gov*

McDERMOTT WILL & EMERY LLP

By: <u>/s/ *Bruce J. Berman*</u>
    Bruce J. Berman
    Fla. Bar # 159280
    201 S. Biscayne Blvd., Suite 2200
    Miami, FL 33131-4336
    Tel:  305.358.3500
    Fax:  305.347.6500
    - and -
    Geoffrey T. Raicht
    340 Madison Avenue
    New York, New York 10173-1922
    Tel:  212.547.5400
    Fax:  212.547.5444

    - and –

HUGHES HUBBARD & REED LLP
Dennis Klein
Aviva L. Wernick
201 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-4332
Tel:  305.358.1666
Fax:  305.371.8759

*Co-Counsel for the Federal Deposit Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Bruce J. Berman
Bruce J. Berman

### Service List for Case 09-19940-LMI

### Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

**Johanna Armengol** on behalf of U.S. Trustee, Office of the US Trustee
Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov

**Paul J. Battista** on behalf of creditor Alfred Camner
pbattista@gjb-law.com; gjbecf@gjb-law.com

**Bruce J Berman** on behalf of Creditor Federal Deposit Insurance Corporation
bberman@mwe.com, wjanke@mwe.com, graicht@mwe.com

**Mark D Bloom** on behalf of Debtor BankUnited Financial Corporation
bloomm@gtlaw.com, phillipsj@gtlaw.com, MiaLitDock@gtlaw.com, miaecfbky@gtlaw.com

**City of Homestead, FL** dgonzales@wsh-law.com

**City of Miramar, FL**  dgonzales@wsh-law.com

**Stephen P Drobny** on behalf of Debtor BankUnited Financial Corporation
sdrobny@shutts.com, mvandenbosch@shutts.com

**Douglas R. Gonzales**
dgonzales@wsh-law.com

**Scott M. Grossman** on behalf of Debtor BankUnited Financial Corporation
grossmansm@gtlaw.com, phillipsj@gtlaw.com, MiaLitDock@gtlaw.com, miaecfbky@gtlaw.com

**Robert J Hauser** hauser@beasleylaw.net, lundstrom@beasleylaw.net;miles@beasleylaw.net

**Hollie N Hawn** hhawn@broward.org

**Brian W Hockett** on behalf of Debtor BankUnited
bhockett@thompsoncoburn.com

**Peter H Levitt** on behalf of Debtor BankUnited Financial Corporation
plevitt@shutts-law.com

**Corali Lopez-Castro** on behalf of Official Committee of Unsecured Creditors
clc@kttlaw.com, rcp@kttlaw.com

**Todd C Meyers** on behalf of Official Committee of Unsecured Creditors
tmeyers@kilpatrickstockton.com, skapoor@kilpatrickstockton.com

**Miami-Dade County Tax Collector**
mdtcbkc@miamidade.gov

**Dennis A Nowak** on behalf of Interested Parties Humberto L. Lopez and Ramiro A. Ortiz
dn@tewlaw.com, ag@tewlaw.com

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.gov

**Craig V. Rasile** on behalf of Creditor U.S. Bank, N.A.
crasile@hunton.com, mtucker@hunton.com, mmannering@hunton.com, keckhardt@hunton.com, adeboer@hunton.com

**Patricia A Redmond** on behalf of Interested Party BankUnited, FSB ("New Bank")
predmond@swmwas.com, jmartinez@swmwas.com, rross@swmwas.com

**David Samole** on behalf of Official Committee of Unsecured Creditors
das@kttlaw.com, pm@kttlaw.com;la@kttlaw.com;ycc@kttlaw.com

**Mark J Wolfson** mwolfson@foley.com, mgrettenberger@foley.com;jalmeida@foley.com

**Dennis S. Klein** on behalf of FDIC
klein@hugheshubbard.com

**Joseph Luzinski**, Chief Restructuring Officer
jluzinski@dsi.biz

## Manual Notice List

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, and are therefore being served by first class U.S. Mail, postage prepaid:

SEE ATTACHED

Yale Scott Bogen
200 S Biscayne Blvd #1818
Miami, FL 33131

CC Arbitrage, Ltd
c/o Castle Creek Arbitrage LLC
111 West Jackson Blvd 20th Fl
Chicago, IL 60604

Jeffrey Chubak
Dewey & LeBoeuf
1301 Avenue of the Americas
New York, NY 10019-6092

Deborah K Curran
8101 Sandy Spring Rd #100
Laurel, MD 20707

Grace Davila-Perez
14721 SW 159 Place
Miami, FL 33196

Deutsche Bank Securities, Inc
60 Wall St
New York, NY 10005

Mark F Hebbeln
321 N Clark St #2800
Chicago, IL 60654

Highbridge International LLC
c/o Highbridge Capital Management LLC
9 West 57 St 27 Floor
New York, NY 10019

Hudson Bay Fund LP
c/o Charles Winkler
120 Broadway 40th Flr
New York, NY 10271

Hudson Bay Overseas LTD
c/o Charles Winkler
120 Broadway 40th Flr
New York, NY 10271

Sameer K. Kapoor
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Imperial County Treasurer-Tax Collector
940 W Main St #106
El Centro, CA 92243

Christina Kennedy
2 Biscayne Blvd #1900
Miami, FL 33131

Dennis S Klein
1775 I St NW #600
Washington, DC 20006

Corali Lopez-Castro
c/o Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

MPerial County Treasurer-Tax Collector
940 W Main St #106
El Centro, CA 92243

Manatee County Tax Collector
c/o Ken Burton, Jr
POB 25300
Bradenton, FL 34206

Maureen McGreevey
680 E Swedesford Rd
Wayne, PA 19087

Todd C Meyers
1100 Peachtree St #2800
Atlanta, GA 30309

Monumental Life Insurance Co
c/o Maureen Ocampo CFA
2049 Century Park East #330
Los Angeles, CA 90067

Jonathan Lee Riches
dba Bernard L. Madoff Invest. Sec. LLC
POB 14500 #40948018
Lexington, KY 40512

Edward G Salloom
255 Wildwood Ave
Worcester, MA 01603

Shutts & Bowen
201 S Biscayne Blvd #1500
Miami, FL 33131

Andrew I Silfen
1675 Broadway #25
New York, NY 10019
Michael C Sontag
550 Biltmore Way #700
Coral Gables, FL 33134

Claudia R Sullivan
255 Wildwood Ave
Worcester, MA 01603

Wendy H Zoberman
4280 Professional Center Dr #350
Palm Beach Gardens, FL 33410

- 8 -