**CGFD71** (1/26/10)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** BankUnited Financial Corporation

**Case Number:** 09–19940–LMI
**Chapter:** 11
**County of Residence or Place of Business:** Miami

# TRANSMITTAL OF RECORD TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on 1/19/2010
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Related District Court Case Number: (Assigned to Motion filed pursuant to USDC Local Rule 87.4 C or D)
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court

**[For Appeals]:** The Party or Parties Included in the Appeal to District Court:

**Appellant(s):** Federal Deposit Insurance Corporation
**Attorney:** Bruce Berman
201 S Biscayne Blvd #2200
Miami, FL 33131

**Appellee(s):** The Official Committee of Unsecured Creditors
**Attorney:** Corali Lopez–Castro
2525 Ponce De Leon Blvd, 9 Fl
Miami, FL 33134

**Title and Date of Order Appealed:** Order Denying the Federal Deposit Insurance Corporation's Motion to Enforce the Order Granting the Committee Derivative Standing to Investigate, Assert and Prosecute Claims Against Officers, Directors and Prepetition Professionals

**Entered on Docket Date:** 01/07/2010    **Docket Number:** 426

- ☑ Designation in Appeal (See Attached)
- ☑ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☑ Copies of Transcript(s) of Hearing(s) on: 9/15/09, 11/24/09 and 12/28/09
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 3/12/10

**CLERK OF COURT**
By: Diana Cohen
Deputy Clerk   (305) 714–1800