UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[1] | Case No. 09-19940-LMI |
| Debtors.            / | (Jointly Administered) |

## MOTION TO (I) AUTHORIZE AND APPROVE SALE OF TIME SHARE INTEREST FREE AND CLEAR OF LIENS AND OTHER MONETARY INTERESTS, (II) AUTHORIZE AND APPROVE RENTAL OF TIME SHARE INTEREST; AND (III) APPROVE FORM AND MANNER OF NOTICE OF SALE

*(Hearing respectfully requested on March 31, 2010 at 10:00 a.m.)*[2]

Debtor CRE America Corporation (**"CRE"**) respectfully moves pursuant to 11 U.S.C. §§ 105(a) and 363(b), (f), and (m), and Federal Rule of Bankruptcy Procedure 6004, for entry of an Order (I) authorizing and approving the sale of a time share interest (the **"Time Share"**) in the Fifth and Fifty-Fifth Residence Club, a/k/a St. Regis Residence Club New York (the **"Residence Club"**) free and clear of liens and other monetary interests; (II) authorizing and approving the rental of the Time Share; and (III) approving the form and manner of notice of sale, and states:

### PRELIMINARY STATEMENT

1.    By separate application, CRE has sought to retain The Corcoran Group (**"Corcoran"**) as a real estate broker to rent and sell the Time Share. By this motion, CRE seeks authority to rent the Time Share without further notice (other than to the Official Committee of

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

[2] Along with the filing of this motion, CRE is filing an *ex parte* motion to shorten the notice period for the hearing on this motion from 21 to 19 days.

Unsecured Creditors (the **"Committee"**)), hearing, or order; authority to sell the Time Share free and clear of any monetary interest upon prior notice to the Committee and further notice to creditors, all interested parties and interested purchasers, and subject to higher and better offers; and approval of the form of Notice of Sale attached hereto as **Exhibit A** (the **"Sale Notice"**).

## JURISDICTION, VENUE, AND BASIS FOR RELIEF

2.   This Court has jurisdiction to entertain this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this motion is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.   The basis for the relief requested is 11 U.S.C. §§ 105(a) and 363(b), (f), and (m), and Federal Rule of Bankruptcy Procedure 6004.

## BACKGROUND

4.   On May 22, 2009 (the **"Petition Date"**), Debtors BankUnited Financial Corporation (**"BUFC"**), BankUnited Financial Services, Inc. (**"BUFS"**), and CRE (collectively, the **"Debtors"**) filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate as debtors in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108; no trustee or examiner has been sought or appointed in these cases.  On May 29, 2009, the Office of the United States Trustee appointed the Committee (DE # 33).

5.   BUFC is a former unitary savings and loan holding company of the BankUnited, FSB (the **"Bank"**), incorporated in the State of Florida and formerly headquartered in Coral Gables, Florida.  BUFC is also the 100% owner of (i) CRE, which owns the Time Share; and (ii) BUFS, which was organized in 1997 for the purpose of selling annuities, mutual funds and other insurance and securities products.[3]

---

[3] BUFC is also the parent and 100% owner of other subsidiary entities which have not sought relief in this or any other Court, and appear at this juncture not to have any meaningful assets.

6. Following several unsuccessful attempts to raise the Bank's capital levels in accordance with Office of Thrift Supervision (**"OTS"**) mandates, on May 21, 2009, the OTS closed the Bank and appointed the FDIC as its receiver. The FDIC entered into a Purchase and Assumption Agreement with a group of investors who invested in a new depository institution, BankUnited, a de novo federal savings association organized under the laws of the United States and having its principal place of business in Coral Gables, Florida (**"New Bank"**), for the purchase of the Bank's assets. All of the former officers and employees of the Bank then terminated their relationship with the Bank or the Debtors and either took positions at New Bank or pursued other opportunities.

7. CRE's only asset, other than cash, receivables, and certain other intangible assets, is the Time Share, which consists of 4 weeks of use of a two-bedroom suite at the St. Regis New York, more particularly described as a 4/52 ownership interest as tenant-in-common with other owners in the "Club Unit" known as Club Unit 1035 in the building known as the Fifth and Fifty-Fifth Condominium located at Two East 55th Street, New York, New York. For rental purposes, the two-bedroom suite can be rented out as a whole, or as a separate studio and one-bedroom suite.

## THE PROPOSED RENTAL AND SALE

8. CRE requests authority to rent and ultimately sell the Time Share through Corcoran, as broker. The Time Share will be listed for sale at $550,000 and for rental at the following rates:

| Rental Type | Daily | Full Term |
|---|---|---|
| Studio | $759 | $21,000 |
| 1 Bedroom Suite | $1,195 | $33,000 |
| 2 Bedroom Suite | $2,395 | $67,000 |

3

9. CRE further requests that, upon approval of this motion, it be authorized to rent the Time Share without further notice (other than prior notice to the Committee), hearing or order, on these or better terms.

10. With respect to any sale, CRE seeks authority to sell the Time Share fee and clear of all liens and other monetary interests, but otherwise subject to all other interests under the Declaration and Plan of Club Ownership for Fifth and Fifty-Fifth Residence Club attached hereto as **Exhibit B** (the **"Club Declaration"**). The only known liens and other monetary interests in the Time Share are 2009 Maintenance Fees of $15,339.36 and 2009 Real Estate Taxes of $3,788.77, plus accrued interest thereon. Such liens and monetary interests will be paid at the closing of the sale of the Time Share.

11. Upon locating a suitable and qualified purchaser for the Time Share, CRE will first provide notice to the Committee, and then file and serve the Sale Notice on all creditors and interested parties in CRE's bankruptcy case, as well as any other party known by CRE or Corcoran to have expressed an interest in purchasing the Time Share. The Sale Notice will set forth the name of the proposed purchaser, date and time for the closing of the sale, and a deadline of two business days before the closing for any interested party to submit a higher and better offer. If no higher and better offer is received by CRE, then the Time Share will be sold to the proposed purchaser. If a higher and better offer is received, CRE will conduct an auction among the proposed purchaser and any other interested purchaser submitting a timely higher and better offer, and will sell the Time Share to the proposed purchaser submitting the highest and best offer for the Time Share. After closing of the sale, CRE will then file with the Court the statement required by Federal Rule of Bankruptcy Procedure 6004(f)(1).

**RELIEF REQUESTED**

12. The Bankruptcy Code permits a debtor-in-possession, after notice and a hearing, to use, sell or lease property of the estate other than in the ordinary course of the debtor's business. 11 U.S.C. §§ 363(b)(1) and 1107(a). A court should approve a use, sale or lease under this section when the debtor-in-possession articulates "some business justification." *See In re Continental Airlines, Inc.*, 780 F.2d 1223, 1226 (5th Cir. 1986); *In re Copy Crafters Quick Print, Inc.*, 92 B.R. 973, 981 (Bankr. N.D. N.Y. 1988); *Matter of St. Petersburg Hotel Assoc., Ltd.*, 37 B.R. 341, 43 (Bankr. M.D. Fla. 1983). Further, in order to use, sell or lease property of the estate under § 363(b)(1), the debtor-in-possession must demonstrate that (i) accurate and reasonable notice was provided; (ii) the price to be paid for the property is adequate; and (iii) the use, sale or lease will be in good-faith (*e.g.*, is not a lucrative deal to an "insider"). *See In re Industrial Valley Refrigeration & Air Conditioning Supplies, Inc.*, 77 B.R. 15, 21 (Bankr. E.D. Pa. 1987). Each requirement is satisfied in this case.

13. **Notice.** Federal Rules of Bankruptcy Procedure 2002(a)(2) and 6004(a) require CRE to provide at least 21 days' notice by mail to all creditors and indenture trustees before selling property under § 363(b)(1), unless for cause shown the Court shortens the time.[4] And Federal Rule of Bankruptcy Procedure 2002(c)(1) requires notice of a sale to include the time and place of any public sale, the terms and conditions of any private sale and the time fixed for filing objections. CRE submits that the filing and service of this motion and notice of the hearing thereon will afford all creditors and interested parties with sufficient notice and an opportunity to object to the proposed sale, and, in conjunction with service of the Sale Notice, will constitute due and adequate notice in accordance with Rule 2002.

---

[4] *See* note 2.

14. **Price.** CRE listed the value of the Time Share on its bankruptcy schedules as $578,449.00, and proposes to list the Time Share for sale at $550,000. The ultimate price will be set forth in the Sale Notice and will be subject to higher and better offers. But after consultation with Corcoran and based upon CRE's own independent research, CRE, in its business judgment, believes that a listing price of $550,000 for the Time Share is fair, reasonable, and in the best interests of creditors and CRE's estate.

15. **Good Faith.** CRE submits that through Corcoran's marketing to independent third parties, any sale of the Time Share will be to a disinterested third party, good faith purchaser, and not an insider of any of the Debtors. The Sale Notice will disclose the identity of the proposed purchaser, and will include a statement that the proposed purchaser is a disinterested third party, good faith purchaser, and not an insider of the Debtors, and that, after due and adequate marketing of the Time Share, CRE believes that the purchase price is adequate, subject to higher and better offers.

16. **Bidding Procedures.** As noted above, the Sale Notice will set forth the name of the proposed purchaser (the **"Purchaser"**), the date, time, and place for the closing of the sale (the **"Closing"**), and a deadline of 4:00 p.m., two business days before the closing (the **"Competing Bid Deadline"**) for any interested party to submit a higher and better offer. If CRE receives a higher and better offer by the Competing Bid Deadline, CRE will conduct an auction at the Closing among the Purchaser and any competing bidders that have submitted a competing bid by the Competing Bid Deadline, and will sell the Time Share to the highest bidder. If CRE does not receive any higher and better offer by the Competing Bid Deadline, then CRE will sell the Time Share to the Purchaser at the Closing.

17. **Sale free and clear of liens and other monetary interests.** CRE seeks to sell the Time Share free and clear of any liens and monetary interests, which liens and interests will be paid at closing, but otherwise subject to any valid interests under the Club Declaration or applicable law. CRE may sell the Time Share free and clear of any interest in such property pursuant to 11 U.S.C. § 363(f), because one or more of the requirements of 11 U.S.C. § 363(f) are met here: (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest; (2) such entity consents; (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property; (4) such interest is in bona fide dispute; or (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest. Specifically, and without limitation, the known liens and monetary interests with respect to the Time Share total approximately $19,128.13 (plus interest thereon), which is well less than the listing price, and the absence of any objection by the entities holding those liens or interests will constitute a consent to a sale free and clear of such interests. CRE therefore may sell the Time Share fee and clear of all liens and monetary interests.

## Conclusion

18. CRE believes, in its informed business judgment, that a sale of the Time Share as set forth herein is in the best interests of creditors and CRE's estate, and should be approved.

WHEREFORE, CRE respectfully requests that the Court grant this motion, approve the sale of the Time Share, and grant such other and further relief as justice and equity require.

Dated March 12, 2010.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Counsel for the Debtors
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By:      /s/ Scott M. Grossman
MARK D. BLOOM
Florida Bar No. 303836
bloomm@gtlaw.com
SCOTT M. GROSSMAN
Florida Bar No. 0176702
grossmansm@gtlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day (i) via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case, and (ii) on all parties listed on the Service List attached hereto via CM/ECF transmission, and/or U.S. mail, as indicated thereon.

       /s/ Scott M. Grossman
SCOTT M. GROSSMAN

*MIA 181,069,296 v5 117136010200.*

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

Johanna Armengol on behalf of U.S. Trustee Office of the US Trustee
Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov

Paul J. Battista on behalf of Creditor Alfred Camner
pbattista@gjb-law.com, gjbecf@gjb-law.com

Bruce J Berman on behalf of Creditor Federal Deposit Insurance Corporation,
bberman@mwe.com,
wjanke@mwe.com;graicht@mwe.com;knorcross@fdic.gov;slevine@fdic.gov

Mark D Bloom on behalf of Debtor BankUnited Financial Corporation
bloomm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Shawn M Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com

City of Homestead, FL
dgonzales@wsh-law.com

City of Miramar, FL
dgonzales@wsh-law.com

Stephen P. Drobny on behalf of Debtor BankUnited Financial Corporation
sdrobny@shutts.com, mvandenbosch@shutts.com

Douglas R. Gonzales on behalf of Creditor City of Homestead, FL
dgonzales@wsh-law.com

Scott M. Grossman on behalf of Debtor BankUnited Financial Corporation
grossmansm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Robert J Hauser on behalf of Creditor CF West Palm Office L.P.
hauser@beasleylaw.net, lundstrom@beasleylaw.net;miles@beasleylaw.net

Hollie N Hawn on behalf of Creditor Broward County Revenue Collector
hhawn@broward.org

Brian W Hockett on behalf of Interested Party BankUnited, FSB ("New Bank")
bhockett@thompsoncoburn.com

Christina M Kennedy on behalf of Creditor Deutsche Bank National Trust Company
ckennedy@foley.com

Peter H Levitt on behalf of Debtor BankUnited Financial Corporation
plevitt@shutts-law.com

Corali Lopez-Castro on behalf of Creditor Committee Official Committee of Unsecured Creditors
clc@kttlaw.com, rcp@kttlaw.com

Todd C Meyers on behalf of Creditor Committee Official Committee of Unsecured Creditors
tmeyers@kilpatrickstockton.com, skapoor@kilpatrickstockton.com

Miami-Dade County Tax Collector
mdtcbkc@miamidade.gov

Dennis A Nowak on behalf of Interested Party Humberto Lopez
dn@tewlaw.com, ag@tewlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Craig V Rasile on behalf of Creditor U.S. Bank, N.A.
crasile@hunton.com, mtucker@hunton.com, mmannering@hunton.com,keckhardt@hunton.com,adeboer@hunton.com

Patricia A Redmond on behalf of Interested Party BankUnited, FSB ("New Bank")
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com; rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com

David Samole on behalf of Creditor Committee Official Committee of Unsecured Creditors
das@kttlaw.com, pm@kttlaw.com;la@kttlaw.com;ycc@kttlaw.com

Jonathan C. Vair on behalf of Interested Party Lawrence Blum
jvair@stearnsweaver.com, cgraver@stearnsweaver.com; tcotter@stearnsweaver.com; rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com

Mark J Wolfson on behalf of Creditor Deutsche Bank National Trust Company
mwolfson@foley.com, mgrettenberger@foley.com;jalmeida@foley.com

**Manual Notice List**

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, and are therefore being served by first class U.S. Mail, postage prepaid:

**NON-ECF SERVICE LIST**

| | |
|---|---|
| Cede & Co.<br>P.O. Box 20<br>Bowling Green Station<br>New York, NY 10004-1408 | Wells Fargo Delaware Trust Company<br>Attn: Molly A. Breffitt<br>919 N. Market Street<br>Suite 1600<br>Wilmington, DE 19801 |
| U.S. Bank<br>1555 N. River Center Drive<br>Suite 300<br>Milwaukee, WI 53212 | Thomas M. Korsman, Vice President<br>Corporate Special Accounts Group<br>Wells Fargo Bank, N.A.<br>MAC N9311-110<br>625 Marquette Avenue<br>Minneapolis, MN 55479 |
| U.S. Bank<br>Attn: Earl Dennison, Acct. Admin.<br>Goodwin Square, 23rd Floor<br>225 Asylum Street<br>Hartford, CT 06103 | Stearns Weaver<br>Museum Tower<br>150 W. Flagler Street Suite 2200<br>Miami, FL 33130 |
| Geoffrey T. Raicht, Esq.<br>*Counsel for FDIC*<br>McDermott Will & Emery LLP<br>340 Madison Ave.<br>New York, N.Y. 10173-1922 | Dennis S. Klein, Esq.<br>*Co-Counsel for FDIC*<br>Hughes Hubbard & Reed LLP<br>1775 I Street N.W., Suite 600<br>Washington, D.C. 20006-2401 |
| Aviva L. Wernick, Esq.<br>*Local Counsel for FDIC*<br>Hughes Hubbard & Reed LLP<br>201 S. Biscayne Blvd., Suite 2500<br>Miami, FL 33131-4332 | Coffey Burlington<br>Office in the Grove Penthouse<br>2699 S. Bayshore Drive<br>Miami, FL 33133 |
| Tew Cardenas<br>Four Seasons Tower - 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131-3439 | Bridget Schessler, Vice President<br>The Bank of New York Mellon<br>525 William Penn Place, 7th Floor<br>Pittsburgh, PA 15259 |
| Moses Marx<br>c/o Ross Martin, Esq.<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110-2624 | Steven M. Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-1615 |

| | |
|---|---|
| Susan D. Profant, CFCA, CLA, Paralegal<br>KEN BURTON, JR., Manatee County<br>Tax Collector<br>P.O. Box 25300<br>Bradenton, FL 34206-5300 | Jack Reise<br>Waterford Township General Employees Retirement System<br>c/o Coughlin Stoia Geller et al<br>120 E. Palmetto Park Road Suite 500<br>Boca Raton, FL 33432 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>Department of Treasury<br>227 N. Borough St.<br>Tallahassee, FL 32301 |
| Internal Revenue Service<br>Insolvency Unit<br>7850 S.W. 6th Court<br>Mail Stop 5730<br>Plantation, FL 33324 | State of Florida<br>Department of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Honorable R. Alexander Acosta<br>Attn: Civil Process Clerk<br>U.S. Attorney<br>99 NE Fourth Street<br>Miami, FL 33132 | Honorable Eric Holder<br>U.S. Attorney General<br>Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |
| Susan R. Sherrill-Beard<br>Senior Trial Counsel/Bankruptcy<br>U.S. Securities and Exchange Commission<br>Atlanta Regional Office<br>Suite 1000, 3475 Lenox Road, N.E.<br>Atlanta, GA 30326-1232 | David A. Lander, Esq.<br>Brian W. Hockett, Esq.<br>*Counsel for BankUnited (New Bank)*<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St. Louis, Missouri 63101 |
| Allison H. Weiss, Esq.<br>Jeffrey Chubak, Esq.<br>*Counsel for Bank of New York Mellon*<br>DEWEY & LeBOEUF LLP<br>1301 Avenue of the Americas<br>New York, N.Y. 10019 | Andrew I. Silfen, Esq.<br>Leah M. Eisenberg, Esq.<br>*Counsel for Wilmington Trust Company*<br>ARENT FOX LLP<br>1675 Broadway<br>New York, N.Y. 10019 |
| Jeffrey N. Rothleder, Esq.<br>*Counsel for Wilmington Trust Company*<br>ARENT FOX LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20026 | Michael C. Sontag, Esq.<br>*Special Counsel to Debtors*<br>CAMNER LIPSITZ, P.A.<br>550 Biltmore Way, Suite 700<br>Coral Gables, FL 33134 |

| | |
|---|---|
| Wendy H. Zoberman, Esq.<br>*Lead Counsel for the Putative Class*<br>BERMAN DEVALERIO<br>4280 Professional Center Drive, Suite 350<br>Palm Beach Gardens, FL 33410 | Jonathan Lee Riches<br>dba Bernard L. Madoff Invest. Sec. LLC<br>POB 14500 #40948018<br>Lexington, KY 40512 |
| CC Arbitrage, Ltd<br>c/o Castle Creek Arbitrage LLC<br>111 West Jackson Blvd 20th Fl<br>Chicago, IL 60604 | Monumental Life Insurance Co<br>c/o Maureen Ocampo CFA<br>2049 Century Park East #330<br>Los Angeles, CA 90067 |
| Highbridge International LLC<br>c/o Highbridge Capital Management LLC<br>9 West 57 St 27 Floor<br>New York, NY 10019 | Hudson Bay Fund LP<br>Hudson Bay Overseas LTD<br>c/o Charles Winkler<br>120 Broadway 40th Flr<br>New York, NY 10271 |
| Deutsche Bank Securities, Inc<br>60 Wall St<br>New York, NY 10005 | Mark F. Hebbeln, Esq.<br>Harold L. Kaplan, Esq.<br>*Counsel for Deutsche Bank National Trust Company*<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313 |
| Edward G Salloom, Jr.<br>Claudia R. Sullivan<br>255 Wildwood Ave<br>Worcester, MA 01603 | Christina M. Kennedy, Esq.<br>*Local Counsel for Deutsche Bank National Trust Company*<br>Foley & Lardner LLP<br>2 Biscayne Blvd., Suite 1900<br>Miami, FL 33131 |
| Grace Davila-Perez<br>14721 SW 159 Place<br>Miami, FL 33196 | Maureen A. McGreevey, Esq.<br>Counsel for SunGard Availability Services<br>680 E. Swedesford Rd<br>Wayne, PA 19087 |
| Imperial County Treasurer-Tax Collector<br>940 West Main Street, Suite 106<br>El Centro, CA 92243 | Deborah K Curran, Esq.<br>Counsel for McCabe Wiesberg & Conway LLC<br>8101 Sandy Spring Road, Suite 100<br>Laurel, MD 20707 |

| | |
|---|---|
| Kathryn R. Norcross, Senior Counsel<br>Sonya L. Levine, Counsel-Legal Division<br>*Of Counsel to FDIC*<br>Federal Deposit Insurance Corporation<br>Legal Division<br>3501 Fairfax Drive, VS-D<br>Arlington, VA 22226 | |

BankUnited Financial Corp.
7815 NW 148 Street
Miami Lakes, FL 33016-1554

Coffey Burlington
2699 South Bayshore Drive
Penthouse
Miami, FL 33133-5408

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Fifth & Fifty-Fifth Residence Club Assoc
8801 Vistana Centre Drive
Orlando, FL 32821-6354

Florida Dept. of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

New York State
Department of Taxation and Finance
Attn: Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

Miami-Dade County Tax Collector
140 W. Flagler Street
Suite 1407
Miami, FL 33130-1561

New York City Department of Finance
345 Adams Street
Attn: Legal Affairs, 3rd Floor
Brooklyn, NY 11201-3797

Starwood Vacation Exchange Company
St. Regis Residence Club, NY Inc.
c/o Starwood Vacation Ownership
8801 Vistana Centre Drive
Orlando, FL 32821-6354

Office of the US Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130-1614

St. Regis Residence Club, New York Inc.
5th and 53rd Residence Club Association
c/o Club Manager
8801 Vistana Centre Drive
Orlando, FL 32821-6354

The Bank of New York Mellon
Attn: Rafael Miranda, VP
101 Barclay Street - 8W
New York, NY 10286-0001

Stearns Weaver
Museum Towr
150 West Flagler Street, Suite 2200
Miami, FL 33130-1536

Tew Cardenas
Four Seasons Tower - 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3439

U.S. Bank
Attn: Earl Dennison, Account Admin
Goodwin Square, 23rd Floor
255 Asylum Street
Hartford, CT 06103-1506

The Federal Deposit Insurance Corp.
McDermott Will & Emery LLP
Attn: Geoffrey T. Raicht
340 Madison Avenue
New York, NY 10173-0002

U.S. Bank
1555 N. River Center Drive
Suite 300
Milwaukee, WI 53212-3958

U.S. Bank - Corporate Trust Services
Attn: Brian Renelt
60 Livingston Avenue
Saint Paul, MN 55107-2292

U.S. Bank
Attn: Russell Rokes
P.O. Box 960778
Boston, MA 02196-0778

U.S. Bank
Attn: Yemishi Otuyelu
P.O. Box 960778
Boston, MA 02196-0778

Wilmington Trust Co.
Corporate Capital Markets
Attn: Christopher J. Slaybaugh
1100 N. Market Street
Wilmington, DE 19890-0001

Waterford Township General Employees Retirement
c/o Coughlin Stoia Geller Rudman
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809

Wells Fargo Delaware Trust Company
Attn: Molly A. Breffitt
919 North Market Street
Suite 1600
Wilmington, DE 19801-3046

Stephen P. Drobny, Esq.
201 So Biscayne Blvd., #1500
Miami, FL 33131-4328

Wilmington Trust Co.
Corporate Capital Markets
Attn: Lori Donahue
1100 N. Market Street
Wilmington, DE 19890-0001

Epiq Bankruptcy Solutions, LLC
c/o Ron Jacobs
757 Third Avenue, 3rd Floor
New York, NY 10017-2071

Angela K. Halladay
VP & Associate General Counsel
Starwood Vacation Ownership
9002 San Marco Court, Bldg 1200
Orlando, FL 32819

15

| | | |
|---|---|---|
| CRE America Corporation<br>c/o Shutts & Bowen LLP<br>1500 Miami Center<br>201 South Biscayne Blvd.<br>Miami, FL 33131-4332 | Federal Deposit Insurance Corporation<br>Receiver for BankUnited, FSB<br>1601 Bryant Street, Suite 1700<br>Dallas, TX 75201-3430 | New York City Dept. of Finance<br>Attn: Bankruptcy Section<br>210 Joralemon Avenue<br>Brooklyn, NY 11201 |
| New York City Law Department<br>Attn: Bankruptcy Division<br>120 Broadway<br>New York, NY 10271-1100 | New York Attorney General<br>Attn: Bankruptcy Division<br>120 Broadway<br>New York, NY 10271-0332 | United States Attorney<br>Attn: Civil Process Clerk<br>100 Church Street<br>New York, NY 10007 |