

**ORDERED in the Southern District of Florida on April 05, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| BankUnited Financial Corporation, *et al.*,[1] | ) | Case No. 09-19940-LMI |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AGREED INTERIM ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF CHAPTER 11 PLAN PENDING HEARING ON EXCLUSIVITY MOTION

THIS CAUSE came before the Court at the hearing on Wednesday, March 31, 2010, upon the Debtors' *ore tenus* request for entry of a bridge order extending the exclusive period to file a Chapter 11 plan on an interim basis, pending a hearing on the *Third Motion to Extend Exclusive Periods to File a Plan and Solicit Acceptances Thereof* filed on March 30, 2010

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

(DE #526) (the "Third Exclusivity Motion").  It appearing that scheduling conflicts may preclude a hearing on the Third Exclusivity Motion prior to expiration of the exclusive period to file a plan on April 19, 2010, and no party in interest having objected to the entry of such a bridge order, the Court finds and determines that cause exists to grant the Debtors' request as provided herein.  Accordingly, it is

**ORDERED AND ADJUDGED that:**

1. The *ore tenus* request is GRANTED;

2. The exclusive period within which Debtors may file a Chapter 11 plan is EXTENDED from April 19, 2010 through and including the entry of an Order granting or denying the Third Exclusivity Motion following a hearing on Thursday, May 6, 2010;

3. The entry of this Order is without prejudice to the right of the Official Committee of Unsecured Creditors or any other party in interest in these cases to object to the Third Exclusivity Motion on any grounds, or to seek an earlier termination of the extended exclusivity period.

# # #

Submitted by:

Mark D. Bloom, Esq.
Scott M. Grossman, Esq.
Greenberg Traurig, P.A.
Counsel for the Debtors
1221 Brickell Avenue
Miami, FL 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717
E-mail:  bloomm@gtlaw.com
E-mail:  grossmansm@gtlaw.com

*(Attorney Bloom shall serve a conformed copy of this Order upon all interested parties and shall file a certificate of service.)*

*MIA 181,144,927 v3 117136010200.*