IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          )
                                                )    Chapter 11
BankUnited Financial Corporation, *et al.*,[1]  )
                                                )    Case No. 09-19940-LMI
                         Debtors.               )
                                                )    (Jointly Administered)

**LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BANKUNITED FINANCIAL CORPORATION AND RELATED DEBTORS TO DEBTORS' FOURTH MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF**

The Official Committee of Unsecured Creditors of the above-captioned Debtors (the "Committee") submits to this Court its limited objection (the "Limited Objection") to the Debtors' Fourth Motion to Extend Exclusive Periods to File a Plan and Solicit Acceptances Thereof (the "Fourth Extension Motion"), and as grounds therefor, shows this Court as follows:

**BACKGROUND**

1.  Pursuant to the Agreed Interim Order Extending Debtors' Exclusive Periods to File and Solicit Acceptances of Chapter 11 Plan Pending Hearing on Exclusivity Motion [Docket No. 625], the exclusive period within which only the Debtors may file a Chapter 11 plan (the "Exclusive Filing Period") was extended from August 4, 2010, through and including the entry of an Order granting or denying the Fourth Extension Motion, which is currently scheduled to be heard on Wednesday, August 11, 2010.

---

[1] The debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335) (collectively, the "Debtors").

US2008 1473438.1

2. On July 13, 2010, the Debtors filed the Fourth Extension Motion [Docket No. 614] seeking an extension of the Exclusive Filing Period for a period of 110 days, through and including November 22, 2010, and an extension of the period within which to obtain acceptances of such plan (the "Exclusive Solicitation Period"; together with the Exclusive Filing Period, the "Exclusive Periods") for a period of 60 days from the end of the newly established Exclusive Filing Period.

## LIMITED OBJECTION

3. While the Committee does not oppose the relief sought in the Fourth Extension Motion, the Committee does not believe that certain of the justifications offered by the Debtors for the requested extensions are valid. In particular, the Committee disagrees with any implication that the issues presented in the litigation against the Federal Deposit Insurance Corporation must be resolved in order to file and confirm a plan. However, because the Committee <u>at this time</u> believes that the Debtors' contention that an extension of the Exclusive Periods is necessary while they continue to attempt to realize the value of their net operating loss carryforwards through a plan of reorganization, standing alone, is a valid justification for the requested extensions, the Committee does not oppose extensions of the Exclusive Periods.

4. The Committee reserves the right to seek to shorten the Exclusive Periods for any reason, including without limitation if the Committee believes that the Debtors are not working expeditiously to realize the value of their net operating loss carryforwards or it becomes apparent that the benefits of accomplishing such goal combined with the likelihood thereof are outweighed by other concerns.

WHEREFORE, the Committee respectfully requests that this Court (a) grant the requested extensions of the Exclusive Periods, and (b) grant such other and further relief as is appropriate under the circumstances.

Dated:  August 4, 2010

          KILPATRICK STOCKTON LLP

          /s/ Todd C. Meyers
          Todd C. Meyers
          Georgia Bar No. 503756
          Sameer K. Kapoor
          Georgia Bar No. 407525
          1100 Peachtree Street, Suite 2800
          Atlanta, Georgia  30309-4530
          (404) 815-6500 (Telephone)
          (404) 815-6555 (Facsimile)
          tmeyers@kilpatrickstockton.com
          skapoor@kilpatrickstockton.com

          and

          KOZYAK TROPIN & THROCKMORTON, P.A.

          Corali  Lopez-Castro, Esq.
          Florida Bar No. 863830
          2525 Ponce De Leon, 9th Floor
          Miami, Florida 33134
          (305) 372-1800 (Telephone)
          (305) 372-3508 (Facsimile)
          clc@kttlaw.com

          Counsel for the Official Committee of Unsecured
          Creditors of BankUnited Financial
          Corporation, *et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on parties listed below via electronic mail.

                                                  /s/ Todd C. Meyers
                                                    Todd C. Meyers

<u>Debtor's Counsel</u>
Mark D Bloom
Email: bloomm@gtlaw.com

<u>Chief Restructuring Officer</u>
Joseph Luzinski
Email: jluzinski@dsi.biz

<u>United States Trustee</u>
Johanna Armengol
Email: Johanna.Armengol@usdoj.gov