

**ORDERED in the Southern District of Florida on August 24, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                 Case No.  09-19940-BKC-LMI

BANKUNITED FINANCIAL CORP.,              Chapter 11

          Debtor.                                                   (Jointly Administered)
_____/

### ORDER DENYING MOTION TO INTERVENE AND MOTION FOR RECUSAL OF MARK D. BLOOM

This matter came before the Court on the Motion to Intervene as Plaintiffs/Creditors and Motion for Recusal of Attorney Mark D. Bloom filed by alleged Creditors Jonathan Lee Riches et al. on August 12, 2010 (DE #646).  Having reviewed the Motion and the record, it is ORDERED:

1.    The Motion to Intervene and for Recusal is DENIED as to both requests for relief due to the movants' lack of standing in these bankruptcy cases and associated adversary proceedings.

###

*The clerk of court shall serve a conformed copy of this order upon all parties in interest.*