IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>BankUnited Financial Corporation, *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 09-19940-LMI<br><br>(Jointly Administered) |

**UNOPPOSED MOTION OF THE FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER OF BANKUNITED, FSB,
<u>FOR LEAVE TO FILE UNDER SEAL</u>**

  The Federal Deposit Insurance Corporation, as receiver (the "FDIC-R") of BankUnited, FSB (the "Bank"), by and through its undersigned counsel, hereby files this Motion (the "Motion For Leave") for an order sealing (i) the consolidated "U.S. Corporation Income Tax Return" Form 1120 for the tax year ended September 30, 2009 and the "Corporate Application for Tentative Refund" Form 1139 filed by the above referenced debtors with the Internal Revenue Service ("IRS"), and (ii) a draft of the consolidated "U.S. Corporation Income Tax Return" Form 1120 for the tax year ended September 30, 2009 and a draft of the application for a refund on an "Amended U.S. Corporation Income Tax Return" Form 1120X to be filed by the FDIC-R with the IRS in the event this Court approves the Amended Motion of the Federal Deposit Insurance Corporation for an Order Confirming that the Automatic Stay Does Not Apply to the Exercise of Certain Tax Rights, or, in the Alternative, for an Order Granting Relief From the Automatic Stay (the "Amended Motion"), which the FDIC-R filed contemporaneously with the Motion For Leave.

  In support of its Motion For Leave, the FDIC-R respectfully states as follows:

NYK 1350774-4.084080.0010

## BACKGROUND

1. On May 25, 2010, the FDIC-R filed the Motion of the Federal Deposit Insurance Corporation for an Order Confirming that the Automatic Stay Does Not Apply to the Exercise of Certain Tax Rights, or, in the Alternative, for an Order Granting Relief From the Automatic Stay [Docket No. 574] (the "Original Motion").

2. On June 17, 2010, the Debtors filed their Response and Objection to the Original Motion [Docket No. 577] (the "Response") and the Official Committee of Unsecured Creditors filed a joinder to the Response [Docket No. 578]. In the Response, the Debtors informed this Court that (i) on June 14, 2010, BUFC filed with the Internal Revenue Service (the "IRS") a consolidated "U.S. Corporation Income Tax Return" Form 1120 for its fiscal year ended September 30, 2009 (the "FY 2008 Return") and (ii) on June 17, 2010, BUFC filed a Form 1139 (Corporate Application for Tentative Refund) (together, the "Debtors Tax Filings").

3. On August 11, 2010, the FDIC-R advised the Court that, after its review of the Debtors Tax Filings, it had determined that BUFC had (a) made several misstatements in the FY 2008 Return, (b) failed to have the FDIC-R co-sign Form 1139, and (c) taken positions in the FY 2008 Return contrary to law, which the FDIC-R could not support. The FDIC-R also advised the Court that it would file the Amended Motion.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157.

5. The bases for the relief requested herein are section 107(b) of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-

1(D) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida.

**RELIEF REQUESTED**

6. By the Motion for Leave, the FDIC-R seeks an order sealing (i) the Debtors Tax Filings, and (ii) the draft consolidated "U.S. Corporation Income Tax Return" Form 1120 for the tax year ended September 30, 2009 and the draft application for a refund on an "Amended U.S. Corporation Income Tax Return" Form 1120X to be filed by the FDIC-R with the IRS in the event this Court approves the Amended Motion (together, with the Debtors Tax Filings, the "Tax Documents").

7. The FDIC-R believes that the Tax Documents need to be filed under seal due to the potential sensitivity and the nature of the information contained therein. The Tax Documents each contain sensitive information with respect to certain tax positions taken by the Debtors and the FDIC-R's rebuttal of such positions. The Debtors have advised the FDIC-R that they believe that their estates and their creditors could potentially be harmed if such information is released and made publicly available. Accordingly, the Debtors have requested that the Tax Documents be filed under seal. Therefore, the FDIC-R requests that the Tax Documents remain under seal until the final disposition of these cases, and be returned to the FDIC-R at that time.

8. The FDIC-R has completed the requisite Cover Sheet to Accompany Items Submitted for Sealing or *In Camera* Review form and, if this Motion for Leave is granted, will file the Cover Sheet with the Clerk's Office along with the Tax Documents. If this Motion for Leave is granted, the FDIC-R will also provide copies of the Tax Documents to (i) counsel for the Debtors; (ii) counsel for the Official Committee of Unsecured Creditors; and (iii) this Court.

9. As described above, the undersigned has consulted with counsel to the Debtors who supports the relief sought herein.

## CONCLUSION

WHEREFORE, the FDIC-R respectfully requests that this Court (i) grant the Motion For Leave and allow the FDIC-R to file the Tax Documents under seal, and (ii) grant any relief to which the FDIC-R may be justly entitled.

October 6, 2010

Of Counsel:

Kathryn R. Norcross
Senior Counsel
Sonya L. Levine
Counsel-Legal Division
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, VS-D-
Arlington, VA  22226
(703) 562-2783
Email: *knorcross@fdic.gov*
Email: *slevine@fdic.gov*

McDERMOTT WILL & EMERY LLP

By: /s/ Bruce Berman
    Bruce J. Berman (Fla. Bar # 159280)
    201 S. Biscayne Blvd., Suite 2200
    Miami, FL 33131-4336
    Tel:  305.358.3500 / Fax:  305.347.6500
    - and -
    Geoffrey T. Raicht
    340 Madison Avenue
    New York, New York 10173-1922
    Tel:  212.547.5400 / Fax:  212.547.5444

*Counsel for the Federal Deposit Insurance Corporation*