

**ORDERED in the Southern District of Florida on December 06, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| BankUnited Financial Corporation, *et al.*,[1] | ) Case No. 09-19940-LMI |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**FOURTH INTERIM ORDER AWARDING COMPENSATION
AND REIMBURSEMENT OF EXPENSES TO DEVELOPMENT
SPECIALISTS, INC., AS FINANCIAL ADVISORS TO THE DEBTORS**

**THIS CAUSE** came before the Court for hearing on November 29, 2010, to consider various interim applications for allowance and award of compensation and reimbursement of expenses filed pursuant to this Court's August 12, 2009 *Order Authorizing and Establishing*

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, Florida 33131.

*MIA 181,572,006v2*

*Procedures for Monthly Payment of Interim Compensation and Reimbursement of Expenses to Chapter 11 Professionals* (DE #181) ("**Procedures Order**").  Among the applications before the Court is the *Fourth Interim Fee Application for Development Specialists, Inc. for Actual and Necessary Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from June 1, 2010 Through September 30, 2010* (the "**Fourth Interim Application**") (DE #701).  The Fourth Interim Application seeks compensation in the amount of $58,717.50, and reimbursement of expenses in the amount of $613.17, for the period from June 1, 2010 through September 30, 2010 (the "**Interim Period**").  Of these amounts $46,974.00 has been paid toward fees and $613.17 has been paid toward expenses, pursuant to the Procedures Order.

In arriving at the conclusions with respect to the allowance and payment of fees and reimbursement of expenses set forth in this Order, the Court has read and considered the Fourth Interim Application and supporting documentation.  The Court has also heard and considered the remarks of counsel and other parties in interest, and considered each of the factors enumerated in the Bankruptcy Code and applicable case law, including each of the factors that govern the reasonableness of fees as set forth in *In re First Colonial Corp.*, 544 F.2d 1291 (5th Cir.) *cert. denied*, 431 U.S. 904 (1977); and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).

In light of the foregoing, the Court finds and determines for the reasons stated on the record in open court that the allowance and award of interim fees and reimbursement of expenses in the amounts set forth below is appropriate at this time.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

A.      That the Fourth Interim Application is GRANTED to the extent set forth below;

B. That pursuant to Sections 330 and 331 of the Bankruptcy Code, 11 U.S.C. §§ 330 and 331, the Court does hereby allow, award and authorize payment of fees to Development Specialists, Inc. ("**DSI**") from the Debtors' estates in the amount of $46,974.00.00 (80% of the fees requested), and reimbursement of expenses in the amount of $613.17 (100% of the expenses requested); such that the total sum allowed, awarded and authorized for payment by this Order is $47,587.17, which amount has already been paid pursuant to the Procedures Order;

C. That the award of compensation and reimbursement of expenses for the Interim Period referenced above is made on an interim basis pursuant to 11 U.S.C. § 331, and remains subject to further review and adjustment in accordance with 11 U.S.C. §§ 328 and 330. The entry of this Order is without prejudice to the right of DSI to seek allowance, award and payment of additional fees or enhancements at a later date, and the right of any party in interest to file objections and comments to any future interim and final applications filed in this case.

###

Copies furnished to:

Mark D. Bloom, Esq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: bloomm@gtlaw.com

*(Attorney Bloom shall mail a conformed copy of this Order upon all interested parties and shall file a certificate of service)*

MIA 181,572,006v2

3