UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

    Debtors.

_____/

Case No. 09-19940-LMI

Chapter 11

Jointly Administered

### MOTION TO APPROVE FOURTH EXTENSION OF
### CHIEF RESTRUCTURING OFFICER ENGAGEMENT TERMS

Debtors, BankUnited Financial Corporation, BankUnited Financial Services, Incorporated, and CRE America Corporation (collectively, the **"Debtors"**), respectfully move pursuant to 11 U.S.C. §§ 105(a) and 363(b), Federal Rule of Bankruptcy Procedure 9013, and Paragraph 3 of this Court's June 30, 2009 *Order Authorizing the Engagement of Development Specialists, Inc.* (DE #126) for approval of a fourth extension of Joseph J. Luzinski's (**"Mr. Luzinski"**) engagement as their Chief Restructuring Officer (the **"CRO"**) on the same terms approved by the Court in its July 16, 2010 *Order Granting Third Extension of Terms of Engagement of Chief Restructuring Officer* (DE #624) (the **"Third Extension Order"**), specifically:

- Compensation of $20,000 per month, with Mr. Luzinski to devote not less than 50 hours per month to these cases, through March 31, 2011, with an automatic renewal through June 30, 2011 on these same terms, or such other terms involving lesser hours at a lower rate of compensation as may be approved by the Debtors' Board of Directors, but subject to any objection by the Official Committee of Unsecured Creditors (the **"Committee"**), and without prejudice to seek further extensions.

In support of this requested relief, the Debtors state:

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

*MIA 181,611,264v2*

**PRELIMINARY STATEMENT**

1.      Although the Debtors filed a Chapter 11 plan on November 22, 2010 (DE #733) (the **"Plan"**), there remains significant work to be done by the Debtors and the CRO in these cases, including efforts to secure an investor for the equity investment transaction contemplated by the Plan.  In addition, the Debtors are currently engaged in extensive litigation with the Federal Deposit Insurance Corporation, as Receiver (the **"FDIC"**) of BankUnited, FSB (the **"Bank"**) with respect to, among other things, ownership of certain tax refunds (claimed in the amount of approximately $44.8 million) and other tax attributes, an objection to the FDIC's $1.467 billion proofs of claim filed in these cases, and pursuit of the Debtors' $414 million claims against the Bank's Receivership.  In light of the remaining work to be done in these cases, and for the other reasons set forth below, the Debtors respectfully request a fourth extension of Mr. Luzinski's engagement as CRO, on the same terms approved by the Court in the Third Extension Order.

**JURISDICTION AND VENUE**

2.      This Court has jurisdiction to entertain this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  Consideration of this motion is a core proceeding pursuant to 28 U.S.C. § 157(b).

**FACTUAL BACKGROUND**

3.      The Debtors filed these Chapter 11 cases on May 22, 2009, and continue to operate as debtors in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.  No trustee or examiner has been sought or appointed in these cases.  On May 29, 2009, the Office of the United States Trustee appointed the Committee (DE # 33).

4.      Shortly after these cases were filed, the Court approved the employment of Development Specialists, Inc. (**"DSI"**) to provide restructuring management services and a CRO

in the person of Mr. Luzinski (the **"Engagement"**). The Engagement originally provided for Mr. Luzinski's services as CRO for an initial three-month period for $30,000 per month, with Mr. Luzinski to devote at least 50% of his working time to these cases during the three-month period.[2] The Debtors and DSI agreed to re-evaluate these Engagement terms after the initial three-month period, with any extension subject to Court approval.

5.  After a first extension of the terms of the Engagement through December 31, 2009 (DE #282), the Court entered an *Order Granting Second Extension of Terms of Engagement of Chief Restructuring Officer* (DE #446) (the **"Second Extension Order"**) on February 9, 2010. The Second Extension Order approved a further extension for an additional three months, an automatic renewal for another three months subject to any objection by the Committee or any other party in interest, and compensation of $20,000 per month provided that Mr. Luzinski devotes not less than 50 hours per month to his duties as CRO. The Third Extension Order approved another extension on the same terms as set forth in the Second Extension Order. As with the prior Orders governing the Engagement, the Third Extension Order was entered without prejudice to seek further extensions.

6.  Since the most recent extension of his engagement, the CRO has continued to work with the Debtors' attorneys and tax accountants on the Debtors tax returns, and has continued to direct the litigation with the FDIC over those returns and entitlement to tax refunds. In addition, the CRO has supervised the preparation of the Plan, and has continued to work with the Debtor's attorneys to seek an investor for the transaction contemplated by the Plan which, if confirmed and consummated, could generate significant additional value for the Debtors' estates

---

[2] The terms of the Engagement also include additional services of DSI professionals and employees to assist the CRO, for which DSI is compensated on an hourly basis. Unlike the terms of compensation for the CRO's services, the additional services of DSI are not required to be revisited following the initial three-month period of the Engagement. Accordingly, nothing in this motion seeks to alter the terms of the Engagement with respect to the additional services of DSI.

and creditors. The CRO also continues to coordinate the efforts of the Debtor's professionals with professionals retained by the Committee and other parties in interest; advise, report to and, where appropriate, obtain authorization from the Debtors' Boards of Directors; and perform other duties necessary to administer these bankruptcy cases. And the CRO continues to oversee the work of DSI in reviewing and analyzing potential avoidable transfers; reviewing and analyzing filed claims; preparing monthly operating reports; and reviewing and monitoring the Debtors' investments.

## RELIEF REQUESTED

7.     A great deal of substantive work remains to be done in these cases in order to maximize the value of the Debtors' assets for the estates. The Debtors therefore seek to extend the terms of Mr. Luzinski's engagement as CRO through March 31, 2011 (the **"Extension Period"**), upon the same terms as approved by the Court in the Third Extension Order, with an automatic extension through June 30, 2011 on these same terms or other terms involving lesser hours at a lower rate of compensation as may be approved by the Debtors' Board of Directors, upon the Debtors filing and serving on the master service list, <u>on or before March 17, 2011</u>, a written notice of the renewed extension, which notice shall provide that any party in interest may object to the renewed extension by filing an objection and request for hearing with the Court <u>on or before March 31, 2011</u>.

8.     Based on the foregoing circumstances and the continued necessity for the CRO's services, the Debtors believe that an extension of Mr. Luzinski's engagement as CRO under the terms set forth above in the best interests of the estates and their creditors; that the proposed compensation terms for the CRO during this extended period are customary and ordinary for companies of comparable size, value, and reputation and are within the range of reasonableness; and that the Debtors' decision to extend the terms of Mr. Luzinski's engagement as CRO reflects

a sound exercise of their business judgment and use of the estates' assets under 11 U.S.C. § 363(b).

9. Based on his performance to date, Mr. Luzinski continues to enjoy the confidence and support of the Board of Directors, which has approved the proposed extension and authorized undersigned counsel seek the approval of the Court by way of this Motion. Debtors therefore respectfully request that the Court approve an extension of Mr. Luzinski's engagement as CRO on the terms described above, without prejudice to seek further extensions.

WHEREFORE, the Debtors respectfully request the entry of an Order: (i) granting this Motion; (ii) approving the extension of Mr. Luzinski's engagement as CRO through March 31, 2011, at the rate of $20,000 per month with an hourly commitment of 50 hours per month, with an automatic renewal through June 30, 2011 on these same terms, or such other terms involving lesser hours at a lower rate of compensation as may be approved by the Debtors' Board of Directors, but subject to any objection by the Committee or any other party in interest, and without prejudice to seek further extensions; and (iii) granting such other and further relief as justice and equity require.

Dated December 20, 2010.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Counsel for the Debtors
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: /s/ Scott M. Grossman
    MARK D. BLOOM
    Florida Bar No. 303836
    bloomm@gtlaw.com
    SCOTT M. GROSSMAN
    Florida Bar No. 0176702
    grossmansm@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day (i) via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case, and (ii) on all parties listed on the Service List attached hereto via CM/ECF transmission, and/or U.S. mail, as indicated thereon.

        /s/ Scott M. Grossman
        SCOTT M. GROSSMAN

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case

- Vincent F Alexander    vfa@kttlaw.com, lf@kttlaw.com
- Johanna Armengol    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com
- Shawn M Christianson    schristianson@buchalter.com
- City of Homestead, FL    dgonzales@wsh-law.com
- City of Miramar, FL    dgonzales@wsh-law.com
- Stephen P. Drobny    sdrobny@shutts.com, mvandenbosch@shutts.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Scott M. Grossman    grossmansm@gtlaw.com, jacksont@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- Scott M. Grossman    grossmansm@gtlaw.com, jacksont@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;FTLLitDock@GTLaw.com
- Robert J Hauser    hauser@beasleylaw.net, lundstrom@beasleylaw.net;miles@beasleylaw.net
- Hollie N Hawn    hhawn@broward.org
- Brian W Hockett    bhockett@thompsoncoburn.com
- Sameer K Kapoor    skapoor@kilpatrickstockton.com, tmeyers@kilpatrickstockton.com;lcanty@kilpatrickstockton.com
- Christina M Kennedy    ckennedy@foley.com
- Jeffrey T. Kucera    jeffrey.kucera@klgates.com, maxine.lewis@klgates.com;;miamidocketing@klgates.com
- Peter H Levitt    plevitt@shutts-law.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Todd C Meyers    tmeyers@kilpatrickstockton.com, rrahman@kilpatrickstockton.com;lcanty@kilpatrickstockton.com

*MIA 181,611,264v2*       6

- Miami-Dade County Tax Collector    mdtcbkc@miamidade.gov
- Dennis A Nowak    dn@tewlaw.com
- Dennis A. Nowak    dnowak@fowler-white.com, agrage@fowler-white.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Geoffrey T Raicht    graicht@mwe.com, rrodriguez@mwe.com;nhazan@mwe.com;kotero@mwe.com;wjanke@mwe.com;akratenstein@mwe.com;trodriguez@mwe.com
- Craig V Rasile    crasile@hunton.com, mtucker@hunton.com,mmannering@hunton.com,adeboer@hunton.com
- Patricia A Redmond    predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- David Samole    das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Michael C Sontag    msontag@clplaw.net
- Jonathan C. Vair    jvair@stearnsweaver.com, cgraver@stearnsweaver.com;jmartinez@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- Mark J Wolfson    mwolfson@foley.com, btanner@foley.com;jhayes@foley.com

**Manual Notice List**

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, and are therefore being served by first class U.S. Mail, postage prepaid:

Service List Attached

| | | |
|---|---|---|
| Cede & Co.<br>P.O. Box 20<br>Bowling Green Station<br>New York, NY 10004-1408 | U.S. Bank<br>Attn: Earl Dennison, Acct. Admin.<br>Goodwin Square, 23rd Floor<br>225 Asylum Street<br>Hartford, CT 06103 | U.S. Bank (+)<br>1555 N. River Center Drive<br>Suite 300<br>Milwaukee, WI 53212 |
| Wells Fargo Delaware Trust Company<br>Attn: Molly A. Breffitt<br>919 N. Market Street<br>Suite 1600<br>Wilmington, DE 19801 | Jack Reise<br>Waterford Township General<br>Employees Retirement System<br>c/o Coughlin Stoia Geller et al<br>120 E. Palmetto Park Road Suite 500<br>Boca Raton, FL 33432 | Thomas M. Korsman, Vice President<br>Corporate Special Accounts Group<br>Wells Fargo Bank, N.A.<br>MAC N9311-110<br>625 Marquette Avenue<br>Minneapolis, MN 55479 |
| Geoffrey T. Raicht, Esq.<br>Attorneys for FDIC<br>McDermott Will & Emery LLP<br>340 Madison Ave.<br>New York, N.Y. 10173-1922 | Bridget Schessler, Vice President<br>The Bank of New York Mellon<br>525 William Penn Place, 7th Floor<br>Pittsburgh, PA 15259 | Coffey Burlington<br>Office in the Grove Penthouse<br>2699 S. Bayshore Drive<br>Miami, FL 33133 |
| Moses Marx<br>c/o Ross Martin, Esq.<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110-2624 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Steven M. Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-1615 |
| Honorable Eric Holder<br>U.S. Attorney General<br>Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | State of Florida<br>Department of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>Insolvency Unit<br>7850 S.W. 6th Court<br>Mail Stop 5730<br>Plantation, FL 33324 |
| Susan D. Profant, CFCA, CLA, Paralegal<br>KEN BURTON, JR.,<br>Manatee County Tax Collector<br>P.O. Box 25300<br>Bradenton, FL 34206-5300 | Susan R. Sherrill-Beard<br>Senior Trial Counsel/Bankruptcy<br>U.S. Securities and Exchange Com<br>Atlanta Regional Office<br>Suite 1000, 3475 Lenox Road, N.E.<br>Atlanta, GA 30326-1232 | Honorable R. Alexander Acosta<br>Attn: Civil Process Clerk<br>U.S. Attorney<br>99 NE Fourth Street<br>Miami, FL 33132 |

MIA 181,611,264v2

Jeffrey N. Rothleder, Esq.
Counsel for Wilmington Trust Company
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20026

Allison H. Weiss, Esq.
Jeffrey Chubak, Esq.
Counsel for Bank of New York Mellon
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, N.Y. 10019

David A. Lander, Esq.
Brian W. Hockett, Esq.
Attorneys for BankUnited (New Bank)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101

Wendy H. Zoberman, Esq.
Lead Counsel for the Putative Class
BERMAN DEVALERIO
4280 Professional Center Drive
Suite 350
Palm Beach Gardens, FL 33410

Jonathan Lee Riches
dba Bernard L. Madoff Invest. Sec. LLC
POB 14500 #40948018
Lexington, KY 40512

Andrew I. Silfen, Esq.
Leah M. Eisenberg, Esq.
Counsel for Wilmington Trust Company
ARENT FOX LLP
1675 Broadway
New York, N.Y. 10019

Hudson Bay Fund LP
Hudson Bay Overseas LTD
c/o Charles Winkler
120 Broadway 40th Flr
New York, NY 10271

CC Arbitrage, Ltd
c/o Castle Creek Arbitrage LLC
111 West Jackson Blvd 20th Fl
Chicago, IL 60604

Monumental Life Insurance Co
c/o Maureen Ocampo CFA
2049 Century Park East #330
Los Angeles, CA 90067

Edward G Salloom, Jr.
Claudia R. Sullivan
255 Wildwood Ave
Worcester, MA 01603

Highbridge International LLC
c/o Highbridge Capital Management LLC
9 West 57 Street, 27 Floor
New York, NY 10019

Dennis S. Klein, Esq.
Co-Counsel for FDIC
Hughes Hubbard & Reed LLP
1775 I Street N.W., Suite 600
Washington, D.C. 20006-2401

Aviva L. Wernick, Esq.
Local Counsel for FDIC
Hughes Hubbard & Reed LLP
201 S. Biscayne Blvd., # 2500
Miami, FL 33131-4332

Mark F. Hebbeln, Esq.
Harold L. Kaplan, Esq.
Counsel for Deutsche Bank National
Trust Company
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Grace Davila-Perez
14721 SW 159 Place
Miami, FL 33196

Maureen A. McGreevey, Esq.
Counsel for SunGard Availability Services
680 E. Swedesford Rd
Wayne, PA 19087

Imperial County Treasurer-Tax Collector
(+)
940 West Main Street, Suite 106
El Centro, CA 92243

Deborah K Curran, Esq.
McCabe Wiesberg & Conway LLC
8101 Sandy Spring Road, Suite 100
Laurel, MD 20707

*MIA 181,611,264v2*

9

| | | |
|---|---|---|
| Kathryn R. Norcross, Senior Counsel<br>Sonya L. Levine, Counsel-Legal Division<br>Federal Deposit Insurance Corporation<br>Legal Division<br>3501 Fairfax Drive, VS-D<br>Arlington, VA 22226 | Yale Scott Bogen<br>Development Specialists, Inc.<br>200 S Biscayne Blvd #1818<br>Miami, FL 33131 | Miguel G. Farra, CPA<br>Morrison Brown Argiz & Farra LLP<br>1001 Brickell Bay Drive, 9th Floor<br>Miami, FL 33131 |
| Richard I. Janvey, Esq.<br>Special Litigation Counsel to Debtors<br>Diamond McCarthy<br>620 Eighth Avenue, 39th Floor<br>New York, NY 10018 | Alfred S. Lurey, Esq.<br>Counsel for Creditors Committee<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 | ~~Deutsche Bank Securities, Inc~~<br>~~60 Wall St~~<br>~~New York, NY 10005~~ |
| ~~Tew Cardenas~~<br>~~Four Seasons Tower - 15th Floor~~<br>~~1441 Brickell Avenue~~<br>~~Miami, FL 33131-3439~~ | ~~Stearns Weaver~~<br>~~Museum Tower~~<br>~~150 W. Flagler Street Suite 2200~~<br>~~Miami, FL 33130~~ | ~~Internal Revenue Service~~<br>~~Department of Treasury~~<br>~~227 N. Borough St.~~<br>~~Tallahassee, FL 32301~~ |

MIA 181,611,264v2

10