**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[1] | ) |
| | )    Case No. 09-19940-LMI |
| Debtors. | ) |
| | )    (Jointly Administered) |

**SUMMARY OF FIFTH INTERIM FEE APPLICATION OF**
**KOZYAK TROPIN & THROCKMORTON, P.A., AS LOCAL COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | | |
|---|---|---|
| 1. | Name of applicant: | Kozyak Tropin & Throckmorton, P.A. |
| 2. | Role of applicant: | Local Counsel for the Official Committee of Unsecured Creditors for above-captioned Debtors |
| 3. | Name of certifying professional: | Corali Lopez-Castro |
| 4. | Date case filed: | May 22, 2009 |
| 5. | Date of application for employment: | June 16, 2009 |
| 6. | Date of order approving employment: | July 13, 2009 (*nunc pro tunc* to June 9, 2009) |
| 7. | Date of Disclosure of Compensation form: | N/A |
| 8. | Date of this application: | February 23, 2011 |
| 9. | Dates of services covered: | October 1, 2010 to January 31, 2011 |
| 10. | If case is Chapter 7, amount trustee has on hand: | $      0.00 |
| | **Fees.** | |
| 11. | Total fee requested for this period (from Exhibit 1) | $23,455.00 |
| 12. | Balance remaining in fee retainer account, not yet awarded | ($      0.00) |
| 13. | Fees paid or advanced for this period, by other sources | ($16,468.00)[2] |
| **14.** | **Net amount of fee requested for this period** | **$23,455.00** |
| | **Expenses.** | |
| 15. | Total expense reimbursement requested for this period | $    764.26 |
| 16. | Balance remaining in expense retainer account, not yet received | ($      0.00) |
| 17. | Expenses paid or advanced for this period, by other sources | ($    743.73)[2] |

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

[2] Pursuant to the Interim Compensation Procedures Order, KT&T received payments from Debtors for 80% of its fees and 100% of its expenses incurred for October through December 2010. These payments shall be applied to the fees and expenses awarded by this Court.

| | | | |
|---|---|---|---|
| 18. | Net amount of expense reimbursements requested for this period | $ | 764.26 |
| 19. | Gross award requested for this period (#11 + #15) | | $24,219.26 |
| 20. | Net award requested for this period (#14 + #18) | | $24,219.26 |

**History of Fees and Expenses on Following Page**

**History of Fees and Expenses on Following Page**
**History of Fees and Expenses.**

1. Dates, sources, and amounts of retainers received:

| Dates | Sources | Amounts | For fees or costs? |
|-------|---------|---------|--------------------|

None

2. Dates, sources, and amounts of third party payments received:

| Dates | Sources | Amounts | For fees or costs? |
|-------|---------|---------|--------------------|

None

3. Prior fee and expense awards.

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| **First Interim Application/Supplement** | | |
| Dates covered by application: 6/9/09 to 9/30/09 | | |
| Amount of fees requested: | $56,715.00 | $ |
| Amount of expenses requested: | $ | $1,783.92 |
| Amount of fees awarded: | $45,372.00 | $ |
| Amount of expenses awarded: | $ | $1,783.92 |
| Amount of fee retainer authorized to be used: | $ | |
| Amount of expense retainer authorized to be used: | | $ |

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Fee award, net of retainer: | $ | $ |
| Expense award, net of retainer: | | $ |
| Date of first award: 12/1/09 | | |
| Amount of fees actually paid: | $45,372.00 | |
| Amount of expense reimbursement actually paid: | | $1,783.92 |
| Portion of fees requested but not awarded, which | | |
| applicant wishes to defer to final fee application: $11,343.00 | | |
| Portion of expenses requested but not awarded, which | | |
| applicant wishes to defer to final fee application: | | $0.00 |

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| **Second Interim Application** | | |
| Dates covered by application: 9/1/09 to 1/31/10 | | |
| Amount of fees requested: | $103,555.00 | $ |
| Amount of expenses requested: | $ | $22,840.18 |
| Amount of fees awarded: | $74,628.00 | $ |
| Amount of expenses awarded: | $ | $22,840.18 |
| Amount of fee retainer authorized to be used: | $ | |
| Amount of expense retainer authorized to be used: | | $ |

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Fee award, net of retainer: | $ | $ |
| Expense award, net of retainer: | | $ |
| Date of second award: 3/31/10 | | |
| Amount of fees actually paid: | $74,628.00 | |
| Amount of expense reimbursement actually paid: | | $22,840.18 |

Portion of fees requested but not awarded, which
applicant wishes to defer to final fee application: $20,711.00
Portion of expenses requested but not awarded, which
applicant wishes to defer to final fee application:                           $0.00

|  | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| **Third Interim Application** | | |
| Dates covered by application: 2/1/10 to 5/31/10 | | |
| Amount of fees requested: | $54,555.00 | $ |
| Amount of expenses requested: | $ | $1,357.24 |
| Amount of fees awarded: | $43,644.00 | $ |
| Amount of expenses awarded: | $ | $1,357.24 |
| Amount of fee retainer authorized to be used: | $ | |
| Amount of expense retainer authorized to be used: | | $ |

|  | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Fee award, net of retainer: | $ | $ |
| Expense award, net of retainer: | | $ |
| Date of third award: 8/19/10 | | |
| Amount of fees actually paid: | $43,644.00 | |
| Amount of expense reimbursement actually paid: | | $1,357.24 |

Portion of fees requested but not awarded, which
applicant wishes to defer to final fee application: $10,911.00
Portion of expenses requested but not awarded, which
applicant wishes to defer to final fee application:                           $0.00

|  | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| **Fourth Interim Application** | | |
| Dates covered by application: 6/1/10 to 9/30/10 | | |
| Amount of fees requested: | $49,030.00 | $ |
| Amount of expenses requested: | $ | $1,660.97 |
| Amount of fees awarded: | $39,224.00 | $ |
| Amount of expenses awarded: | $ | $1,660.97 |
| Amount of fee retainer authorized to be used: | $ | |
| Amount of expense retainer authorized to be used: | | $ |

|  | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Fee award, net of retainer: | $ | $ |
| Expense award, net of retainer: | | $ |
| Date of fourth award: 11/29/10 | | |
| Amount of fees actually paid: | $39,224.00 | |
| Amount of expense reimbursement actually paid: | | $1,660.97 |

Portion of fees requested but not awarded, which
applicant wishes to defer to final fee application: $9,806.00
Portion of expenses requested but not awarded, which
applicant wishes to defer to final fee application:                           $0.00

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[3] | ) | |
| | ) | Case No. 09-19940-LMI |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

**FIFTH INTERIM FEE APPLICATION OF**
**KOZYAK TROPIN & THROCKMORTON, P.A., AS LOCAL COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Kozyak Tropin & Throckmorton, P.A. ("KT&T"), local counsel for the Official

Committee of Unsecured Creditors of the above-captioned Debtors (the "Committee"), applies

for interim compensation for services rendered and reimbursement of costs incurred in this

Chapter 11 case for the period of October 1, 2010 through January 31, 2011.

This application is filed pursuant to 11 U.S.C. § 330, Bankruptcy Rule 2016 and the

*Order Authorizing and Establishing Procedures for Monthly Payment of Interim Compensation*

*and Reimbursement of Expenses to Chapter 11 Professionals* (D.E. #181) (the "Interim

---

[3] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

Case No. 09-19940-BKC-LMI
Jointly Administered

Compensation Procedures Order"), and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

## BACKGROUND OF CASE AND DISCUSSION OF ACTIVITIES BY CATEGORY

On May 22, 2009 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, Miami Division (the "Court"). Since that time, the Debtors have operated as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code, no trustee or examiner having been sought or appointed.

On May 29, 2009, pursuant to section 1102 of the Bankruptcy Code, the United States Trustee appointed three creditors to serve on the Committee in connection with these Chapter 11 cases. The members of the Committee are: The Bank of New York Mellon, Wilmington Trust Company, and Moses Marx.

No trustee or examiner has been appointed in these cases. On July 13, 2009, the Court entered an Order granting KT&T's application for retention *nunc pro tunc* to June 9, 2009.

This application covers the period from October 1, 2010 through January 31, 2011. This

2

is the fifth interim fee application filed by KT&T.  KT&T reserves the right to amend or supplement this application pursuant to the terms of the Interim Compensation Procedures Order.

KT&T's activities fall into the following categories:

**CASE ADMINISTRATION (Fees: $7,765.00)**

KT&T reviewed the Debtors' monthly financial reports and interim fee invoices submitted by the professionals, addressed matters relative to the tax documents filed under seal by the FDIC, revised and filed a limited objection under seal, and prepared for and attended the November 29, 2010 hearing on several matters.[4]  KT&T reviewed the Debtors' motion to approve agreement to extend employment and terms of the CRO and attended the January 18, 2011 hearing on same.

KT&T reviewed the agendas in preparation for the Committee conference calls and participated in a number of conference calls with the members of the Committee and co-counsel to discuss progress of the cases.  KT&T requests $7,765.00 for the Case Administration category based on 18.3 hours of time.

**CLAIMS ADMINISTRATION AND OBJECTIONS (Fees: $140.00)**

Minimal time was spent in this category reviewing notices of claim withdrawal and proofs of claim.  KT&T requests $140.00 for Claims Administration and Objections category based on 0.4 hours of time.

**FEE/EMPLOYMENT APPLICATIONS (Fees: $2,355.00)**

Pursuant to the Interim Compensation Procedure Order, KT&T submitted monthly

---

[4] KT&T believes it is more efficient to bill the hearing on several matters in this category rather than trying to allocate the time over several categories.

3

invoices to the CRO, Debtors' counsel, U.S. Trustee's Office and Committee's co-counsel in compliance with said Order, and reviewed the monthly invoices submitted by the other estate professionals.    KT&T prepared and filed its fourth interim application in order to receive compensation for its services and reimbursement of its expenses as co-counsel for the Committee.

KT&T reviewed the interim applications filed by the retained professionals and Debtor's motion for authority to file under seal supplemental applications to retain certain professionals. KT&T prepared for the hearing held on November 29, 2010.  KT&T requests $2,355.00 for Fee/Employment Applications category based on 12.3 hours of time.

**LITIGATION (Fees: $8,230.00)**

On November 15, 2010, this Court granted in part and denied in part the cross-motions for summary judgment filed by the Committee and the FDIC in the D&O claims ownership dispute between the estate and the FDIC-R.  KT&T reviewed the Court's extensive memorandum opinion, revised the proposed final judgment to incorporate the Court's findings, conducted research and reviewed case authorities, and prepared for and attended the pretrial conference on December 1, 2010.  KT&T consulted with co-counsel regarding the Court's ruling on the cross-motions for summary judgment.

KT&T continued to monitor the adversary between the Debtors and the FDIC-R in Adv. Pro. 10-2872-LMI, including review of the extensive cross-motions for summary judgment and reply briefs filed by the Debtors and the FDIC-R relative to the tax ownership dispute and related matters, motion to file certain tax related materials under seal, and supplemental brief and exhibits in opposition to the FDIC's amended motion for inapplicability of automatic stay or for stay relief.

4

KT&T attended a meeting with the Debtors and the FDIC to discuss tax related issues. KT&T also commented on revising the language in the prospective tax-related agreement. KT&T requests $8,230.00 for the Litigation matters category based on 20.0 hours of time.

### LITIGATION - APPELLATE (Fees: $610.00)

KT&T researched the appeal period in connection with the notice of appeal of the D&O claims ownership ruling and related filings, reviewed the FDIC's cross-notice of appeal and statement of issues on cross-appeal. KT&T requests $610.00 for the Litigation - Appellate category based on 2.0 hours of time.

### LITIGATION - STAY RELIEF (Fees: $3,335.00)

KT&T monitored and reviewed pleadings filed between the Debtors and the FDIC regarding relief from the automatic stay to exercise certain tax rights, the cases cited by each party, and prepared for and attended a meeting with the Debtors' counsel and the October 26, 2010 stay relief hearing. KT&T requests $3,335.00 for the Litigation - Stay Relief category based on 8.1 hours of time.

### PLAN AND DISCLOSURE STATEMENT (Fees: $1,020.00)

KT&T conferred with L. Cantor re: plan issues and reviewed the Debtors' consolidated Chapter 11 plan. KT&T requests $1,020.00 for the Plan and Disclosure Statement category based on 2.6 hours of time.

### DISCUSSION

KT&T believes that the requested fee of $23,455.00 for 63.7 hours worked is reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.,</u> 488 F.2d

714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

**The Time and Labor Required:**

The time and labor required in the rendition of services to the Committee are reflected in Exhibits "1-A", "1-B", "2", and "3" to this Fee Application. KT&T's professionals devoted a total of 63.7 hours to providing services to the Committee for the period from October 1, 2010 through January 31, 2011. All attorneys and paralegals of KT&T record the time expended in rendition of professional services in this case by recording a detailed description of the services rendered, and diligently attempt to avoid duplication of effort.

**The Novelty and Difficulty of the Services Rendered:**

The services of a sophisticated bankruptcy firm were necessary to assist the Committee in complying with the requirements of the Bankruptcy Code and Rules, Local Rules of this Court, and advising the Committee on this case.

**The Skill Requisite to Perform the Services Properly:**

Corali Lopez-Castro and David A. Samole were primarily responsible for this matter and are experienced bankruptcy practitioners with the knowledge, experience and skills necessary to handle the analysis and negotiations required in this case.

**The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case:**

KT&T did not turn away potential new cases during the time period covered by this Application.

### The Customary Fee:

The rates charged by the attorneys providing services to the Committee are well within the reasonable range for hourly rates charged by attorneys of comparable bankruptcy skills in the Southern District of Florida. All expenses charged have been documented and billed at the firm's customary rates. KT&T charges its clients, and seeks reimbursement for expenses, at rates less than those charged by the Court-authorized copy service.

### Whether the Fee is Fixed or Contingent:

KT&T's compensation in this matter is contingent in that it is subject to the final approval of this Court, and the availability of funds in the estate for payment of same.

### Time Limitations Imposed by the Client or Other Circumstances:

The circumstances of this case required immediate action after the Petition Date.

### The Experience, Reputation, and Ability of the Professional:

KT&T is an established, specialized commercial litigation firm having substantial experience in sophisticated bankruptcy matters. KT&T represents clients throughout the State of Florida and the United States and appears regularly in the Southern and Middle District Bankruptcy Courts, as well as in bankruptcy courts around the country.

**Corali Lopez-Castro** attended Brown University and the University of Miami School of Law. After graduating from law school in 1990, Ms. Lopez-Castro specialized in bankruptcy and creditors' rights litigation with the firm through 1995. She practiced in Cleveland with the Hahn Loeser & Parks firm for two years, and rejoined the firm in September, 1997. From 1998 through 2002, she was on the panel of Chapter 7 Trustees for the Southern District of Florida. She has been a shareholder with KT&T since 1998.

**David A. Samole** is an Associate at KT&T who specializes in commercial bankruptcy. He obtained a B.A. from the University of Chicago, and a J.D. from Washington University School of Law. Mr. Samole handles a full range of bankruptcy matters including representation

of trustees involved in commercial reorganization and liquidation, representation of creditors, commercial real estate and contractual dispute negotiation, and bankruptcy litigation.

Admitted to the Florida Bar in 2002, Mr. Samole served as a Law Clerk for Chief Judge Robert A. Mark of the U.S. Bankruptcy Court, Southern District of Florida, prior to joining our firm. He has also clerked for Judge Barry S. Schermer, U.S. Bankruptcy Courts, Eastern District of Missouri and Southern District of Florida.

**Yamile C. Castro** has worked for KT&T as a paralegal since 1990 and has extensive experience in providing support to KT&T's attorneys on bankruptcy and litigation matters. She has been a member of the Bankruptcy Legal Assistants' Association for the Southern District of Florida since its inception in 1994.

## CONCLUSION

**WHEREFORE**, KT&T seeks an interim award of fees in the amount of $23,455.00 and costs in the amount of $764.26. KT&T shall apply the payments received from the Debtors to the fees and costs awarded by this Court.

## CERTIFICATION

1.    I have been designated by KT&T as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Case" (the "Guidelines").

2.    I have read KT&T's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines.

3.    The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant an generally accepted by the Applicant's clients.

4.    In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost

Case No. 09-19940-BKC-LMI
Jointly Administered

to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.    In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.    The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: NONE.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

KOZYAK TROPIN & THROCKMORTON, P.A.
Local Counsel for the Official Committee
of Unsecured Creditors
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)
Email: clc@kttlaw.com

By:_____/s/ Corali Lopez-Castro_____
        Corali  Lopez-Castro, Esq
        Florida Bar No. 863830

Case No. 09-19940-BKC-LMI
Jointly Administered

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Application with all exhibits was served (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and (ii) without exhibits via U.S. Mail on all parties on the attached Service List on this 23rd day of February 2011.

By: __/s/ Corali Lopez-Castro_____
Corali Lopez-Castro

3915-101/322133.1

10

*BANKUNITED FINANCIAL CORPORATION et al.*
**CASE NO. 09-19940-LMI**

### ECF SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

Johanna Armengol on behalf of U.S. Trustee Office of the US Trustee
Johanna.Armengol@usdoj.gov  johanna.armengol@usdoj.gov

Paul J. Battista on behalf of Creditor Alfred Camner
pbattista@gjb-law.com  gjbecf@gjb-law.com

Bruce J Berman on behalf of Creditor Federal Deposit Insurance Corporation,
bberman@mwe.com  wjanke@mwe.com  graicht@mwe.com

Mark D Bloom on behalf of Debtor BankUnited Financial Corporation
bloomm@gtlaw.com  phillipsj@gtlaw.com  MiaLitDock@gtlaw.com  miaecfbky@gtlaw.com

Shawn M Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com

City of Homestead, FL
dgonzales@wsh-law.com

City of Miramar, FL
dgonzales@wsh-law.com

Stephen P Drobny on behalf of Debtor BankUnited Financial Corporation
sdrobny@shutts.com  mvandenbosch@shutts.com

Douglas R. Gonzales on behalf of Creditor City of Homestead, FL
dgonzales@wsh-law.com

Scott M. Grossman on behalf of Debtor BankUnited Financial Corporation
grossmansm@gtlaw.com  phillipsj@gtlaw.com  MiaLitDock@gtlaw.com  miaecfbky@gtlaw.com

Robert J Hauser on behalf of Creditor CF West Palm Office L.P.
hauser@beasleylaw.net  lundstrom@beasleylaw.net  miles@beasleylaw.net

Hollie N Hawn on behalf of Creditor Broward County Revenue Collector
hhawn@broward.org

Brian W Hockett on behalf of Interested Party BankUnited, FSB ("New Bank")
bhockett@thompsoncoburn.com

Sameer K Kapoor on behalf of Creditor Committee Official Committee of Unsecured Creditors
skapoor@kilpatrickstockton.com, tmeyers@kilpatrickstockton.com
lcanty@kilpatrickstockton.com

Christina M Kennedy on behalf of Creditor Deutsche Bank National Trust Company
ckennedy@foley.com

Peter H Levitt on behalf of Debtor BankUnited Financial Corporation
plevitt@shutts-law.com

Todd C Meyers on behalf of Creditor Committee Official Committee of Unsecured Creditors
tmeyers@kilpatrickstockton.com  rrahman@kilpatrickstockton.com;
lcanty@kilpatrickstockton.com

Miami-Dade County Tax Collector
mdtcbkc@miamidade.gov

Dennis A Nowak on behalf of Interested Party Humberto Lopez
dn@tewlaw.com  ag@tewlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Craig V Rasile on behalf of Creditor U.S. Bank, N.A.
crasile@hunton.com  mtucker@hunton.com  mmannering@hunton.com  keckhardt@hunton.com
adeboer@hunton.com

Patricia A Redmond on behalf of Interested Party BankUnited, FSB ("New Bank")
predmond@stearnsweaver.com  jmartinez@swmwas.com  rross@swmwas.com

Mark J Wolfson on behalf of Creditor Deutsche Bank National Trust Company
mwolfson@foley.com  mgrettenberger@foley.com  jalmeida@foley.com

Jonathan C. Vair on behalf of Interested Party Lawrence Blum  jvair@stearnsweaver.com
cgraver@stearnsweaver.com  tcotter@stearnsweaver.com  rross@stearnsweaver.com  mmesones-
mori@stearnsweaver.com

Michael C Sontag on behalf of Debtor BankUnited Financial Corporation
msontag@clplaw.net

Geoffrey T Raicht on behalf of Defendant Federal Deposit Insurance Corporation, as
Receiver for BankUnited, FSB
graicht@mwe.com, rrodriguez@mwe.com; nhazan@mwe.com; kotero@mwe.com;
wjanke@mwe.com; akratenstein@mwe.com; trodriguez@mwe.com

3915-101/302226

## Manual Service List

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual notice/service).

Cede & Co.
P.O. Box 20
Bowling Green Station
New York, NY 10004-1408

Wells Fargo Delaware Trust Company
Attn: Molly A. Breffitt
919 N. Market Street
Suite 1600
Wilmington, DE 19801

U.S. Bank
Attn: Yemishi Otuyelu
Russell Rokes
Robert Butzier
P.O. Box 960778
Boston, MA 02196

Coffey Burlington
Office in the Grove Penthouse
2699 S. Bayshore Drive
Miami, FL 33133

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Bridget Schessler, Vice President
The Bank of New York Mellon
525 William Penn Place, 7th Floor
Pittsburgh, PA 15259

Honorable Eric Holder
U.S. Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Moses Marx
c/o Ross Martin, Esq.
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Manatee County
Tax Collector
P.O. Box 25300
Bradenton, FL 34206-5300

Timothy Sandell
Brian Renelt
Rick Prokosch
U.S. Bank National Association
60 Livingston Avenue
St. Paul, MN 55107

U.S. Bank
Attn: Earl Dennison, Acct. Admin.
Goodwin Square, 23rd Floor
255 Asylum Street
Hartford, CT 06103

Stearns Weaver
Museum Tower
150 W. Flagler Street Suite 2200
Miami, FL 33130

Internal Revenue Service
Department of Treasury
227 N. Borough St.
Tallahassee, FL 32301

The Bank of New York Mellon
Attn: Rafael Miranda, VP
101 Barclay St. - 8W
New York, NY 10286

State of Florida
Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Honorable R. Alexander Acosta
Attn: Civil Process Clerk
U.S. Attorney
99 NE Fourth Street
Miami, FL 33132

David A. Lander, Esq.
Brian W. Hockett, Esq.
Attorneys for BankUnited (New Bank)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101

Allison H. Weiss, Esq.
Jeffrey Chubak, Esq.
Counsel for Bank of New York Mellon
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019

U.S. Bank
1555 N. River Center Drive
Suite 300
Milwaukee, WI 53212

Thomas M. Korsman, Vice President
Corporate Special Accounts Group
Wells Fargo Bank, N.A.
MAC N9311-110
625 Marquette Avenue
Minneapolis, MN 55479

Tew Cardenas
Four Seasons Tower - 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3439

Jack Reise
Waterford Township General Employees
Retirement System
c/o Coughlin Stoia Geller et al
120 E. Palmetto Park Road Suite 500
Boca Raton, FL 33432

Internal Revenue Service
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

Wilmington Trust Co.
Corporate Capital Markets
Attn: Lori L. Donahue
Christopher J. Slaybaugh
Steven M. Cimalore
1100 N. Market Street
Wilmington, DE 19890

Susan R. Sherrill-Beard
Senior Trial Counsel/Bankruptcy
U.S. Securities and Exchange Commission
Atlanta Regional Office
Suite 1000, 3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Geoffrey T. Raicht, Esq.
Attorneys for FDIC
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173-1922

Andrew I. Silfen, Esq.
Leah M. Eisenberg, Esq.
Counsel for Wilmington Trust Company
Arent Fox LLP
1675 Broadway
New York, New York 10019

## Manual Service List

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual notice/service).

Jeffrey N. Rothleder, Esq.
Counsel for Wilmington Trust Company
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20026

Wendy H Zoberman on behalf of Creditor
Bank United Financial Corporation
4280 Professional Center Dr #350
Palm Beach Gardens, FL 33410

BankUnited Financial Corporation
c/o Development Specialists, Inc.
200 South Biscayne Blvd., Suite 1818
Miami, Florida 33131

CRE America Corporation
c/o Development Specialists, Inc.
200 South Biscayne Blvd., Suite 1818
Miami, Florida 33131

BankUnited Financial Services, Inc.
c/o Development Specialists, Inc.
200 South Biscayne Blvd., Suite 1818
Miami, Florida 33131

CC Arbitrage, Ltd
c/o Castle Creek Arbitrage LLC
111 West Jackson Blvd 20th Fl
Chicago, IL 60604

~~Jeffrey Chubak on behalf of Creditor The
Bank of New York Mellon
1301 Avenue of the Americas
New York, NY 10019~~

Deutsche Bank Securities, Inc
60 Wall St
New York, NY 10005

Highbridge International LLC
c/o Highbridge Capital Management LLC
9 West 57 St 27 Floor
New York, NY 10019

Hudson Bay Fund LP
c/o Charles Winkler
120 Broadway 40th Flr
New York, NY 10271

Hudson Bay Overseas LTD
c/o Charles Winkler
120 Broadway 40th Flr
New York, NY 10271

Sameer K. Kapoor
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Manatee County Tax Collector
c/o Ken Burton, Jr
POB 25300
Bradenton, FL 34206

Todd C Meyers
1100 Peachtree St #2800
Atlanta, GA 30309

Monumental Life Insurance Co
c/o Maureen Ocampo CFA
2049 Century Park East #330
Los Angeles, CA 90067

Jonathan Lee Riches
dba Bernard L. Madoff Invest. Sec. LLC
POB 14500 #40948018
Lexington, KY 40512

Edward G Salloom
255 Wildwood Ave
Worcester, MA 01603

Tracy J Saunders
c/o Pricewaterhousecoopers
1441 Brickell Ave #1100
Miami, FL 33131

Shutts & Bowen
201 S Biscayne Blvd #1500
Miami, FL 33131

Andrew I Silfen on behalf of Creditor
Wilmington Trust Company
1675 Broadway #25
New York, NY 10019

Michael C Sontag on behalf of Debtor
BankUnited Financial Corporation
550 Biltmore Way #700
Coral Gables, FL 33134

Claudia R Sullivan
255 Wildwood Ave
Worcester, MA 01603

Wendy H Zoberman on behalf of Creditor
Bank United Financial Corporation
4280 Professional Center Dr #350
Palm Beach Gardens, FL 33410

Yale Scott Bogen
200 S Biscayne Blvd #1818
Miami, FL 33131

Grace Davila-Perez
14721 SW 159 Place
Miami, FL 33196

Mark F Hebbeln
On behalf of Deutsche Bank National Trust
Company
321 N Clark St #2800
Chicago, IL 60654

Highbridge International LLC
c/o Highbridge Capital Management LLC
9 West 57 St 27 Floor
New York, NY 10019

**Manual Service List**

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual notice/service).

Christina Kennedy/Foley & Lardner, LLP
On behalf of Deutsche Bank National Trust
Company
2 S. Biscayne Blvd #1900
Miami, FL 33131

Dennis S Klein
On behalf of Federal Deposit Insurance
Corporation,
201 South Biscayne Blvd., Suite 2500
Miami, Florida 33131

Maureen McGreevey
On behalf of SunGard Availability Services
LP
680 E Swedesford Rd
Wayne, PA 19087

Imperial County Treasurer – Tax Collector
c/o Ken Burton, Jr.
P.O. Box 25300
Bradenton, Florida 34206

Imperial County Treasurer-Tax Collector
940 W Main St #106
El Centro, CA 92243

Kathryn R. Norcross
Senior Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, VS-D-
Arlington, VA 22226

Mr. Hunting Deutsch
36 Thicket Circle
Santa Rosa Beach, Florida 32459

Computer Business Methods, Inc.
7518M Fullerton Road
Springfield, VA  22153

### EXHIBIT 1-A
Summary of Professionals And Paraprofessional Time

| Attorney Name | | Licensed | Hours | Rate | Fee |
|---|---|---|---|---|---|
| CORALI LOPEZ-CASTRO | Senior Partner | 1990 | 36.60 | 450.00 | 16,470.00 |
| DAVID A. SAMOLE | Associate | 2002 | 13.70 | 350.00 | 4,795.00 |
| DANIEL F. BENAVIDES | Associate | 2007 | 0.70 | 250.00 | 175.00 |
| VINCENT F. ALEXANDER | Associate | 2009 | 1.10 | 250.00 | 275.00 |
| YAMILE C. CASTRO | Paralegal | n/a | 11.60 | 150.00 | 1,740.00 |

Total Hours by Professionals and Paraprofessionals:     63.70

"Blended" Hourly Rate:     368.21

Total Professionals and Paraprofessionals Fees:     23,455.00


\* Indicate any changes in hourly rates during this Application and the date of such change

\*\* Indicate "blended" hourly rate.

# EXHIBIT 1-B

Summary of Professional And Paraprofessional Time by Activity Code Category

| Attorney Name | Licensed | Hours | Rate | Fee |
|---|---|---|---|---|
| CORALI LOPEZ-CASTRO | 1990 | 14.00 | 450.00 | 6,300.00 |
| DAVID A. SAMOLE | 2002 | 4.10 | 350.00 | 1,435.00 |
| YAMILE C. CASTRO | n/a | 0.20 | 150.00 | 30.00 |
| | | - - - - - - - - - | - - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>CASE ADMINISTRATION | | 18.30 | 424.32 | 7,765.00 |
| - | | | | |
| DAVID A. SAMOLE | 2002 | 0.40 | 350.00 | 140.00 |
| | | - - - - - - - - - | - - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>CLAIMS ADMINISTRATION AND OBJECTIONS | | 0.40 | 350.00 | 140.00 |
| - | | | | |
| CORALI LOPEZ-CASTRO | 1990 | 1.30 | 450.00 | 585.00 |
| DAVID A. SAMOLE | 2002 | 0.60 | 350.00 | 210.00 |
| YAMILE C. CASTRO | n/a | 10.40 | 150.00 | 1,560.00 |
| | | - - - - - - - - - | - - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>FEE/EMPLOYMENT APPLICATIONS (PROFESSIONALS) | | 12.30 | 191.46 | 2,355.00 |
| - | | | | |
| CORALI LOPEZ-CASTRO | 1990 | 13.40 | 450.00 | 6,030.00 |
| DAVID A. SAMOLE | 2002 | 5.50 | 350.00 | 1,925.00 |
| VINCENT F. ALEXANDER | 2009 | 1.10 | 250.00 | 275.00 |
| | | - - - - - - - - - | - - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>LITIGATION | | 20.00 | 411.50 | 8,230.00 |

| | | | | |
|---|---|---|---|---|
| - | | | | |
| CORALI LOPEZ-CASTRO | 1990 | 0.40 | 450.00 | 180.00 |
| DAVID A. SAMOLE | 2002 | 0.60 | 350.00 | 210.00 |
| DANIEL F. BENAVIDES | 2007 | 0.70 | 250.00 | 175.00 |
| YAMILE C. CASTRO | n/a | 0.30 | 150.00 | 45.00 |
| | | --------- | --------- | ------------- |
| Total for Category LITIGATION-APPELLATE | | 2.00 | 305.00 | 610.00 |
| | | | | |
| - | | | | |
| CORALI LOPEZ-CASTRO | 1990 | 5.80 | 450.00 | 2,610.00 |
| DAVID A. SAMOLE | 2002 | 1.90 | 350.00 | 665.00 |
| YAMILE C. CASTRO | n/a | 0.40 | 150.00 | 60.00 |
| | | --------- | --------- | ------------- |
| Total for Category LITIGATION-STAY RELIEF | | 8.10 | 411.73 | 3,335.00 |
| | | | | |
| - | | | | |
| CORALI LOPEZ-CASTRO | 1990 | 1.70 | 450.00 | 765.00 |
| DAVID A. SAMOLE | 2002 | 0.60 | 350.00 | 210.00 |
| YAMILE C. CASTRO | n/a | 0.30 | 150.00 | 45.00 |
| | | --------- | --------- | ------------- |
| Total for Category PLAN AND DISCLOSURE STATEMENT | | 2.60 | 392.31 | 1,020.00 |
| | | | | |
| - | | | | |
| Grand Total | | 63.70 | 368.21 | 23,455.00 |

**EXHIBIT 2**
**Summary of Requested Reimbursement Of Expenses**
**for this Time Period Only**

1.   Filing Fees.................................................................................................$0.00

2.   Process Service Fees ..................................................................................$0.00

3.   Witness Fees ..............................................................................................$0.00

4.   Court Reporter & Transcripts.....................................................................$0.00

5.   Lien and Title Searches..............................................................................$0.00

6.   Photocopies ............................................................................................$521.10
     (a)   In-house copies and imaging (3,474 @ $.15)
     (b)   Outside copies ($0.00)

7.   Postage .......................................................................................................$0.00

8.   Overnight Delivery Charges .......................................................................$0.00

9.   Outside Courier/Messenger Service .........................................................$67.25

10.  Long Distance Telephone Charges .............................................................$0.00

11.  Long Distance Fax Transmissions ..............................................................$0.00

12.  Computerized Research ...........................................................................$175.91
             Choicepoint -  $0.00
             Westlaw - $68.63
             Pacer -  $107.28

13.  Out of Southern District of Florida Travel.................................................$0.00

     (a)   _____   ($____)
     (b)   _____   ($____)

14.  Other (Not specifically disallowed; must
     specify and justify)....................................................................................$0.00

     (a)   _____   ($0.00)
     (b)   _____   ($0.00)

**TOTAL EXPENSE REIMBURSEMENT REQUESTED**............................................**$764.26**

## EXHIBIT 3

For Professional Services Rendered
re: 3915-101          UNSECURED CREDITORS COMMITTEE

CASE ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| October 5, 2010 | CLC | Telephone conference with A. Rivera re: claim (.1); draft email to A. Rivera (.3) | 0.40 | 180.00 |
| October 8, 2010 | CLC | Review email from S. Kapoor with attachment. | 0.20 | 90.00 |
| October 11, 2010 | CLC | Review termsheet and several comments thereto (.4). | 0.40 | 180.00 |
| October 14, 2010 | DAS | Receive and review monthly bills and invoice for KTT (.2). | 0.20 | 70.00 |
| October 18, 2010 | DAS | Receive and review GT's monthly invoice and bills for September 2009 (.2). | 0.20 | 70.00 |
| October 20, 2010 | DAS | Receive and review monthly operating reports filed by the Debtors for September 2010 (.2). | 0.20 | 70.00 |
| October 22, 2010 | DAS | Work with Yamile Castro to attend to various case matters including KTT billings and reviewing KTT interim fee application and revise and supplement same (.4). | 0.40 | 140.00 |
| October 25, 2010 | CLC | Telephone conference with J. Park re: status of case (.2); final preparation for hearing (.6). | 0.80 | 360.00 |
| October 25, 2010 | DAS | Receive and review FDIC's additional notice of appearance and notice of filing tax documents under seal and follow up (.2). | 0.20 | 70.00 |
| October 27, 2010 | DAS | Receive and review notices of hearing for fee apps and other upcoming matters (.2). | 0.20 | 70.00 |
| October 29, 2010 | DAS | Receive and review notice of filing of notices of hearing for various upcoming matters (.1). | 0.10 | 35.00 |
| November 1, 2010 | CLC | Review exchange re: several matters to discuss with Debtors. | 0.20 | 90.00 |
| November 4, 2010 | CLC | Participate in call with Debtors re: several issues (.9); exchange emails with T. Myers re: plan issues (.2); review agenda for committee call (.1). | 1.20 | 540.00 |
| November 12, 2010 | DAS | Receive and review interim fee | 0.30 | 105.00 |

| | | | | |
|---|---|---|---|---|
| | | invoices prepared and circulated by KTT and GT and receive and review notice of upcoming hearing on FDIC motion (.3). | | |
| November 12, 2010 | YCC | Review FDIC's letter to Judge Isicoff regarding ruling on amended motion regarding certain tax rights (.1). | 0.10 | 15.00 |
| November 18, 2010 | CLC | Prepare and participate in committee call (.8). | 0.80 | 360.00 |
| November 19, 2010 | CLC | Review pleadings filed (.2); review M. Bloom's clarification re: hearing (.1). | 0.30 | 135.00 |
| November 24, 2010 | DAS | Confer with co-counsel as to status and local rules for filing objection under seal as to matter under seal; receive and review draft limited objection and materials; finalize materials and deal with filing same manually under seal in time for Monday's hearings and address related issues relative to local procedures (1.2). | 1.20 | 420.00 |
| November 29, 2010 | CLC | Prepare for hearing on 11/29/10 (1.0); telephone conference with A. Rodriguez re: same (.3); attend same on several matters (2.3). | 3.60 | 1,620.00 |
| December 3, 2010 | DAS | Receive and review Debtors' monthly operating reports (.2) | 0.20 | 70.00 |
| December 8, 2010 | CLC | Review emails re: meeting (.1). | 0.10 | 45.00 |
| December 9, 2010 | CLC | Review emails re: meeting with FDIC (.4). | 0.40 | 180.00 |
| December 10, 2010 | CLC | Review documents and send email to T. Meyers (.6). | 0.60 | 270.00 |
| December 14, 2010 | CLC | Review emails re: issues to be discussed and committee call (.4). | 0.40 | 180.00 |
| December 16, 2010 | DAS | Receive and review KTT bills of monthly invoice circulated to notice parties and follow up correspondence with AUST's office regarding logistics of same (.2). | 0.20 | 70.00 |
| December 16, 2010 | CLC | Review emails re: issues with Debtors (.3); review documents (.4). | 0.70 | 315.00 |
| December 17, 2010 | CLC | Review agenda and participants in Committee call (.9). | 0.90 | 405.00 |
| December 21, 2010 | DAS | Receive and review motion to approve agreement to extend employment and terms of CRO | 0.20 | 70.00 |

| | | | | |
|---|---|---|---|---|
| | | and notice of hearing regarding same and follow up (.2). | | |
| December 21, 2010 | CLC | Review comments to orders (.2); review emails re: January hearing date (.2). | 0.40 | 180.00 |
| December 21, 2010 | YCC | Review Notice of Hearing and note hearing date in calendar (.1). | 0.10 | 15.00 |
| December 23, 2010 | DAS | Receive and review Debtors' monthly operating reports for November 2010 (.2). | 0.20 | 70.00 |
| January 14, 2011 | CLC | Review emails as to hearing and prepare for same (.3). | 0.30 | 135.00 |
| January 18, 2011 | CLC | Attend hearing on CRO Motion and discuss issues with CRO after hearing (1.2); draft email to T. Myers (.1). | 1.30 | 585.00 |
| January 20, 2011 | DAS | Receive and review Order Granting Motion To Approve Fourth Extension Of Terms Of Engagement Of Chief Restructuring Officer (.1). | 0.10 | 35.00 |
| January 21, 2011 | CLC | Review emails re: committee meeting (.2). | 0.20 | 90.00 |
| January 27, 2011 | CLC | Review agenda and participate in committee call. | 0.80 | 360.00 |
| January 28, 2011 | DAS | Receive and review Debtors' monthly operating reports (.2). | 0.20 | 70.00 |

Total for   CASE ADMINISTRATION                                    18.30        7,765.00

CLAIMS ADMINISTRATION AND OBJECTIONS

| October 12, 2010 | DAS | Receive and review notice of Riverside to withdraw claim and receive and review new claim filed by Riverside (.2). | 0.20 | 70.00 |
| October 20, 2010 | DAS | Receive and review amended proof of claim filed by the Internal Revenue Service (.1); receive and review proof of claim filed by SBC Long Distance (.1). | 0.20 | 70.00 |

Total for  CLAIMS ADMINISTRATION AND OBJECTIONS          0.40          140.00

FEE/EMPLOYMENT APPLICATIONS (PROFESSIONALS)

| | | | | |
|---|---|---|---|---|
| October 13, 2010 | YCC | Work on KTT's September invoice and expense summary (.5). | 0.50 | 75.00 |
| October 14, 2010 | YCC | Circulate KT&T's September 2010 invoice to noticing parties (.2). | 0.20 | 30.00 |
| October 18, 2010 | YCC | Review and circulate professional's invoice (.2). | 0.20 | 30.00 |
| October 21, 2010 | YCC | Work on KTT's 4th interim fee application and exhibits thereto (3.1). | 3.10 | 465.00 |
| October 22, 2010 | CLC | Review and revise application (.2). | 0.20 | 90.00 |
| October 22, 2010 | YCC | Continue working on KTT's 4th fee application; confer with D. Samole re: same; supplement and finalize fee application and exhibits; correspond with Ms. Canty regarding professional's fee application and coordinate filing (2.0). | 2.00 | 300.00 |
| October 25, 2010 | YCC | Assist with filing of KTT's 4th fee application and service of co-counsel's fee application. | 0.30 | 45.00 |
| October 26, 2010 | YCC | Retrieve/review 4th fee applications filed by retained professionals (.6). | 0.60 | 90.00 |
| October 29, 2010 | CLC | Review motion to retain professionals. | 0.10 | 45.00 |
| October 29, 2010 | DAS | Receive and review Debtors' motion for authority to file under seal supplemental applications to retain certain professionals (.2). | 0.20 | 70.00 |
| November 12, 2010 | YCC | Review October 2010 invoice for retained professional; circulate same (.2); work on KTT's October invoice and expense summary; finalize and circulate same to noticing parties (.6). | 0.80 | 120.00 |
| November 17, 2010 | YCC | Prepare fee application notebook for 11/29/10 hearing; confer with C. Lopez-Castro regarding letter to approve FDIC's amended motion regarding certain tax rights (.9). | 0.90 | 135.00 |
| November 24, 2010 | CLC | Several telephone conferences with co-counsel and assist with filing of Limited Objection. | 1.00 | 450.00 |
| December 6, 2010 | DAS | Receive and review orders | 0.20 | 70.00 |

| Date | | Description | | |
|------|------|-------------|------|------|
| | | approving fee applications of all estate professionals (.2). | | |
| December 6, 2010 | YCC | Review emails regarding December 2010 monthly fee procedures (.1). | 0.10 | 15.00 |
| December 14, 2010 | YCC | Retrieve and circulate November invoice for professionals (.2). | 0.20 | 30.00 |
| December 16, 2010 | YCC | Work on KTT's November invoice and expense summary; circulate same (.6). | 0.60 | 90.00 |
| January 10, 2011 | YCC | Work on KTT's December invoice and expense summary (.4). | 0.40 | 60.00 |
| January 12, 2011 | YCC | Circulate KTT's December invoice (.2). | 0.20 | 30.00 |
| January 14, 2011 | DAS | Receive and review KTT monthly invoice and correspondence to notice parties (.2). | 0.20 | 70.00 |
| January 19, 2011 | YCC | Review email and calendar deadline for next interim fee application deadline (.1). | 0.10 | 15.00 |
| January 20, 2011 | YCC | Review and circulate professional's invoice (.2). | 0.20 | 30.00 |

- - - - - - - - - - - - - - - - - - - - - - -

Total for   FEE/EMPLOYMENT APPLICATIONS (PROFESSIONALS)        12.30        2,355.00

LITIGATION

| | | | | |
|---|---|---|---|---|
| October 4, 2010 | DAS | Receive and review order continuing pretrial conference in Committee versus FDIC adversary proceeding (.1). | 0.10 | 35.00 |
| October 4, 2010 | CLC | Review order and forward to counsel (.2); review D. Klein's response (.1); telephone conference with Mr. Myers re: hearing on 10/26 (.2). | 0.50 | 225.00 |
| October 5, 2010 | DAS | Receive and review Agreed Order Granting Motion For Enlargement Of Time To File (A) Amended Motion and (B) Response Or Objection Thereof (.1). | 0.10 | 35.00 |
| October 8, 2010 | DAS | Receive and review order dismissing merit less appeal by non-parties and order granting motion to seal certain tax records as part of pending disputes and receive and review Debtors' amended initial disclosures as to Debtors' adversary with the FDIC and follow up (.3). | 0.30 | 105.00 |
| October 22, 2010 | CLC | Review emails re: litigation (.3); prepare for hearing on 10/26/10 (.4). | 0.70 | 315.00 |
| October 22, 2010 | DAS | Receive and review Debtors' extensive motion for summary judgment as to dec action in bankruptcy court relative to tax issues and related matters and begin to follow up as to case law and receive and review motion to file certain tax related materials under seal (.8). | 0.80 | 280.00 |
| November 4, 2010 | DAS | Receive and review order setting briefing schedule for BankUnited/FDIC summary judgment disputes and follow up (.2). | 0.20 | 70.00 |
| November 8, 2010 | DAS | Receive and review Agreed Order Granting Motion to Extending Certain Deadlines Set Forth In Agreed Amended Scheduling Order regarding adversary between BankUnited and FDIC (.1). | 0.10 | 35.00 |
| November 10, 2010 | DAS | Receive and review Debtors' | 0.50 | 175.00 |

| | | | | |
|---|---|---|---|---|
| | | Supplemental Brief and Exhibits in Opposition to FDIC's Amended Motion for Inapplicability of Automatic Stay or for Stay Relief and follow up (.5). | | |
| November 16, 2010 | CLC | Review order and D & O (.4); exchange emails re: same (.1). | 0.50 | 225.00 |
| November 16, 2010 | DAS | Receive and review extensive memorandum opinion on cross motions for summary judgment as to D&O claims ownership dispute between estate and FDIC-R and follow up regarding same (.5). | 0.50 | 175.00 |
| November 17, 2010 | CLC | Review emails re: order (.4). | 0.40 | 180.00 |
| November 18, 2010 | VFA | Review correspondence from Ms. Lopez-Castro re: motion for reconsideration; Research re: standard for motion for reconsideration; Drafting of correspondence to Ms. Lopez-Castro summarizing standard for motion for reconsideration. | 1.10 | 275.00 |
| November 18, 2010 | CLC | Review research re: standard (.2). | 0.20 | 90.00 |
| November 19, 2010 | CLC | Review summary of cases on motions for reconsideration (.3). | 0.30 | 135.00 |
| November 22, 2010 | CLC | Exchange email re: motion (.1); telephone call to D. Nowak (.1). | 0.20 | 90.00 |
| November 29, 2010 | CLC | Exchange emails and conferences re: appeal (.4). | 0.40 | 180.00 |
| November 30, 2010 | CLC | Leave voicemail for D. Klein (.1); telephone conference with D. Klein (.2); review exchange emails re: appeal (.3); telephone conference with R. Rahman re: pre-trial (.2); review judgment (proposed) (.2); verify pre-trial conference and email T. Myers (.2); prepare for pre-trial conference (.4). | 1.60 | 720.00 |
| December 1, 2010 | CLC | Telephone conference with D. Klein re: pre-trial conference (.2); provide comments to Final Judgment (.2); attend pre-trial conference (1.5); exchange emails re: same and judgment (.3); leave voicemail for D. Nowak (.1). | 2.30 | 1,035.00 |
| December 2, 2010 | CLC | Exchange emails re: final judgment (.3); telephone conference with D. Nowak re: appeal (.3); draft email | 1.00 | 450.00 |

| | | | | |
|---|---|---|---|---|
| | | to T. Meyers (.1); telephone conference with T. Meyers re: same and related issues (.3). | | |
| December 6, 2010 | DAS | Receive and review judgment and notice of judgment as to Estate/FDIC claims ownership issues and follow up (.2). | 0.20 | 70.00 |
| December 8, 2010 | DAS | Receive and review FDIC's extensive cross motion for partial summary judgment and opposition to Debtor's motion for partial summary judgment and exhibits and pull a few cases cited therein (.6). | 0.60 | 210.00 |
| December 13, 2010 | CLC | Review numerous emails re: documents requested and related issues (.7); telephone conference with M. Bloom (.2); exchange emails re: meeting (.2); attend meeting with Debtors and FDIC (2.3). | 3.40 | 1,530.00 |
| December 13, 2010 | DAS | Receive and review motion to consolidate and enlarge the time to file a response to cross-motion for summary judgment and follow up (.2). | 0.20 | 70.00 |
| December 14, 2010 | DAS | Receive and review order extending/consolidating briefing deadline for BankUnited/FDIC adversary (.1). | 0.10 | 35.00 |
| December 17, 2010 | CLC | Review notice by FDIC (.1); review email to G. Raicht re: drafts and status conference (.2). | 0.30 | 135.00 |
| December 20, 2010 | CLC | Review email re: scheduling (.2). | 0.20 | 90.00 |
| December 22, 2010 | DAS | Receive and review further motion to extend litigation and discovery deadlines in Debtors/FDIC adversary and order setting status conference and follow up (.3). | 0.30 | 105.00 |
| January 12, 2011 | DAS | Receive and review Debtors' response to cross-motion for summary judgment in tax disputes with FDIC-R and reply in support of their motion for summary judgment and case law cited therein; receive and review FDIC's appellee designation of record in D&O insurance proceeds ownership appeal (.7). | 0.70 | 245.00 |

| Date | | Description | | |
|---|---|---|---|---|
| January 21, 2011 | CLC | Review progress on tax issues (.2). | 0.20 | 90.00 |
| January 24, 2011 | CLC | Review status of January 26th conference and related emails (.3). | 0.30 | 135.00 |
| January 25, 2011 | DAS | Receive and review FDIC's reply in support of summary judgment relative to tax ownership dispute and retrieve and review new cases cited (.5). | 0.50 | 175.00 |
| January 25, 2011 | CLC | Review exchange re: term sheet (.2). | 0.20 | 90.00 |
| January 27, 2011 | CLC | Review and comment on term sheet (.4); draft email re: appeal (.1); review T. Meyers' comments (.2). | 0.70 | 315.00 |
| January 27, 2011 | DAS | Confer with Cori Lopez-Castro on recent FDIC pleading in tax ownership summary judgment disputes and discuss revising language on prospective tax-related agreement (.3). | 0.30 | 105.00 |

- - - - - - - - - - - - - - - - - - - - - - - -

| | | | | |
|---|---|---|---|---|
| Total for   LITIGATION | | | 20.00 | 8,230.00 |

LITIGATION-APPELLATE

| | | | | |
|---|---|---|---|---|
| November 29, 2010 | DFB | Research re: appeals period; draft memorandum to C. Lopez-Castro re: same. | 0.70 | 175.00 |
| December 1, 2010 | DAS | Receive and review Committee's notice of appeal of D&O Claims ownership ruling and related filings (.2). | 0.20 | 70.00 |
| December 3, 2010 | CLC | Review clerk's Notice of Appeal (.1). | 0.10 | 45.00 |
| December 6, 2010 | YCC | Determine appeal deadline; email regarding same (.2). | 0.20 | 30.00 |
| December 8, 2010 | CLC | Exchange emails with R. Rahman re: appellate deadlines (.2). | 0.20 | 90.00 |
| December 17, 2010 | DAS | Receive and review FDIC's cross-notice of appeal of claims ownership issue and follow up (.2). | 0.20 | 70.00 |
| December 29, 2010 | DAS | Receive and review FDIC-R's statement of issues on cross-appeal and follow-up (.2). | 0.20 | 70.00 |
| January 5, 2011 | CLC | Review cross notice of appeal. | 0.10 | 45.00 |
| January 19, 2011 | YCC | Follow up on record on appeal (.1). | 0.10 | 15.00 |

- - - - - - - - - - - - - - - - - - - - - - - -

Total for  LITIGATION-APPELLATE                    2.00        610.00

LITIGATION-STAY RELIEF

| Date | | Description | | |
|---|---|---|---|---|
| October 1, 2010 | DAS | Receive and review agreed motion to extend briefing deadlines as to prospective amended motion for stay relief and follow up regarding same (.2). | 0.20 | 70.00 |
| October 1, 2010 | CLC | Review motion to extend. | 0.10 | 45.00 |
| October 5, 2010 | CLC | Participate in call re: tax issues (.5). | 0.50 | 225.00 |
| October 7, 2010 | DAS | Receive and review amended FDIC's extensive amended motion for stay relief as to tax refunds and tax filings and retrieve and being to review case law cited therein (.6). | 0.60 | 210.00 |
| October 7, 2010 | CLC | Review amended motion and motion to file under seal (.3). | 0.30 | 135.00 |
| October 22, 2010 | DAS | Receive and review Debtors' extensive response and objection to FDIC's amended stay relief motion and begin to follow up as to case law (.7). | 0.70 | 245.00 |
| October 22, 2010 | YCC | Deal with 10/26/10 hearing and retrieve FDIC's amended motion and Debtors' response (.4). | 0.40 | 60.00 |
| October 26, 2010 | CLC | Additional preparing for hearing (.6); attend meeting with debtors (1.8); attend hearing on stay relief (2.5). | 4.90 | 2,205.00 |
| November 12, 2010 | DAS | Receive and review reply letter/brief filed by FDIC's counsel as to stay relief-related tax filing arguments (.4). | 0.40 | 140.00 |

- - - - - - - - - - - - - - - - - - - - -

| Total for   LITIGATION-STAY RELIEF | | | 8.10 | 3,335.00 |
|---|---|---|---|---|

PLAN AND DISCLOSURE STATEMENT

| | | | | |
|---|---|---|---|---|
| November 4, 2010 | CLC | Telephone conference with L. Cantor re: plan issues (.2). | 0.20 | 90.00 |
| November 17, 2010 | CLC | Start reviewing plan (.6). | 0.60 | 270.00 |
| November 18, 2010 | CLC | Finish reviewing plan (.5). | 0.50 | 225.00 |
| November 22, 2010 | DAS | Receive and review Debtors' consolidated Chapter 11 plan and note some issues to follow up (.6). | 0.60 | 210.00 |
| November 23, 2010 | YCC | Retrieve/skim Debtors' Chapter 11 Plan. | 0.20 | 30.00 |
| November 24, 2010 | YCC | Review DBR article re: Debtors' Chapter 11 Plan. | 0.10 | 15.00 |
| December 2, 2010 | CLC | Review redline comments to plan (.4). | 0.40 | 180.00 |

- - - - - - - - - - - - - - - - - - - - - - - - -

   Total for   PLAN AND DISCLOSURE STATEMENT                 2.60      1,020.00