UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| BankUnited Financial Corporation, et al.,[1] | ) | Case No. 09-19940-LMI |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY OF THIRD INTERIM FEE APPLICATION OF
MORRISON, BROWN, ARGIZ & FARRA, LLC - TAX SERVICES PROVIDER FOR
DEBTORS**

1.  Name of applicant: Morrison, Brown, Argiz & Farra, LLC  ("MBAF")
2.  Role of applicant: Tax Service Provider
3.  Name of certifying professional: Miguel Farra, CPA
4.  Date case filed: May 22, 2009
5.  Date of application for employment: May 6, 2010
6.  Date of order approving employment: May 10, 2010
7.  If debtor's counsel, date of Disclosure of Compensation form: n/a
8.  Date of this application: February 15, 2010
9.  Dates of services covered: October 1, 2010 – January 31, 2011
10. If case is chapter 7, amount trustee has on hand: n/a
            Fees...

| | |
|---|---|
| 11. Total fee requested for this period (from Exhibit 1)[2] | $103,815.50[3] |
| 12. Balance remaining in fee retainer account, not yet awarded | $    0.00 |
| 13. Fees paid or advanced for this period, by other sources | $    0.00 |
| **14. Net amount of fee requested for this period** | **$103,815.50** |

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, Florida 33131.

[2] Pursuant to the Court's August 12, 2009 Order Authorizing and Establishing Procedures for Monthly Payment of Interim Compensation and Reimbursement of Expenses to Chapter 11 Professionals (DE #181) (the "Interim Compensation Procedures Order"), this fee application sets forth all fees and expenses incurred from October 1, 2010 through January 31, 2011.  As of the date of this application, MBAF, in accordance with the Interim Compensation Procedures Order, has submitted four invoices to the Debtors for the periods ending October 31, 20102010, November 30, 2010, December 31, 2010 and January 31, 2010.  See History of Fees and Expenses for full details.

[3] Of this amount, $33,812.80, representing 80% of the fees incurred and billed through November 30, 2010 has been paid pursuant to the Interim Compensation Procedures Order.

Expenses...

| | | |
|---|---|---|
| 15. Total expense reimbursement requested for this period | $ | 5,459.19 |
| 16. Balance remaining in expense retainer account, not yet received | $ | 0.00 |
| 17. Expenses paid or advanced for this period, by other sources | $ | 0.00 |
| **18. Net amount of expense reimbursements requested for this period** | $ | 5,459.19 |
| 19. Gross award requested for this period (#11 + #15) | $ | 109,274.69 |
| **20. Net award requested for this period (#14 + #18)** | | **$109,274.69** |

## History of Fees and Expenses

1.  Dates, sources, and amounts of retainers received: n/a

2.  Dates, sources, and amounts of first party payments received: n/a

3.  Prior fee and expense awards:

| First interim application: | |
|---|---|
| Dates covered by first application: | March 26, 2010 - May 31, 2010 |
| Amount of fees requested: | $102,176.75 |
| Amount of expenses requested: | $ 0.00 |
| Amount of fees awarded: | $81,741.40 |
| Amount of expenses awarded: | $0.00 |
| Amount of fee retainer authorized to be used: | $0.00 |
| Amount of expense retainer authorized to be used: | n/a |
| Fee award, net of retainer: | $81,741.40 |
| Expense award, net of retainer: | $0.00 |
| Date of first award: | 19-Aug-10 |
| Amount of fees actually paid: | $81,741.40 |
| Amount of expense reimbursement actually paid: | $0.00 |
| Amount of fees requested but not yet awarded ("holdback"): | $20,435.35 |
| Amount of expenses requested but not yet awarded ("holdback"): | $0.00 |
| Second  interim application: | |
| Dates covered by first application: | June 1, 2010 – September 30, 2010 |
| Amount of fees requested: | $115,567.00 |
| Amount of expenses requested: | $ 61.23 |
| Amount of fees awarded: | $92,453.60 |
| Amount of expenses awarded: | $61.23 |
| Amount of fee retainer authorized to be used: | $0.00 |
| Amount of expense retainer authorized to be used: | n/a |
| Fee award, net of retainer: | $92,514.83 |
| Expense award, net of retainer: | $0.00 |
| Date of first award: | 6 – Dec - 2010 |
| Amount of fees actually paid: | $92,453.60 |
| Amount of expense reimbursement actually paid: | $61.23 |
| Amount of fees requested but not yet awarded ("holdback"): | $23,113.40 |
| Amount of expenses requested but not yet awarded ("holdback"): | $0.00 |

4.     Summary of monthly invoices submitted for payment (during the time period covered by this fee application):

| Time Period | Fees Requested | Fees Paid | Expenses Requested | Expenses Paid | Status |
|---|---|---|---|---|---|
| 10/01/2010 - 10/31/2010 | $ 11,169.50 | $ 8,935.60 | $ 7.17 | $ 7.17 | MBAF has received payment of 80% of the fees and 100% of the expense reimbursement requested for this period |
| 11/01/2011 - 11/30/2010 | $ 31,096.50 | $ 24,877.20 | $ 10.20 | $ 10.20 | MBAF has received payment of 80% of the fees requested for this period |
| 12/01/2010 - 12/31/2010 | $ 19,592.00 | | $ 63.76 | | MBAF has received no payments for the fees or expenses requested for this period |
| 01/01/2011 - 01-31/2011 | $ 41,957.50 | | $5,378.06 | | MBAF has received no payments for the fees or expenses requested for this period |
| | | | | | |
| **Total** | **$ 103,815.50** | **$ 33,812.80** | **$5,459.19** | **$ 17.37** | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| BankUnited Financial Corporation, *et al.*,[4] | ) | Case No. 09-19940-LMI |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## THIRD INTERIM FEE APPLICATION OF
## MORRISON, BROWN, ARGIZ & FARRA, LLC - TAX SERVICES PROVIDER FOR DEBTORS

Morrison, Brown, Argiz & Farra, LLC (hereinafter "MBAF" or "Applicant"), tax service provider to the Debtors and Debtors-in-Possession, BankUnited Financial Corporation ("BUFC"), BankUnited Financial Services, Incorporated ("BUFS"), and CRE America Corporation ("CRE") (collectively, the "Debtors"), files this Third Interim Fee Application (the "Application") for the allowance, award and payment of interim compensation for services rendered and reimbursement of expenses incurred in these Chapter 11 proceedings. This Application is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1).  The exhibits attached to this Application pursuant to those Guidelines are as follows:

Exhibit "1" - Summary of Time/Fees by Timekeeper.

Exhibit "2" - Summary of Time/Fees by Project by Timekeeper.

Exhibit "3" - Summary of expenses incurred.

Exhibit "4" - The Applicant's complete time records, by project, by employee, in

chronological order, by activity code category, for the time period covered by this

---

[4] *See* note 1.

Application. The requested fees are itemized in increments of one-tenth of an hour, and each entry includes a detailed narrative of the activity for which compensation is sought.

As explained more fully below, Applicant believes that the requested compensation of $103,815.50 for the Third interim period is reasonable upon consideration of the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), as made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977).

## I.    RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

By Order entered on May 10, 2010 (DE#561), the Court authorized the retention of Morrison, Brown, Argiz & Farra, LLP as tax service providers for the Debtors, with compensation to be conditioned on approval by this Court.  Effective December 30, 2010, Morrison, Brown, Argiz & Farra, LLP converted from a Florida Limited Liability Partnership to a Delaware Limited Liability Company and changed its name to Morrison, Brown, Argiz & Farra, LLC. Pursuant to the Court's Interim Compensation Procedures Order, MBAF submits this Third Interim Fee Application seeking the interim allowance, award and payment of $103,815.50 for services rendered and $5,459.19 for reimbursement of expenses incurred during the period from October 1, 2010 through January 31, 2011 (the "Application Period").

## II.    CASE BACKGROUND

The Debtors commenced these cases on May 22, 2009 (the "Petition Date") by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The Debtors continue to operate as debtors in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108; no trustee or examiner having been sought or appointed in these cases. On May 29, 2009, the Office of the

United States Trustee appointed an official committee of unsecured creditors (the "Committee") (DE # 33).

BUFC is a former unitary savings and loan holding company of BankUnited, FSB ("Old Bank") incorporated in the State of Florida and formerly headquartered in Coral Gables, Florida. BUFC is also the 100% owner of (i) CRE, which holds a timeshare interest in certain real property located in New York City; and (ii) BUFS, which was organized in 1997 for the purpose of selling annuities, mutual funds and other insurance and securities products.

Following several unsuccessful attempts to raise Old Bank's capital levels in accordance with mandates issued by the Office of Thrift Supervision ("OTS"), on May 21, 2009 the OTS closed Old Bank and appointed the Federal Deposit Insurance Corporation (the "FDIC") as its Receiver.  In that capacity, the FDIC thereupon entered into a Purchase and Assumption Agreement with a group of investors who created a new depository institution, BankUnited, a de novo federal savings association organized under the laws of the United States and having its principal place of business in Coral Gables, Florida ("New Bank"), for the purchase of Old Bank's assets and assumption of certain liabilities.  All of the former officers and employees of Old Bank then terminated their relationship with Old Bank or the Debtors and either took positions at New Bank or pursued other opportunities.

III.    **DESCRIPTION AND SUMMARY OF SERVICES PERFORMED**

This Application seeks compensation only for services rendered and expenses incurred in connection with the performance of duties prescribed by the Bankruptcy Code or pursuant to Orders of this Court, and relates only to these bankruptcy cases and the related matters for which MBAF has been engaged.  None of the services set forth herein were rendered or incurred in connection with any other matter.  The professional services for which MBAF requests

allowance, award and payment of compensation and reimbursement of expenses have been substantially beneficial to the Debtors, the Chapter 11 estates and their creditors, and necessary to the administration of these cases.

Preservation and maximization of the Debtors' tax attributes are key issues that will determine the outcome of these cases. Accordingly, among other services, and as set forth in more detail below and in the attached Exhibits, MBAF has devoted substantial time and resources to the Debtors' tax issues and the potential way in which to treat such matter in order to maximize potential tax benefits. During this Application Period, MBAF's efforts were particularly focused on the preparation of the Amended Federal Income Tax Return in Form 1120X for the twelve month period ended September 30, 2009 jointly filed with the FDIC, and the analysis of complex tax issues relating to the preservation and use of certain tax attributes that may hold significant value for the Debtors' estates. A detailed recitation of each and every item of professional services that MBAF performed during the Application Period would unduly burden the Court. The following Summary is therefore intended to highlight the major areas in which services were rendered. The specific services rendered by MBAF are itemized and described in the Exhibits annexed hereto.

**Amendment of Prior Years' Returns:** During the application period, this project encompassed the review of the tax return filed by the FDIC for the year ended September 30, 2009, ultimately resulting in the preparation of a jointly filed (filed in conjunction and with the approval of the FDIC) amended tax returns for the tax year ended September 30, 2009. A total of 134.10 hours were devoted to the various issues addressed under this project resulting in fees of $46,418.50. The services performed included, but were not limited to:

- Detailed review of prior year returns as filed, including the FDIC prepared income tax return for the fiscal year ended September 30, 2009.
- Preparation of amended returns to reflect tax positions determined to be appropriate under current circumstances.
- Related conferences with counsel to discuss tax positions.
- Preparation of Form 1139 to effectuate Net Operating Loss Carryback of the September 30, 2009 net operating loss.

**Tax Consultations:** This project encompasses primarily analysis and research of various tax matters intended to identify and support ways to maximize tax benefits to the Debtors. A total of 141.70 hours were devoted to the various issues addressed under this project resulting in fees of $57,297.00. The services performed included, but were not limited to:

- Tax research and analysis in an effort to maximize the value of the Debtors' tax attributes.
- Analysis and research surrounding tax positions taken by FDIC in their September 30, 2009 income tax return.
- Various meetings and conferences with counsel and FDIC representatives in an effort to arrive at a consensus in order to amend the FDIC filed September 30, 2009 income tax return.
- Research and analysis related to IRC Section 6045 concerning effect of Joint Committee examination and its effect on Bank United Financial Corp.

**Preparation of Form 1120 – Y/E '09 (Twelve month period ended September 30, 2010):** To date this project involves only the preparation of a request for extension to file the tax return. A total of .5 hours were devoted to this task resulting in fees of $100.

## VI.    FACTORS TO BE CONSIDERED

**The Time and Labor Required:** The detailed time records of services rendered, attached hereto as Exhibit "3", show that the professionals and paraprofessionals of MBAF have devoted 276.3 hours of time to the service of the Debtors during the Application Period. The services rendered were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed. MBAF submits that

whether viewed individually as to each of the tasks or collectively as a whole, the time expended and fees incurred during the first interim period have been reasonable and efficient to accomplish the needs of these cases.

**The Novelty and Difficulty of the Services Rendered:** MBAF assisted the Debtors in addressing a number of complex tax issues, in the negotiation with the FDIC and in the preparation of the jointly prepared Amended income tax return on Form 1120X for the period ended September 30, 2009, requiring in-depth knowledge of banking, bankruptcy, and tax law, which have required the exercise of skill by experienced accountants in these matters. Particularly during the Application Period, MBAF rendered services with respect to novel and difficult tax issues that arose under the unique facts of this case and which could impact substantially the Debtors' efforts to monetize their tax attributes in order to generate additional value for their estates.

**The Skill Requisite to Perform the Services Properly:** MBAF has been able to draw upon resources within the firm to provide the tax preparation and consulting services rendered to the Debtors recited in the preceding paragraph.

**The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case:** MBAF is aware of no other employment which was precluded as a result of its accepting these cases.

**The Customary Fee:** The rates charged by the participating staff as set forth in Exhibits "1" and "2" are within the range charged by such professionals of similar skill and reputation in their respective jurisdictions and their respective fields of practice. The blended billable rate of $375.73 per hour for the professionals and administrative assistants working on these matters during the Application Period is consistent with rates customarily charged by MBAF for similar

cases, and reflects the necessity to involve many of the more senior staff within the firm's tax practice area, with respect to certain complex tax issues relating to bank holding companies and failed bank receiverships and in dealing with the FDIC. In all instances care has been taken to avoid duplication of effort, and to assign the work to staff with the proper level of expertise, mindful of their billing rates, in an effort to minimize costs.

**Whether the Fee is Fixed or Contingent:** The Applicant's compensation in these matters is subject to and contingent upon approval of the Court, a factor which militates in favor of an award of fees in the amount requested. The amount requested is consistent with the fees that the Applicant would charge its clients in other cases in which fees are payable on a monthly basis without the requirement of application to and approval by any court.

**Time Limitations Imposed by the Client or Other Circumstances:** The immediate nature of matters involved in these case has required MBAF's staff to devote a substantial amount of their time to address matters concerning the Chapter 11 estates. Applicant was mindful of the desires of the Trustee to complete administration of this case expeditiously.

**The Experience, Reputation, and Ability of the Professional:** MBAF is an established public accounting firm having substantial experience in the areas of accounting, auditing, tax preparation and tax consultations all of which are necessarily required in the representation of corporate and commercial debtors in cases of the scope and complexity of these.

**The Undesirability of the Case:** MBAF does not find it undesirable to represent the Debtors in these cases or any other reputable party in any form of bankruptcy proceeding, based upon the understanding that reasonable compensation will be awarded for fees and expenses incurred during the course of representation.

**The Nature and Length of the Professional Relationship of the Client:** MBAF was retained for purposes of rendering tax services to the Debtors in these Chapter 11 proceedings; prior to their appointment by the court, MBAF had not rendered any services to the Debtors.

**Awards in Similar Cases:** The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. The fees requested by the Applicant reflect an average hourly rate of approximately $375.73 during the Application Period. Considering the results obtained thus far in the case and the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate.

Finally, MBAF is well aware of the custom and practice in this District of retaining a partial "holdback" of fees pending a final award or further interim awards in a Chapter 11 case. In seeking the allowance, award and payment of fees and reimbursement of expenses in this Third Interim Application MBAF defers to the judgment and discretion of the Court with respect to the imposition and amount of such holdback.

WHEREFORE, MBAF requests that upon due consideration of the foregoing facts and circumstances, the Court enter an Order: (a) granting this Third Interim Application; (b) allowing and awarding up to $103,815.50 in fees for services rendered and $5459.19 for reimbursement of expenses incurred during the period covered by this Application, or such other amount as the Court may determine is appropriate on an interim basis; (c) directing that such interim allowance, award and payment operate without prejudice to the right of MBAF to seek, and of any interested party to object to, the further interim and final award of additional compensation

and reimbursement of expenses in these cases; and (d) affording such other and further relief as

may be fair and reasonable under the circumstances.

Dated: February 15, 2011.

Respectfully submitted,

Morrison, Brown, Argiz & Farra, LLC.
Tax Service Provider to the Debtors
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: (305) 373-5500
Facsimile: (305) 373-0056

By: _____
Miguel Farra, JD, CPA
Mfarra@mbafcpa.com

## CERTIFICATION

1.      I have been designated by Morrison, Brown, Argiz & Farra, LLC (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a first party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the first party.

6.    The following are the variances with the provisions of the Guidelines, the date of

each court order approving the variance, and the justification for the variance: none.

Dated: February 15, 2011.                    Respectfully submitted,

                                             Morrison, Brown, Argiz & Farra, LLC.
                                             Tax Service Provider to the Debtors
                                             1001 Brickell Bay Drive, 9th Floor
                                             Miami, Florida 33131
                                             Telephone: (305) 373-5500
                                             Facsimile: (305) 373-0056

                                             By: _____
                                                 Miguel Farra, JD, CPA
                                                 Mfarra@mbafcpa.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s/ Mark D. Bloom
                MARK D. BLOOM

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

- Vincent F Alexander    vfa@kttlaw.com, lf@kttlaw.com
- Johanna Armengol    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com
- Shawn M Christianson    schristianson@buchalter.com
- City of Homestead, FL    dgonzales@wsh-law.com
- City of Miramar, FL    dgonzales@wsh-law.com
- John R. Dodd    doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- Stephen P. Drobny    sdrobny@shutts.com, mvandenbosch@shutts.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Scott M. Grossman    grossmansm@gtlaw.com, jacksont@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- Scott M. Grossman    grossmansm@gtlaw.com, jacksont@gtlaw.com; MiaLitDock@gtlaw.com;FTLLitDock@GTLaw.com;miaecfbky@gtlaw.com
- Robert J Hauser    hauser@beasleylaw.net, lundstrom@beasleylaw.net;miles@beasleylaw.net
- Hollie N Hawn    hhawn@broward.org
- Brian W Hockett    bhockett@thompsoncoburn.com

- Christina M Kennedy    ckennedy@foley.com
- Jeffrey T. Kucera    jeffrey.kucera@klgates.com,
  maxine.lewis@klgates.com;;miamidocketing@klgates.com
- Peter H Levitt    plevitt@shutts-law.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Todd C Meyers    tmeyers@kilpatrickstockton.com,
  rrahman@kilpatrickstockton.com;lcanty@kilpatrickstockton.com
- Miami-Dade County Tax Collector    mdtcbkc@miamidade.gov
- Dennis A. Nowak    dnowak@fowler-white.com, agrage@fowler-white.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Geoffrey T Raicht    graicht@mwe.com,
  rrodriguez@mwe.com;nhazan@mwe.com;
  kotero@mwe.com;wjanke@mwe.com;akratenstein@mwe.com;trodriguez@mwe.com
- Craig V Rasile    crasile@hunton.com,
  mtucker@hunton.com,mmannering@hunton.com,adeboer@hunton.com
- Patricia A Redmond    predmond@stearnsweaver.com,
  jrivera@stearnsweaver.com; rross@stearnsweaver.com;mmesones-
  mori@stearnsweaver.com
- David Samole    das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Michael C Sontag    msontag@clplaw.net
- Jonathan C. Vair    jvair@stearnsweaver.com, cgraver@stearnsweaver.com;
  tcotter@stearnsweaver.com;rross@stearnsweaver.com;
  mmesones-mori@stearnsweaver.com
- Mark J Wolfson    mwolfson@foley.com, btanner@foley.com;jhayes@foley.com

**Manual Notice List**

Bridget Schessler, VP
The Bank of New York Mellon
525 William Penn Place
7th Floor
Pittsburgh, PA 15259

**EXHIBIT "1"**

BANK UNITED FINANCIAL CORPORATION, et al.
SUMMARY OF FEES BY TIMEKEEPERS
FOR THIS PERIOD ONLY
October 1, 2010 through January 31, 2011

| NAME | Professional | Year Licensed | Hours | Rate | Fees |
|------|-------------|---------------|-------|------|------|
| Farra, Miguel | Accountant | 9/14/1979 | 69.50 | $ 480.00 | $ 33,360.00 |
| Escandon, Emilio | Accountant | 10/6/1983 | 94.90 | $ 480.00 | $ 45,552.00 |
| Torgas, Ed | Accountant | 5/1/1992 | 7.50 | $ 290.00 | $ 2,175.00 |
| Weinrub, Jason | Accountant | | 8.60 | $ 245.00 | $ 2,107.00 |
| Balan, Iona | Accountant | | 12.30 | $ 200.00 | $ 2,460.00 |
| Burns, Clarissa | Accountant | 11/5/2009 | 31.00 | $ 200.00 | $ 6,200.00 |
| Burns, Clarissa* | Accountant | 11/6/2009 | 40.60 | $ 245.00 | $ 9,947.00 |
| Jurewicz, Witold | Accountant | | 8.40 | $ 175.00 | $ 1,470.00 |
| Oyarzun, Christina | Accountant | | 2.70 | $ 175.00 | $ 472.50 |
| Area, Nadya | Admin Assistant | | 0.80 | $ 90.00 | $ 72.00 |
| | | | | | |
| Total | | | 276.30 | | $ 103,815.50 |
| | | | | | |
| Blende Average Hourly Rate | | | | $ 375.73 | |

* Promoted effective January 1, 2011.

**EXHIBIT "2"**

**BANK UNITED FINANCIAL CORPORATION, et al.**
**SUMMARY OF FEES  BY PROJECTS BY TIMEKEEPERS**
**FOR THIS PERIOD ONLY**
October 1, 2010 through January 31, 2011

| | Eng Number | Hours | Rate | Fees |
|---|---|---|---|---|
| **Preparation of Form 1120 - YE '09** | **1120-09** | | | |
| Balan, Ioana | | 0.50 | $ 200.00 | $ 100.00 |
| | | | | |
| **Total - Preparation of Form 1120 - YE '09** | | **0.50** | | **100.00** |
| **Amendment of Prior Years' Returns** | **AMEND** | | | |
| Farra, Miguel | | 27.50 | $ 480.00 | $ 13,200.00 |
| Escandon, Emilio | | 36.40 | $ 480.00 | $ 17,472.00 |
| Jurewicz, Witold | | 0.40 | $ 175.00 | $ 70.00 |
| Balan, Ioana | | 8.40 | $ 200.00 | $ 1,680.00 |
| Burns, Clarissa | | 20.50 | $ 200.00 | $ 4,100.00 |
| Burns, Clarissa* | | 40.10 | $ 245.00 | $ 9,824.50 |
| Area, Nadya | | 0.80 | $ 90.00 | $ 72.00 |
| | | | | |
| **Total Amendment of prior Yrs' returns** | | **134.10** | | **46,418.50** |
| **Tax Consultations** | **TAXCONS** | | | |
| Farra, Miguel | | 42.00 | $ 480.00 | $ 20,160.00 |
| Escandon, Emilio | | 58.50 | $ 480.00 | $ 28,080.00 |
| Torgas, Ed | | 7.50 | $ 290.00 | $ 2,175.00 |
| Weinrub, Jason | | 8.60 | $ 245.00 | $ 2,107.00 |
| Balan, Iona | | 3.40 | $ 200.00 | $ 680.00 |
| Burns, Clarissa | | 10.50 | $ 200.00 | $ 2,100.00 |
| Burns, Clarissa* | | 0.50 | $ 245.00 | $ 122.50 |
| Jurewicz, Witold | | 8.00 | $ 175.00 | $ 1,400.00 |
| Oyarzun, Christina | | 2.70 | $ 175.00 | $ 472.50 |
| | | | | |
| **Total Tax Consultations** | | **141.70** | | $ 57,297.00 |
| | | | Avg hourly rate | |
| **Total billed for the period** | | $ 276.30 | $ 375.73 | $ 103,815.50 |

* Promoted effective January 1, 2011.

# EXHIBIT "3"

**BANK UNITED FINANCIAL CORPORATION, et al.**
**SUMMARY OF EXPENSES INCURRED**
**FOR THIS PERIOD ONLY**
**From June 1, 2010 through September 30, 2010**

| DESCRIPTION | AMOUNT | |
|---|---|---|
| Postage/Courier | $ | 53.63 |
| Travel - Mileage reimbursement | $ | 27.50 |
| Travel & Lodging - Out of town | $ | 5,340.84 |
| Conferences | $ | 37.22 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | 5,459.19 |

# MORRISON, BROWN, ARGIZ & FARRA, LLC

## Super WIP

For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 - LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| F0297 | 001 | | **BANKUNITED FINANCIAL CORPORATION** | | | | Partner: | 016 | Last Bill | $0.00 | On 1/31/2011 |
| | | | Joseph J Luzinski Chief Restructuring Officer | | | | Manager: | | Last Paid | $15,737.36 | On 2/7/2011 |
| | | | 200 South Biscayne Blvd. #1818 | | | | Accountant: | | YTD Mark Up/Downs | | -82.53 |
| | | | | | | | Biller: | 547 | A/R Total | | 8,200.14 |
| | | | Miami, FL 33131 | | | 305-374-2717 | | | | | |
| 1120-09SN | 1014 | 12/14/2010 | 171 TAX - OTHER | T | 943 | BALAN, IOANA | | 0.50 | 200.00 | 100.00 | |
| | | | Prepare Holding Company Fed and FL 9-30-10 Extensions | | | | | | | | |
| | | | ***Total Employee: 943*** | | Budget \| Actual to Date | 63.10 \| 0.50 | | 0.50 | | $100.00 | |
| | | | ***Total Project: 1120-09SN*** | | Budget \| Actual to Date | 74.20 \| 0.50 | | 0.50 | | $100.00 | |
| AMEND | 1018 | 10/7/2010 | 123 REVIEW OF CORP/PTNR TAX | T | 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |
| | | | Filing of 1120 X | | | | | | | | |
| AMEND | 1018 | 1/7/2011 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |
| | | | Discuss w/atty return & NOL & 1120S | | | | | | | | |
| AMEND | 1018 | 1/18/2011 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |
| | | | Discuss FDIC issues w/Emilio | | | | | | | | |
| AMEND | 1018 | 1/21/2011 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 1.50 | 480.00 | 720.00 | |
| | | | Return issue with FDIC | | | | | | | | |
| AMEND | 1018 | 1/24/2011 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |
| | | | Coordinate w/Vortreide | | | | | | | | |
| AMEND | 1018 | 1/26/2011 | 123 REVIEW OF CORP/PTNR TAX | T | 016 | FARRA, MIGUEL | | 4.00 | 480.00 | 1,920.00 | |
| | | | Travel Time MIA to Dallas | | | | | | | | |
| AMEND | 1018 | 1/26/2011 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 8.00 | 480.00 | 3,840.00 | |
| | | | Meet w/Jim Voldtrude in Dallas, TX to finalize joint return w/FDIC | | | | | | | | |

Monday, February 14, 2011

2:27:28PM

# MORRISON, BROWN, ARGIZ & FARRA, LLC

## Super WIP

For dates through 1/31/2011

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| | | | | | | | Partner: 016 | | Last Bill | $0.00 On 1/31/2011 | |
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | | | | | |
| AMEND | 1018 | 1/27/2011 | 123 | T | 016 | FARRA, MIGUEL | | 4.00 | 480.00 | 1,920.00 | |
| | | | REVIEW OF CORP/PTNR TAX | | | | | | | | |
| | | Travel Time Dallas to MIA | | | | | | | | | |
| AMEND | 1018 | 1/27/2011 | 266 | T | 016 | FARRA, MIGUEL | | 8.00 | 480.00 | 3,840.00 | |
| | | | ACCOUNTING SPECIAL | | | | | | | | |
| | | Meet w/Jim Vordtriede in Dallas, TX to finalize joint return w/FDIC | | | | | | | | | |
| | | ***Total Employee: 016*** | | Budget \| Actual to Date | 0.00 | 101.20 | | 27.50 | | $13,200.00 | |
| AMEND | 1018 | 10/8/2010 | 123 | T | 712 | ESCANDON, EMILIO | | 0.40 | 480.00 | 192.00 | |
| | | | REVIEW OF CORP/PTNR TAX | | | | | | | | |
| | | Final administrative re 1120X | | | | | | | | | |
| AMEND | 1018 | 1/4/2011 | 165 | T | 712 | ESCANDON, EMILIO | | 0.20 | 480.00 | 96.00 | |
| | | | TAX CONFERENCE | | | | | | | | |
| | | C/call w/ Zuckerbrot re status of re-worked 9/30/09 T/R | | | | | | | | | |
| AMEND | 1018 | 1/4/2011 | 123 | T | 712 | ESCANDON, EMILIO | | 1.80 | 480.00 | 864.00 | |
| | | | REVIEW OF CORP/PTNR TAX | | | | | | | | |
| | | Mtg w/C Burns re documentation of material M-15 on re-worked T/R | | | | | | | | | |
| AMEND | 1018 | 1/5/2011 | 165 | T | 712 | ESCANDON, EMILIO | | 0.20 | 480.00 | 96.00 | |
| | | | TAX CONFERENCE | | | | | | | | |
| | | Email to J Vortriele re support for $1B bank loss | | | | | | | | | |
| AMEND | 1018 | 1/5/2011 | 165 | T | 712 | ESCANDON, EMILIO | | 2.30 | 480.00 | 1,104.00 | |
| | | | TAX CONFERENCE | | | | | | | | |
| | | Analysis & documentation/support for re-worked/FDIC 9/30/09 T/R | | | | | | | | | |
| AMEND | 1018 | 1/7/2011 | 165 | T | 712 | ESCANDON, EMILIO | | 2.40 | 480.00 | 1,152.00 | |
| | | | TAX CONFERENCE | | | | | | | | |
| | | Additional consults re BUFSB book loss $1B | | | | | | | | | |
| AMEND | 1018 | 1/7/2011 | 165 | T | 712 | ESCANDON, EMILIO | | 0.70 | 480.00 | 336.00 | |
| | | | TAX CONFERENCE | | | | | | | | |
| | | Memo re elimination of BUFSB book loss $1B | | | | | | | | | |
| AMEND | 1018 | 1/10/2011 | 165 | T | 712 | ESCANDON, EMILIO | | 0.10 | 480.00 | 48.00 | |
| | | | TAX CONFERENCE | | | | | | | | |
| | | Call to Jim Vordtriede FDIC | | | | | | | | | |
| AMEND | 1018 | 1/10/2011 | 165 | T | 712 | ESCANDON, EMILIO | | 0.90 | 480.00 | 432.00 | |
| | | | TAX CONFERENCE | | | | | | | | |

# MORRISON, BROWN, ARGIZ & FARRA, LLC

## Super WIP

For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 - LMI**

| Project | Task | Date | Work Code | | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|--|---|-------|------|-----------|-------|------|--------|---------|
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | | Partner: | 016 | Last Bill | $0.00 | On 1/31/2011 |
| | | | Second Conf call w/K Zuckerbrot re schedules sent to him | | | | | | | | | |
| AMEND | 1018 | 1/10/2011 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.30 | 480.00 | 144.00 | |
| | | | Conf call w/K Zuckerbrot re schedules sent to him on 1/7 | | | | | | | | | |
| AMEND | 1018 | 1/18/2011 | 166 | TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 1.10 | 480.00 | 528.00 | |
| | | | Prep for mtg w/M Farra ; compiled emails to M Farra | | | | | | | | | |
| AMEND | 1018 | 1/24/2011 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.30 | 480.00 | 144.00 | |
| | | | C/Call w/Mike Farra re FDIC unit | | | | | | | | | |
| AMEND | 1018 | 1/24/2011 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.40 | 480.00 | 192.00 | |
| | | | C/Call w/Ken Zuckerbrot & M Bloom re agenda for mtg w/FDIC | | | | | | | | | |
| AMEND | 1018 | 1/25/2011 | 123 | REVIEW OF CORP/PTNR TAX | T | 712 | ESCANDON, EMILIO | | 4.00 | 480.00 | 1,920.00 | |
| | | | Travel time FTL to Dallas | | | | | | | | | |
| AMEND | 1018 | 1/25/2011 | 123 | REVIEW OF CORP/PTNR TAX | T | 712 | ESCANDON, EMILIO | | 2.10 | 480.00 | 1,008.00 | |
| | | | Prep for visit to FDIC; mtg w/CB to go over binders, etc. | | | | | | | | | |
| AMEND | 1018 | 1/26/2011 | 123 | REVIEW OF CORP/PTNR TAX | T | 712 | ESCANDON, EMILIO | | 7.50 | 480.00 | 3,600.00 | |
| | | | Mtg w/Jim Vortriede, FDIC, to work on prepared 9/31/09 tax return | | | | | | | | | |
| AMEND | 1018 | 1/27/2011 | 123 | REVIEW OF CORP/PTNR TAX | T | 712 | ESCANDON, EMILIO | | 3.50 | 480.00 | 1,680.00 | |
| | | | Travel time Dallas to FTL | | | | | | | | | |
| AMEND | 1018 | 1/27/2011 | 123 | REVIEW OF CORP/PTNR TAX | T | 712 | ESCANDON, EMILIO | | 2.50 | 480.00 | 1,200.00 | |
| | | | Mtg w/ J Vortriede, FDIC | | | | | | | | | |
| AMEND | 1018 | 1/27/2011 | 123 | REVIEW OF CORP/PTNR TAX | T | 712 | ESCANDON, EMILIO | | 3.50 | 480.00 | 1,680.00 | |
| | | | Worked on 9/30/09 joint prepared T/R w/C Burns | | | | | | | | | |
| AMEND | 1018 | 1/28/2011 | 123 | REVIEW OF CORP/PTNR TAX | T | 712 | ESCANDON, EMILIO | | 0.40 | 480.00 | 192.00 | |
| | | | Follow-up re PWC tax W/P's | | | | | | | | | |

**MORRISON, BROWN, ARGIZ & FARRA, LLC**

**Super WIP**

For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 - LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| | | | | | | | Partner: | 016 | Last Bill | $0.00 | On  1/31/2011 |
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | | | | | |
| AMEND | 1018 | 1/31/2011 | 123   REVIEW OF CORP/PTNR TAX | T | 712 | ESCANDON, EMILIO | | 1.80 | 480.00 | 864.00 | |

Mtg w/C Burns re open items to complete jointly filed FDIC amended tax return

**\*\*\*Total Employee: 712\*\*\***

| | Budget \| Actual to Date | 0.00 | 101.20 | | 36.40 | | $17,472.00 | |

**\*\*\*Total Project: AMEND\*\*\***

| | Budget \| Actual to Date | 0.00 | 106.85 | | 63.90 | | $30,672.00 | |

| Project | Task | Date | Work Code | T | EmpID | Name | Hours | Rate | Amount |
|---------|------|------|-----------|---|-------|------|-------|------|--------|
| AMEND-A | 1090 | 10/1/2010 | 198   TAX CLERICAL | T | 2012 | AREAS, NADYA | 0.80 | 90.00 | 72.00 |

Re-reprocess of 2003, 2005, 2006 1120X

**\*\*\*Total Employee: 2012\*\*\***

| | Budget \| Actual to Date | 0.00 | 3.05 | | 0.80 | | $72.00 | |

**\*\*\*Total Project: AMEND-A\*\*\***

| | Budget \| Actual to Date | 0.00 | 3.05 | | 0.80 | | $72.00 | |

| AMEND-SENR | 1014 | 11/5/2010 | 122   PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | 5.50 | 200.00 | 1,100.00 |

Proforma FDIC 9-30-09 Consolidated 1120

| AMEND-SENR | 1014 | 11/8/2010 | 122   PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | 1.00 | 200.00 | 200.00 |

Proforma FDIC 9-30-09 Cons. 1120 w/ MBAF adjustments

| AMEND-SENR | 1014 | 11/23/2010 | 122   PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | 1.00 | 200.00 | 200.00 |

Update FDIC return

| AMEND-SENR | 1014 | 11/24/2010 | 122   PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | 2.00 | 200.00 | 400.00 |

Revise BUFC 1120; assist Ioana w/ other version of 1120

| AMEND-SENR | 1014 | 11/30/2010 | 122   PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | 4.50 | 200.00 | 900.00 |

Revise amended 1120 & M-3 rec; Meetings w/ ETE & IB

| AMEND-SENR | 1014 | 12/1/2010 | 122   PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | 2.30 | 200.00 | 460.00 |

Revise amended returns (both versions) & M-3 rec; CC w/ ETE, Jim (FDIC), Cliff & Jon (JH Cohn) re: M-3 rec comparison

Employee: MF

# MORRISON, BROWN, ARGIZ & FARRA, LLC
## Super WIP
For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 - LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F0297 | 001 | | BANKUNITED FINANCIAL CORPORATION | | | | Partner: 016 | | Last Bill | $0.00 On 1/31/2011 | |
| AMEND-SENR | 1014 | 12/9/2010 | 122 PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 0.20 | 200.00 | 40.00 | |
| | | Update 1120 | | | | | | | | | |
| AMEND-SENR | 1014 | 12/14/2010 | 122 PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 0.50 | 200.00 | 100.00 | |
| | | Discuss revised return & tax basis BS, prep of extensions, & recap of yesterday's meeting w/ IB | | | | | | | | | |
| AMEND-SENR | 1014 | 12/14/2010 | 122 PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 3.50 | 200.00 | 700.00 | |
| | | Revise tax basis BS & consolidated tax return per discussions w/ Jim (FDIC), MF, & ETE | | | | | | | | | |
| | | ***Total Employee: 913*** | | | | Budget \| Actual to Date 0.00 54.40 | | 20.50 | | $4,100.00 | |
| AMEND-SENR | 1014 | 11/24/2010 | 122 PREP OF CORP/PTNR TAX | T | 943 | BALAN, IOANA | | 2.40 | 200.00 | 480.00 | |
| | | Revise MBAF version of consolidated 2008 1120 with FDIC adjustments | | | | 1:00 | | | | | |
| AMEND-SENR | 1014 | 11/30/2010 | 122 PREP OF CORP/PTNR TAX | T | 943 | BALAN, IOANA | | 6.00 | 200.00 | 1,200.00 | |
| | | Revised amended return; meet with ETE and CB | | | | | | | | | |
| | | ***Total Employee: 943*** | | | | Budget \| Actual to Date 0.00 54.40 | | 8.40 | | $1,680.00 | |
| | | ***Total Project: AMEND-SENR*** | | | | Budget \| Actual to Date 0.00 60.90 | | 28.90 | | $5,780.00 | |
| AMEND-STAF | 1014 | 10/7/2010 | 171 TAX - OTHER | T | 2140 | JUREWICZ, WITOLD | | 0.40 | 175.00 | 70.00 | |
| | | reassemble amended returns with new statements for mailing | | | | | | | | | |
| | | ***Total Employee: 2140*** | | | | Budget \| Actual to Date 0.00 10.40 | | 0.40 | | $70.00 | |
| | | ***Total Project: AMEND-STAF*** | | | | Budget \| Actual to Date 0.00 12.90 | | 0.40 | | $70.00 | |
| AMEND-SUP | 1014 | 1/4/2011 | 122 PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 0.80 | 245.00 | 196.00 | |
| | | Meet w/ ETEre: Backup for 1120/prep backup for return | | | | | | | | | |

Case 09-19940-LMI   Doc 777   Filed 02/25/11   Page 25 of 36

# MORRISON, BROWN, ARGIZ & FARRA, LLC
## Super WIP
For dates through 1/31/2011

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|---|-------|------|--------|---------|
| | | | | | | | Partner: | 016 | | Last Bill | $0.00 On | 1/31/2011 |
| F0297 | 001 | | **BANKUNITED FINANCIAL CORPORATION** | | | | | | | | | |
| AMEND-SUP | 1014 | 1/5/2011 | 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 3.50 | 245.00 | 857.50 | _____ |
| | | | Review FDIC WPs & pull backup for 1120 | | | | | | | | | |
| AMEND-SUP | 1014 | 1/6/2011 | 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 1.00 | 245.00 | 245.00 | _____ |
| | | | Meet w/ ETE re: Backup for return | | | | | | | | | |
| AMEND-SUP | 1014 | 1/7/2011 | 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 3.50 | 245.00 | 857.50 | _____ |
| | | | Memo for cons eliminations; Meet w/ ETE; Backup for M-3 | | | | | | | | | |
| AMEND-SUP | 1014 | 1/21/2011 | 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 4.00 | 245.00 | 980.00 | _____ |
| | | | Review revised return & backup; Prep for meeting w/ MF; Meet w/ MF to discuss FDIC WPs | | | | | | | | | |
| AMEND-SUP | 1014 | 1/24/2011 | 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 1.00 | 245.00 | 245.00 | _____ |
| | | | Meet w/ ETE re: Prep for FDIC meeting | | | | | | | | | |
| AMEND-SUP | 1018 | 1/25/2011 | 123 | REVIEW OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 4.00 | 245.00 | 980.00 | _____ |
| | | | Travel Time FTL to Dallas | | | | | | | | | |
| AMEND-SUP | 1014 | 1/25/2011 | 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 2.80 | 245.00 | 686.00 | _____ |
| | | | Prepare for meeting with FDIC | | | | | | | | | |
| AMEND-SUP | 1014 | 1/26/2011 | 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 7.50 | 245.00 | 1,837.50 | _____ |
| | | | Visit Jim Vordtriede @ FDIC in Dallas re: Amended 1120 | | | | | | | | | |
| AMEND-SUP | 1018 | 1/27/2011 | 123 | REVIEW OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 4.00 | 245.00 | 980.00 | _____ |
| | | | Travel Time Dallas to FTL | | | | | | | | | |
| AMEND-SUP | 1014 | 1/27/2011 | 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 7.50 | 245.00 | 1,837.50 | _____ |
| | | | Visit Jim Vordtriede @ FDIC in Dallas re: Amended 1120 | | | | | | | | | |
| AMEND-SUP | 1014 | 1/31/2011 | 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 0.50 | 245.00 | 122.50 | _____ |
| | | | Meet w/ ETE re: Amended 1120 & WPs | | | | | | | | | |

Case 09-19940-LMI   Doc 777   Filed 02/25/11   Page 26 of 36

# MORRISON, BROWN, ARGIZ & FARRA, LLC
## Super WIP
For dates through 1/31/2011

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| F0297 | 001 | | BANKUNITED FINANCIAL CORPORATION | | | | Partner: 016 | Last Bill | $0.00 | On 1/31/2011 | |
| | | | ***Total Employee: 913*** | | | Budget \| Actual to Date | 0.00 \| 57.40 | 40.10 | | $9,824.50 | |
| | | | ***Total Project: AMEND-SUP*** | | | Budget \| Actual to Date | 0.00 \| 76.40 | 40.10 | | $9,824.50 | |
| TAXCON-MGR | 1090 | 10/11/2010 | 198    TAX CLERICAL | T | 547 | TORGAS, ED | | 1.00 | 290.00 | 290.00 | |

Preparation of Billing analysis and detail for Month of Sept

| TAXCON-MGR | 1090 | 10/12/2010 | 198    TAX CLERICAL | T | 547 | TORGAS, ED | | 1.00 | 290.00 | 290.00 | |

Finalize  Billing analysis and detail for Month of Sept

| TAXCON-MGR | 1090 | 10/15/2010 | 198    TAX CLERICAL | T | 547 | TORGAS, ED | | 2.50 | 290.00 | 725.00 | |

Preparation of Fee Application for the three months ended August 2010

| TAXCON-MGR | 1090 | 10/18/2010 | 198    TAX CLERICAL | T | 547 | TORGAS, ED | | 1.50 | 290.00 | 435.00 | |

At Attorney's request recast Fee Application to cover the four (4) months ended September 30, 2010- Revise all tables and language as necessary

| TAXCON-MGR | 1090 | 11/11/2010 | 198    TAX CLERICAL | T | 547 | TORGAS, ED | | 0.50 | 290.00 | 145.00 | |

Prepare October Invoice

| TAXCON-MGR | 1090 | 1/14/2011 | 198    TAX CLERICAL | T | 547 | TORGAS, ED | | 1.00 | 290.00 | 290.00 | |

Prepare December Invoice /reconcile period to date

| | | | ***Total Employee: 547*** | | | Budget \| Actual to Date | 0.00 \| 7.50 | 7.50 | | $2,175.00 | |
| | | | ***Total Project: TAXCON-MGR*** | | | Budget \| Actual to Date | 0.00 \| 56.50 | 7.50 | | $2,175.00 | |
| TAXCONS | 1220 | 10/5/2010 | 266    ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 1.00 | 480.00 | 480.00 | |

conf. Call w/Atty's

| TAXCONS | 1220 | 10/6/2010 | 123    REVIEW OF CORP/PTNR TAX | T | 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |

1120 X Review

| TAXCONS | 1220 | 10/26/2010 | 266    ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 3.00 | 480.00 | 1,440.00 | |

Attend Court Hearing Prepared by FDIC - Review draft 1120

# MORRISON, BROWN, ARGIZ & FARRA, LLC
## Super WIP
For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 - LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | | Hours | Rate | Amount | Bill At | |
|---------|------|------|-----------|---|-------|------|-----------|--|-------|------|--------|---------|--|
| F0297 | 001 | | BANKUNITED FINANCIAL CORPORATION | | | | Partner: | 016 | | Last Bill | $0.00 | On | 1/31/2011 |
| TAXCONS | 1220 | 10/29/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 1.50 | 480.00 | 720.00 | _____ |
| Conf. Call w/FDIC | | | | | | | | | | | | |
| TAXCONS | 1220 | 10/30/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 1.00 | 480.00 | 480.00 | _____ |
| Respond to e-mails re. tax loss | | | | | | | | | | | | |
| TAXCONS | 8050 | 11/1/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 1.00 | 480.00 | 480.00 | _____ |
| conf. call | | | | | | | | | | | | |
| TAXCONS | 8050 | 11/2/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 1.50 | 480.00 | 720.00 | _____ |
| Conf. call & Preparation | | | | | | | | | | | | |
| TAXCONS | 8050 | 11/3/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 0.50 | 480.00 | 240.00 | _____ |
| Reviewed Ken Z.e-mail | | | | | | | | | | | | |
| TAXCONS | 8050 | 11/4/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 1.00 | 480.00 | 480.00 | _____ |
| FDIC Return | | | | | | | | | | | | |
| TAXCONS | 8050 | 11/4/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 1.50 | 480.00 | 720.00 | _____ |
| conf. call | | | | | | | | | | | | |
| TAXCONS | 8050 | 11/8/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 2.00 | 480.00 | 960.00 | _____ |
| various issues standing | | | | | | | | | | | | |
| TAXCONS | 1204 | 11/9/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 1.00 | 480.00 | 480.00 | _____ |
| Declaration of report to FDIC | | | | | | | | | | | | |
| TAXCONS | 1204 | 11/11/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 0.50 | 480.00 | 240.00 | _____ |
| Discussions w/Zuckerbrot & Bloom | | | | | | | | | | | | |
| TAXCONS | 1220 | 11/12/2010 | 266 ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | | 0.50 | 480.00 | 240.00 | _____ |
| Prepared filing by FDIC | | | | | | | | | | | | |

# MORRISON, BROWN, ARGIZ & FARRA, LLC

## Super WIP

For dates through 1/31/2011

**EXHIBIT "4"**

**CASE No. 09-19940 - LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| F0297 | 001 | | BANKUNITED FINANCIAL CORPORATION | | | | Partner: | 016 | Last Bill | $0.00 | On 1/31/2011 |
| TAXCONS | 8050 | 11/13/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 1.50 | 480.00 | 720.00 | |
| Review FDIC filing | | | | | | | | | | | |
| TAXCONS | 8050 | 11/15/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |
| Disaffiliation issue | | | | | | | | | | | |
| TAXCONS | 1202 | 11/17/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |
| Research regs | | | | | | | | | | | |
| TAXCONS | 1220 | 11/18/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 2.00 | 480.00 | 960.00 | |
| Review Regs and returns | | | | | | | | | | | |
| TAXCONS | 8050 | 11/19/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 1.50 | 480.00 | 720.00 | |
| Conf. call reg. FDIC Tax | | | | | | | | | | | |
| TAXCONS | 8050 | 11/23/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 1.00 | 480.00 | 480.00 | |
| Conf. Call w/creditors comm. & FDIC | | | | | | | | | | | |
| TAXCONS | 8050 | 11/24/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |
| FDIC return issues | | | | | | | | | | | |
| TAXCONS | 8050 | 11/29/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 1.00 | 480.00 | 480.00 | |
| Attended Fee Hearing | | | | | | | | | | | |
| TAXCONS | 8050 | 11/30/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 3.00 | 480.00 | 1,440.00 | |
| Review reconciliation of FDIC vs our return - discuss w/Ken Zukerbrot | | | | | | | | | | | |
| TAXCONS | 8050 | 12/1/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 1.00 | 480.00 | 480.00 | |
| conf. call | | | | | | | | | | | |
| TAXCONS | 8050 | 12/13/2010 | 266 | | ACCOUNTING SPECIAL | T 016 | FARRA, MIGUEL | | 7.50 | 480.00 | 3,600.00 | |
| Meeting at Greenberg Traurig w/FDIC and attorneys | | | | | | | | | | | |

Employee: MF

## MORRISON, BROWN, ARGIZ & FARRA, LLC
### Super WIP
For dates through 1/31/2011

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| | | | | | | | Partner: 016 | Last Bill | $0.00 | On | 1/31/2011 |
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | | | | | |
| TAXCONS | 1220 | 12/15/2010 | 266   ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 2.50 | 480.00 | 1,200.00 | |
| | | Conf. call - review returns | | | | | | | | | |
| TAXCONS | 8050 | 12/17/2010 | 266   ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |
| | | Questions for Lynn Fowler on returns | | | | | | | | | |
| TAXCONS | 8050 | 12/23/2010 | 266   ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 0.50 | 480.00 | 240.00 | |
| | | Spoke to Ken Zuckerbrot | | | | | | | | | |
| TAXCONS | 1220 | 12/28/2010 | 266   ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 1.00 | 480.00 | 480.00 | |
| | | Review returns and prepare for conf. call | | | | | | | | | |
| TAXCONS | 8050 | 12/29/2010 | 266   ACCOUNTING SPECIAL | T | 016 | FARRA, MIGUEL | | 1.00 | 480.00 | 480.00 | |
| | | Conf. Call | | | | | | | | | |
| | | ***Total Employee: 016*** | | | | Budget \| Actual to Date   0.00  35.10 | | 42.00 | | $20,160.00 | |
| TAXCONS | 1204 | 10/2/2010 | 165   TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.80 | 480.00 | 384.00 | |
| | | C/call w/M Farra re FDIC's motion dtd 10/1/10 | | | | | | | | | |
| TAXCONS | 1204 | 10/5/2010 | 165   TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.40 | 480.00 | 192.00 | |
| | | Conf call w/attorneys re FDIC amended stay motion | | | | | | | | | |
| TAXCONS | 1204 | 10/5/2010 | 165   TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.80 | 480.00 | 384.00 | |
| | | Prep for conf call | | | | | | | | | |
| TAXCONS | 1220 | 10/11/2010 | 166   TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 0.30 | 480.00 | 144.00 | |
| | | Billing/Administrative | | | | | | | | | |
| TAXCONS | 1220 | 10/12/2010 | 166   TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 0.30 | 480.00 | 144.00 | |
| | | Billing/Administrative | | | | | | | | | |
| TAXCONS | 1204 | 10/18/2010 | 165   TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.20 | 480.00 | 96.00 | |

Employee: MF

Case 09-19940-LMI   Doc 777   Filed 02/25/11   Page 30 of 36

**MORRISON, BROWN, ARGIZ & FARRA, LLC**
**Super WIP**
For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 - LMI**

| Project | Task | Date | Work Code | | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Partner: 016 | | Last Bill | $0.00 | On 1/31/2011 |
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | | | | | | |
| | | Call from Scott Grossman, GT re notice 2010=58; language motion | | | | | | | 1.80 | 480.00 | 864.00 | |
| TAXCONS | 1220 | 10/26/2010 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Review of FDIC version of 9-30-09 tax return | | | | | | | 1.80 | 480.00 | 864.00 | |
| TAXCONS | 1204 | 10/29/2010 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Conf call w/FDIC, PWC, GT attorneys and Mike Farra | | | | | | | 1.20 | 480.00 | 576.00 | |
| TAXCONS | 1204 | 10/29/2010 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Prep for conf call | | | | | | | 0.70 | 480.00 | 336.00 | |
| TAXCONS | 1220 | 11/1/2010 | 166 | TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Email to DSI & GT re my conclusions re FDIC W/P's | | | | | | | 1.30 | 480.00 | 624.00 | |
| TAXCONS | 1220 | 11/1/2010 | 166 | TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Reviewed FDIC tax W/P's re $881M of 1-4 Fam Resi Loans, etc | | | | | | | 0.70 | 480.00 | 336.00 | |
| TAXCONS | 1204 | 11/2/2010 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Conf call w/GT & DSI | | | | | | | 0.60 | 480.00 | 288.00 | |
| TAXCONS | 1204 | 11/2/2010 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Prep for conf call | | | | | | | 1.70 | 480.00 | 816.00 | |
| TAXCONS | 1220 | 11/4/2010 | 166 | TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Mtg w/Burns and Balan re project to reconcile FDIC tax return and MBAF returns | | | | | | | 0.80 | 480.00 | 384.00 | |
| TAXCONS | 1204 | 11/4/2010 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Follow-up call w/ Mark Bloom, Zuckerbrot and M Farra re recalc of FDIC tax return and allocation of refunds | | | | | | | 1.40 | 480.00 | 672.00 | |
| TAXCONS | 1204 | 11/4/2010 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | | | | |
| | | Follow up w/Mike Farra and conf/call to Zuckerbrot re FDIC's tax return | | | | | | | 0.60 | 480.00 | 288.00 | |
| TAXCONS | 1204 | 11/4/2010 | 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | | | | |

2:27:28PM

Monday, February 14, 2011

# MORRISON, BROWN, ARGIZ & FARRA, LLC
## Super WIP
For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 - LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| F0297 | 001 | | BANKUNITED FINANCIAL CORPORATION | | | | Partner: 016 | | Last Bill | $0.00 On 1/31/2011 | |
| | | | Prep for conf call | | | | | | | | |
| TAXCONS | 1204 | 11/4/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.30 | 480.00 | 144.00 | |
| | | | Conf call | | | | | | | | |
| TAXCONS | 1202 | 11/5/2010 | 152 TAX RESEARCH | T | 712 | ESCANDON, EMILIO | | 2.40 | 480.00 | 1,152.00 | |
| | | | Research re "Standing Before the IRS" | | | | | | | | |
| TAXCONS | 1204 | 11/8/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.60 | 480.00 | 288.00 | |
| | | | Conf call w/S Grossman, Zuckerbrot and M Farra re adjustments to Brief | | | | | | | | |
| TAXCONS | 1204 | 11/8/2010 | 166 TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 0.40 | 480.00 | 192.00 | |
| | | | Review 11/9 Brief from GT | | | | | | | | |
| TAXCONS | 1204 | 11/8/2010 | 166 TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | | 480.00 | 0.00 | |
| | | | Reviewed language in Brief | | | | | | | | |
| TAXCONS | 1204 | 11/8/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.10 | 480.00 | 48.00 | |
| | | | Conf call w/Scott Grossman re brief | | | | | | | | |
| TAXCONS | 1202 | 11/8/2010 | 152 TAX RESEARCH | T | 712 | ESCANDON, EMILIO | | 3.00 | 480.00 | 1,440.00 | |
| | | | Research re 6402 Regs; various consultations w/M Farra | | | | | | | | |
| TAXCONS | 1202 | 11/17/2010 | 152 TAX RESEARCH | T | 712 | ESCANDON, EMILIO | | 0.60 | 480.00 | 288.00 | |
| | | | Research re Sec1.1502.19 Regs | | | | | | | | |
| TAXCONS | 1220 | 11/18/2010 | 166 TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 1.30 | 480.00 | 624.00 | |
| | | | Mtg w/Mike Farra to prepare for FDIC call | | | | | | | | |
| TAXCONS | 1204 | 11/19/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.50 | 480.00 | 240.00 | |
| | | | Conf call w/FDIC | | | | | | | | |
| TAXCONS | 1204 | 11/19/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.30 | 480.00 | 144.00 | |
| | | | Prep for conf call w/FDIC | | | | | | | | |

Case 09-19940-LMI   Doc 777   Filed 02/25/11   Page 32 of 36

# MORRISON, BROWN, ARGIZ & FARRA, LLC

## Super WIP

### For dates through 1/31/2011

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | Partner: | 016 | Last Bill | $0.00 On 1/31/2011 | |
| TAXCONS | 1220 | 11/23/2010 | 166 TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 0.60 | 480.00 | 288.00 | |
| | | | Follow-up call w/Mike re next steps for 9/30/09 T/R | | | | | | | | |
| TAXCONS | 1220 | 11/24/2010 | 166 TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 1.90 | 480.00 | 912.00 | |
| | | | Re-worked FDIC 9/30/09 Form 1120; review notes | | | | | | | | |
| TAXCONS | 1204 | 11/29/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.70 | 480.00 | 336.00 | |
| | | | Conf call w/M Farra - strategy re adjusting 9/30/09 T/R | | | | | | | | |
| TAXCONS | 1220 | 11/30/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.50 | 480.00 | 240.00 | |
| | | | Conf call w/M Farra & K Zuckerbrot | | | | | | | | |
| TAXCONS | 1220 | 11/30/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.60 | 480.00 | 288.00 | |
| | | | Conf call w/M Farra | | | | | | | | |
| TAXCONS | 1220 | 11/30/2010 | 166 TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 5.80 | 480.00 | 2,784.00 | |
| | | | Re-worked MBAF 9/30/09 T/R; various mtgs w/C Burns & I Balan; follow-up with M Farra | | | | | | | | |
| TAXCONS | 1204 | 12/1/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.30 | 480.00 | 144.00 | |
| | | | C/call w/J Vordtriede of FDIC; M Farra; and C/counsel accountants | | | | | | | | |
| TAXCONS | 1204 | 12/1/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.60 | 480.00 | 288.00 | |
| | | | Prep for conf call; pre-call w/C Zucker | | | | | | | | |
| TAXCONS | 1204 | 12/1/2010 | 165 TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 1.70 | 480.00 | 816.00 | |
| | | | Various internal calls/conf re updated 9/30/09 return | | | | | | | | |
| TAXCONS | 8050 | 12/9/2010 | 162 TAX EXAMINATION | T | 712 | ESCANDON, EMILIO | | 0.80 | 480.00 | 384.00 | |
| | | | Prep for 12/13/10 mtg | | | | | | | | |
| TAXCONS | 1220 | 12/9/2010 | 171 TAX - OTHER | T | 712 | ESCANDON, EMILIO | | 0.80 | 480.00 | 384.00 | |
| | | | Billing Language | | | | | | | | |

# MORRISON, BROWN, ARGIZ & FARRA, LLC
## Super WIP
For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 – LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | Partner: 016 | | Last Bill | $0.00 On 1/31/2011 | |
| TAXCONS | 1204 | 12/12/2010 166 | TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 1.40 | 480.00 | 672.00 | |

Prep for mtg on 12/13/10

| TAXCONS | 1204 | 12/13/2010 123 | REVIEW OF CORP/PTNR TAX | T | 712 | ESCANDON, EMILIO | | 3.40 | 480.00 | 1,632.00 | |

Worked on consensus 9/30/09 tax return w/C Burns    Mileage 55 from office to DT Miami and back to FTL office

| TAXCONS | 1204 | 12/13/2010 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 6.20 | 480.00 | 2,976.00 | |

All day mtg w/FDIC and debtor/creditor comm attorneys

| TAXCONS | 1220 | 12/14/2010 166 | TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 2.80 | 480.00 | 1,344.00 | |

Reviewed M3 and sale of assets W/P's in regard to tieing out to 12/14/10; new draft of 9/30/09 T/R

| TAXCONS | 1220 | 12/15/2010 166 | TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 0.90 | 480.00 | 432.00 | |

Updated 12-15-10 version of 9/30/09 T/R in consultation w/M Farra

| TAXCONS | 1220 | 12/16/2010 166 | TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 0.80 | 480.00 | 384.00 | |

Reviewed Lyn Fowler questions and replied in email

| TAXCONS | 1204 | 12/29/2010 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.40 | 480.00 | 192.00 | |

Post conference call with Mike Farra

| TAXCONS | 1204 | 12/29/2010 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.60 | 480.00 | 288.00 | |

Conference call with Mike Farra, Ken Zuckerbrot and Lyn Fowler regardinglatest draft 9-30-09 tax return

| TAXCONS | 1204 | 12/29/2010 165 | TAX CONFERENCE | T | 712 | ESCANDON, EMILIO | | 0.70 | 480.00 | 336.00 | |

Prepare conference call

| TAXCONS | 1220 | 1/21/2011 166 | TAX SPECIAL | T | 712 | ESCANDON, EMILIO | | 0.50 | 480.00 | 240.00 | |

Emails from/to FDIC; internal consults re trip to FDIC

| TAXCONS | 1202 | 1/24/2011 152 | TAX RESEARCH | T | 712 | ESCANDON, EMILIO | | 0.90 | 480.00 | 432.00 | |

Rev Proc 2010-27; research & analyzed; distributed to debtor counsel

# MORRISON, BROWN, ARGIZ & FARRA, LLC

## Super WIP

For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 – LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | Partner: | 016 | Last Bill | $0.00  On | 1/31/2011 |
| TAXCONS | 1202 | 1/31/2011 | 152  TAX RESEARCH | T | 712 | ESCANDON, EMILIO | | 0.70 | 480.00 | 336.00 | |

Discuss w/ N Oyarzun research re SOL of NOL year which has been audited by TCT

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ***Total Employee: 712*** | | | Budget \| Actual to Date | 0.00 38.40 | 58.50 | | $28,080.00 | |
| | | | ***Total Project: TAXCONS*** | | | Budget \| Actual to Date | 0.00 228.80 | 100.50 | | $48,240.00 | |
| TAXCONSLS | 1202 | 1/31/2011 | 152  TAX RESEARCH | T | 2125 | OYARZUN, CHRISTINA | | 2.70 | 175.00 | 472.50 | |

Research Joint Committee Taxation Letter         Letter related to IRC 6405; can IRS reopen after issue letter; met with Emilio, worked with Clairissa

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ***Total Employee: 2125*** | | | Budget \| Actual to Date | 0.00 50.40 | 2.70 | | $472.50 | |
| TAXCONSLS | 1220 | 10/6/2010 | 171  TAX - OTHER | T | 2140 | JUREWICZ, WITOLD | | 1.20 | 175.00 | 210.00 | |

edit amended return protective statement; scan and email amended returns to Mike Farra

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAXCONSLS | 1202 | 11/18/2010 | 152  TAX RESEARCH | T | 2140 | JUREWICZ, WITOLD | | 3.60 | 175.00 | 630.00 | |

meeting with Miguel Farra and Emilio Escandon to discuss tax research on FDIC rights with respect to BankUnited tax returns; perform research based on discussions with Miguel Farra and Emilo Escandon

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAXCONSLS | 1202 | 11/19/2010 | 152  TAX RESEARCH | T | 2140 | JUREWICZ, WITOLD | | 1.20 | 175.00 | 210.00 | |

review internal revenue manual for IRS procedure regarding 56-F filings; research requirements for agency status under I.R.C.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAXCONSLS | 1202 | 11/22/2010 | 152  TAX RESEARCH | T | 2140 | JUREWICZ, WITOLD | | 2.00 | 175.00 | 350.00 | |

email research findings and conclusions to Miguel Farra and Emilio Escandon

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ***Total Employee: 2140*** | | | Budget \| Actual to Date | 0.00 50.40 | 8.00 | | $1,400.00 | |
| | | | ***Total Project: TAXCONSLS*** | | | Budget \| Actual to Date | 0.00 111.80 | 10.70 | | $1,872.50 | |

# MORRISON, BROWN, ARGIZ & FARRA, LLC
## Super WIP
### For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 – LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | Partner: | 016 | Last Bill | $0.00 | On 1/31/2011 |
| TAXCONSLSN | 1220 | 10/28/2010 122 | PREP OF CORP/PTNR TAX | T | 913 | BURNS, CLARISSA | | 2.20 | 200.00 | 440.00 | |
| Prepapre recs for BS, IS, and M-3 differences between MBAF & PWC 9-30-09 1120s | | | | | | | | | | | |
| TAXCONSLSN | 1220 | 10/29/2010 171 | TAX - OTHER | T | 913 | BURNS, CLARISSA | | 0.30 | 200.00 | 60.00 | |
| Look for FFA backup | | | | | | | | | | | |
| TAXCONSLSN | 1220 | 11/4/2010 171 | TAX - OTHER | T | 913 | BURNS, CLARISSA | | 2.00 | 200.00 | 400.00 | |
| Meet w/ ETE & IB re: FDIC & MBAF return rec items | | | | | | | | | | | |
| TAXCONSLSN | 1204 | 12/13/2010 165 | TAX CONFERENCE | T | 913 | BURNS, CLARISSA | | 6.00 | 200.00 | 1,200.00 | |
| Meeting w/ client, Jim Vortreide (FDIC), GT attorneys, MF & ETE re: Amended consolidated returns | | | | | | @ GT Miami office | | | | | |
| ***Total Employee: 913*** | | | | | Budget \| Actual to Date | 0.00 36.90 | | 10.50 | | $2,100.00 | |
| TAXCONSLSN | 1220 | 10/1/2010 171 | TAX - OTHER | T | 943 | BALAN, IOANA | | 0.80 | 200.00 | 160.00 | |
| Revise 1120X returns | | | | | | | | | | | |
| TAXCONSLSN | 1090 | 10/8/2010 198 | TAX CLERICAL | T | 943 | BALAN, IOANA | | 0.30 | 200.00 | 60.00 | |
| Update Engagement re 1120X information | | | | | | | | | | | |
| TAXCONSLSN | 1220 | 10/26/2010 151 | TAX PLANNING / PROJECTIONS | T | 943 | BALAN, IOANA | | 0.30 | 200.00 | 60.00 | |
| Meeting with ETE and JW to discuss FDIC issued 1120S 2008 return | | | | | | | | | | | |
| TAXCONSLSN | 1220 | 11/4/2010 171 | TAX - OTHER | T | 943 | BALAN, IOANA | | 2.00 | 200.00 | 400.00 | |
| Meeting with ETE and CB re 2008 1120S return reconciliation items | | | | | | | | | | | |
| ***Total Employee: 943*** | | | | | Budget \| Actual to Date | 0.00 45.00 | | 3.40 | | $680.00 | |
| ***Total Project: TAXCONSLSN*** | | | | | Budget \| Actual to Date | 0.00 92.80 | | 13.90 | | $2,780.00 | |
| TAXCONSLSP | 1018 | 10/4/2010 123 | REVIEW OF CORP/PTNR TAX | T | 767 | WEINRUB, JASON | | 1.00 | 245.00 | 245.00 | |
| read new motion by FDIC dissallowing all activities and return MBAF prepared | | | | | | | | | | | |
| TAXCONSLSP | 1220 | 10/21/2010 171 | TAX - OTHER | T | 767 | WEINRUB, JASON | | 1.00 | 245.00 | 245.00 | |

# MORRISON, BROWN, ARGIZ & FARRA, LLC

## Super WIP
For dates through 1/31/2011

**EXHIBIT "4"**
**CASE No. 09-19940 – LMI**

| Project | Task | Date | Work Code | T | EmpID | Name | Invoice # | Hours | Rate | Amount | Bill At |
|---------|------|------|-----------|---|-------|------|-----------|-------|------|--------|---------|
| **F0297** | **001** | | **BANKUNITED FINANCIAL CORPORATION** | | | | Partner: | 016 | Last Bill | $0.00 | On 1/31/2011 |

Reading the motions filed by counsil regarding our MBAF filed tax return, also confirmed NOL carryback amounts

| Project | Task | Date | | Work Code | T | EmpID | Name | Hours | Rate | Amount | Bill At |
|---------|------|------|---|-----------|---|-------|------|-------|------|--------|---------|
| TAXCONSLSP | 1220 | 10/26/2010 | 171 | TAX - OTHER | T | 767 | WEINRUB, JASON | 1.50 | 245.00 | 367.50 | |

high level review of FDIC compared to MBAF returns and come up with differences.  Discussions with Ioana and Emilio regarding differences

| TAXCONSLSP | 1204 | 11/2/2010 | 165 | TAX CONFERENCE | T | 767 | WEINRUB, JASON | 0.60 | 245.00 | 147.00 | |

telephone call with attorneys, Emilio and Mike going over latest developments with IRS filings

| TAXCONSLSP | 1018 | 11/5/2010 | 123 | REVIEW OF CORP/PTNR TAX | T | 767 | WEINRUB, JASON | 3.00 | 245.00 | 735.00 | |

read over rebuttals from attorneys, looked up tax refunds to include in summary motion, meetings with Emilio, Ioana and Clairissa

| TAXCONSLSP | 1202 | 11/9/2010 | 152 | TAX RESEARCH | T | 767 | WEINRUB, JASON | 1.00 | 245.00 | 245.00 | |

pdf all regs and rulings and instructions to Emilio and Mike

| TAXCONSLSP | 1018 | 11/24/2010 | 123 | REVIEW OF CORP/PTNR TAX | T | 767 | WEINRUB, JASON | 0.50 | 245.00 | 122.50 | |

with Ioana and talks with Clairissa on what Ioana should be focused in on and how to proceed with the prosystem versions

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **\*\*\*Total Employee: 767\*\*\*** | | Budget \| Actual to Date | 0.00 | 27.00 | 8.60 | | $2,107.00 | |

| TAXCONSLSP | 1202 | 1/31/2011 | 152 | TAX RESEARCH | T | 913 | BURNS, CLARISSA | 0.50 | 245.00 | 122.50 | |

Meet w/ ETE re: Tax research re: Joint Committee letter; Assist Niki w/ tax research

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **\*\*\*Total Employee: 913\*\*\*** | | Budget \| Actual to Date | 0.00 | 4.40 | 0.50 | | $122.50 | |

| **\*\*\*Total Project: TAXCONSLSP\*\*\*** | | Budget \| Actual to Date | 0.00 | 73.20 | 9.10 | | $2,229.50 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Current: Hours** | 109.40 | **Time** | 41,957.50 | **Expense** | 0.00 | **\*\*Client Total\*\*** | 276.30 | $103,815.50 | |
| **YTD:** | 276.30 | | 103,815.50 | | 0.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account Aging | | 41,957.50 | 17,404.00 | 30,353.50 | 13,484.50 | 616.00 | 103,815.50 |