UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| BankUnited Financial Corporation, *et al.*,[1] | ) | Case No. 09-19940-LMI |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF AND HEARING ON INTERIM
APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Debtors and Debtors-in-Possession, BankUnited Financial Corporation, BankUnited Financial Services, Incorporated, and CRE America Corporation, give notice of the filing of and hearing on the interim applications for compensation and reimbursement of expenses listed below. The hearing to consider the various applications is scheduled for:

DATE AND TIME:

**Monday, March 28, 2011 at 11:30 a.m.**

LOCATION:

**Claude Pepper Federal Bldg
51 SW First Ave Room 1409
Miami, FL 33130**

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, FL 33131.

MIA 181,744,998v1 117136010200.

## INTERIM FEE APPLICATIONS:

| APPLICANT | INTERIM PERIOD | INTERIM FEES REQUESTED | INTERIM EXPENSES REQUESTED |
|---|---|---|---|
| **Kozyak Tropin & Throckmorton, P.A. as Local Counsel for the Official Committee of Unsecured Creditors(DE #771)**<br><br>**[Fifth Interim Fee Application]** | October 1, 2010 through January 31, 2011 | $23,455.00 | $764.26 |
| **Kilpatrick Stockton LLP as Counsel for the Official Committee of Unsecured Creditors (DE #772)**<br><br>**[Fifth Interim Fee Application]** | October 1, 2010 through January 31, 2011 | $198,412.60 | $6,400.29 |
| **J.H. Cohn LLP as Financial Advisors and Forensic Accountants to the Official Committee of Unsecured Creditors (DE #773)**<br><br>**[Fifth Interim Fee Application]** | October 1, 2010 through January 31, 2011 | $60,627.00 | $2,452.02 |
| **Morrison, Brown, Argiz & Farra, LLP as Tax Services Provider for the Debtors (DE #777)**<br><br>**[Third Interim Fee Application]** | October 1, 2010 through January 31, 2011 | $103,815.50 | $5,459.19 |
| **Development Specialists, Inc., as Financial Advisors to the Debtors (DE #778)**<br><br>**[Fifth Interim Fee Application]** | October 1, 2010 through January 31, 2011 | $37,369.50 | $1,244.73 |
| **Greenberg Traurig, P.A. as Counsel for the Debtors (DE #779)**<br><br>**[Fifth Interim Fee Application]** | October 1, 2010 through January 31, 2011 | $646,009.00 | $12,225.53 |

## INTERESTED PARTIES MAY OBTAIN COPIES OF THE ABOVE APPLICATIONS BY APPEARING IN PERSON AT THE BANKRUPTCY COURT LOCATED AT

CLAUDE PEPPER FEDERAL BLDG
51 SW FIRST AVE ROOM 1517
MIAMI, FL 33130

**OR BY CONTACTING**

JUDICIAL RESEARCH & RETRIEVAL<br>AT (305) 379-3900

**OR ONLINE AT**

http://chapter11.epiqsystems.com/BankUnited

Dated March 3, 2011.                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, P.A.
　　　　　　　　　　　　　　　　　　　Counsel for the Debtors
　　　　　　　　　　　　　　　　　　　333 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　Telephone: (305) 579-0500
　　　　　　　　　　　　　　　　　　　Facsimile: (305) 579-0717

　　　　　　　　　　　　　　　　　　　By:   /s/ Scott M. Grossman
　　　　　　　　　　　　　　　　　　　　　　MARK D. BLOOM
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 303836
　　　　　　　　　　　　　　　　　　　　　　bloomm@gtlaw.com
　　　　　　　　　　　　　　　　　　　　　　SCOTT M. GROSSMAN
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0176702
　　　　　　　　　　　　　　　　　　　　　　grossmansm@gtlaw.com

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on March 3, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day (i) via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case, and (ii) on all parties listed on the Service List attached to the original hereof via CM/ECF transmission, and/or U.S. mail, as indicated thereon.

　　　　　　　　　　　　　　　　　　　　　/s/ Scott M. Grossman
　　　　　　　　　　　　　　　　　　　　　SCOTT M. GROSSMAN

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

- Vincent F Alexander    vfa@kttlaw.com, lf@kttlaw.com
- Johanna Armengol    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com
- Shawn M Christianson    schristianson@buchalter.com
- City of Homestead, FL    dgonzales@wsh-law.com
- City of Miramar, FL    dgonzales@wsh-law.com
- John R. Dodd    doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- Stephen P. Drobny    sdrobny@shutts.com, mvandenbosch@shutts.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Scott M. Grossman    grossmansm@gtlaw.com, jacksont@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- Scott M. Grossman    grossmansm@gtlaw.com, jacksont@gtlaw.com;MiaLitDock@gtlaw.com;FTLLitDock@GTLaw.com;miaecfbky@gtlaw.com
- Robert J Hauser    hauser@beasleylaw.net, lundstrom@beasleylaw.net;miles@beasleylaw.net
- Hollie N Hawn    hhawn@broward.org
- Brian W Hockett    bhockett@thompsoncoburn.com
- Christina M Kennedy    ckennedy@foley.com, mdlee@foley.com
- Jeffrey T. Kucera    jeffrey.kucera@klgates.com, maxine.lewis@klgates.com;;miamidocketing@klgates.com
- Peter H Levitt    plevitt@shutts-law.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Todd C Meyers    tmeyers@kilpatrickstockton.com, rrahman@kilpatrickstockton.com;lcanty@kilpatrickstockton.com
- Miami-Dade County Tax Collector    mdtcbkc@miamidade.gov
- Dennis A. Nowak    dnowak@fowler-white.com, agrage@fowler-white.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Geoffrey T Raicht    graicht@mwe.com, rrodriguez@mwe.com;nhazan@mwe.com;kotero@mwe.com;wjanke@mwe.com;akratenstein@mwe.com;trodriguez@mwe.com
- Craig V Rasile    crasile@hunton.com, mtucker@hunton.com,mmannering@hunton.com,adeboer@hunton.com

*MIA 181,744,998 v1 117136010200.*

- Patricia A Redmond    predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- David Samole    das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Michael C Sontag    msontag@clplaw.net
- Jonathan C. Vair    jvair@stearnsweaver.com, cgraver@stearnsweaver.com;tcotter@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- Mark J Wolfson    mwolfson@foley.com, btanner@foley.com;jhayes@foley.com

**Manual Notice List**

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, and are therefore being served by first class U.S. Mail, postage prepaid:

Cede & Co.(+)
P.O. Box 20
Bowling Green Station
New York, NY 10004-1408

U.S. Bank (+)
Attn: Earl Dennison, Acct. Admin.
Goodwin Square, 23rd Floor
225 Asylum Street
Hartford, CT 06103

U.S. Bank (+)
1555 N. River Center Drive
Suite 300
Milwaukee, WI 53212

Wells Fargo Delaware Trust Company (+)
Attn: Molly A. Breffitt
919 N. Market Street
Suite 1600
Wilmington, DE 19801

Jack Reise
Waterford Township General
Employees Retirement System
c/o Coughlin Stoia Geller et al
120 E. Palmetto Park Road Suite 500
Boca Raton, FL 33432

Thomas M. Korsman, Vice President
Corporate Special Accounts Group
Wells Fargo Bank, N.A.
MAC N9311-110
625 Marquette Avenue
Minneapolis, MN 55479

Geoffrey T. Raicht, Esq.(+)
Attorneys for FDIC
McDermott Will & Emery LLP
340 Madison Ave.
New York, N.Y. 10173-1922

Bridget Schessler, Vice President
The Bank of New York Mellon
525 William Penn Place, 7th Floor
Pittsburgh, PA 15259

Coffey Burlington (+)
Office in the Grove Penthouse
2699 S. Bayshore Drive
Miami, FL 33133

Moses Marx
c/o Ross Martin, Esq.
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

Internal Revenue Service(+)
P.O. Box 21126
Philadelphia, PA 19114

Steven M. Cimalore (+)
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-1615

*MIA 181,744,998 v1 117136010200.*    5

| | | |
|---|---|---|
| Honorable Eric Holder<br>U.S. Attorney General<br>Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | State of Florida<br>Department of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>Insolvency Unit<br>7850 S.W. 6th Court<br>Mail Stop 5730<br>Plantation, FL 33324 |
| Susan D. Profant, CFCA, CLA, Paralegal<br>KEN BURTON, JR.,<br>Manatee County Tax Collector<br>P.O. Box 25300<br>Bradenton, FL 34206-5300 | Susan R. Sherrill-Beard<br>Senior Trial Counsel/Bankruptcy<br>U.S. Securities and Exchange Com<br>Atlanta Regional Office<br>Suite 1000, 3475 Lenox Road, N.E.<br>Atlanta, GA 30326-1232 | Honorable R. Alexander Acosta<br>Attn: Civil Process Clerk<br>U.S. Attorney<br>99 NE Fourth Street<br>Miami, FL 33132 |
| Jeffrey N. Rothleder, Esq.<br>Counsel for Wilmington Trust Company<br>ARENT FOX LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5339 | Allison H. Weiss, Esq. (+)<br>Jeffrey Chubak, Esq.<br>Counsel for Bank of New York Mellon<br>DEWEY & LeBOEUF LLP<br>1301 Avenue of the Americas<br>New York, N.Y. 10019 | David A. Lander, Esq.(+)<br>Brian W. Hockett, Esq.<br>Attorneys for BankUnited (New Bank)<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St. Louis, Missouri 63101 |
| Wendy H. Zoberman, Esq.(+)<br>Lead Counsel for the Putative Class<br>BERMAN DEVALERIO<br>4280 Professional Center Drive<br>Suite 350<br>Palm Beach Gardens, FL 33410 | Jonathan Lee Riches (+)<br>dba Bernard L. Madoff Invest. Sec. LLC<br>POB 14500 #40948018<br>Lexington, KY 40512 | Andrew I. Silfen, Esq. (+)<br>Leah M. Eisenberg, Esq.<br>Counsel for Wilmington Trust Company<br>ARENT FOX LLP<br>1675 Broadway<br>New York, N.Y. 10019 |
| Hudson Bay Fund LP (+)<br>Hudson Bay Overseas LTD<br>c/o Charles Winkler<br>120 Broadway 40th Flr<br>New York, NY 10271 | CC Arbitrage, Ltd (+)<br>c/o Castle Creek Arbitrage LLC<br>111 West Jackson Blvd 20th Fl<br>Chicago, IL 60604 | Monumental Life Insurance Co (+)<br>c/o Maureen Ocampo CFA<br>2049 Century Park East #330<br>Los Angeles, CA 90067 |

| | | |
|---|---|---|
| Edward G Salloom, Jr. (+)<br>Claudia R. Sullivan<br>255 Wildwood Ave<br>Worcester, MA 01603 | Highbridge International LLC (+)<br>c/o Highbridge Capital Management LLC<br>40 W 57th St #32<br>New York, NY 10019-4001 | Dennis S. Klein, Esq.<br>Co-Counsel for FDIC<br>Hughes Hubbard & Reed LLP<br>1775 I Street N.W., Suite 600<br>Washington, D.C. 20006-2401 |
| Aviva L. Wernick, Esq.<br>Local Counsel for FDIC<br>Hughes Hubbard & Reed LLP<br>201 S. Biscayne Blvd., # 2500<br>Miami, FL 33131-4332 | Mark F. Hebbeln, Esq.<br>Harold L. Kaplan, Esq.<br>Counsel for Deutsche Bank National Trust Company<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313 | Grace Davila-Perez (+)<br>14721 SW 159 Place<br>Miami, FL 33196 |
| Maureen A. McGreevey, Esq. (+)<br>Counsel for SunGard Availability Services<br>680 E. Swedesford Rd<br>Wayne, PA 19087 | Imperial County Treasurer-Tax Collector (+)<br>940 West Main Street, Suite 106<br>El Centro, CA 92243 | Deborah K Curran, Esq. (+)<br>McCabe Wiesberg & Conway LLC<br>8101 Sandy Spring Road, Suite 100<br>Laurel, MD 20707 |
| Kathryn R. Norcross, Senior Counsel<br>Sonya L. Levine, Counsel-Legal Division<br>Federal Deposit Insurance Corporation<br>Legal Division<br>3501 Fairfax Drive, VS-D<br>Arlington, VA 22226 | Yale Scott Bogen (+)<br>Development Specialists, Inc.<br>200 S Biscayne Blvd #1818<br>Miami, FL 33131 | Miguel G. Farra, CPA (+)<br>Morrison Brown Argiz & Farra LLP<br>1001 Brickell Bay Drive, 9th Floor<br>Miami, FL 33131 |
| Richard I. Janvey, Esq.<br>Special Litigation Counsel to Debtors<br>Diamond McCarthy<br>620 Eighth Avenue, 39th Floor<br>New York, NY 10018 | Alfred S. Lurey, Esq.<br>Counsel for Creditors Committee<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 | (+) Included in large service list |

| | | |
|---|---|---|
| Ariba Inc<br>c/o Steve Duda<br>210 6th Ave<br>Pittsburgh, PA 15222-2614 | Arthur L Boyd III<br>1001 NW 132 AVE<br>Sunrise, FL 33323-2968 | Alliance Appraisal Cor<br>7152 SW 47 St<br>Miami FL 33155-4642 |
| Alys Marks<br>701 SW 13th St<br>Ft. Lauderdale, FL 33315-1446 | American Stock Transfer<br>& Trust Company<br>59 Maiden Ln<br>New York, NY 10038-4667 | Avaya Inc<br>c/o RMS Bankruptcy Recovery Services<br>POB 5126<br>Timonium MD 21094-5126 |
| Alfred R. Camner<br>c/o Northern Trust<br>Attn: Kent Benedict<br>700 Brickell Avenue<br>Miami, FL 33131-2810 | Alfred R. Camner<br>c/o Camner, Lipsitz and Poller, P.A.<br>550 Biltmore Way, Suite 700<br>Coral Gables, Fl 33134-5779 | Andres Manrara<br>9643 SW 69 PL<br>Pinecrest, FL 33156-3071 |
| Archive America Inc<br>c/o Contract Administration<br>3455 NW 54 St<br>Miami FL 33142-3309 | AST Equity Plan Solutions<br>59 Maiden Lane, Suite 602<br>New York, NY 10038-4608 | BankUnited<br>255 Alhambra Circle<br>Coral Gables, FL 33134-7413 |
| AT&T Corp<br>c/o James Grudus Esq<br>One AT&T Way #3A218<br>Bedminster NJ 07921-2694 | Arizona Department of Revenue<br>P. O. Box 29010<br>Attn: Bankruptcy Unit<br>Phoenix, AZ 85038-9010 | Board of Equalization<br>P. O. Box 942879<br>Attn: Bankruptcy Unit<br>Sacramento, CA 94279-0101 |
| AT&T<br>600 N Point Pkwy<br>Alpharetta GA 30005-8886 | 172 Joseph F. Smith<br>8705 NW 76th Place<br>Tamarac, FL 33321-2458 | BankUnited, FSB<br>FDIC as Receiver<br>1601 Bryan St , Suite 1700<br>Dallas, TX 75201-3430 |
| BankUnited Financial Corporation<br>c/o Development Specialists, Inc<br>200 S Biscayne Blvd #1818<br>Miami, FL 33131-2329 | BankUnited Financial Corp<br>c/o Roberta Kressel<br>13525 SW 103 Ct<br>Miami FL 33176-6056 | BellSouth Telecommunications Inc<br>AT&T James Grudus<br>One AT&T Way Room 3A218<br>Bedmister NJ 07921-2693 |
| BankUnited Financial Corp.<br>7815 NW 148 Street<br>Miami Lakes, FL 33016-1554 | BankUnited<br>7815 NW 148 Street<br>Miami Lakes, FL 33016-1554 | Betty Ortega<br>2431 SW 4 Street<br>Miami, FL 33135-2907 |

MIA 181,744,998 v1 117136010200.

Bankunited Financial Corporation Irrevoc
7815 NW 148Th Street
Miami Lakes, FL 33016-1554

BankUnited Financial Services, Inc
c/o Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131-4332

Bob Soto Photography Inc
PO Box 640923
N Miami Beach, FL 33164-0923

Bill Robertson Enterprises Inc
245 NE 4 St
Room #3704-10
Miami, FL 33132-2206

BankUnited, FSB ("New Bank")
c/o David A. Lander, Esq
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101-1693

BellSouth Communications Inc
c/o James Grudus, Esq
AT&T Inc
One AT&T Way Room 4A218
Bebminster, NJ 07921

Camner Lipsitz & Poller Pa
550 Biltmore Way, No 700
Coral Gables, FL 33134-5730

Candace Graf
500 Lake Havasu Ave S #B1
Lake Havasu, AZ 86403-7540

BU Realty Corp
c/o Development Specialists
200 S. Biscayne Blvd
Suite 1818
Miami, FL 33131-2329

Bernie Androver
15761 SW 148 Terrace
Miami, FL 33196-5703

Brian S Miller
590 Lavers Cir
Delray Beach, FL 33444-7957

Broward County Records,Taxes &
Treasury Div.
Tax Collector-Gov't Center Annex
Attn: Litigation Dept.
115 So. Andrews Avenue
Ft. Lauderdale, Fl 33301-1818

Broward County Revenue Collection D
Governmental Ctr. Annex
115 S. Andrews Avenue
Ft. Lauderdale, FL 33301-1818

Bank of America Pension Plan
c/o Maureen Ocampo LP
2049 Century Park E #330
Los Angeles CA 90067-3105

Capital One Bank
c/o Robert T Hyde Esq
Rogers Towers PA
1301 Riverplace Blvd #1500
Jacksonville FL 32207-1811

Collier County Tax Collector
3301 E Tamiami Trail
Courthouse Bulding C-1
Naples FL 34112-4961

Bank Insurance &
Securities Association
303 West Lancaster Ave No 2D
Wayne, PA 19087-3938

Bank United Financial Corporation
c/o Wendy H Zoberman
Berman Devalerio
4280 Professional Center Dr #350
Palm Beach Gardens, FL 33410-4280

Barbra R Shaffer
715 NE 16 Terrace
Ft. Lauderdale, FL 33304-2940

Contra Costa County Treasurer-
Tax Collector
Attn: Eric Moe
POB 967
Martinez, CA 94553-0096

Clay Wilson
1531 Ancona Avenue
Coral Gables, FL 33146-1905

Colorado Department of Revenue
1375 Sherman St.
Denver, CO 80261-0001

Charles D Cosonas
3544 Magellan Circle #117
Aventura, FL 33180-3704

City of Clearwater Police Dept Alarm Unit
645 Pierce St
Clearwater FL 33756-5400

Carlos R Fernandez-Guzman
15810 Kingsmoor Way
Miami Lakes FL 33014-6577

Coffey Burlington
2699 South Bayshore Drive
Penthouse
Miami, FL 33133-5408

Claudia R Sullivan Sr
255 Wildwood Ave
Worcester, MA 01603-1628

Cede & Co
PO Box 20
Bowling Green Station
New York, NY 10004-1408

Chartis U.S.
Michelle A Levitt, Authorized Rep.
175 Water St 18th FL
New York, NYy 10038-4976

Cadwalader Wickersham & Taft Llp
C/O Tina L Mulligan
11158 NW 19 St
Coral Springs, FL 33071-5701

City of Sunrise
10770 W Oakland Pk. Blvd
Sunrise, FL 33351-6899

Capital One Bank, et al
c/o Freedman & McClosky
One East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301-1876

CC Arbitrage, Ltd
c/o Castle Creek Arbitrage LLC
111 West Jackson Blvd 20th Fl
Chicago, IL 60604-3523

Comptroller of Maryland
Attn: Bankruptcy Unit
80 Calvert Street
P. O. Box 466
Annapolis, MD 21404-0466

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York 10281-1003

CRE America Corporation
c/o Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131-4332

Computer Business Methods, Inc.
7518 M Fullerton Rd.
Springfield, VA 22153

CF West Palm Office LP
c/o Jo Ann Lenti
100 Waugh Dr #600
Houston TX 77007-5961

Dario M Alvarez
1920 NW 112 Ave
Coral Springs, FL 33071-5757

County of San Bernardino
Office of The Tax Collector
172 W Third St
San Bernardino, CA 92415-0360

CRE America Corp
c/o Development Specialists
200 S. Biscayne Blvd, Suite 1818
Miami, FL 33131-2329

Dean Morrison
10392 NW 15 St
Coral Springs FL 33071-6523

David Del Rio
3307 24th St. W
Lehigh Acres, FL 33971-5545

David J Moran
6390 NW 106 Terr
Parkland, FL 33076-3766

Division of Taxation
1 Capitol Hill
Attn: Ann Marie Boleuc, Lgl Sec. P
Providence, RI 02908-5800

David J Ruiz
1081 SW 42 Ave
Deerfield Bch, FL 33442-8251

Deneira, Mary
7136 Golden View Pl
Lake Worth, FL 33467-7245

Douglas B Sawyer
9885 SW 68 Ct
Pinecrest, FL 33156-3050

*MIA 181,744,998 v1 117136010200.*    10

Department of Revenue
500 Deaderick Street
Andrew Jackson Building
Attn: Bankruptcy Unit
Nashville, TN 37242-0001

DHL Worldwide Express
2104 W Commercial Blvd
Ft Lauderdale, FL 33309-3034

Dee Maria Plumbing Inc
4601 Georgia Ave
West Palm Baach FL 33405-2811

Devine Goodman Rasco & Wells Pa
777 Brickell Ave, Suite 850
Miami, FL 33131-2811

Diebold ERAS, Inc
c/o Chrysanthe E Vassiles
220 Market Ave S #1000
Canton OH 44702-2171

Eduardo Sosa
20936 SW 103 Place
Miami, FL 33189-3609

Dolores J Doolittle Pinal County Treasurer
Pinal County Treasurer
POB 729
Florence, AZ 85132-0729

Diebold ERAS Inc
ERAS Joint Venture LLP
c/o Chrysanthe E Vassiles
220 Market Ave South #1000
Canton OH 44702-2171

Epiq Bankruptcy Solutions, LLC
c/o Ron Jacobs
757 Third Ave, 3 Fl
New York, NY 10017-2071

Edward J Rosenberg
N3420 HWY 76
Hortonville WI 54944-8313

Elizabeth Gonzalez
701 E Acre Dr
Plantation, FL 33317-1907

EMC Corp
c/o Receivable Management Service
POB 4396
Timonium MD 21094-4396

Equity Overlay Fund LLC
2049 Century Park E #330
Los Angeles CA 90067-3105

EMC Corporation
POB 5126
Timonium, MD 21094-5126

Edward G Salloom Jr
255 Wildwood Ave
Worcester, MA 01603-1628

Eamon Brennan
1021 Hillsboro Mile
Hillsboro Beach, FL 33062-2200

Enrique Perez
3238 SW 143rd PL
Miami, FL 33175-7436

FMT Co Cust IRA
FBO Anne Robin
13250 SW 4 Ct #G117
Pembroke Pines FL 33027-2006

EOI Direct LLC
43 S W Monterey Road
Stuart, FL 34994-4650

Ezekiel, Susan H
34 Harbour Dr North
Ocean Ridge, FL 33435-6212

Felix Garcia
12531 SW 94 Court
Miami, FL  33176

Federal Deposit Insurance Corporat
Receiver for BankUnited, FSB
1601 Bryant St, Ste 1700
Dallas, TX 75201-3430

Florida Department Of State
Division Of Corporations
P O Box 6198
Tallahassee, FL 32314-6198

Fundtech Corp.
30 Montgomery St #501
Jersery City, NJ 07302-3821

First American Cane Logic
Laurie Chehak
4 First American Way 4 Floor
Santa Ana CA 92707-5913

First Line Printing Inc
POB 15184
Spring Hill, FL 34604-0114

Florida Dept. of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Franchise Tax Board
P. O. Box 1468
Sacramento, CA 95812-1468

George W. Ward, Jr., et al
c/o The Blessing Law Firm
Attn: David S. Blessing, Esq.
119 East Court Street, Suite 500
Cincinnati, OH 45202-1203

Grace Davila-Perez
14721 SW 159 Place
Miami, FL 33196-5746

Gold Coast School Of Insurance
5600 Hiatus Rd
Tamarac, FL 33321-6413

Hinshaw & Culbertson
222 N Lasalle #300
Chicago IL 60601-1081

Florida Customs Brokers
& Forwarders Ass
POB 522022
Miami FL 33152-2022

Florida Department of Revenue
5050 W. Tennessee Street
Attn: Bankruptcy Unit
Tallahassee, FL 32399-0100

Fifth & Fifty-Fifth Residence Club Assoc
8801 Vistana Centre Drive
Orlando, FL  32821-354

Georgia Department of Revenue
1800 Century Blvd., NE
Atlanta, GA 30345-3205

Gold Coast School Of Insurance
5600 Hiatus Rd
Tamarac, FL 33321-6413

Gloria G and Jorge A Miralles
7750 NW 179 St.
Hialeah, FL 33015-2848

Hudson Bay Fund LP
c/o Charles Winkler
120 Broadway 40th Flr
New York, NY 10271-4099

Hunting Deutch
590 Loretto Ave
Coral Gables, FL 33146-2102

Gustavo Caballero Jr.
10521 SW 96 St.
Miami, FL 33176-2642

Gloria Dinstman
219 E 69 St. #12J
New York City, NY 10021-5457

Grimes, William J.
Gustavo Caballero Jr.
10521 SW 96 St.
Miami, FL 33176-2642

Gloria R Flores
3111 NW 4th Terr
Miami, FL 33125-4205

Humberto L. Lopez
5711 Maggiore Street
Coral Gables, FL 33146-2827

Hallmark Pension Trust
c/o Maureen Ocampo CFA
2049 Century Park E #330
Los Angeles CA 90067-3105

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Imperial County Treasurer-Tax Collector
940 W Main St #106
El Centro, CA 92243-2864

Hudson Bay Overseas LTD
c/o Charles Winkler
120 Broadway 40th Flr
New York, NY 10271-4099

Ifmg Securities Inc
7640 Matoaka Road, Unit #B
Sarasota, FL 34243-3301

John Ferguson
Philip Hilder
819 Lovett Blvd
Houston TX 77006-3905

Hunting F Deutsch
36 Thicket Circle
Santa Rosa Beach, FL 23459

Ingham Retirement Group
Attn: Andrew R. Newman, GC
9155 S. Dadeland Blvd, Suite 1512
Miami, FL 33156-2740

Jose A Rios
6531 NW 171st ST
Hialeah, FL 33015-4677

Illinois Department of Revenue
Attn: Bankruptcy Unit
P. O. Box 19044
Springfield, IL 62794-9044

Ikon Office Solutions
Telecommunication & Data
2330 NW 102 Ave Bay 2
Miami, FL 33172-2224

Johnson Lipman Corp
4407 West Hillsboro Blvd
Coconut Creek, FL 33073-3258

Indiana Department of Revenue
Attn: Bankruptcy Unit
100 N. Senate Avenue
Indianapolis, IN 46204-2253

Information Management Forum
c/o Ted Williams
10896 Crabapple Rd
Roswell GA 30075-5849

Joseph F. Smith
8705 NW 76th Place
Tamarac, FL 33321-2458

I-Deal LLC
PO Box 26886
New York, NY 10087-6886

James R Foster
904 Ponce De Leon Dr
Ft Lauderdale, FL 33316-1357

Keena B Pettijohn
11372 Mainsail Court
Wellington, FL 33449-7419

Intralinks Inc
PO Box 414476
Boston, MA 02241-4476

John Deere Pension Trust
c/o Maureen Ocampo CFA
2049 Century Park E #330
Los Angeles CA 90067-3105

Kentucky Dept of Revenue
Attn Leanne Warren
POB 5222
Frankfort KY 40602-5222

JC White Office Furniture
PO Box 60000
File 73484
San Francisco, CA 94160-0001

Jorge Najera
10091 NW51 Ln
Doral, FL 33178

LMS Group Inc
Sergio A Pagliery
8788 SW 8 St
Miami FL 33174-3201

Jennfier Yund
302 NW 1 St
Delray Beach, FL 33444-2606

Kenny Nachwalter
201 South Biscayne Blvd
1100 Miami Center
Miami, FL 33136-2806

LexisNexis/Accurint
6501 Park of Commerce Blvd
Boca Raton FL 33487-8279

Joan J Ripps & Harvey Ripps
4457 Kensington Parkway
Lakeworth FL 33449-8613

Jonathan Lee Riches
dba Bernard L. Madoff Invest. Sec. LLC
POB 14500 #40948018
Lexington, KY 40512-4500

Juan Bernal
7398 SW 19th St. Rd
Miami, FL 33155-1539

Kelly Paton
2057 SE Allamanda Dr
Port St Lucie, FL 34952-5803

Ken Burton Jr CFC
Tax Collector Manatee County
POB 25300
Bradenton FL 34206-5300

LPL Financial Corporation
One Beacon Street, 22nd Floor
Attn Legal Dept
Boston, MA 02108-3106

Luba Milbauer
8237 SW 84 Court
Miami, FL 33143-6675

Manuel Del Canal
10942 SW 134 Ave
Miami, FL 33186-3312

Kurtzman Carson Consultants LLC
2335 Alaska Ave.
Attn: James Le
El Segundo, CA 90245-4808

Kentucky Department of Revenue
Attn: Bankruptcy Unit
Frankfort, KY 40602

Linda Haughn
1543 Holly Hock Road
Wellington, FL 33414-8624

Leslie D Morse
363 Milestone Drive
Tallahassee, FL 32312-3575

McCabe Weisberg & Conway
c/o Deborah K Curran
8101 Sandy Spring Rd # 100
Laurel MD 20707-3596

Michell G Case
1410 Ocean Dr #303
Miami Beach 33139-4164

Malta Hedge Fund II, L.P.
c/o Sandler O'Neill Asset Mgmt
780 Third Avenue, 5th Floor
New York, NY 10017-2024

Minnesota Department of Revenue
Corporation Franchise Tax
Attn: Bankruptcy Unit
Mail Station 5140
St. Paul, MN 55146-0001

Maine Department of Revenue
Attn: Ms. Paula Thomas
P. O. Box 9113
Augusta, ME 04332-9113

Maria L. Rego
137-75 Geraniumn Ave, Apt 3B
Flushing, NY 11355-4101

Morgan Lewis & Bockius LLP
PO Box 8500 S 6050
Phildalphia, PA 19178-8500

Massachusetts Department of Revenue
Litigation Bureau, Bankruptcy Unit
Attn: Mr. Allan Rosenberg
P. O. Box 9564
Boston, MA 02114-9564

Marvin Molk
7349 Kahana Dr
Boynton Beach, FL 33437-7199

Michigan Department of Treasury
P. O. Box 30168
Lansing, MI 48909-7668

Miguel Farra
Morrison Brown Argiz & Farra LLP
1001 Brickell Bay Dr 9 Floor
Miami, FL 33131-4937

Mediterania Townhomes
@ North Lauderdal
c/o Howard J. Berlin, Esq.
Berger Singerman, P.A.
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131-5319

Maria C Calixto
3635 SW 139th Place
Miami, FL 33175-6771

Martin Spillert
6542 SW 76 Terr
Miami, FL 33143-4657

Matthew Deblinger
c/o Richard C Milstein
Akerman Senterfitt
One SE Third Ave 25 Floor
Miami FL 33131-1700

Morgan Lewis & Bockius LLP
c/o Michael A Bloom
1701 Market St
Philadelphia PA 19103-2987

Monumental Life Insurance Co
c/o Maureen Ocampo CFA
2049 Century Park E #330
Los Angeles, CA 90067-3105

Miguel Montaner
8265 SW 99 Street
Miami, FL 33156-2569

Morrow & Company LLC
470 WEST AVE
STAMFORD, CT 06902-6359

NC Department of Revenue
Bankruptcy Unit
P. O. Box 1168
Raleigh, NC 27602-1168

Michelle Bettencourt
11902 Burnt Rd
Austin, TX 78758-2972

Marianne J Adams
2241 Frost Ct
Henderson, NV 89052-7159

Morton Tobin
12305 Antille Dr
Boca Raton FL 33428-4802

New York State
Department of Taxation and Finance
Attn: Bankruptcy Section
P. O. Box 5300
Albany, NY 12205-0300

Ohio Department of Taxation
P. O. Box 530
Columbus, OH 43216-0530

Petri
737 SW 9 Terr
Pompano Beach FL 33069-4588

Patrick O Little IRA
One Duperier Oak Dr
New Ibena LA 70563-1847

PriceWaterhouseCoopers
PO Box 932011
Atlanta, GA 31193-2011

New York City
Department of Finance
345 Adams Street
Attn: Legal Affairs, 3rd Flr
Brooklyn, NY 11201-3797

Nancy Lipp
7701 SW 145 St
Miami, FL 33158-1641

Patricia Kearney
34 Windsor Ln
Palm Beach Gardens, Fl 33418-7188

Palm Beach County Tax Collector
Governmental Ctr., Bankruptcy Unit
301 N. Olive Avenue
3rd Floor
West Palm Beach, FL 33401-4700

Promontory Financial Group LLC
1201 Pennsylvania Ave NW Suite 617
Washington DC 20004-2443

Pinellas County Tax Collector
Attn: Robin Ferguson, CFCA Tax Manager
POB 10834
Clearwater, FL 33757-8834

R.E. Lee International (Cayman) Ltd.
1201 Third Avenue, Suite 5113
Teresa Bledsoe, Chief Operating Officer
Seattle, WA 98101-3066

Riverside County Tx Collector
Attn: Ismael O. Vargas
4080 Lemon St 4th FL
Riverside, CA 92501-3609

| | | |
|---|---|---|
| Osvaldo Cuevas<br>1623 Morning Dove Lane<br>Tarpon Springs, FL 34688-5433 | Ruben P. Da Silva<br>227 Woodbridge Avenue<br>Metuchen, NJ 08840-2032 | R. R. Donnelley<br>1 SE Third Avenue<br>Miami, FL 33131-1700 |
| Paul Hastings Janof sky & Walker LLP<br>515 South Flower St, 25th Fl<br>Los Angeles, CA 90071-2228 | Richard I Janvey<br>Diamond McCarthy<br>620 Eighth Ave 39 Floor<br>New York, NY 10018-1443 | Revenue Properties Lantana Inc<br>c/o Robert Kutcher<br>Two Lakeway Center #900<br>3850 North Causeway Blvd<br>Metairie, LA 70002-1752 |
| PA Department of Revenue<br>Taxpayer Service & Information Center<br>P. O. Box 280610<br>Harrisburg, PA 17128-0610 | Robert Morris<br>858 Kenmore Ave<br>Baton Rouge, LA 70806-5520 | Reliance Trust Company<br>1100 Abenlathy Road<br>500 Northpark Building, Suite 400<br>Atlanta, GA 30328-5634 |
| Peabody & Arnold LLP<br>600 Atlantic Ave<br>Boston, MA 02210-2261 | RR Donnelley & Sons Co<br>3075 Highland Pkwy. 5th Fl<br>Downers Grove, IL 60515-1288 | Starwood Vacation Exchange Company<br>St. Regis Residence Club, NY Inc<br>c/o Starwood Vacation Ownership<br>8801 Vistana Centre Drive<br>Orlando, Fl 32821-6354 |
| Peregrine Stime Newman Ritzman & Bruckner LT<br>Dale W Bruckner<br>221 E Illinios St, POB 564<br>Wheaton, FL 60187-0564 | Robert Peterson<br>3200 NE 7th Ct #108-B<br>Pompano Beach, FL 33062-4507 | Shaffer, Barbra R<br>715 NE 16 Terrace<br>Ft Lauderdale, FL 33304-2940 |
| Redbourn Partners Ltd<br>c/o Maureen Ocampo CFA<br>2049 Century Park E #330<br>Los Angeles CA 90067-3105 | (p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 | SOAM Capital Partners, L.P.<br>c/o Sandler O'Neill Asset Mgmt<br>Attn: Scott Kucsma<br>780 Third Avenue - 5th Fl<br>New York, NY 10017-2024 |
| Richard Purdy<br>1251 SW Pepperidge Terrace<br>Boca Raton, FL 33486-5548 | Sammie Hickman<br>Roberta Kressel<br>13525 SW 103 Court<br>Miami, FL 33176-6056 | St. Regis Residence Club, New York Inc.<br>5th and 53rd Residence Club Association<br>c/o Club Manager<br>8801 Vistana Centre Drive<br>Orlando, Fl 32821-6354 |
| Retail Clerks Pension Trust<br>c/o Maureen Ocampo CFA<br>2049 Century Park E #330<br>Los Angeles, CA 90067-3105 | Signature Solutions Corp<br>3617 16 St Ct E<br>Bradenton FL 34208-4661 | Stephen R Perry<br>12340 Riverfalls Ct<br>Boca Raton, FL 33428-4855 |

Shutts & Bowen
201 S Biscayne Blvd #1500
Miami, FL 33131-4308

St. Moritz Townhomes, Inc.,
a Florida Corporation
c/o Howard J. Berlin, Esq.
Berger Singerman, P.A.
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131-5319

Sunset-Miami Investments Inc
c/o G Frank Quesada
1313 Ponce de Leon Blvd #200
Coral Gables FL 33134-3343

SC Department of Revenue
P. O. Box 12265
Attn: Joe Dusenburg
Columbia, SC 29211-2265

State of Oregon
Department of Revenue
955 Center Street, NE
Salem, OR 97301-2554

Susan H Ezekiel
34 Harbour Drive North
Ocean Ridge, FL 33435-6212

Sammie J Kreindel
7650 NW 79 Ave, #M1
Tamarac, FL 33321-2890

SunGard Availability Services LP
c/o Maureen A McGreevey, Esq
680 E Swedesford Rd
Wayne, PA 19087-1605

Taft Stettinius & Hollister LLP
c/o Richard L. Ferrell
425 Walnut Street #1800
Cincinnati OH 45202-3957

St. Lucie County Tax Collector
P.O. Box 308
Fort Pierce, FL 34954-0308

SC Department of Revenue
P. O. Box 12265
Attn: Joe Dusenburg
Columbia, SC 29211-2265

The Bank of New York Mellon
Dewey & LeBoeuf LLP
Attn: Allison H Weiss and Jeffrey Chubak
1301 Ave of the Americas
New York, NY 10019-6022

SOAM Capital Partners, L.P.
Attn: Terry Maltese
780 Third Avenue, 5th Floor
New York, NY  10017-2024

South Miami Plaza Ltd
c/o Ira Zager
10764 SW 133 Terr
Miami, FL 33176-6022

Taxation and Revenue Department
Joseph Montoya Bldg.
1100 South St. Frances Dr
Santa Fe, NM 87505-4147

State of Connecticut
Department of Revenue Services
Collections and Enforcement Division
25 Sigourney St.
Hartford, CT 06106-5041

The Corcoran Group
660 Madison Ave
New York, NY 10065-8447

Truebridge Inc
500 Deaderick Street
Andrew Jackson State Office Bldg
Nashville, TN 32742

Strategic Staffing Solutions
645 Griswold St #2900
Detroit, MI 48226-4206

The Wall Street Journal
1614 Ne 205 Terrace
Miami, FL 33179-2110

U.S. Bank
Attn: Earl Dennison, Account Admin
Goodwin Square, 23rd Floor
255 Asylum Street
Hartford, CT 06103-1506

Sterba, Troy
16840 SW 36 Ct
Miramar, FL 33027-4552

The Federal Deposit Insurance Corp
Attn Geoffrey T raicht
c/o McDermott Will & Emery LLP
340 Medison Ave
New York NY 10173-0002

U.S. Bank
1555 N. River Center Drive, Suite 300
Milwaukee, WI 53212-3958

SBC Long Distance LLC
James Grudus
AT&T Services Inc
One AT&T Way Room 3A218
Bedminster, NK 07921-2694

Trask, Edith
3130 DC Lakeshore
Deerfield Beach, FL 33442

Tina L Bado
8490 SW 96th St.
Miami, FL 33156-2453

The Bank of New York Mellon
Attn: Rafael Miranda, VP
101 Barclay Street - 8W
New York, NY 10286-0001

UBS Securities LLC
299 Park Ave
37th Flr ATT IBD BUC
Stamford, CT 06901

U.S. Bank
Attn: Russell Rokes
PO Box 960778
Boston, MA 02196-0778

U.S. Bank
Attn: Yemishi Otuyelu
PO Box 960778
Boston, MA 02196-0778

Virginia Department of Taxation
Attn: Bankruptcy Unit
P. O. Box 13528
Austin, TX 78711-3528

Uvest Financial Services, Inc.
One Beacon Street
22nd Floor
Attn Legal Dept
Boston, MA 02108-3106

US Bank as Indenture Trustee
c/o Kevin M. Eckhardt
Hunton & Williams LLP
1111 Brickell Ave, Suite 2500
Miami, FL 33131-3155

US Bank National Association
as Trustee and Institutional Trustee
c/o Robert C Butzier
One Federal Street 3rd Floor
Boston MA 02110-2003

Vermont Department of Taxes
Attn: Bankruptcy Unit
133 State Street
Montpelier, VT 05633-1401

Victoria Deblinger
Akerman Senterfitt
One Se Third Ave 25 Floor
Miami FL 33131-1700

Waterford Township
General Employees Ret
c/o Coughlin Stoia Geller Rudman & Robbi
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809

West Fargo Bank NA Association
c/o James R Lewis
45 Broadway 17 Floor
New York NY 10006

William R Bullough-
Angela Lohman-Bullough
5120 SW 97 Ave
Miami FL 33165-7271

U.S. Bank - Corporate Trust Services
Attn: Brian Renelt
60 Livingston Avenue
Saint Paul, MN 55107-2292

Verizon Wireless
P. O. Box 3397
Bloomingdale, IL 61702-3397

Wilmington Trust Company
Attn: Steven M. Cimalore, VP & Manager
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001

West Virginia Department of Revenue
Attn: Bankruptcy Unit
State Capitol
Building 1, W-300
Charleston, WV 25305

Wisconsin Department of Revenue
Attn: Bankruptcy Unit
2135 Rimrick Road
Madison, WI 53713-1443

Wilmington Trust Co.
Corporate Capital Markets
Attn: Christopher J. Slaybaugh
1100 N. Market Street
Wilmington, DE 19890-0001

Wilmington Trust Co.
Corporate Capital Markets
Attn: Lori Donahue
1100 N. Market Street
Wilmington, DE 19890-0001

Wells Fargo Delaware Trust Company
Attn: Molly A. Breffitt
919 North Market Street, Suite 1600
Wilmington, DE 19801-3046

Victor H Pradenas
12696 NW 11 Ln
Miami, FL 33182-2454

Ramiro Ortiz
7250 SW 99 Street
Miami, FL 33156-3116

Yale Scott Bogen
Development Specialists, Inc.
200 S Biscayne Blvd #1818
Miami, FL 33131-2329

Wilmington Trust Company
c/o Andrew I. Silfen / Leah M. Eisenberg
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Highbridge International LLC
c/o Highbridge Capital Management LLC
40 W 57th St #32
New York, NY 10019-4001