## EXHIBIT A

## PROPOSED ORDER

US2008 2416928.12

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

In re:

Chapter 11

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

    Debtors.

Jointly Administered

_____/

**ORDER (I) ESTABLISHING PROCEDURES FOR SOLICITATION AND
TABULATION OF VOTES TO ACCEPT OR REJECT THE COMMITTEE'S FIRST
AMENDED JOINT PLAN OF LIQUIDATION, (II) SCHEDULING A HEARING AND
ESTABLISHING CERTAIN NOTICE AND OBJECTION PROCEDURES IN RESPECT
OF CONFIRMATION OF THE COMMITTEE'S FIRST AMENDED JOINT
PLAN OF LIQUIDATION, AND (III) GRANTING CERTAIN RELATED RELIEF**

---

[1]     The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

Upon the motion filed May 20, 2011 [ECF No. ___] (the "Motion"), by the official committee of unsecured creditors appointed in the above-captioned cases (the "Committee"), pursuant to sections 105, 1125, 1126, and 1128 of title 11 of the United States Code (the "Bankruptcy Code") for entry of an order: (a) establishing the procedures for solicitation and tabulation of votes to accept or reject the Amended Committee Plan,[2] including (i) fixing the Voting Record Date for the purpose of determining which holders of Claims or Interests in the Voting Classes are entitled to vote to accept or reject the Amended Committee Plan and the amount of each voting holder's Claim or Interest against the Debtors for voting purposes, (ii) approving the form and procedures for distribution of the Solicitation Packages, including the Amended Committee Disclosure Statement, and (iii) approving the form of Ballots and establishing procedures for voting to accept or reject the Amended Committee Plan; (b) scheduling a hearing on confirmation of the plan (the "Confirmation Hearing") and approving notice procedures related to the Confirmation Hearing, and fixing the time and manner to object to confirmation of the Amended Committee Plan; and (c) granting such other and further relief as this Court may deem just and proper; and the Court having jurisdiction over this matter; and it further appearing that adequate and sufficient notice, pursuant to Bankruptcy Rule 2002(b), of the hearing to approve the Amended Committee Disclosure Statement has been given; and after due deliberation and upon the Court's determination that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest, and sufficient cause appearing therefor,

**THE COURT HEREBY FINDS AND DETERMINES THAT:**

A.      The Ballots and Master Ballots annexed to this Order as Exhibits A and B,

---

[2] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

respectively, are sufficiently consistent with Official Form No. 14 and local form "Ballot and Deadline For Filing Ballot Accepting or Rejecting Plan," and adequately address the particular needs of these chapter 11 cases, and are appropriate for each of the Voting Classes.

B.    Solicitation Packages need not be provided to holders of Impaired Interests in Class 7 (BUFC Preferred Stock Interests) and Class 8 (BUFC Common Stock Interests) because the holders in such classes are Impaired under the Amended Committee Plan, and shall neither receive nor retain any property under the Amended Committee Plan on account of such Interests, and are thus deemed to have rejected the Amended Committee Plan.

C.    Solicitation Packages need not be provided to holders of Unimpaired Claims in Class 1 (Secured Claims) and Class 2 (Non-FDIC Priority Claims) of BUFC and Class 1 (Secured Claims) of BUFS and holders of Unclassified Claims because the holders in such classes are treated as Unimpaired and are therefore deemed to have accepted the Amended Committee Plan.

D.    The voting instructions and procedures attached to the Ballots and Master Ballots provide for a fair and equitable voting process and are consistent with section 1126 of the Bankruptcy Code and the Bankruptcy Rules.

E.    In accordance with Bankruptcy Rule 3017(d), the procedures set forth in this Order for transmitting Solicitation Packages to beneficial holders of securities of the Debtors are adequate under the circumstances for such holders to make an informed decision to accept or reject the Amended Committee Plan.

F.    The contents of the Solicitation Packages and Non-Voting Packages, as set forth in this Order, comply with Bankruptcy Rules 2002 and 3017 and constitute sufficient notice to all interested parties including, without limitation, holders of Interests in the Debtors.

US2008 2416928.12

G.      The combination of direct and published notice of the Amended Committee Plan and Confirmation Hearing, as set forth in this Order, satisfies the requirements of due process with respect to all known and unknown creditors and shareholders of the Debtors.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      <u>Disposition</u>. The Motion is granted.  Any objections that have not previously been withdrawn are hereby overruled.

2.      <u>Voting Record Date</u>. _____, 2011, the date upon which a hearing was held to consider the Amended Committee Disclosure Statement, is established as the voting record date (the "<u>Voting Record Date</u>") for purposes of determining the holders of Claims and Interests in the Voting Classes entitled to receive Solicitation Packages and vote to accept or reject the Amended Committee Plan, and the holders of Claims and Interests in the Non-Voting Classes that shall receive a Non-Voting Package.  Each holder of a Claim or Interest in a Voting Class shall only be entitled to vote to accept or reject the Amended Committee Plan in the Allowed amount of such Claim or Interest as of the Voting Record Date.

3.      <u>Solicitation Packages</u>. The Committee is authorized and empowered to distribute or cause to be distributed, by the Solicitation Commencement Date (as defined below), the Solicitation Packages, by first class mail, consisting of:

    a.      a CD-ROM containing the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto;

    b.      a copy of the Solicitation Procedures Order, as entered, excluding the Exhibits annexed thereto;

    c.      a Ballot[3] together with a pre-paid return envelope; and

---

[3]     Consistent with securities industry practices in bankruptcy solicitations, Master Ballots will be distributed to Voting Nominees in Class 4 (Senior Notes Claims) and Class 6 (Subordinated Notes Claims) of BUFC after the Solicitation Packages have been distributed to the Beneficial Owners in those Classes.

US2008 2416928.12

        d.     a copy of such other materials as the Bankruptcy Court may direct or approve (including a copy of the Form Local Order (as defined below)) including supplemental solicitation materials the Committee may file with the Bankruptcy Court, which shall be provided in hard copy form.

4.     <u>Solicitation Commencement Date</u>.  The Solicitation Commencement Date shall be the date described as "PROPONENT'S DEADLINE FOR SERVING THIS ORDER, DISCLOSURE STATEMENT, PLAN, AND BALLOT" in the Order (I) Approving Disclosure Statement; (II) Setting Hearing on Confirmation of Plan; (III) Setting Hearing on Fee Applications; (IV) Setting Various Deadlines; and (V) Describing Plan Proponent's Obligations [ECF No. _____] (the "<u>Form Local Order</u>").

5.     <u>Non-Voting Packages</u>. The Committee is authorized and empowered to distribute or cause to be distributed, by the Solicitation Commencement Date, the Non-Voting Packages, by first class mail, consisting of:

        a.     a copy of the appropriate Non-Voting Notice; and

        b.     a copy of the Form Local Order.

6.     A transferee of a scheduled or filed Claim shall be entitled to receive a Solicitation Package and vote to accept or reject the Amended Committee Plan on account of the transferred Claim only if:  (a) all actions necessary to effect the transfer of the Claim pursuant to Bankruptcy Rule 3001(e) have been completed by the Voting Record Date or (b) the transferee files, no later than the Voting Record Date, (i) the documentation required by Bankruptcy Rule 3001(e) to evidence that transfer and (ii) a sworn statement of the transferor supporting the validity of the transfer.

7.     When a Claim is transferred after the transferor has completed a Ballot, the transferee of such Claim shall be bound by any vote (and the consequences thereof) made on the Ballot by the holder as of the Voting Record Date of such transferred Claim.

US2008 2416928.12

8.  To the extent that the following parties have not otherwise been sent a Solicitation Package, as of the Solicitation Commencement Date, the Committee is authorized and empowered to commence distribution of (a) the CD-ROM containing the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto; and (b) a copy of the Solicitation Procedures Order, excluding exhibits annexed thereto, to:  (i) the Debtors; (ii) counsel to the Debtors; (iii) the members of the Committee; (iv) the Office of the United States Trustee; (v) the indenture trustee for each series of senior and subordinated debt; (vi) the Securities Exchange Commission; (vii) the Internal Revenue Service; (viii) the Federal Deposit Insurance Corporation in its capacity as receiver for BankUnited FSB; and (ix) those parties requesting notice pursuant to Bankruptcy Rule 2002.

9.  <u>Delivery of Ballots to Voting Classes</u>. The Committee will deliver, or cause to be delivered, Ballots to all holders of Claims and Interests in the Voting Classes that are entitled to vote on the Amended Committee Plan.  Holders of Claims arising from the beneficial ownership of Senior Notes or Trust Preferred Subordinated Debentures will receive Ballots without the voting amount of their Claims pre-printed on their Ballots.  Holders of Claims or Interests not arising from the beneficial ownership of or Senior Notes or Trust Preferred Subordinated Debentures, including Claims in (a) Class 3 and Class 5 of BUFC; (b) Class 2 and Class 3 of BUFS; and (c) Class 1 and Class 2 of CRE will receive Ballots with the voting amount of their Claims or Interests pre-printed on the Ballots based on the following:

　　　　a.  unless otherwise provided in these tabulation rules, a Claim or Interest will be deemed temporarily "Allowed" for voting purposes only in an amount equal to:  (i) if no Proof of Claim has been timely filed in respect of such claim, the liquidated, non-contingent, undisputed amount of such Claim as set forth in the Debtors' schedules of assets and liabilities or statements of financial affairs (as amended or modified, the "<u>Schedules</u>"); (ii) if a Proof of Claim has been timely filed in respect of such Claim, the amount for which the Proof of Claim has been filed with the Bankruptcy Court; or

    (iii) the number of BUFS Stock Interests or CRE Stock Interests held by a Holder;

b. if a Claim is listed in the Schedules as contingent, unliquidated, disputed, or in the amount of $0.00, and a Proof of Claim for such Claim was not either (i) filed by the applicable bar date for the filing of Proofs of Claim established by the Bankruptcy Court, or (ii) deemed timely filed by an order of the Bankruptcy Court prior to the Voting Deadline, such Claim is disallowed for voting purposes only;

c. with regard to any Claim for which a Proof of Claim has been timely filed and has not been disallowed, unless identified by the Voting Agent as being filed for an amount that is wholly contingent, unliquidated, disputed, not specified or provided in a form other than U.S. Dollars, any such Claim that has been filed in the amount of $0.00 is disallowed for voting purposes only;

d. with regard to any Claim for which a Proof of Claim has been timely filed and has not been disallowed, if the amount of such Claim is identified by the Voting Agent as being filed for an amount that is wholly contingent, unliquidated, disputed, not specified, or provided in a form other than U.S. Dollars, unless such Claim has otherwise been temporarily allowed for voting purposes by the Bankruptcy Court, such Claim is temporarily allowed for voting purposes only in the amount of $1.00;

f. if a Claim is deemed Allowed in accordance with the Amended Committee Plan, such Claim will be temporarily allowed for voting purposes in the deemed Allowed amount set forth in the Amended Committee Plan;

g. if a Claim has been estimated or otherwise allowed for voting purposes by order of the Bankruptcy Court, such Claim will be temporarily allowed for voting purposes in the amount so estimated or allowed by the Bankruptcy Court;

h. notwithstanding anything to the contrary contained herein, any creditor who has filed or purchased duplicate Claims in a particular Voting Class (whether against the same or multiple Debtors), shall be provided with only one Solicitation Package and one Ballot for voting a single Claim in Voting Class, regardless of whether the Debtors, the Committee or any other party in interest has objected to such duplicate Claims;

i. if the Committee files an objection or requests an estimation (or the Debtors file an objection or request an estimation) to a Claim, for purposes of voting on the Amended Committee Plan, by the Claims Objection/Estimation Deadline (defined below), such Claim shall be temporarily disallowed for voting purposes only to the extent and in the manner as may be set forth in such objection or request; and

US2008 2416928.12

> j.    the Claims Objection/Estimation Deadline, solely with regard to voting on the Amended Committee Plan, shall be the date described as the "DEADLINE FOR OBJECTIONS TO CLAIMS" in the Form Local Order.

10.    To ensure that solicitation materials are served in sufficient quantities and upon the appropriate parties with respect to the Senior Notes and the Trust Preferred Subordinated Debentures, the Indenture Trustees are instructed to provide the Voting Agent, no later than three (3) business days prior to the Solicitation Commencement Date, with the following information for each issuance for which it serves as indenture trustee: (1) the names, addresses, and holdings of all registered holders as of the Voting Record Date; and (2) a securities position report as of the Voting Record Date from The Depository Trust Company.

11.    <u>Delivery of Notice to Holders of Unimpaired Claims and Unclassified Claims Deemed to Accept the Amended Committee Plan</u>.  The Notice of Unimpaired Class Non-Voting Status, substantially in the form annexed hereto as <u>Exhibit C</u>, is hereby approved. The Committee shall mail or cause to be mailed by the Solicitation Commencement Date by first class mail to each holder of Claims in Class 1 (Secured Claims) and Class 2 (Non-FDIC Priority Claims) of BUFC and Class 1 (Secured Claims) of BUFS and to each holder of an Unclassified Claim, a Non-Voting Package consisting of:  (a) a CD-ROM containing the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto; and (b) a copy of a Notice of Unimpaired Class Non-Voting Status.

12.    <u>Delivery of Notice to Deemed Rejecting Classes</u>. The Notice of Deemed Rejecting Class Non-Voting Status, substantially in the form annexed hereto as <u>Exhibit D</u>, is hereby approved. The Committee shall mail or cause to be mailed by the Solicitation Commencement Date by first class mail to each holder of Interests in Class 7 (BUFC Preferred Stock Interests) and Class 8 (BUFC Common Stock Interests) a Non-Voting Package consisting of:  (a) a CD-ROM containing the Amended Committee Disclosure Statement, together with the

8

Amended Committee Plan and other exhibits annexed thereto; and (b) a copy of a Notice of Deemed Rejecting Class Status.

13.    <u>Undeliverable or Returned Notices and Solicitation Packages</u>. The Committee is excused from distributing Solicitation Packages or a Non-Voting Package to those entities listed at addresses where the Committee is unable to obtain accurate addresses for such entities before the Solicitation Commencement Date after having exercised good faith efforts to locate a more current address.

14.    Further, if the Committee sends Solicitation Packages or Non-Voting Packages to holders of Claims or Interests, which are deemed undeliverable, and, in good faith, cannot obtain more current addresses, the Committee is excused from attempting to re-deliver Solicitation Packages or Non-Voting Packages.

15.    <u>Approving Forms of Ballots and Master Ballots, Distribution Thereof</u>.  The Ballots and Master Ballots, substantially in the forms attached hereto as <u>Exhibits A</u> and <u>B</u>, respectively, are hereby approved.

16.    The Voting Agent shall customize, to the extent possible, each Ballot, as applicable, to include each Claim holder's name, address and the Allowed amount of such Claim for voting purposes only but not for distribution purposes under the Amended Committee Plan.

17.    Wherever possible creditors who have more than one Claim against one or more of the Debtors or that hold Interests in the Debtors in more than one class shall receive only one Solicitation Package and one or more Ballots, as necessary.

18.    Solicitation Packages, which shall include Ballots and Master Ballots as appropriate, shall be distributed to holders, as of the Voting Record Date, of Claims in the Voting Classes.

US2008 2416928.12

19.     In the event that no holder of a Claim or Interest in a particular Voting Class votes to accept or reject the Amended Committee Plan by the Voting Deadline, such Voting Class shall be deemed eliminated from the Amended Committee Plan for purposes of voting to accept or reject the Amended Committee Plan and for purposes of determining acceptance or rejection of the Amended Committee Plan pursuant to section 1129(a)(8) of the Bankruptcy Code.

20.     With respect to the Beneficial Owners in Class 4 (Senior Notes Claims) and Class 6 (Subordinated Notes Claims) of BUFC, the Committee shall distribute or cause to be distributed Solicitation Packages, including Ballots, to the Voting Nominees.  Each Voting Nominee will receive a Master Ballot and be entitled to receive a reasonably sufficient number of Solicitation Packages, including sufficient Ballots, to distribute to the Beneficial Owners. Upon written request by a Voting Nominee to counsel for the Committee and counsel for the Debtors, the Debtors' estates shall be responsible for each such Voting Nominee's reasonable and customary out-of-pocket expenses associated with the distribution of the Solicitation Packages to the Beneficial Owners of such Claims, the tabulation of the Beneficial Ballots and completion of Master Ballots.

21.     The Committee is authorized to distribute, or cause to be distributed, Master Ballots to the Voting Nominees in Class 4 (Senior Notes Claims) and Class 6 (Subordinated Notes Claims) of BUFC in accordance with customary procedures.

22.     The Voting Nominees are required to forward a Solicitation Package to each Beneficial Owner in Class 4 (Senior Notes Claims) and Class 6 (Subordinated Notes Claims) of BUFC entitled to vote to accept or reject the Amended Committee Plan. With respect to any Ballots returned from the Beneficial Owners, the Voting Nominees shall (a) tabulate the results according to the instructions set forth in the Master Ballot; (b) return such results in a Master

10

Ballot; and (c) retain the underlying Ballots received from the Beneficial Owners for inspection for a period of one year following the Voting Deadline.

23.     In order to cast their vote to accept or reject the Amended Committee Plan, the Beneficial Owners should return their completed Ballots to the Voting Nominee so that it is received, at the latest, _____**,** 2011, the date that is five (5) Business Days prior to the Voting Deadline (as defined below), or such other deadline as may be established by the Voting Nominee, so that the Voting Nominee has enough time to process the Ballots and summarize the results on the Master Ballot and submit the Master Ballot to the Voting Agent so that it is actually received by the Voting Agent on or before the Voting Deadline.

24.     The Solicitation Packages and the manner of service of the Solicitation Packages as provided in the Order satisfy the requirements of Bankruptcy Rule 3017(d) and Local Rule 3017-1.

25.     Voting Deadline. As used in this Order, the Voting Deadline shall be such date described as "DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN" as set forth in the Form Local Order.

26.     Epiq as Voting Agent. Epiq is authorized to, among other things, perform all services relating to solicitation of votes on the Amended Committee Plan.

27.     Ballot Tabulation. The Ballots and Master Ballots must be properly executed, completed and the original thereof shall be delivered to the Voting Agent so as to be actually received on or before the Voting Deadline by first class mail, personal delivery, or overnight courier, at BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017.

US2008 2416928.12

28.     If any party wishes to have its Claim allowed for purposes of voting on the Amended Committee Plan in a manner that is inconsistent with the Ballot it received or the tabulation rules set forth herein or if any party that did not receive a Ballot wishes to have its Claim temporarily allowed for voting purposes only, such party must serve on counsel to the Committee, counsel to the Debtors, and the U.S. Trustee and file with the Bankruptcy Court, on or before _____, 2011, a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim for purposes of voting (the "3018 Motion").  A 3018 Motion must set forth with particularity the amount and classification that such party believes its Claim should be allowed for voting purposes and the evidence in support of its belief.

29.     In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Voting Deadline or (b) if such an order has not been entered by the Voting Deadline and unless the Committee and the party have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in accordance with the tabulation rules or in the event a party did not receive a Ballot, such party shall not have a Ballot counted at all.  _____, 2011 is established as the date for a hearing to consider all 3018 Motions. Holders of Claims that do not receive pre-printed amounts on their Ballots do not need to file a 3018 Motion.

30.     Except as otherwise provided by the express terms of this Order, any Ballot received after the Voting Deadline shall not be counted.

31.     Holders of multiple Claims or Interests within a particular Voting Class, whether or not such Claims or Interests are asserted against the same Debtor or multiple Debtors, must

12

vote all of their Claims or Interests within a class either to accept or reject the Amended

Committee Plan and may not split their vote(s).

32.     Any Ballot that partially rejects and partially accepts the Amended Committee

Plan will not be counted.

33.     Holders of Claims or Interests in the Voting Classes entitled to vote to accept or

reject the Amended Committee Plan shall be entitled to only one vote with respect to each of

such holder's Claims or Interests.

34.     A holder of Claims or Interests in more than one Voting Class under the Amended

Committee Plan must submit Ballots for each class of Claims or Interests.

35.     The following types of Ballots will not be counted by the Voting Agent in

determining whether the Amended Committee Plan has been accepted or rejected:

      a.    any Ballot that is otherwise properly completed, executed and timely returned to the Voting Agent, but does not indicate an acceptance or rejection of the Amended Committee Plan, or that indicates both an acceptance and rejection of the Amended Committee Plan;

      b.    any Ballot received after the Voting Deadline, in the Committee's sole discretion;

      c.    any Ballot containing a vote that the Bankruptcy Court determines, after notice and a hearing, was not solicited or procured in good faith or in accordance with the provisions of the Bankruptcy Code;

      d.    any Ballot that is illegible or contains insufficient information to permit the identification of the claimant;

      e.    any Ballot cast by a person or entity that does not hold a Claim or Interest in a Voting Class;

      f.    any unsigned or non-original Ballot; and

      g.    any Ballot transmitted to the Voting Agent by facsimile or other electronic means, at the Committee's sole discretion.

US2008 2416928.12

36.     In addition, the following voting procedures and standard assumptions will be used in tabulating the Ballots:

a.      the method of delivery of Ballots to be sent to the Voting Agent is at the election and risk of each creditor or shareholder, but such delivery will be deemed made only when the original, executed Ballot is <u>actually</u> <u>received</u> by the Voting Agent;

b.      if multiple Ballots are received from an individual creditor or shareholder with respect to the same Claims or Interests prior to the Voting Deadline, the last dated Ballot timely received will be deemed to reflect the voter's intent and to supersede and revoke any prior received Ballot;

c.      the Committee, in its sole discretion, subject to contrary order of the Bankruptcy Court, may waive any defect in any Ballot at any time, including failure to timely submit such Ballot, either before or after the close of voting, and without notice. Except as provided below, unless the Ballot being furnished is timely received by the Voting Agent on or prior to the Voting Deadline, the Committee may, in its sole discretion, reject such Ballot as invalid and, therefore, decline to utilize it in connection with confirmation of the Amended Committee Plan;

d.      after the Voting Deadline, no vote may be withdrawn without the prior consent of the Committee;

e.      subject to any contrary order of the Bankruptcy Court, the Committee reserves the absolute right to reject any and all Ballots not proper in form;

f.      unless waived or as ordered by the Bankruptcy Court, any defects or irregularities in connection with deliveries of Ballots must be cured within such time as the Committee (or the Bankruptcy Court) determines, and unless otherwise ordered by the Bankruptcy Court, delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived; and

g.      neither the Committee, nor any other person or entity, will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots, nor will any of them incur any liability for failure to provide such notification. Ballots previously furnished (and as to which any irregularities have not theretofore been cured or waived) will not be counted.

37.     Each holder of a Claim or Interest within a Voting Class entitled to vote to accept or reject the Amended Committee Plan shall be entitled to vote the Allowed amount of such

14

holder's Claim or Interest as of the Voting Record Date according to usual and customary tabulation procedures.

38.     <u>Master Ballot Tabulation</u>. With respect to the tabulation of Master Ballots cast by Voting Nominees, the amount that will be used to tabulate acceptance or rejection of the Amended Committee Plan will be the principal amount held by the Beneficial Owners of the Senior Notes Claims or the Subordinated Notes Claims as of the Voting Record Date; <u>provided</u>, <u>however</u>, that the Voting Agent may adjust the principal amount voted to reflect the applicable Claim amount as of the Voting Record Date.

39.     The following additional rules apply to the tabulation of Master Ballots cast by Voting Nominees:

     a.     votes cast on behalf of a Beneficial Owner by a Voting Nominee will be applied against the positions held by such Beneficial Owner in the applicable Senior Notes Claim or Subordinated Notes Claim as of the Voting Record Date, as evidenced by the record and depository listings. Votes submitted by a Voting Nominee, pursuant to a Master Ballot, will not be counted in excess of the Voting Record Amount of such securities held by such Voting Nominee;

     b.     to the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees;

     c.     to the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Amended Committee Plan in the same proportion as the votes to accept and reject the Amended Committee Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security;

     d.     where a Beneficial Owner holds its notes through more than one Voting Nominee, it must execute a separate Class 4 (Senior Notes Claim) or Class 6 Ballot (Subordinated Notes Claim) for each block of securities. However, such holder must vote all of its Claims in each Class in the same manner, to either accept or reject the Amended Committee Plan. Accordingly, if such holder returns more than one Ballot to more than one Voting Nominee voting different Claims within each Class under the Amended Committee Plan and the Ballots are not voted in the same

15

manner, as reflected on such separate Master Ballots, such votes will not be counted;

e.  Multiple Master Ballots may be completed by a single Voting Nominee and delivered to the Voting Agent, and such votes will be counted, except to the extent that such votes are inconsistent with or duplicative of other Master Ballots. In such case, the last Master Ballot received by the Voting Agent before the Voting Deadline will supersede and revoke any previously received Master Ballot; and

f.  Each Beneficial Owner will be deemed to have voted the full amount of its Claim.

40.  <u>Plan Confirmation</u>.  As used in this Order, the term "Confirmation Hearing" shall refer to the hearing to consider confirmation of the Amended Committee Plan on the date set forth in the Form Local Order.

41.  <u>Plan Objection Deadline</u>.  As used in this Order, the Plan Objection Deadline shall refer to the date described as "DEADLINE FOR OBJECTIONS TO CONFIRMATION" as set forth in the Form Local Order.

42.  Any objection to the confirmation of the Amended Committee Plan (including any supporting memoranda) must:  (a) be made in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the legal and factual basis and nature of any objection to the Amended Committee Plan; and (d) be filed with the Bankruptcy Court, together with proof of service, and served so that it is received on or before the Plan Objection Deadline by the following parties:

<u>Counsel to the Official Committee of Unsecured Creditors</u>

Todd C. Meyers, Esq.
Robbin S. Rahman, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
Telephone:  (404) 815-6500
Fax:  (404) 815-6555

US2008 2416928.12

-and-

Corali Lopez-Castro, Esq.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce De Leon, 9th Floor
Miami, Florida  33134
Telephone:  (305) 372-1800
Fax:  (305) 372-3508

Counsel for the Debtors and Debtors-in-Possession

Mark D. Bloom, Esq.
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue)
Miami, Florida  33131
Telephone: (305) 579-0500
Fax: (305) 579-0717

- and –

Scott M. Grossman, Esq.
GREENBERG TRAURIG, P.A.
401 East Las Olas Blvd., Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Fax:  (954) 765-1477

The United States Trustee

Johanna P. Armengol, Esq.
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130


        43.     The Bankruptcy Court shall consider only timely filed written objections. All

objections not timely filed and served in accordance herewith by the Objection Deadline shall be

deemed overruled.

        44.     The form of published notice of the Confirmation Hearing, substantially in the

form annexed hereto as <u>Exhibits E</u>, is approved in all respects.  The scope of published notice of

the Confirmation Hearing is adequate and provides unknown claimants and shareholders with good and sufficient notice of the Confirmation Hearing.

45.     Service of the Solicitation Packages, Non-Voting Notices and other notices and documents in the manner described in the Motion and this Order shall be adequate and sufficient and no further notice is necessary.

46.     The Committee is authorized to make any non-substantive changes to the voting procedures, Ballots, Master Ballots, Non-Voting Notices and/or forms of mailed and published notice of the Confirmation Hearing without further order of the Bankruptcy Court, including, without limitation, changes to correct typographical, grammatical, and/or formatting errors or omissions prior to the mailing to parties in interest.

47.     The Committee or any party supporting the Amended Committee Plan is granted an opportunity to file a response to any objection to confirmation of the Amended Committee Plan on or before the Objection Response Date, which shall be no later than _____, 2011 at 4:00 p.m. (prevailing Eastern Time), the day that is three days prior to the date of the Confirmation Hearing.  At that time, the Committee will also be required to file its Confirmation Affidavit in support of confirmation of the Amended Committee Plan.

48.     All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

49.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

50.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

US2008 2416928.12

51.     The Committee is authorized to take or refrain from taking any action necessary

or appropriate to implement the terms of and the relief granted in this Order without seeking

further order of the Court.

Submitted by:

Todd C. Meyers, Esq.
(Admitted *Pro Hac Vice)*
Robbin S. Rahman, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)
tmeyers@kilpatricktownsend.com

-and-

Corali Lopez-Castro, Esq.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)


Counsel for the Committee

# **EXHIBIT A**

## **BALLOTS**

**FDIC Priority Claims**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Chapter 11

In re:

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

Debtor.                                    Jointly Administered

_____/

## BALLOT FOR HOLDERS OF CLASS 3 FDIC PRIORITY CLAIMS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF  UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

THIS BALLOT IS TO BE USED BY HOLDERS OF BANKUNITED FINANCIAL CORPORATION CLASS 3 FDIC PRIORITY CLAIMS.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "VOTING AGENT"), BY 4:00 P.M. EASTERN TIME ON _____ (THE "VOTING DEADLINE").  DO NOT MAIL BALLOTS DIRECTLY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OR THE ABOVE-CAPTIONED DEBTORS.  PLEASE RETURN YOUR BALLOT TO THE VOTING AGENT SO THAT IT IS ACTUALLY RECEIVED BEFORE THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "Amended Committee Plan"),[2] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors[3] (the "Committee").  The Amended Committee Plan is Exhibit A to the Disclosure Statement for the Official Committee of

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

[2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[3] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Amended Committee Plan or the Solicitation Order, as applicable.

Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement"),[4] which accompanies this Ballot on CD-ROM.  Any party may request, at the expense of the Debtors' estates, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Amended Committee Disclosure Statement and the Amended Committee Plan before you vote.  In addition, on _____, the United States Bankruptcy Court for the Southern District of Florida signed an order (the "Solicitation Order") which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan.  The Solicitation Order contains important information regarding the balloting process.  Please read the Solicitation Order and the instructions sent with this Ballot prior to submitting this Ballot.

Your Claims have been placed in Class 3 for Debtor BankUnited Financial Corporation under the Amended Committee Plan because you have been identified as a holder of FDIC Priority Claims.  If you hold Claims in other classes or for other Debtors, which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Amended Committee Plan.  You must vote all FDIC Priority Claims of which you are a holder either to accept or reject the Amended Committee Plan.

If the Amended Committee Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ITEM 1.**      AGGREGATE AMOUNT OF FDIC PRIORITY CLAIMS.  The undersigned certifies that as of _____ (the "Record Date"), the undersigned was the holder of _____ claims in the aggregate unpaid amount set forth below.

$_____

**The preprinted amount of your Claim as set forth above controls for voting purposes.**

**ITEM 2.**      CLASS 3 (FDIC PRIORITY CLAIMS) VOTE.  The holder of the FDIC Priority Claims set forth above hereby votes with respect to its FDIC Priority Claims as follows (check one box only):

☐      **I ACCEPT THE AMENDED COMMITTEE PLAN**

☐      **I REJECT THE AMENDED COMMITTEE PLAN**

_____

[4] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

US2008 2601355.2

ITEM 3.    CERTIFICATION.  By signing this Ballot, the holder of the FDIC Priority Claims identified in Item 1 certifies that it:

a)    is the holder of the FDIC Priority Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Amended Committee Plan;

b)    has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order; and

c)    has not submitted any other Ballots relating to the FDIC Priority Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

Name:_____
          (Print or Type)

By:_____
          (If Appropriate)

Title:_____
          (If Appropriate)

Address:_____

City, State, Zip Code:_____

Telephone No._____

Signature:_____

Date Completed:_____

This Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

3

**YOUR BALLOT MUST BE <u>ACTUALLY</u> <u>RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE VOTING DEADLINE (_____), OR YOUR VOTE WILL NOT BE COUNTED.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE AMENDED COMMITTEE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

US2008 2601355.2

## VOTING INSTRUCTIONS

1.    All capitalized terms used in the Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

2.    Please read and follow these instructions carefully.  Your Ballot must be <u>actually received</u> by the Voting Agent by (a) first class mail postage prepaid in the return envelope provided with the Ballot, or (b) personal delivery, overnight courier, or first class mail to BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, no later than 4:00 p.m. Eastern Time on _____, unless such time is extended, or your Ballot will not be counted.

3.    In order for your vote to count, you must:

    (a)    Complete Item 1;

    (b)    Cast ONE vote to accept or reject the Amended Committee Plan by checking the proper box in Item 2;

    (c)    Review and complete the certifications in Item 3;

    (d)    Sign the Ballot – your original signature is required on the Ballot in order for your vote to count;

    (e)    If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing and, if requested, provide proof of your authorization to so sign.  In addition, please provide your name and mailing address if different from that set forth on the Ballot; and

    (f)    Return the completed Ballot to the Voting Agent in the postage prepaid pre-addressed envelope enclosed with this Ballot.

4.    If you believe you received the wrong form of Ballot or if you need additional Ballots, please immediately contact the Voting Agent.

**5.    If you wish to have your Claim allowed for purposes of voting on the Amended Committee Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on counsel to the Committee, counsel to the Debtors, and the United States Trustee, and file with the Bankruptcy Court, on or before _____, a motion for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such Claim for purposes of voting (the "3018 Motion").  A 3018 Motion  must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief.  In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Voting Deadline, or (b) if such an order has not been entered by the Voting**

**Deadline and unless the Committee and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in accordance with the tabulation rules or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. _____ has been established as the date for a hearing to consider all 3018 Motions.**

6.    If multiple Ballots are received from the same person with respect to the same Claims prior to the Voting Deadline, the latest dated, validly executed Ballot timely received will supersede and revoke any earlier received Ballot.  However, if a holder of Claims casts Ballots received by the Voting Agent dated with the same date, but which are voted inconsistently, such Ballots will not be counted.

7.    Any Ballot that is illegible or that contains insufficient information to permit the identification of the holder will not be counted.

8.    Properly executed Ballots that attempt to partially accept and partially reject the Amended Committee Plan will not be counted.

9.    After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Committee unless by order of the Bankruptcy Court.

10.   This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11.   If you hold Claims in more than one class under the Amended Committee Plan, you may receive more than one Ballot for each different class.  Each Ballot votes only your Claims indicated on that Ballot.  Please complete and return each Ballot you receive.

**PLEASE MAIL YOUR BALLOT PROMPTLY.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

**YOU MAY USE THE PRE-PAID RETURN ENVELOPE PROVIDED WITH THE BALLOT, OR YOU MAY RETURN YOUR BALLOT BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:**

**BANKUNITED BALLOT PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017**

2

<u>**Senior Notes Claims**</u>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

Chapter 11

In re:

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, et al.,[1]

    Debtor.                      Jointly Administered

_____/

<u>**BALLOT FOR BENEFICIAL OWNERS OF CLASS 4 SENIOR NOTES
CLAIMS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**</u>

THIS BALLOT IS TO BE USED BY BENEFICIAL OWNERS OF BANKUNITED FINANCIAL CORPORATION CLASS 4 SENIOR NOTES CLAIMS.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE AS DIRECTED.  THE DEADLINE BY WHICH YOUR VOTE (OR THE MASTER BALLOT CAST ON YOUR BEHALF) MUST BE ACTUALLY RECEIVED BY EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "<u>VOTING AGENT</u>"), IS 4:00 P.M. EASTERN TIME ON _____ (THE "<u>VOTING DEADLINE</u>").  IF YOU HAVE RECEIVED A RETURN ENVELOPE ADDRESSED TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "<u>VOTING NOMINEE</u>"), PLEASE RETURN YOUR COMPLETED BALLOT TO YOUR VOTING NOMINEE SO THAT IT IS <u>ACTUALLY RECEIVED</u>, AT THE LATEST, FIVE (5) BUSINESS DAYS BEFORE THE VOTING DEADLINE, OR ON SUCH OTHER DEADLINE AS MAY BE ESTABLISHED BY THE VOTING NOMINEE SO THAT THE VOTING NOMINEE HAS SUFFICIENT TIME TO PROCESS THE BALLOT AND SUBMIT THE MASTER BALLOT CAST ON YOUR BEHALF TO THE VOTING AGENT ON OR BEFORE THE VOTING DEADLINE.

Please use this beneficial ballot (the "<u>Beneficial Ballot</u>") to cast your vote to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

supplemented from time to time, the "Amended Committee Plan"),[2] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors[3] (the "Committee"). The Amended Committee Plan is Exhibit A to the Disclosure Statement for the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement"),[4] which accompanies this Ballot on CD-ROM.  Any party may request, at the expense of the Debtors' estates, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Amended Committee Disclosure Statement and the Amended Committee Plan before you vote.  In addition, on [_____], the United States Bankruptcy Court for the Southern District of Florida signed an order (the "Solicitation Order") which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan.  The Solicitation Order contains important information regarding the balloting process.  Please read the Solicitation Order and the instructions sent with this Beneficial Ballot completely prior to submitting this Beneficial Ballot.

Your Claims have been placed in Class 4 for Debtor BankUnited Financial Corporation under the Amended Committee Plan because you have been identified as a Beneficial Owner of Senior Notes Claims arising from your beneficial ownership of Senior Notes.  If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Amended Committee Plan.  You must vote all Senior Notes Claims of which you are a Beneficial Owner either to accept or reject the Amended Committee Plan.

If the Amended Committee Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ITEM 1.        AGGREGATE PRINCIPAL AMOUNT OF SENIOR NOTES CLAIMS.  The undersigned certifies that as of _____ (the "Record Date"), the undersigned was the Beneficial Owner of Senior Notes maintained by the Voting Nominee in the following aggregate unpaid principal amount (for purposes of this Beneficial Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest):

$_____

---

[2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[3] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Amended Committee Plan or the Solicitation Order, as applicable.

[4] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

US2008 2601355.2

ITEM 2.        **CLASS 4 (SENIOR NOTES CLAIMS) VOTE.**  The Beneficial Owner of the aggregate principal amount of Senior Notes Claims set forth in Item 1 hereby votes with respect to his, her or its Senior Notes Claims identified in Item 1 as follows (check one box only):

☐       **I ACCEPT THE AMENDED COMMITTEE PLAN**

☐       **I REJECT THE AMENDED COMMITTEE PLAN**

ITEM 3.        CERTIFICATION OF SENIOR NOTES HELD IN ADDITIONAL ACCOUNTS. By signing this Beneficial Ballot, the undersigned certifies that either (a) this Beneficial Ballot is the only Beneficial Ballot submitted by the undersigned for Senior Notes Claims or (b) in addition to this Beneficial Ballot, one or more Beneficial Ballots ("Additional Ballots") for Senior Notes Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER CLASS 4
SENIOR NOTES CLAIMS BENEFICIAL BALLOTS**

| Account Number of Senior Notes | Name of Registered Holder or Voting Nominees of Senior Notes | CUSIP Number of Senior Notes | Principal Amount of Senior Notes Voted in Additional Ballot(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

To be counted, a Beneficial Owner must vote all of his, her or its Senior Notes Claims in Class 4 either to accept or reject the Amended Committee Plan.  No split votes will be permitted. Accordingly, if a beneficial owner casts conflicting votes on this Beneficial Ballot and any other Beneficial Ballots in respect of Senior Notes Claims in Class 4, those votes will not be counted.

ITEM 4.        CERTIFICATION.  By returning this Beneficial Ballot, the voter certifies and/or acknowledges that it:

(a)       is the Beneficial Owner of the Senior Notes Claims to which this Beneficial Ballot pertains or is an authorized signatory and has full power and authority to accept or reject the Amended Committee Plan;

(b)       has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Beneficial Ballot is subject to all the terms and conditions set forth in the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order;

3

(c)    has not submitted any other Beneficial Ballots relating to the Senior Notes Claims that are inconsistent with the votes as set forth in this Beneficial Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Beneficial Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

(d)    is deemed to have consented to the submission of a Master Ballot to the Committee's agent, the Voting Agent.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS BENEFICIAL BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

Name: _____
        (Print or Type)

Signature: _____

By: _____
        (If Appropriate)

Title: _____
        (If Appropriate)

Street Address: _____

City, State, Zip Code: _____

Telephone Number: _____

Date Completed: _____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Amended Committee Plan. This Beneficial Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Amended Committee Plan. Holders should not surrender, at this time, any debt instruments. The Voting Agent will not accept delivery of any such instruments surrendered together with a Master Ballot or Ballot. Moreover, this Beneficial Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

4

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON _____, UNLESS SUCH TIME IS EXTENDED.  PLEASE RETURN YOUR COMPLETED BALLOT TO YOUR VOTING NOMINEE SO THAT IT IS <u>ACTUALLY RECEIVED</u>, AT THE LATEST, FIVE (5) BUSINESS DAYS BEFORE THE VOTING DEADLINE, OR ON SUCH OTHER DEADLINE AS MAY BE ESTABLISHED BY THE VOTING NOMINEE SO THAT THE VOTING NOMNEE HAS SUFFICIENT TIME TO PROCESS THE BALLOT AND SUBMIT THE MASTER BALLOT CAST ON YOUR BEHALF TO THE VOTING AGENT ON OR BEFORE THE VOTING DEADLINE.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BENEFICIAL BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE AMENDED COMMITTEE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

US2008 2601355.2

## VOTING INSTRUCTIONS

1.      All capitalized terms used in the Beneficial Ballot or these instructions but not otherwise defined herein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

2.      Please read and follow these instructions carefully.  If you have received a return envelope addressed to your Voting Nominee, please return your completed ballot to your Voting Nominee so that it is <u>actually received</u>, at the latest, five (5) business days before the Voting Deadline, or on such other deadline as may be established by the Voting Nominee so that the Voting Nominee has sufficient time to process the Ballot and submit the Master Ballot cast on your behalf to the Voting Agent on or before the Voting Deadline.

3.      If you hold the Senior Notes through more than one Voting Nominee, you may receive more than one Beneficial Ballot.  You should execute a separate Beneficial Ballot for each block of Senior Notes that you hold through any Voting Nominee and return the Beneficial Ballot to the respective Voting Nominee that holds the Senior Notes in street name.

4.      You must vote all of your Claims within a single Class under the Amended Committee Plan in the same manner, either to accept or reject the Amended Committee Plan. Accordingly, if you return more than one Beneficial Ballot to more than one Voting Nominee voting different Claims within a single class under the Amended Committee Plan and the Beneficial Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.

5.      In order for your vote to count, you must:

(a)      Complete Item 1;

(b)      Cast ONE vote to accept or reject the Amended Committee Plan by checking the proper box in Item 2;

(c)      Only complete Item 3 if you are the beneficial owner of Senior Notes Claims in other accounts or other record names and only if you have voted Ballots other than this Beneficial Ballot;

(d)      Review and complete the certifications in Item 4;

(e)      Sign the Beneficial Ballot—your original signature is required on the Beneficial Ballot in order for your vote to count;

(f)      If you are completing the Beneficial Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and if requested provide proof of your authorization to so sign; and

(g)      Return the completed Beneficial Ballot to the Voting Nominee and <u>NOT</u> to the Committee, the Debtors, the Voting Agent or the Senior Notes

Claims Trustee.  Do not return any debt instruments with your Beneficial Ballot.

6.      If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.

7.      **If you wish to have your Claim allowed for purposes of voting on the Amended Committee Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on counsel to the Committee, counsel to the Debtors, and the United States Trustee, and file with the Bankruptcy Court, on or before _____, a motion for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such Claim for purposes of voting (the "3018 Motion").  A 3018 Motion  must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief.  In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Voting Deadline, or (b) if such an order has not been entered by the Voting Deadline and unless the Committee and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in accordance with the tabulation rules or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. _____ has been established as the date for a hearing to consider all 3018 Motions.**

8.      To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

9.      To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Amended Committee Plan in the same proportion as the votes to accept or reject the Amended Committee Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

10.      Any Beneficial Ballot that is illegible or that contains insufficient information to permit the identification of the claimant holder will not be counted.

11.      After the Voting Deadline, no Beneficial Ballot may be withdrawn or modified without the prior consent of the Committee unless by order of the Bankruptcy Court.

12.      This Beneficial Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

13.      If you hold Claims in more than one class under the Amended Committee Plan, you may receive more than one Ballot for each different class.  Each Ballot votes only your Claims indicated on that Ballot.  Please complete and return each Ballot you receive.

US2008 2601355.2

**IF YOU HAVE ANY QUESTIONS REGARDING THE BENEFICIAL BALLOT OR THE VOTING PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL BALLOTS OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

US2008 2601355.2

**BUFC General Unsecured Claims**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Chapter 11

In re:

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

    Debtor.                            Jointly Administered

_____/

### BALLOT FOR HOLDERS OF CLASS 5 BUFC GENERAL UNSECURED CLAIMS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

       THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 5 BUFC GENERAL UNSECURED CLAIMS.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "VOTING AGENT"), BY 4:00 P.M. EASTERN TIME ON _____ (THE "VOTING DEADLINE").  DO NOT MAIL BALLOTS DIRECTLY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OR THE ABOVE-CAPTIONED DEBTORS.  PLEASE RETURN YOUR BALLOT TO THE VOTING AGENT SO THAT IT IS ACTUALLY RECEIVED BEFORE THE VOTING DEADLINE.

       Please use this ballot (the "Ballot") to cast your vote to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "Amended Committee Plan"),[2] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors[3] (the "Committee").  The Amended

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

[2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[3] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Amended Committee Plan or the Solicitation Order, as applicable.

Committee Plan is Exhibit A to the Disclosure Statement for the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement"),[4] which accompanies this Ballot on CD-ROM.  Any party may request, at the expense of the Debtors' estates, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Amended Committee Disclosure Statement and the Amended Committee Plan before you vote.  In addition, on _____, the United States Bankruptcy Court for the Southern District of Florida signed an order (the "Solicitation Order") which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan.  The Solicitation Order contains important information regarding the balloting process.  Please read the Solicitation Order and the instructions sent with this Ballot prior to submitting this Ballot.

Your Claims have been placed in Class 5 for Debtor BankUnited Financial Corporation under the Amended Committee Plan because you have been identified as a holder of BUFC General Unsecured Claims.  If you hold Claims in other classes or for other Debtors in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Amended Committee Plan.  You must vote all BUFC General Unsecured Claims of which you are a holder either to accept or reject the Amended Committee Plan.

If the Amended Committee Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ITEM 1.**      AGGREGATE AMOUNT OF BUFC GENERAL UNSECURED CLAIMS.  The undersigned certifies that as of _____ (the "Record Date"), the undersigned was the holder of _____ claims in the aggregate unpaid amount set forth below.

$_____

**The preprinted amount of your Claim as set forth above controls for voting purposes.**

**ITEM 2.**      CLASS 5 (BUFC GENERAL UNSECURED CLAIMS) VOTE.  The holder of the BUFC General Unsecured Claims set forth above hereby votes with respect to its BUFC General Unsecured Claims as follows (check one box only):

☐      **I ACCEPT THE AMENDED COMMITTEE PLAN**

---

[4] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

2

☐    **I REJECT THE AMENDED COMMITTEE PLAN**

**ITEM 3.**    CERTIFICATION.  By signing this Ballot, the holder of the BUFC General Unsecured Claims identified in Item 1 certifies that it:

a)    is the holder of the BUFC General Unsecured Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Amended Committee Plan;

b)    has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order; and

c)    has not submitted any other Ballots relating to the BUFC General Unsecured Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

Name:_____
        (Print or Type)

By:_____
        (If Appropriate)

Title:_____
        (If Appropriate)

Address:_____

City, State, Zip Code:_____

Telephone No._____

Signature:_____

Date Completed:_____

3

This Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

**YOUR BALLOT MUST BE <u>ACTUALLY</u> <u>RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE VOTING DEADLINE (_____), OR YOUR VOTE WILL NOT BE COUNTED.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE AMENDED COMMITTEE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

US2008 2601355.2

## <u>VOTING INSTRUCTIONS</u>

1.      All capitalized terms used in the Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

2.      Please read and follow these instructions carefully.  Your Ballot must be <u>actually received</u> by the Voting Agent by (a) first class mail postage prepaid in the return envelope provided with the Ballot, or (b) personal delivery, overnight courier, or first class mail to BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, no later than 4:00 p.m. Eastern Time on _____, unless such time is extended, or your Ballot will not be counted.

3.      In order for your vote to count, you must:

(a)      Complete Item 1;

(b)      Cast ONE vote to accept or reject the Amended Committee Plan by checking the proper box in Item 2;

(c)      Review and complete the certifications in Item 3;

(d)      Sign the Ballot – your original signature is required on the Ballot in order for your vote to count;

(e)      If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing and, if requested, provide proof of your authorization to so sign.  In addition, please provide your name and mailing address if different from that set forth on the Ballot; and

(f)      Return the completed Ballot to the Voting Agent in the postage prepaid pre-addressed envelope enclosed with this Ballot.

4.      If you believe you received the wrong form of Ballot or if you need additional Ballots, please immediately contact the Voting Agent.

**5.      If you wish to have your Claim allowed for purposes of voting on the Amended Committee Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on counsel to the Committee, counsel to the Debtors, and the United States Trustee, and file with the Bankruptcy Court, on or before _____, a motion for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such Claim for purposes of voting (the "3018 Motion").  A 3018 Motion  must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief.  In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court**

US2008 2601355.2

**in an order entered on or before the Voting Deadline, or (b) if such an order has not been entered by the Voting Deadline and unless the Committee and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in accordance with the tabulation rules or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. _____ has been established as the date for a hearing to consider all 3018 Motions.**

6.    If multiple Ballots are received from the same person with respect to the same Claims prior to the Voting Deadline, the latest dated, validly executed Ballot timely received will supersede and revoke any earlier received Ballot. However, if a holder of Claims casts Ballots received by the Voting Agent dated with the same date, but which are voted inconsistently, such Ballots will not be counted.

7.    Any Ballot that is illegible or that contains insufficient information to permit the identification of the holder will not be counted.

8.    Properly executed Ballots that attempt to partially accept and partially reject the Amended Committee Plan will not be counted.

9.    After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Committee unless by order of the Bankruptcy Court.

10.    This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11.    If you hold Claims in more than one class under the Amended Committee Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**PLEASE MAIL YOUR BALLOT PROMPTLY. BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

**YOU MAY USE THE PRE-PAID RETURN ENVELOPE PROVIDED WITH THE BALLOT, OR YOU MAY RETURN YOUR BALLOT BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:**

**BANKUNITED BALLOT PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017**

2

US2008 2601355.2

**Subordinated Notes Claims**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Chapter 11

In re:

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

    Debtor.                    Jointly Administered

_____/

## BALLOT FOR BENEFICIAL OWNERS OF CLASS 6 SUBORDINATED NOTES CLAIMS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

THIS BALLOT IS TO BE USED BY BENEFICIAL OWNERS OF BANKUNITED FINANCIAL CORPORATION CLASS 6 SUBORDINATED NOTES CLAIMS.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE AS DIRECTED.  THE DEADLINE BY WHICH YOUR VOTE (OR THE MASTER BALLOT CAST ON YOUR BEHALF) MUST BE ACTUALLY RECEIVED BY EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "VOTING AGENT"), IS 4:00 P.M. EASTERN TIME ON _____ (THE "VOTING DEADLINE").  IF YOU HAVE RECEIVED A RETURN ENVELOPE ADDRESSED TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "VOTING NOMINEE"), PLEASE RETURN YOUR COMPLETED BALLOT TO YOUR VOTING NOMINEE SO THAT IT IS ACTUALLY RECEIVED, AT THE LATEST, FIVE (5) BUSINESS DAYS BEFORE THE VOTING DEADLINE, OR ON SUCH OTHER DEADLINE AS MAY BE ESTABLISHED BY THE VOTING NOMINEE SO THAT THE VOTING NOMINEE HAS SUFFICIENT TIME TO PROCESS THE BALLOT AND SUBMIT THE MASTER BALLOT CAST ON YOUR BEHALF TO THE VOTING AGENT ON OR BEFORE THE VOTING DEADLINE.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

Please use this beneficial ballot (the "Beneficial Ballot") to cast your vote to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "Amended Committee Plan"),[2] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors[3] (the "Committee"). The Amended Committee Plan is Exhibit A to the Disclosure Statement for the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement"),[4] which accompanies this Ballot on CD-ROM.  Any party may request, at the expense of the Debtors' estates, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Amended Committee Disclosure Statement and the Amended Committee Plan before you vote.  In addition, on [_____], the United States Bankruptcy Court for the Southern District of Florida signed an order (the "Solicitation Order") which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan.  The Solicitation Order contains important information regarding the balloting process.  Please read the Solicitation Order and the instructions sent with this Beneficial Ballot completely prior to submitting this Beneficial Ballot.

Your Claims have been placed in Class 6 under the Amended Committee Plan because you have been identified as a Beneficial Owner of Subordinated Notes Claims arising from your beneficial ownership of Subordinated Notes.  If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Amended Committee Plan.  You must vote all Subordinated Notes Claims of which you are a Beneficial Owner either to accept or reject the Amended Committee Plan.

If the Amended Committee Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ITEM 1.         AGGREGATE PRINCIPAL AMOUNT OF SUBORDINATED NOTES CLAIMS.  The undersigned certifies that as of _____ (the "Record Date"), the undersigned was the Beneficial Owner of Subordinated Notes maintained by the Voting Nominee in the following aggregate unpaid principal amount (for purposes of this Beneficial Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest):

---

[2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[3] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Amended Committee Plan or the Solicitation Order, as applicable.

[4] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

US2008 2601355.2

$_____

ITEM 2.    CLASS 6 (SUBORDINATED NOTES CLAIMS) VOTE.  The Beneficial Owner of the aggregate principal amount of Subordinated Notes Claims set forth in Item 1 hereby votes with respect to his, her or its Subordinated Notes Claims identified in Item 1 as follows (check one box only):

      ☐    **I ACCEPT THE AMENDED COMMITTEE PLAN**

      ☐    **I REJECT THE AMENDED COMMITTEE PLAN**

ITEM 3.    CERTIFICATION OF SUBORDINATED NOTES HELD IN ADDITIONAL ACCOUNTS.  By signing this Beneficial Ballot, the undersigned certifies that either (a) this Beneficial Ballot is the only Beneficial Ballot submitted by the undersigned for Subordinated Notes Claims or (b) in addition to this Beneficial Ballot, one or more Beneficial Ballots ("Additional Ballots") for Subordinated Notes Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER CLASS 6 SUBORDINATED NOTES CLAIMS BENEFICIAL BALLOTS**

| Account Number of Subordinated Notes | Name of Registered Holder or Voting Nominees of Subordinated Notes | CUSIP Number of Subordinated Notes | Principal Amount of Subordinated Notes Voted in Additional Ballot(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

To be counted, a Beneficial Owner must vote all of his, her or its Subordinated Notes Claims in Class 6 either to accept or reject the Amended Committee Plan.  No split votes will be permitted.  Accordingly, if a beneficial owner casts conflicting votes on this Beneficial Ballot and any other Beneficial Ballots in respect of Subordinated Notes Claims in Class 6, those votes will not be counted.

ITEM 4.    CERTIFICATION.  By returning this Beneficial Ballot, the voter certifies and/or acknowledges that it:

    (a)    is the Beneficial Owner of the Subordinated Notes Claims to which this Beneficial Ballot pertains or is an authorized signatory and has full power and authority to accept or reject the Amended Committee Plan;

    (b)    has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order and that it

3

acknowledges that the vote set forth on this Beneficial Ballot is subject to all the terms and conditions set forth in the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order;

(c)     has not submitted any other Beneficial Ballots relating to the Subordinated Notes Claims that are inconsistent with the votes as set forth in this Beneficial Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Beneficial Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

(d)     is deemed to have consented to the submission of a Master Ballot to the Committee's agent, the Voting Agent.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS BENEFICIAL BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

Name: _____
      (Print or Type)

Signature:_____

By:_____
    (If Appropriate)

Title:_____
    (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Amended Committee Plan.  This Beneficial Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Amended Committee Plan.  Holders should not surrender, at this time, any debt instruments.  The Voting Agent will not accept delivery of any such instruments surrendered together with a Master Ballot or Ballot.  Moreover, this Beneficial Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

4

US2008 2601355.2

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON _____, UNLESS SUCH TIME IS EXTENDED.  PLEASE RETURN YOUR COMPLETED BALLOT TO YOUR VOTING NOMINEE SO THAT IT IS ACTUALLY RECEIVED, AT THE LATEST, FIVE (5) BUSINESS DAYS BEFORE THE VOTING DEADLINE, OR ON SUCH OTHER DEADLINE AS MAY BE ESTABLISHED BY THE VOTING NOMINEE SO THAT THE VOTING NOMNEE HAS SUFFICIENT TIME TO PROCESS THE BALLOT AND SUBMIT THE MASTER BALLOT CAST ON YOUR BEHALF TO THE VOTING AGENT  ON OR BEFORE THE VOTING DEADLINE.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BENEFICIAL BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE AMENDED COMMITTEE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

US2008 2601355.2

## VOTING INSTRUCTIONS

1.     All capitalized terms used in the Beneficial Ballot or these instructions but not otherwise defined herein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

2.     Please read and follow these instructions carefully.  If you have received a return envelope addressed to your Voting Nominee, please return your completed ballot to your Voting Nominee so that it is actually received, at the latest, five (5) business days before the Voting Deadline, or on such other deadline as may be established by the Voting Nominee so that the Voting Nominee has sufficient time to process the Ballot and submit the Master Ballot cast on your behalf to the Voting Agent on or before the Voting Deadline.

3.     If you hold the Subordinated Notes through more than one Voting Nominee, you may receive more than one Beneficial Ballot.  You should execute a separate Beneficial Ballot for each block of Subordinated Notes that you hold through any Voting Nominee and return the Beneficial Ballot to the respective Voting Nominee that holds the Subordinated Notes in street name.

4.     You must vote all of your Claims within a single Class under the Amended Committee Plan in the same manner, either to accept or reject the Amended Committee Plan. Accordingly, if you return more than one Beneficial Ballot to more than one Voting Nominee voting different Claims within a single class under the Amended Committee Plan and the Beneficial Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.

5.     In order for your vote to count, you must:

(a)     Complete Item 1;

(b)     Cast ONE vote to accept or reject the Amended Committee Plan by checking the proper box in Item 2;

(c)     Only complete Item 3 if you are the beneficial owner of Subordinated Notes Claims in other accounts or other record names and only if you have voted Ballots other than this Beneficial Ballot;

(d)     Review and complete the certifications in Item 4;

(e)     Sign the Beneficial Ballot—your original signature is required on the Beneficial Ballot in order for your vote to count;

(f)     If you are completing the Beneficial Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and if requested provide proof of your authorization to so sign; and

(g)     Return the completed Beneficial Ballot to the Voting Nominee and <u>NOT</u> to the Committee, the Debtors, the Voting Agent or the Subordinated

Notes Claims Trustee.  Do not return any debt instruments with your Beneficial Ballot.

6.      If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.

7.      **If you wish to have your Claim allowed for purposes of voting on the Amended Committee Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on counsel to the Committee, counsel to the Debtors, and the United States Trustee, and file with the Bankruptcy Court, on or before _____, a motion for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such Claim for purposes of voting (the "3018 Motion").  A 3018 Motion  must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief.  In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Voting Deadline, or (b) if such an order has not been entered by the Voting Deadline and unless the Committee and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in accordance with the tabulation rules or in the event you did not receive a Ballot, you shall not have a Ballot counted at all.  _____ has been established as the date for a hearing to consider all 3018 Motions.**

8.      To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

9.      To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Amended Committee Plan in the same proportion as the votes to accept or reject the Amended Committee Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

10.      Any Beneficial Ballot that is illegible or that contains insufficient information to permit the identification of the claimant holder will not be counted.

11.      After the Voting Deadline, no Beneficial Ballot may be withdrawn or modified without the prior consent of the Committee unless by order of the Bankruptcy Court.

12.      This Beneficial Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

13.      If you hold Claims in more than one class under the Amended Committee Plan, you may receive more than one Ballot for each different class.  Each Ballot votes only your Claims indicated on that Ballot.  Please complete and return each Ballot you receive.

**IF YOU HAVE ANY QUESTIONS REGARDING THE BENEFICIAL BALLOT OR THE VOTING PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL BALLOTS**

US2008 2601355.2

**OROTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

US2008 2601355.2

**BUFS General Unsecured Claims**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Chapter 11

In re:

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

Debtor.                                      Jointly Administered

_____/

### BALLOT FOR HOLDERS OF CLASS 2 BUFS GENERAL UNSECURED CLAIMS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 2 BUFS GENERAL UNSECURED CLAIMS.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "<u>VOTING AGENT</u>"), BY 4:00 P.M. EASTERN TIME ON _____ (THE "<u>VOTING DEADLINE</u>").  DO NOT MAIL BALLOTS DIRECTLY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OR THE ABOVE-CAPTIONED DEBTORS.  PLEASE RETURN YOUR BALLOT TO THE VOTING AGENT SO THAT IT IS <u>ACTUALLY RECEIVED</u> BEFORE THE VOTING DEADLINE.

Please use this ballot (the "<u>Ballot</u>") to cast your vote to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "<u>Amended Committee Plan</u>"),[2] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors[3] (the "<u>Committee</u>").  The Amended Committee Plan is Exhibit A to the Disclosure Statement for the Official Committee of

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

[2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "<u>Original Committee Plan</u>"), filed on April 11, 2011.

[3] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Amended Committee Plan or the Solicitation Order, as applicable.

Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement"),[4] which accompanies this Ballot on CD-ROM.  Any party may request, at the expense of the Debtors' estates, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Amended Committee Disclosure Statement and the Amended Committee Plan before you vote.  In addition, on _____, the United States Bankruptcy Court for the Southern District of Florida signed an order (the "Solicitation Order") which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan.  The Solicitation Order contains important information regarding the balloting process.  Please read the Solicitation Order and the instructions sent with this Ballot prior to submitting this Ballot.

Your Claims have been placed in Class 2 for Debtor BankUnited Financial Services, Inc. under the Amended Committee Plan because you have been identified as a holder of BUFS General Unsecured Claims.  If you hold Claims in other classes or for other Debtors in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Amended Committee Plan.  You must vote all BUFS General Unsecured Claims of which you are a holder either to accept or reject the Amended Committee Plan.

If the Amended Committee Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ITEM 1.**    AGGREGATE AMOUNT OF BUFS GENERAL UNSECURED CLAIMS.  The undersigned certifies that as of _____ (the "Record Date"), the undersigned was the holder of _____ claims in the aggregate unpaid amount set forth below.

**$**_____

**The preprinted amount of your Claim as set forth above controls for voting purposes.**

**ITEM 2.**    CLASS 2 (BUFS GENERAL UNSECURED CLAIMS) VOTE.  The holder of the BUFS General Unsecured Claims set forth above hereby votes with respect to its BUFS General Unsecured Claims as follows (check one box only):

☐    **I ACCEPT THE AMENDED COMMITTEE PLAN**

---

[4] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

2

☐    **I REJECT THE AMENDED COMMITTEE PLAN**

**ITEM 3.**        CERTIFICATION.  By signing this Ballot, the holder of the BUFS General Unsecured Claims identified in Item 1 certifies that it:

    a)  is the holder of the BUFS General Unsecured Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Amended Committee Plan;

    b)  has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order; and

    c)  has not submitted any other Ballots relating to the BUFS General Unsecured Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

Name:_____
          (Print or Type)

By:_____
          (If Appropriate)

Title:_____
          (If Appropriate)

Address:_____

City, State, Zip Code:_____

Telephone No._____

Signature:_____

Date Completed:_____

3

US2008 2601355.2

This Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

**YOUR BALLOT MUST BE <u>ACTUALLY</u> <u>RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE VOTING DEADLINE (_____), OR YOUR VOTE WILL NOT BE COUNTED.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE AMENDED COMMITTEE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

4

## VOTING INSTRUCTIONS

1.      All capitalized terms used in the Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

2.      Please read and follow these instructions carefully.  Your Ballot must be <u>actually received</u> by the Voting Agent by (a) first class mail postage prepaid in the return envelope provided with the Ballot, or (b) personal delivery, overnight courier, or first class mail to BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, no later than 4:00 p.m. Eastern Time on _____, unless such time is extended, or your Ballot will not be counted.

3.      In order for your vote to count, you must:

(a)  Complete Item 1;

(b)  Cast ONE vote to accept or reject the Amended Committee Plan by checking the proper box in Item 2;

(c)  Review and complete the certifications in Item 3;

(d)  Sign the Ballot – your original signature is required on the Ballot in order for your vote to count;

(e)  If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing and, if requested, provide proof of your authorization to so sign.  In addition, please provide your name and mailing address if different from that set forth on the Ballot; and

(f)  Return the completed Ballot to the Voting Agent in the postage prepaid pre-addressed envelope enclosed with this Ballot.

4.      If you believe you received the wrong form of Ballot or if you need additional Ballots, please immediately contact the Voting Agent.

**5.      If you wish to have your Claim allowed for purposes of voting on the Amended Committee Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on counsel to the Committee, counsel to the Debtors, and the United States Trustee, and file with the Bankruptcy Court, on or before _____, a motion for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such Claim for purposes of voting (the "3018 Motion").  A 3018 Motion  must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief.  In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court**

**in an order entered on or before the Voting Deadline, or (b) if such an order has not been entered by the Voting Deadline and unless the Committee and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in accordance with the tabulation rules or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. _____ has been established as the date for a hearing to consider all 3018 Motions.**

6.      If multiple Ballots are received from the same person with respect to the same Claims prior to the Voting Deadline, the latest dated, validly executed Ballot timely received will supersede and revoke any earlier received Ballot.  However, if a holder of Claims casts Ballots received by the Voting Agent dated with the same date, but which are voted inconsistently, such Ballots will not be counted.

7.      Any Ballot that is illegible or that contains insufficient information to permit the identification of the holder will not be counted.

8.      Properly executed Ballots that attempt to partially accept and partially reject the Amended Committee Plan will not be counted.

9.      After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Committee unless by order of the Bankruptcy Court.

10.      This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11.      If you hold Claims in more than one class under the Amended Committee Plan, you may receive more than one Ballot for each different class.  Each Ballot votes only your Claims indicated on that Ballot.  Please complete and return each Ballot you receive.

**PLEASE MAIL YOUR BALLOT PROMPTLY.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

**YOU MAY USE THE PRE-PAID RETURN ENVELOPE PROVIDED WITH THE BALLOT, OR YOU MAY RETURN YOUR BALLOT BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:**

**BANKUNITED BALLOT PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017**

2

**BUFS Stock Interests**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-19940-LMI |
| BANKUNITED FINANCIAL CORPORATION, *et al.*,[1] | |
| Debtor. | Jointly Administered |

_____/

## BALLOT FOR HOLDERS OF CLASS 3 BUFS STOCK INTERESTS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 3 BUFS STOCK INTERESTS.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "VOTING AGENT"), BY 4:00 P.M. EASTERN TIME ON _____ (THE "VOTING DEADLINE").  DO NOT MAIL BALLOTS DIRECTLY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OR THE ABOVE-CAPTIONED DEBTORS.  PLEASE RETURN YOUR BALLOT TO THE VOTING AGENT SO THAT IT IS ACTUALLY RECEIVED BEFORE THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "Amended Committee Plan"),[2] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors[3] (the "Committee").  The Amended Committee Plan is Exhibit A to the Disclosure Statement for the Official Committee of

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

[2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[3] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Amended Committee Plan or the Solicitation Order, as applicable.

Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement"),[4] which accompanies this Ballot on CD-ROM.  Any party may request, at the expense of the Debtors' estates, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Amended Committee Disclosure Statement and the Amended Committee Plan before you vote.  In addition, on _____, the United States Bankruptcy Court for the Southern District of Florida signed an order (the "Solicitation Order") which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan.  The Solicitation Order contains important information regarding the balloting process.  Please read the Solicitation Order and the instructions sent with this Ballot prior to submitting this Ballot.

Your Interests have been placed in Class 3 for Debtor BankUnited Financial Services, Inc. under the Amended Committee Plan because you have been identified as a holder of BUFS Stock Interests.  If you hold Claims or Interests in other classes or for other Debtors in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Amended Committee Plan.  You must vote all BUFS Stock Interests of which you are a holder either to accept or reject the Amended Committee Plan.

If the Amended Committee Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ITEM 1.**  AGGREGATE AMOUNT OF BUFS STOCK INTERESTS.  The undersigned certifies that as of _____ (the "Record Date"), the undersigned was the holder of _____ interests in the aggregate unpaid amount set forth below.

$_____

**The preprinted amount of your Interest as set forth above controls for voting purposes.**

**ITEM 2.**  CLASS 3 (BUFS STOCK INTERESTS) VOTE.  The holder of the BUFS Stock Interests set forth above hereby votes with respect to its BUFS Stock Interests as follows (check one box only):

☐  **I ACCEPT THE AMENDED COMMITTEE PLAN**

☐  **I REJECT THE AMENDED COMMITTEE PLAN**

---

[4] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

2

**ITEM 3.**    CERTIFICATION.  By signing this Ballot, the holder of the BUFS Interests identified in Item 1 certifies that it:

   a)   is the holder of the BUFS Stock Interests to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Amended Committee Plan;

   b)   has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order; and

   c)   has not submitted any other Ballots relating to the BUFS Stock Interests that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

Name:_____
       (Print or Type)

By:_____
       (If Appropriate)

Title:_____
       (If Appropriate)

Address:_____

City, State, Zip Code:_____

Telephone No._____

Signature:_____

Date Completed:_____

This Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

3

US2008 2601355.2

**YOUR BALLOT MUST BE <u>ACTUALLY</u> <u>RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE VOTING DEADLINE (_____), OR YOUR VOTE WILL NOT BE COUNTED.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE AMENDED COMMITTEE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

## VOTING INSTRUCTIONS

1.      All capitalized terms used in the Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

2.      Please read and follow these instructions carefully.  Your Ballot must be <u>actually received</u> by the Voting Agent by (a) first class mail postage prepaid in the return envelope provided with the Ballot, or (b) personal delivery, overnight courier, or first class mail to BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, no later than 4:00 p.m. Eastern Time on _____, unless such time is extended, or your Ballot will not be counted.

3.      In order for your vote to count, you must:

(a)  Complete Item 1;

(b)  Cast ONE vote to accept or reject the Amended Committee Plan by checking the proper box in Item 2;

(c)  Review and complete the certifications in Item 3;

(d)  Sign the Ballot – your original signature is required on the Ballot in order for your vote to count;

(e)  If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing and, if requested, provide proof of your authorization to so sign.  In addition, please provide your name and mailing address if different from that set forth on the Ballot; and

(f)  Return the completed Ballot to the Voting Agent in the postage prepaid pre-addressed envelope enclosed with this Ballot.

4.      If you believe you received the wrong form of Ballot or if you need additional Ballots, please immediately contact the Voting Agent.

**5.      If you wish to have your Claim allowed for purposes of voting on the Amended Committee Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on counsel to the Committee, counsel to the Debtors, and the United States Trustee, and file with the Bankruptcy Court, on or before _____, a motion for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such Claim for purposes of voting (the "3018 Motion").  A 3018 Motion  must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief.  In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court**

**in an order entered on or before the Voting Deadline, or (b) if such an order has not been entered by the Voting Deadline and unless the Committee and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in accordance with the tabulation rules or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. _____ has been established as the date for a hearing to consider all 3018 Motions.**

6.      If multiple Ballots are received from the same person with respect to the same Interests prior to the Voting Deadline, the latest dated, validly executed Ballot timely received will supersede and revoke any earlier received Ballot.  However, if a holder of Interests casts Ballots received by the Voting Agent dated with the same date, but which are voted inconsistently, such Ballots will not be counted.

7.      Any Ballot that is illegible or that contains insufficient information to permit the identification of the holder will not be counted.

8.      Properly executed Ballots that attempt to partially accept and partially reject the Amended Committee Plan will not be counted.

9.      After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Committee unless by order of the Bankruptcy Court.

10.      This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11.      If you hold Claims or Interests in more than one class under the Amended Committee Plan, you may receive more than one Ballot for each different class.  Each Ballot votes only your Claims of Interests indicated on that Ballot.  Please complete and return each Ballot you receive.

**PLEASE MAIL YOUR BALLOT PROMPTLY.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

**YOU MAY USE THE PRE-PAID RETURN ENVELOPE PROVIDED WITH THE BALLOT, OR YOU MAY RETURN YOUR BALLOT BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:**

**BANKUNITED BALLOT PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017**

2

**CRE General Unsecured Claims**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

|  |  |
|---|---|
|  | Chapter 11 |
| In re: |  |
|  | Case No. 09-19940-LMI |
| BANKUNITED FINANCIAL CORPORATION, *et al.*,[1] |  |
| Debtor. | Jointly Administered |

_____ ____/

### BALLOT FOR HOLDERS OF CLASS 1 CRE GENERAL UNSECURED CLAIMS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 1 CRE GENERAL UNSECURED CLAIMS.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "VOTING AGENT"), BY 4:00 P.M. EASTERN TIME ON _____ (THE "VOTING DEADLINE").  DO NOT MAIL BALLOTS DIRECTLY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OR THE ABOVE-CAPTIONED DEBTORS.  PLEASE RETURN YOUR BALLOT TO THE VOTING AGENT SO THAT IT IS ACTUALLY RECEIVED BEFORE THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "Amended Committee Plan"),[2] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors[3] (the "Committee").  The Amended Committee Plan is Exhibit A to the Disclosure Statement for the Official Committee of

_____

[1]  The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

[2]  The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[3]  All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Amended Committee Plan or the Solicitation Order, as applicable.

Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement"),[4] which accompanies this Ballot on CD-ROM. Any party may request, at the expense of the Debtors' estates, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Amended Committee Disclosure Statement and the Amended Committee Plan before you vote. In addition, on _____, the United States Bankruptcy Court for the Southern District of Florida signed an order (the "Solicitation Order") which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan. The Solicitation Order contains important information regarding the balloting process. Please read the Solicitation Order and the instructions sent with this Ballot prior to submitting this Ballot.

Your Claims have been placed in Class 1 for Debtor CRE America Corporation under the Amended Committee Plan because you have been identified as a holder of CRE General Unsecured Claims. If you hold Claims in other classes or for other Debtors in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Amended Committee Plan. You must vote all CRE General Unsecured Claims of which you are a holder either to accept or reject the Amended Committee Plan.

If the Amended Committee Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ITEM 1.**      AGGREGATE AMOUNT OF CRE GENERAL UNSECURED CLAIMS. The undersigned certifies that as of _____ (the "Record Date"), the undersigned was the holder of _____ claims in the aggregate unpaid amount set forth below.

$_____

**The preprinted amount of your Claim as set forth above controls for voting purposes.**

**ITEM 2.**      CLASS 1 (CRE GENERAL UNSECURED CLAIMS) VOTE. The holder of the CRE General Unsecured Claims set forth above hereby votes with respect to its CRE General Unsecured Claims as follows (check one box only):

☐      **I ACCEPT THE AMENDED COMMITTEE PLAN**

---

[4] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

2

☐    **I REJECT THE AMENDED COMMITTEE PLAN**

**ITEM 3.**    CERTIFICATION.  By signing this Ballot, the holder of the CRE General Unsecured Claims identified in Item 1 certifies that it:

    a)    is the holder of the CRE General Unsecured Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Amended Committee Plan;

    b)    has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order; and

    c)    has not submitted any other Ballots relating to the CRE General Unsecured Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

Name:_____
          (Print or Type)

By:_____
          (If Appropriate)

Title:_____
          (If Appropriate)

Address:_____

City, State, Zip Code:_____

Telephone No._____

Signature:_____

Date Completed:_____

3

This Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

**YOUR BALLOT MUST BE <u>ACTUALLY</u> <u>RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE VOTING DEADLINE (_____), OR YOUR VOTE WILL NOT BE COUNTED.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE AMENDED COMMITTEE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

US2008 2601355.2

## VOTING INSTRUCTIONS

1.      All capitalized terms used in the Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

2.      Please read and follow these instructions carefully.  Your Ballot must be <u>actually received</u> by the Voting Agent by (a) first class mail postage prepaid in the return envelope provided with the Ballot, or (b) personal delivery, overnight courier, or first class mail to BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, no later than 4:00 p.m. Eastern Time on _____, unless such time is extended, or your Ballot will not be counted.

3.      In order for your vote to count, you must:

    (a)   Complete Item 1;

    (b)   Cast ONE vote to accept or reject the Amended Committee Plan by checking the proper box in Item 2;

    (c)   Review and complete the certifications in Item 3;

    (d)   Sign the Ballot – your original signature is required on the Ballot in order for your vote to count;

    (e)   If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing and, if requested, provide proof of your authorization to so sign.  In addition, please provide your name and mailing address if different from that set forth on the Ballot; and

    (f)   Return the completed Ballot to the Voting Agent in the postage prepaid pre-addressed envelope enclosed with this Ballot.

4.      If you believe you received the wrong form of Ballot or if you need additional Ballots, please immediately contact the Voting Agent.

**5.      If you wish to have your Claim allowed for purposes of voting on the Amended Committee Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on counsel to the Committee, counsel to the Debtors, and the United States Trustee, and file with the Bankruptcy Court, on or before _____, a motion for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such Claim for purposes of voting (the "3018 Motion").  A 3018 Motion  must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief.  In respect of any timely-filed 3018 Motion, the**

**Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court in an order entered on or before the Voting Deadline, or (b) if such an order has not been entered by the Voting Deadline and unless the Committee and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in accordance with the tabulation rules or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. _____ has been established as the date for a hearing to consider all 3018 Motions.**

6.     If multiple Ballots are received from the same person with respect to the same Claims prior to the Voting Deadline, the latest dated, validly executed Ballot timely received will supersede and revoke any earlier received Ballot.  However, if a holder of Claims casts Ballots received by the Voting Agent dated with the same date, but which are voted inconsistently, such Ballots will not be counted.

7.     Any Ballot that is illegible or that contains insufficient information to permit the identification of the holder will not be counted.

8.     Properly executed Ballots that attempt to partially accept and partially reject the Amended Committee Plan will not be counted.

9.     After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Committee unless by order of the Bankruptcy Court.

10.     This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11.     If you hold Claims in more than one class under the Amended Committee Plan, you may receive more than one Ballot for each different class.  Each Ballot votes only your Claims indicated on that Ballot.  Please complete and return each Ballot you receive.

**PLEASE MAIL YOUR BALLOT PROMPTLY.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

**YOU MAY USE THE PRE-PAID RETURN ENVELOPE PROVIDED WITH THE BALLOT, OR YOU MAY RETURN YOUR BALLOT BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:**

**BANKUNITED BALLOT PROCESSING CENTER**
**C/O EPIQ BANKRUPTCY SOLUTIONS, LLC**
**757 THIRD AVENUE, 3RD FLOOR**
**NEW YORK, NY 10017**

US2008 2601355.2

**<u>CRE Stock Interests</u>**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Chapter 11

In re:

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

    Debtor.                           Jointly Administered

_____/

## BALLOT FOR HOLDERS OF CLASS 2 CRE STOCK INTERESTS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF  UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER <u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 2 CRE STOCK INTERESTS.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "<u>VOTING AGENT</u>"), BY 4:00 P.M. EASTERN TIME ON _____ (THE "<u>VOTING DEADLINE</u>").  DO NOT MAIL BALLOTS DIRECTLY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OR THE ABOVE-CAPTIONED DEBTORS.  PLEASE RETURN YOUR BALLOT TO THE VOTING AGENT SO THAT IT IS <u>ACTUALLY RECEIVED</u> BEFORE THE VOTING DEADLINE.

Please use this ballot (the "<u>Ballot</u>") to cast your vote to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "<u>Amended Committee Plan</u>"),[2] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors[3] (the "<u>Committee</u>").  The Amended Committee Plan is Exhibit A to the Disclosure Statement for the Official Committee of

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

[2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "<u>Original Committee Plan</u>"), filed on April 11, 2011.

[3] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Amended Committee Plan or the Solicitation Order, as applicable.

Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement"),[4] which accompanies this Ballot on CD-ROM.  Any party may request, at the expense of the Debtors' estates, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Amended Committee Disclosure Statement and the Amended Committee Plan before you vote.  In addition, on _____, the United States Bankruptcy Court for the Southern District of Florida signed an order (the "Solicitation Order") which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan.  The Solicitation Order contains important information regarding the balloting process.  Please read the Solicitation Order and the instructions sent with this Ballot prior to submitting this Ballot.

Your Interests have been placed in Class 2 for Debtor CRE America Corporation, under the Amended Committee Plan because you have been identified as a holder of CRE Stock Interests.  If you hold Claims or Interests in other classes or for other Debtors in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Amended Committee Plan.  You must vote all CRE Stock Interests of which you are a holder either to accept or reject the Amended Committee Plan.

If the Amended Committee Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ITEM 1.**  AGGREGATE AMOUNT OF CRE STOCK INTERESTS.  The undersigned certifies that as of _____ (the "Record Date"), the undersigned was the holder of _____ interests in the aggregate unpaid amount set forth below.

$_____

**The preprinted amount of your Interest as set forth above controls for voting purposes.**

**ITEM 2.**  CLASS 2 (CRE STOCK INTERESTS) VOTE.  The holder of the CRE Stock Interests set forth above hereby votes with respect to its CRE Stock Interests as follows (check one box only):

☐  **I ACCEPT THE AMENDED COMMITTEE PLAN**

☐  **I REJECT THE AMENDED COMMITTEE PLAN**

---

[4] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

2

**ITEM 3.**     CERTIFICATION.  By signing this Ballot, the holder of the CRE Interests identified in Item 1 certifies that it:

a)     is the holder of the CRE Stock Interests to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Amended Committee Plan;

b)     has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Amended Committee Plan, Amended Committee Disclosure Statement and Solicitation Order; and

c)     has not submitted any other Ballots relating to the CRE Stock Interests that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

Name:_____
           (Print or Type)

By:_____
           (If Appropriate)

Title:_____
           (If Appropriate)

Address:_____

City, State, Zip Code:_____

Telephone No._____

Signature:_____

Date Completed:_____

This Ballot shall not constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

3

**YOUR BALLOT MUST BE <u>ACTUALLY</u> <u>RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE VOTING DEADLINE (_____), OR YOUR VOTE WILL NOT BE COUNTED.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE AMENDED COMMITTEE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

4

## VOTING INSTRUCTIONS

1.      All capitalized terms used in the Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

2.      Please read and follow these instructions carefully.  Your Ballot must be <u>actually received</u> by the Voting Agent by (a) first class mail postage prepaid in the return envelope provided with the Ballot, or (b) personal delivery, overnight courier, or first class mail to BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, no later than 4:00 p.m. Eastern Time on _____, unless such time is extended, or your Ballot will not be counted.

3.      In order for your vote to count, you must:

(a)  Complete Item 1;

(b)  Cast ONE vote to accept or reject the Amended Committee Plan by checking the proper box in Item 2;

(c)  Review and complete the certifications in Item 3;

(d)  Sign the Ballot – your original signature is required on the Ballot in order for your vote to count;

(e)  If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing and, if requested, provide proof of your authorization to so sign.  In addition, please provide your name and mailing address if different from that set forth on the Ballot; and

(f)  Return the completed Ballot to the Voting Agent in the postage prepaid pre-addressed envelope enclosed with this Ballot.

4.      If you believe you received the wrong form of Ballot or if you need additional Ballots, please immediately contact the Voting Agent.

**5.      If you wish to have your Claim allowed for purposes of voting on the Amended Committee Plan in a manner that is inconsistent with the Ballot you received or if you did not receive a Ballot and wish to have your Claim temporarily allowed for voting purposes only, you must serve on counsel to the Committee, counsel to the Debtors, and the United States Trustee, and file with the Bankruptcy Court, on or before _____, a motion for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such Claim for purposes of voting (the "3018 Motion").  A 3018 Motion  must set forth with particularly the amount and classification of which you believe your Claim should be allowed for voting purposes, and the evidence in support of your belief.  In respect of any timely-filed 3018 Motion, the Ballot in question shall be counted (a) in the amount established by the Bankruptcy Court**

**in an order entered on or before the Voting Deadline, or (b) if such an order has not been entered by the Voting Deadline and unless the Committee and you have come to an agreement as to the relief requested in the 3018 Motion, in an amount equal to the preprinted amount on the Ballot or in accordance with the tabulation rules or in the event you did not receive a Ballot, you shall not have a Ballot counted at all. _____ has been established as the date for a hearing to consider all 3018 Motions.**

6.      If multiple Ballots are received from the same person with respect to the same Interests prior to the Voting Deadline, the latest dated, validly executed Ballot timely received will supersede and revoke any earlier received Ballot.  However, if a holder of Interests casts Ballots received by the Voting Agent dated with the same date, but which are voted inconsistently, such Ballots will not be counted.

7.      Any Ballot that is illegible or that contains insufficient information to permit the identification of the holder will not be counted.

8.      Properly executed Ballots that attempt to partially accept and partially reject the Amended Committee Plan will not be counted.

9.      After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Committee unless by order of the Bankruptcy Court.

10.     This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11.     If you hold Claims or Interests in more than one class under the Amended Committee Plan, you may receive more than one Ballot for each different class.  Each Ballot votes only your Claims of Interests indicated on that Ballot.  Please complete and return each Ballot you receive.

**PLEASE MAIL YOUR BALLOT PROMPTLY.  BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

**YOU MAY USE THE PRE-PAID RETURN ENVELOPE PROVIDED WITH THE BALLOT, OR YOU MAY RETURN YOUR BALLOT BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:**

**BANKUNITED BALLOT PROCESSING CENTER**
**C/O EPIQ BANKRUPTCY SOLUTIONS, LLC**
**757 THIRD AVENUE, 3RD FLOOR**
**NEW YORK, NY 10017**

2

**EXHIBIT B**

**MASTER BALLOTS**

US2008 2416928.12

**<u>Subordinated Notes Claims – Master Ballot</u>**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

|  |  |
|---|---|
| | Chapter 11 |
| In re: | |
| | Case No. 09-19940-LMI |
| BANKUNITED FINANCIAL CORPORATION, *et al.*,[1] | |
| Debtor. | Jointly Administered |

_____/

### MASTER BALLOT FOR VOTING NOMINEES OF HOLDERS OF CLASS 6 SUBORDINATED NOTES CLAIMS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**COMPLETE, SIGN AND DATE THIS MASTER BALLOT AND RETURN IT TO EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "<u>VOTING AGENT</u>") AT THE FOLLOWING ADDRESS: BANKUNITED BALLOT PROCESSING CENTER, C/O EPIQ BANKRUPTCY SOLUTIONS, LLC, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NY 10017. IF THIS MASTER BALLOT HAS NOT BEEN <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE _____, 2011 AT 4:00 P.M. EASTERN TIME, UNLESS SUCH TIME IS EXTENDED (THE "<u>VOTING DEADLINE</u>"), THE VOTES OF YOUR BENEFICIAL OWNERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE MASTER BALLOT IS RECEIVED BY THE VOTING AGENT BEFORE THE VOTING DEADLINE.**

You must deliver the completed, executed Master Ballot (as defined below) so that it is **actually received** by the Voting Agent on or before the Voting Deadline. For each completed, executed ballot returned to you by a Beneficial Owner (each, a "<u>Beneficial Ballot</u>"), you must retain a copy of such Beneficial Ballot in your files for one year from the Voting Deadline.

This master ballot (the "<u>Master Ballot</u>") is to be used by you, as a broker, bank, commercial bank, trust company, dealer, or other agent or nominee (each of the foregoing, a "<u>Voting Nominee</u>") to transmit the votes of the Beneficial Owners of the BankUnited Financial

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

Corporation Subordinated Notes,[2] in respect of their Class 6 Subordinated Notes Claims to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (as may be amended from time to time, the "Amended Committee Plan"),[3] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors (the "Committee").

On [_____], the United States Bankruptcy Court for the Southern District of Florida signed the Order (I) Approving Disclosure Statement; (II) Setting Hearing on Confirmation of Plan; (III) Setting Hearing on Fee Applications; (IV) Setting Various Deadlines; and (V) Describing Plan Proponent's Obligations (the "Form Local Order"), which approved the Disclosure Statement for the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement").[4] On [_____], the Court signed an additional order (the "Solicitation Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan. These documents are contained on the CD-ROM previously sent. Any party may request, at the Debtors' expense, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent. The Solicitation Order also contains important information regarding the balloting process. Please read the Form Local Order, the Solicitation Order and the instructions sent with this Master Ballot prior to submitting this Master Ballot.

**Item 1- CERTIFICATION OF AUTHORITY TO VOTE**. The Undersigned certifies that as of _____, 2011, (the "Record Date"), the Undersigned (please check applicable box):

☐ Is a broker, bank, or other agent or nominee for the Beneficial Owners of the aggregate principal amount of Subordinated Notes listed in Items 2 and 3 below that is the registered holder of such securities; or

☐ Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, bank, or other agent or nominee that is the registered holder of the aggregate principal amount of Subordinated Notes listed in Items 2 and 3 below; or

☐ Has been granted a proxy (the original of which is attached hereto) from a broker, bank, or other nominee, or a Beneficial Owner, that is the registered holder of the aggregate principal amount of Subordinated Notes listed in Items 2 and 3 and accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Owners of the Subordinated Notes described below.

---

[2] All capitalized terms used in the Master Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

[3] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[4] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

**Item 2 — TABULATION OF BENEFICIAL OWNER VOTING**. The undersigned certifies that:

**Acceptances**. _____ Beneficial Owner(s) of Subordinated Notes in the aggregate unpaid principal amount of $_____ have delivered duly completed Beneficial Ballots to the undersigned (or, such information was derived from Beneficial Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Amended Committee Plan; and

**Rejections**. _____ Beneficial Owner(s) of Subordinated Notes in the aggregate unpaid principal amount of $_____ have delivered duly completed Beneficial Ballots to the undersigned (or, such information was derived from Beneficial Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Amended Committee Plan.

Item 3 — TRANSMITTAL OF VOTES FROM BENEFICIAL BALLOTS. The undersigned transmits the following votes of Beneficial Owners of the Subordinated Notes and certifies that the following are Beneficial Owners, as of the Record Date, and have delivered to the undersigned, as Voting Nominee, Beneficial Ballots casting such votes (indicate in each column the aggregate principal amount voted for each account - please note that each Beneficial Owner must vote all of his, her, or its Claims to accept or reject the Amended Committee Plan and may not split such vote):

| Your Customer Name or Account Number for Each Beneficial Owner of Subordinated Notes and name of each Beneficial Owner voting on the Amended Committee Plan | Principal Amount of Subordinated Notes Voted to ACCEPT the Amended Committee Plan[5] | Principal Amount of Subordinated Notes Voted to REJECT the Amended Committee Plan |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| TOTALS | $ | $ |

If space provided is insufficient, attach additional sheets in the same format.

_____

[5] Please note that each Beneficial Owner must vote all of his, her, or its Claims to accept or reject the Amended Committee Plan and may not split such vote.

3

Item 4 — ADDITIONAL BALLOTS SUBMITTED BY BENEFICIAL OWNERS OF SUBORDINATED NOTES

The undersigned certifies that it has transcribed in the following table the information, if any, provided in Item 3 of each Beneficial Ballot received from a Beneficial Owner of the Subordinated Notes. Please use additional sheets of paper if necessary.

**Information to be transcribed from Item 3 Beneficial Ballots regarding other Beneficial Ballots cast in respect of Subordinated Notes in BankUnited Financial Corporation Class 6**

| Your Customer Name or Account Number for Each Beneficial Owner who completed Item 3 of the Subordinated Claims Ballot | Account Number of Subordinated Notes | Name of Registered Holder or Voting Nominee of Subordinated Notes | CUSIP Number of Subordinated Notes | Principal Amount of Subordinated Notes Voted in Additional Ballot(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

If space provided is insufficient, attach additional sheets in the same format.

**Item 5 — CERTIFICATION**. By signing this Master Ballot, the undersigned certifies that: (a) each Beneficial Owner of the Subordinated Notes whose votes are being transmitted by this Master Ballot has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement, Form Local Order, Solicitation Order and a Ballot for voting his, her or its Claims; and (b) it is the registered holder of  the Subordinated Notes to which this Master Ballot pertains and/or has full power and authority to vote to accept or reject the Amended Committee Plan. The undersigned also acknowledges that this solicitation of this vote to accept or reject the Amended Committee Plan is subject to all the terms and conditions set forth in the Solicitation Order, dated [_____], 2011.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS MASTER BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

_____
Name of Voting Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
Date Completed

**PLEASE COMPLETE, SIGN, AND DATE THIS MASTER BALLOT AND RETURN IT TO THE VOTING AGENT AT THE FOLLOWING ADDRESS: BANKUNITED BALLOT PROCESSING CENTER, C/O EPIQ BANKRUPTCY SOLUTIONS, LLC, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NY 10017. IF THIS MASTER BALLOT HAS NOT BEEN <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE _____, 2011 AT 4:00 P.M. EASTERN TIME, UNLESS SUCH TIME IS EXTENDED, THE VOTES OF YOUR BENEFICIAL OWNERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE MASTER BALLOT IS RECEIVED BY THE VOTING AGENT BEFORE THE VOTING DEADLINE.**

**BALLOTS RECEIVED BY FACSIMILE OR OTHER ELECTRONIC MEANS OR RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.**

## VOTING INSTRUCTIONS

**VOTING DEADLINE:**

The Voting Deadline is _____, 2011 at 4:00 p.m. Eastern Time, unless such time is extended. To have the vote of your Beneficial Owners count, you must complete, sign, and return this Master Ballot so that it is received by the Voting Agent at the address set forth in the Master Ballot on or before the Voting Deadline.[1]

**HOW TO VOTE:**

If you are transmitting the votes of any Beneficial Owner(s) of the Subordinated Notes other than yourself in the Master Ballot, you must deliver the Class 6 Beneficial Ballot(s) to the Beneficial Owner(s), along with the Plan (provided on CD-ROM), Disclosure Statement (provided on CD-ROM), Form Local Order, Solicitation Order, and other materials requested to be forwarded, and take the necessary actions to enable such Beneficial Owner(s) to complete and execute such Beneficial Ballot(s) voting to accept or reject the Amended Committee Plan, and to return the completed, executed Beneficial Ballot(s) to you in sufficient time to enable you to complete the Master Ballot and deliver it to the Voting Agent so that it is actually received before the Voting Deadline.

With respect to all of the Beneficial Ballot(s) returned to you, you must properly complete the Master Ballot, as follows:

1.      Check the appropriate box in Item 1 on the Master Ballot;

2.      In Item 2, indicate the total number of votes and total amount of such votes to accept or reject the Plan;

3.      Transcribe the votes from the Beneficial Ballots in Item 3 and indicate whether the Beneficial Owner voted to accept or reject the Amended Committee Plan;

IMPORTANT: BENEFICIAL OWNERS MAY NOT SPLIT THEIR VOTES. EACH BENEFICIAL OWNER MUST VOTE ALL OF HIS, HER OR ITS SUBORDINATED NOTES CLAIMS EITHER TO ACCEPT OR REJECT THE AMENDED COMMITTEE PLAN. IF ANY BENEFICIAL OWNER HAS ATTEMPTED TO SPLIT SUCH VOTE, PLEASE CONTACT THE BENEFICIAL OWNER TO CORRECT HIS, HER OR ITS BENEFICIAL BALLOT OR THE VOTING AGENT IMMEDIATELY.

4.      Transcribe from Item 3 of the Beneficial Ballot for the Subordinated Notes Claims the information provided by the Beneficial Owners into Item 4;

5.      Review and complete the certification in Item 5 of the Master Ballot;

6.      Ensure that each Beneficial Ballot is signed and that the certification has been completed;

---

[1] All capitalized terms used in the Master Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

7.      Sign and date the Master Ballot;

8.      If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item of the Master Ballot to which you are responding;

9.      You must deliver the completed, executed Master Ballot so that it is actually received by the Voting Agent on or before the Voting Deadline. For each completed, executed Beneficial Ballot returned to you by a Beneficial Owner, you must retain a copy of such Beneficial Ballot in your files for one year from the Voting Deadline;

10.      Votes cast by Beneficial Owners through a Voting Nominee will be applied against the positions held by such entities in the applicable security as of the Record Date, as evidenced by the record and depository listings. Votes submitted by a Voting Nominee, pursuant to a Master Ballot, will not be counted in excess of the record amount of such securities held by such Voting Nominee;

11.      To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees;

12.      To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept and reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security; and

13.      After the Voting Deadline, no vote may be withdrawn without the prior consent of the Debtors.

**PLEASE NOTE:**

This Master Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan.  Holders should not surrender debt instruments at this time. The Voting Agent will not accept delivery of any such instruments surrendered together with a Master Ballot or Beneficial Ballot.

No Beneficial Ballot or Master Ballot shall constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

No fees or commissions or other remuneration will be payable to any Voting Nominee. Upon written request, however, the Debtors will reimburse you for reasonable, actual and necessary out-of-pocket expenses associated with the distribution of the Solicitation Packages to your clients, the tabulation of the Beneficial Ballots and the completion of this Master Ballot.

**IF YOU BELIEVE THAT YOU ARE MISSING ANY MATERIALS FROM THE SOLICITATION PACKAGE OR THAT YOU HAVE RECEIVED THE WRONG BALLOT, OR IF YOU HAVE QUESTIONS REGARDING THIS MASTER BALLOT,**

**OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL BALLOTS OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

**PLEASE COMPLETE, SIGN, AND DATE THIS MASTER BALLOT AND RETURN IT TO THE VOTING AGENT AT THE FOLLOWING ADDRESS: BANKUNITED BALLOT PROCESSING CENTER, C/O EPIQ BANKRUPTCY SOLUTIONS, LLC, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NY 10017.**

**Senior Notes Claims – Master Ballot**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

      Debtor.

_____/

Chapter 11

Case No. 09-19940-LMI

Jointly Administered

## MASTER BALLOT FOR VOTING NOMINEES OF HOLDERS OF CLASS 4 SENIOR NOTES CLAIMS TO ACCEPT OR REJECT THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**COMPLETE, SIGN AND DATE THIS MASTER BALLOT AND RETURN IT TO EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "VOTING AGENT") AT THE FOLLOWING ADDRESS: BANKUNITED BALLOT PROCESSING CENTER, C/O EPIQ BANKRUPTCY SOLUTIONS, LLC, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NY 10017. IF THIS MASTER BALLOT HAS NOT BEEN ACTUALLY RECEIVED BY THE VOTING AGENT ON OR BEFORE _____, 2011 AT 4:00 P.M. EASTERN TIME, UNLESS SUCH TIME IS EXTENDED (THE "VOTING DEADLINE"), THE VOTES OF YOUR BENEFICIAL OWNERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE MASTER BALLOT IS RECEIVED BY THE VOTING AGENT BEFORE THE VOTING DEADLINE.**

You must deliver the completed, executed Master Ballot (as defined below) so that it is **actually received** by the Voting Agent on or before the Voting Deadline.  For each completed, executed ballot returned to you by a Beneficial Owner (each, a "Beneficial Ballot"), you must retain a copy of such Beneficial Ballot in your files for one year from the Voting Deadline.

This master ballot (the "Master Ballot") is to be used by you, as a broker, bank, commercial bank, trust company, dealer, or other agent or nominee (each of the foregoing, a "Voting Nominee") to transmit the votes of the Beneficial Owners of the BankUnited Financial

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

Corporation Senior Notes,[2] in respect of their Class 4 Senior Notes Claims to accept or reject the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "Amended Committee Plan"),[3] which is proposed by the Official Committee of Unsecured Creditors of the above-captioned Debtors (the "Committee").

On [_____], the United States Bankruptcy Court for the Southern District of Florida signed the Order (I) Approving Disclosure Statement; (II) Setting Hearing on Confirmation of Plan; (III) Setting Hearing on Fee Applications; (IV) Setting Various Deadlines; and (V) Describing Plan Proponent's Obligations (the "Form Local Order"), which approved the Disclosure Statement for the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement").[4] On _____, the Court signed an additional order (the "Solicitation Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Amended Committee Plan. These documents are contained on the CD-ROM previously sent. Any party may request, at the Debtors' expense, hard copies of the Amended Committee Disclosure Statement, together with the Amended Committee Plan and other exhibits annexed thereto, from the Voting Agent.  The Solicitation Order also contains important information regarding the balloting process.  Please read the Form Local Order, the Solicitation Order and the instructions sent with this Master Ballot prior to submitting this Master Ballot.

**Item 1- CERTIFICATION OF AUTHORITY TO VOTE**. The Undersigned certifies that as of _____, 2011, (the "Record Date"), the Undersigned (please check applicable box):

☐    Is a broker, bank, or other agent or nominee for the Beneficial Owners of the aggregate principal amount of Senior Notes listed in Items 2 and 3 below that is the registered holder of such securities; or

☐    Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, bank, or other agent or nominee that is the registered holder of the aggregate principal amount of Senior Notes listed in Items 2 and 3 below; or

☐    Has been granted a proxy (the original of which is attached hereto) from a broker, bank, or other nominee, or a Beneficial Owner, that is the registered holder of the aggregate principal amount of Senior Notes listed in Items 2 and 3 and accordingly, has full power and authority to vote to accept or reject the Amended Committee Plan on behalf of the Beneficial Owners of the Senior Notes described below.

---

[2]  All capitalized terms used in the Master Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

[3]  The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[4]  The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

**Item 2 — TABULATION OF BENEFICIAL OWNER VOTING**. The undersigned certifies that:

> **Acceptances**. _____ Beneficial Owner(s) of Senior Notes in the aggregate unpaid principal amount of $_____ have delivered duly completed Beneficial Ballots to the undersigned (or, such information was derived from Beneficial Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Amended Committee Plan; and

> **Rejections**. _____ Beneficial Owner(s) of Senior Notes in the aggregate unpaid principal amount of $_____ have delivered duly completed Beneficial Ballots to the undersigned (or, such information was derived from Beneficial Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Amended Committee Plan.

Item 3 — TRANSMITTAL OF VOTES FROM BENEFICIAL BALLOTS. The undersigned transmits the following votes of Beneficial Owners of the Senior Notes and certifies that the following are Beneficial Owners, as of the Record Date, and have delivered to the undersigned, as Voting Nominee, Beneficial Ballots casting such votes (indicate in each column the aggregate principal amount voted for each account - please note that each Beneficial Owner must vote all of his, her, or its Claims to accept or reject the Amended Committee Plan and may not split such vote):

| Your Customer Name or Account Number for Each Beneficial Owner of Senior Notes and name of each Beneficial Owner voting on the Amended Committee Plan | Principal Amount of Senior Notes Voted to ACCEPT the Amended Committee Plan[5] | Principal Amount of Senior Notes Voted to REJECT the Amended Committee Plan |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| TOTALS | $ | $ |

> If space provided is insufficient, attach additional sheets in the same format.

---

[5] Please note that each Beneficial Owner must vote all of his, her, or its Claims to accept or reject the Amended Committee Plan and may not split such vote.

**Item 4 — ADDITIONAL BALLOTS SUBMITTED BY BENEFICIAL OWNERS OF SENIOR NOTES**

The undersigned certifies that it has transcribed in the following table the information, if any, provided in Item 3 of each Beneficial Ballot received from a Beneficial Owner of the Senior Notes. Please use additional sheets of paper if necessary.

**Information to be transcribed from Item 3 Beneficial Ballots regarding other Beneficial Ballots cast in respect of Senior Notes in BankUnited Financial Corporation Class 4**

| Your Customer Name or Account Number for Each Beneficial Owner who completed Item 3 of the Senior Notes Claims Ballot | Account Number of Senior Notes | Name of Registered Holder or Voting Nominee of Senior Notes | CUSIP Number of Senior Notes | Principal Amount of Senior Notes Voted in Additional Ballot(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

If space provided is insufficient, attach additional sheets in the same format.

4

**Item 5 — CERTIFICATION**. By signing this Master Ballot, the undersigned certifies that: (a) each Beneficial Owner of the Senior Notes whose votes are being transmitted by this Master Ballot has been provided with a copy of the Amended Committee Plan, Amended Committee Disclosure Statement, Form Local Order, Solicitation Order and a Ballot for voting his, her or its Claims; and (b) it is the registered holder of the Senior Notes to which this Master Ballot pertains and/or has full power and authority to vote to accept or reject the Amended Committee Plan. The undersigned also acknowledges that this solicitation of this vote to accept or reject the Amended Committee Plan is subject to all the terms and conditions set forth in the Solicitation Order, dated [_____], 2011.

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THIS MASTER BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

_____

Name of Voting Nominee

_____

Participant Number

_____

Signature

_____

If by Authorized Agent, Name and Title

_____

Street Address

_____

City, State and Zip Code

_____

Telephone Number

_____

Date Completed

**PLEASE COMPLETE, SIGN, AND DATE THIS MASTER BALLOT AND RETURN IT TO THE VOTING AGENT AT THE FOLLOWING ADDRESS: BANKUNITED BALLOT PROCESSING CENTER, C/O EPIQ BANKRUPTCY SOLUTIONS, LLC, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NY 10017. IF THIS MASTER BALLOT HAS NOT BEEN ACTUALLY RECEIVED BY THE VOTING AGENT ON OR BEFORE _____, 2011 AT 4:00 P.M. EASTERN TIME, UNLESS SUCH TIME IS EXTENDED, THE VOTES OF YOUR BENEFICIAL OWNERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE MASTER BALLOT IS RECEIVED BY THE VOTING AGENT BEFORE THE VOTING DEADLINE.**

**BALLOTS RECEIVED BY FACSIMILE OR OTHER ELECTRONIC MEANS OR RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.**

## VOTING INSTRUCTIONS

**VOTING DEADLINE:**

The Voting Deadline is _____, 2011 at 4:00 p.m. Eastern Time, unless such time is extended. To have the vote of your Beneficial Owners count, you must complete, sign, and return this Master Ballot so that it is received by the Voting Agent at the address set forth in the Master Ballot on or before the Voting Deadline.[1]

**HOW TO VOTE:**

If you are transmitting the votes of any Beneficial Owner(s) of the Senior Notes other than yourself in the Master Ballot, you must deliver the Class 4 Beneficial Ballot(s) to the relevant Beneficial Owner(s), along with the Amended Committee Plan (provided on CD-ROM), Amended Committee Disclosure Statement (provided on CD-ROM), Form Local Order, Solicitation Order, and other materials requested to be forwarded, and take the necessary actions to enable such Beneficial Owners to complete and execute such Beneficial Ballot(s) voting to accept or reject the Amended Committee Plan, and to return the completed, executed Beneficial Ballot(s) to you in sufficient time to enable you to complete the Master Ballot and deliver it to the Voting Agent so that it is actually received before the Voting Deadline.

With respect to all of the Beneficial Ballot(s) returned to you, you must properly complete the Master Ballot, as follows:

1.     Check the appropriate box in Item 1 on the Master Ballot;

2.     In Item 2, indicate the total number of votes and total amount of such votes to accept or reject the Amended Committee Plan;

3.     Transcribe the votes from the Beneficial Ballots in Item 3 and indicate whether the Beneficial Owner voted to accept or reject the Amended Committee Plan;

IMPORTANT: BENEFICIAL OWNERS MAY NOT SPLIT THEIR VOTES. EACH BENEFICIAL OWNER MUST VOTE ALL OF HIS, HER OR ITS SENIOR NOTES CLAIMS EITHER TO ACCEPT OR REJECT THE AMENDED COMMITTEE PLAN. IF ANY BENEFICIAL OWNER HAS ATTEMPTED TO SPLIT SUCH VOTE, PLEASE CONTACT THE BENEFICIAL OWNER TO CORRECT HIS, HER OR ITS BENEFICIAL BALLOT OR THE VOTING AGENT IMMEDIATELY.

4.     Transcribe from Item 3 of the Beneficial Ballot for the Senior Notes Claims the information provided by the Beneficial Owners into Item 4;

5.     Review and complete the certification in Item 5 of the Master Ballot;

6.     Ensure that each Beneficial Ballot is signed and that the certification has been completed;

---

[1] All capitalized terms used in the Master Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Amended Committee Plan or Solicitation Order, as applicable.

7.      Sign and date the Master Ballot;

8.      If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item of the Master Ballot to which you are responding;

9.      You must deliver the completed, executed Master Ballot so that it is actually received by the Voting Agent on or before the Voting Deadline. For each completed, executed Beneficial Ballot returned to you by a Beneficial Owner, you must retain a copy of such Beneficial Ballot in your files for one year from the Voting Deadline;

10.     Votes cast by Beneficial Owners through a Voting Nominee will be applied against the positions held by such entities in the applicable security as of the Record Date, as evidenced by the record and depository listings. Votes submitted by a Voting Nominee, pursuant to a Master Ballot, will not be counted in excess of the record amount of such securities held by such Voting Nominee;

11.     To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees;

12.     To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Amended Committee Plan in the same proportion as the votes to accept and reject the Amended Committee Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security; and

13.     After the Voting Deadline, no vote may be withdrawn without the prior consent of the Debtors.

**PLEASE NOTE:**

This Master Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Amended Committee Plan.  Holders should not surrender debt instruments at this time. The Voting Agent will not accept delivery of any such instruments surrendered together with a Master Ballot or Beneficial Ballot.

No Beneficial Ballot or Master Ballot shall constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

No fees or commissions or other remuneration will be payable to any Voting Nominee. Upon written request, however, the Debtors will reimburse you for reasonable, actual and necessary out-of-pocket expenses associated with the distribution of the Solicitation Packages to your clients, the tabulation of the Beneficial Ballots and the completion of this Master Ballot.

**IF YOU BELIEVE THAT YOU ARE MISSING ANY MATERIALS FROM THE SOLICITATION PACKAGE OR THAT YOU HAVE RECEIVED THE WRONG**

**BALLOT, OR IF YOU HAVE QUESTIONS REGARDING THIS MASTER BALLOT, OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL BALLOTS OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT (646) 282-2400 OR VIA-EMAIL AT TABULATION@EPIQSYSTEMS.COM.**

**PLEASE COMPLETE, SIGN, AND DATE THIS MASTER BALLOT AND RETURN IT TO THE VOTING AGENT AT THE FOLLOWING ADDRESS: BANKUNITED BALLOT PROCESSING CENTER, C/O EPIQ BANKRUPTCY SOLUTIONS, LLC, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NY 10017.**

# **EXHIBIT C**

## **NOTICE OF UNIMPAIRED CLASS NON-VOTING STATUS**

US2008 2416928.12

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Chapter 11

In re:

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, *et al*.,[1]

Debtor.                                     Jointly Administered

_____/


## NOTICE OF NON-VOTING STATUS WITH RESPECT TO UNIMPAIRED CLASSES
## DEEMED TO ACCEPT THE AMENDED COMMITTEE PLAN

TO:    ALL HOLDERS OF CLAIMS IN BANKUNITED FINANCIAL CORPORATION
       CLASS 1 (BUFC SECURED CLAIMS) AND BANKUNITED FINANCIAL
       CORPORATION CLASS 2 (NON-FDIC PRIORITY CLAIMS)

       1.    On May 6, 2011, the Official Committee of Unsecured Creditors of the above-captioned Debtors (the "Committee"), filed the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "Amended Committee Plan").[2]

       2.    On [_____], the United States Bankruptcy Court for the Southern District of Florida (the "Court") entered an order (the "Solicitation Order") approving the Disclosure Statement for the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement")[3] and the Committee's procedures for soliciting votes on the Plan.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

[2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[3] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

3.      In accordance with the terms of the Amended Committee Plan and the Bankruptcy Code, holders of Claims[4] in BankUnited Financial Corporation Class 1 (BUFC Secured Claims) and BankUnited Financial Corporation Class 2 (Non-FDIC Priority Claims) are Unimpaired under section 1124 of the Bankruptcy Code and, therefore, pursuant to Section 1126(f) of the Bankruptcy Code, are conclusively presumed to have accepted the Plan and are not entitled to vote on the Plan.  You have been sent this notice because you have been identified as a holder of a Claim in BankUnited Financial Corporation Class 1 or BankUnited Financial Corporation Class 2.  This notice is provided to you for informational purposes only.

4.      Any party in interest wishing to obtain copies of the Amended Committee Disclosure Statement, the Amended Committee Plan, the Solicitation Order or other information about the solicitation procedures may request such information by contacting Epiq Bankruptcy Solutions, LLC (the "Voting Agent) (i) by first class mail, personal delivery, or overnight courier, at BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Systems, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; or (ii) telephoning the Voting Agent at (646) 282-2400.  Copies of the Amended Committee Disclosure Statement, the Amended Committee Plan and the Solicitation Order are also available on the Internet at:www.dm.epiq11.com/BankUnited.

Dated: _____, 2011               Respectfully submitted,


                                            KILPATRICK TOWNSEND & STOCKTON LLP

                                            _/s/ Todd C. Meyers_____
                                            Todd C. Meyers
                                            (Admitted *Pro Hac Vice*)
                                            Robbin Rahman
                                            Georgia Bar No. 592151
                                            1100 Peachtree Street, Suite 2800
                                            Atlanta, Georgia  30309-4530
                                            (404) 815-6500 (Telephone)
                                            (404) 815-6555 (Facsimile)
                                            tmeyers@kilpatricktownsend.com
                                            rrahman@kilpatricktownsend.com

                                            and

                                            KOZYAK TROPIN & THROCKMORTON, P.A.

                                            Corali  Lopez-Castro, Esq.
                                            Florida Bar No. 863830
                                            2525 Ponce De Leon, 9th Floor
                                            Miami, Florida 33134
                                            (305) 372-1800 (Telephone)

---

[4] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or Solicitation Order, as applicable.

(305) 372-3508 (Facsimile)
clc@kttlaw.com

Counsel for the Official Committee of Unsecured
Creditors of BankUnited Financial
Corporation, et al.

## **EXHIBIT D**

**NOTICE OF DEEMED REJECTING CLASS NON-VOTING STATUS**

US2008 2416928.12

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Chapter 11

In re:

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

Debtor.                                    Jointly Administered

_____/


## NOTICE OF NON-VOTING STATUS WITH RESPECT TO
## IMPAIRED CLASSES DEEMED TO REJECT THE AMENDED COMMITTEE PLAN

TO:    ALL HOLDERS OF INTERESTS IN BANKUNITED FINANCIAL CORPORATION
       CLASS 7 (BUFC PREFERRED STOCK INTERESTS) AND BANKUNITED
       FINANCIAL CORPORATION CLASS 8 (BUFC COMMON STOCK INTERESTS)

       1.      On May 6, 2011, the Official Committee of Unsecured Creditors of the above-captioned Debtors (the "Committee"), filed the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "Amended Committee Plan").[2]

       2.      On [_____], the United States Bankruptcy Court for the Southern District of Florida (the "Court") entered an order (the "Solicitation Order") approving the Disclosure Statement for the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement")[3] and the Committee's procedures for soliciting votes on the Plan.

_____

       [1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

       [2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

       [3] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

3.      In accordance with the terms of the Plan and Section 1126(g) of the Bankruptcy Code, holders of Interests[4] in BankUnited Financial Corporation Class 7 (BUFC Preferred Stock Interests) and BankUnited Financial Corporation Class 8 (BUFC Common Stock Interests) are neither receiving nor retaining any property on account of their Interests and, therefore, are conclusively presumed to have rejected the Plan and are not entitled to vote on the Plan.  You have been sent this notice because you have been identified as a holder of an Interest in BankUnited Financial Corporation Class 7 or Class 8.  This notice is provided to you for informational purposes only.

4.      Any party in interest wishing to obtain copies of the Amended Committee Disclosure Statement, the Amended Committee Plan, the Solicitation Order or other information about the solicitation procedures may request such information by contacting Epiq Bankruptcy Solutions, LLC (the "Voting Agent") (i) by first class mail, personal delivery, or overnight courier, at BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Systems, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; or (ii) telephoning the Voting Agent at (646) 282-2400.  Copies of the Amended Committee Disclosure Statement, the Amended Committee Plan and the Solicitation Order are also available on the Internet at:www.dm.epiq11.com/BankUnited.

Dated: _____, 2011            Respectfully submitted,

                                          KILPATRICK TOWNSEND & STOCKTON LLP

                                           /s/ Todd C. Meyers
                                          Todd C. Meyers
                                          (Admitted *Pro Hac Vice*)
                                          Robbin Rahman
                                          Georgia Bar No. 592151
                                          1100 Peachtree Street, Suite 2800
                                          Atlanta, Georgia  30309-4530
                                          (404) 815-6500 (Telephone)
                                          (404) 815-6555 (Facsimile)
                                          tmeyers@kilpatricktownsend.com
                                          rrahman@kilpatricktownsend.com

                                          and

                                          KOZYAK TROPIN & THROCKMORTON, P.A.

                                          Corali  Lopez-Castro, Esq.
                                          Florida Bar No. 863830
                                          2525 Ponce De Leon, 9th Floor
                                          Miami, Florida 33134
                                          (305) 372-1800 (Telephone)
                                          (305) 372-3508 (Facsimile)
                                          clc@kttlaw.com

---

[4]All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or Solicitation Order, as applicable.

US2008 2601355.2

Counsel for the Official Committee of Unsecured
Creditors of BankUnited Financial
Corporation, et al.

US2008 2601355.2

**<u>EXHIBIT E</u>**

**PUBLICATION NOTICE**

US2008 2416928.12

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Chapter 11

In re:

Case No. 09-19940-LMI

BANKUNITED FINANCIAL
CORPORATION, *et al.*,[1]

Debtor.            Jointly Administered

_____/

## NOTICE OF HEARING TO CONSIDER CONFIRMATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE THAT on May 6, 2011, the Official Committee of Unsecured Creditors of the above-captioned Debtors (the "Committee"), filed the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 827] (as may be amended and supplemented from time to time, the "Amended Committee Plan")[2] and the Disclosure Statement for the Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 829] (as may be amended or supplemented, the "Amended Committee Disclosure Statement").[3]

PLEASE TAKE FURTHER NOTICE THAT:

1. On [_____], 2011, the United States Bankruptcy Court for the Southern District of Florida (the "Court") entered an order (the "Solicitation Order") approving the Amended Committee Disclosure Statement and the Committee's procedures for soliciting votes on the Amended Committee Plan.

2. The deadline for voting to accept or reject the Amended Committee Plan is 4:00 p.m. Eastern Time on _____, 2011, unless such time is extended.  Objections to the Amended Committee

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 S. Biscayne Blvd., Suite 1818, Miami, Florida 33131.

[2] The Amended Committee Plan amends the Official Committee of Unsecured Creditors Joint Plan of Liquidation [ECF No. 811] (the "Original Committee Plan"), filed on April 11, 2011.

[3] The Amended Committee Disclosure Statement amends the Disclosure Statement for the Official Committee of Unsecured Creditors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 812], filed on April 11, 2011.

Plan must comply with the Solicitation Order and be filed by 4:00 p.m. Eastern Time on _____, 2011.  A hearing to consider confirmation of the Amended Committee Plan will be held on _____, 2011 at 9:30 a.m. Eastern Time, convened at the United States Bankruptcy Court for the Southern District of Florida, Courtroom 1409, United States Courthouse, 51 S.W. 1st Avenue, Miami, Florida 33130.

       3.     Any party in interest wishing to obtain copies of the Amended Committee Disclosure Statement, the Amended Committee Plan, the Solicitation Order or other information about the solicitation procedures may request such information by contacting Epiq Bankruptcy Solutions, LLC (the "Voting Agent") (i) by first class mail, personal delivery, or overnight courier, at BankUnited Ballot Processing Center, c/o Epiq Bankruptcy Systems, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; or (ii) telephoning the Voting Agent at (646) 282-2400.  Copies of the Amended Committee Disclosure Statement, the Amended Committee Plan and the Solicitation Order are also available on the Internet at:www.dm.epiq11.com/BankUnited.

Dated: _____, 2011          Respectfully submitted,

                                                  KILPATRICK TOWNSEND & STOCKTON LLP

                                                 /s/ Todd C. Meyers
                                                Todd C. Meyers
    (Admitted *Pro Hac Vice*)
    Robbin Rahman
    Georgia Bar No. 592151
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia  30309-4530
    (404) 815-6500 (Telephone)
    (404) 815-6555 (Facsimile)
    tmeyers@kilpatricktownsend.com
    rrahman@kilpatricktownsend.com

    and

    KOZYAK TROPIN & THROCKMORTON, P.A.

    Corali Lopez-Castro, Esq.
    Florida Bar No. 863830
    2525 Ponce De Leon, 9th Floor
    Miami, Florida 33134
    (305) 372-1800 (Telephone)
    (305) 372-3508 (Facsimile)
    clc@kttlaw.com

    Counsel for the Official Committee of Unsecured Creditors of BankUnited Financial Corporation, et al.

2