UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER    09-19941-LMI |
| | } | |
| BANKUNITED FINANCIAL | } | |
| SERVICES, INC. | } | JUDGE   Hon. Laurel M. Isicoff |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTORS' CONSOLIDATED STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM    April 1, 2011    TO    April 30, 2011

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____, CRO
Debtor's Signature

Debtor's Address
and Phone Number:

c/o Development Specialists, Inc.

200 South Biscayne Boulevard, Suite 1818

Miami, FL 33131-2329

(305) 374-2717

Attorney's Address
and Phone Number:

Greenberg Traurig, P.A.

333 Avenue of the Americas

Miami, FL 33131

(305) 579-0500

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

MOR-1

**GENERAL DISCLAIMER**

This bankruptcy case was filed on May 22, 2009, the day after the regulatory seizure of Debtor BankUnited Financial Corporation's wholly-owned banking subsidiary, BankUnited, FSB, and the ensuing sale of that subsidiary's assets by the Federal Deposit Insurance Corporation to BankUnited, a de novo federal savings association organized under the laws of the United States ("New Bank"). The Debtors' current Chief Restructuring Officer, Joseph J. Luzinski (the "CRO") was appointed effective June 2, 2009, eleven days after these cases were filed. Nearly all of the books and records of the Debtors are presently in the possession of the FDIC or New Bank. **Accordingly, the information contained herein is based on the information currently available to the CRO and is subject to modification as additional information becomes available.**

**Nothing herein shall be construed as an admission or determination by the Debtor as to any amount or value set forth herein, the validity of any debt listed herein, ownership of any asset listed herein, the completeness of any financial statement set forth herein, or otherwise as to the accuracy or completeness of any information contained herein. The Debtor expressly reserve the right to modify any and all information contained herein as additional information becomes available.**

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING April 1, 2011 AND ENDING April 30, 2011

Name of Debtor: BANKUNITED FINANCIAL SERVICES, INC.
Date of Petition: May 22, 2009
Case Number: 09-19941-LMI

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ 2,132,004 (a) | $ - (b) |
| 2. RECEIPTS: | | |
|    A. Cash Sales | $ - | $ - |
|      Minus: Cash Refunds | (-) $ - | $ - |
|      Net Cash Sales | $ - | $ - |
|    B. Accounts Receivable | $ - | $ - |
|    C. Other Receipts (See MOR-3) | $ 3,300 | $ 2,138,675 |
|    (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | $ 3,300 | $ 2,138,675 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $ 2,135,304 | $ 2,138,675 |
| 5 DISBURSEMENTS | | |
|    A. Advertising | $ - | $ - |
|    B. Bank Charges | $ - | $ - |
|    C. Contract Labor | $ - | $ 796 |
|    D. Fixed Asset Payments (not incl. in "N") | $ - | $ - |
|    E. Insurance | $ - | $ - |
|    F. Inventory Payments (See Attach. 2) | $ - | $ - |
|    G. Leases | $ - | $ - |
|    H. Manufacturing Supplies | $ - | $ - |
|    I. Office Supplies | $ - | $ - |
|    J. Payroll - Net (See Attachment 4B) | $ - | $ - |
|    K. Professional Fees (Accounting & Legal) | $ - | $ - |
|    L. Rent | $ - | $ - |
|    M. Repairs & Maintenance | $ - | $ - |
|    N. Secured Creditor Payments (See Attach. 2) | $ - | $ - |
|    O. Taxes Paid - Payroll (See Attachment 4C) | $ - | $ - |
|    P. Taxes Paid - Sales & Use (See Attachment 4C) | $ - | $ - |
|    Q. Taxes Paid - Other (See Attachment 4C) | $ - | $ - |
|    R. Telephone | $ - | $ - |
|    S. Travel & Entertainment | $ - | $ - |
|    T. U.S. Trustee Quarterly Fees | $ 325 | $ 2,600 |
|    U. Utilities | $ - | $ - |
|    V. Vehicle Expenses | $ - | $ - |
|    W. Other Operating Expenses (See MOR-3) | $ - | $ 300 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | $ 325 | $ 3,696 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | $ 2,134,979 (c) | $ 2,134,979 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief, subject to the General Disclaimer and footnotes to this Report.

This _19_ day of May, 2011.  _____, as CRO
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.