UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-19940-BKC-LMI |
| **BankUnited Financial Corporation,** ) | Chapter 11 |
| ) | |
| Debtor(s). ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR HUNTON & WILLIAMS LLP

On June 9, 2009, Craig Rasile, Esq., formerly with the law firm of Hunton & Williams LLP ("Hunton & Williams"), filed a Notice of Appearance, Request for All Notices, and Demand for Service of Papers (the "H&W Notice of Appearance") on behalf of U.S. Bank, N.A. ("U.S. Bank") [DE 63] in the Debtor's case.

On April 26, 2011, Craig Rasile, Esq., currently with the law firm of DLA Piper LLP ("DLA Piper") filed a Notice of Appearance of Prospective Counsel and Request for Notice and Service of Papers (the "DLA Piper Notice of Appearance") on behalf of U.S. Bank [DE 824] in the Debtor's case.

**PLEASE TAKE NOTICE** that Hunton & Williams hereby withdraws its appearance as counsel in this case and requests that the they be removed from ECF and any other service. Hunton & Williams' responsibility for the representation of U.S. Bank was terminated on April 26, 2011, the date the DLA Piper Notice of Appearance was filed.

All further notices should be sent to the following address:

Craig V. Rasile, Esq.
Florida Bar No. 613691
DLA Piper LLP
200 South Biscayne Blvd., Suite 2300
Miami, Florida 33131
Telephone: (305) 423-8539
Facsimile: (305) 437-8131
Email: craig.rasile@dlapiper.com

Dated: May 23, 2011

**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460

*/s/ Matthew Mannering*
Matthew Mannering (FBN 0039300)