Form CGFCRD3A  (1/26/11)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 09–19940–LMI

Chapter: 11

**In re:**

BankUnited Financial Corporation
c/o Development Specialists, Inc
200 S Biscayne Blvd #1818
Miami, FL 33131

EIN: 65–0377773

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **June 6, 2011** at **11:30 AM,** at the following location:

**Claude Pepper Federal Bldg
51 SW First Ave Room 1409
Miami FL 33130**

to consider the following:

**Motion to Establish Procedures (Motion of the Official Committee of Unsecured Creditors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Committee's First Amended Joint Plan of Liquidation; (II) Scheduling a Hearing and Establishing Certain Notice and Objection Procedures in Respect of Confirmation of the Committee's First Amended Joint Plan of Liquidation; and (III) Granting Certain Related Relief) Filed by Creditor Committee Official Committee of Unsecured Creditors. (837)**

**THIS MATTER HAS BEEN SCHEDULED FOR A TEN MINUTE HEARING. IF YOU REQUIRE MORE TIME YOU MUST CONTACT THE COURTROOM DEPUTY IMMEDIATELY FOR A SPECIAL SETTING.**
**This matter has <u>not</u> been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, <u>Noemi Sanabria at (305) 714–1877</u> to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. **ALL PARTIES AND THEIR COUNSEL ARE EXPECTED TO REVIEW, AND COMPLY WITH, JUDGE ISICOFF'S COURTROOM PROCEDURES, AVAILABLE ON THE COURT'S WEBSITE – www.flsb.uscourts.gov**

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: <u>5/24/11</u>**                                                                 CLERK OF COURT

By: <u>Noemi Sanabria</u>
Courtroom Deputy