UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

BANKUNITED FINANCIAL CORPORATION,
ET AL.

    Debtor.                               /

Case No. 09-19940-BKC-LMI

Chapter 11

## U.S. BANK'S RESERVATION OF RIGHTS RELATING TO THE COMMITTEE'S PLAN AND DISCLOSURE STATEMENT

U.S. Bank National Association, as Indenture Trustee for the 3.125% Senior Notes Due 2034 ("U.S. Bank"), through undersigned counsel, submits the following reservation of rights (the "Reservation of Rights") with respect to the Second Amended Disclosure Statement (the "Disclosure Statement," D.E. 873) and Second Amended Plan (the "Plan," D.E. 871), filed by the Official Committee of Unsecured Creditors (the "Committee"):

    1.    On June 15, 2011, the Committee filed its Plan and Disclosure Statement. The hearing on the Disclosure Statement is currently scheduled for August 9, 2011, and the deadline to object to the Disclosure Statement is August 2, 2011.

    2.    Section II.B. of the Disclosure Statement describes the debt structure of BankUnited Financial Corporation ("BUFC"). Among other things, the Disclosure Statement provides that the $184 million in 6.37% senior notes due May 2012 for which Bank of New York Mellon ("BNYM") serves as indenture trustee (the "HiMEDS Notes"), and the $12.5 million in junior subordinated debentures due December 15, 2007 (the "Junior Subordinated Debentures"), rank *pari passu* with the $120 million of senior convertible notes that mature in March 2034 for which U.S. Bank serves as indenture trustee (the "Senior Convertible Notes").

    3.    In summarizing the Plan, Section IV of the Disclosure Statement states that the

HiMEDS Notes, Junior Subordinated Indentures and Senior Convertible Notes will each be classified in Class 3 of the Plan, and receive a Pro Rata Distribution of Net Free Cash.

4. Section VI.A.1 of the Disclosure Statement provides that parties in interest may object to the Plan's classification of claims and interests.

5. U.S. Bank files this pleading in an abundance of caution to clarify that the Committee's description of the priority of claims and interests in the Disclosure Statement will in no way affect the right of U.S. Bank to object not only to the Plan's classification of claims and interests, but also to the treatment and distributions to holders of claims and interests.

6. Counsel to the Committee does not oppose this reservation of rights.

Dated: August 2, 2011

Respectfully Submitted,

DLA PIPER LLP
200 South Biscayne Blvd. Suite 2300
Miami, FL 33131
Telephone: (305) 423-8539
Facsimile: (305) 437-8131
Craig.rasile@dlapiper.com

/s/ Craig V. Rasile
Craig V. Rasile (FBN 613691)
Andrew D. Zaron (FBN 965790)

**COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION**

EAST\45505386.1

## CERTIFICATES OF ADMISSION AND SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on August 3, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Andrew Zaron
Andrew Zaron

SERVICE LIST

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309
Attn: Todd C. Meyers, Esq.

Koyzak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Attn: Corali Lopez-Castro, Esq.

The United States Trustee
Office of the United States Trustee
51 S.W. 1st Ave. #1204
Miami, FL 33130
Attn: Ariel Rodriguez