

ORDERED in the Southern District of Florida on September 26, 2011.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[1] | ) | |
| | ) | Case No. 09-19940-LMI |
| Debtors. | ) | |
| _____ | ) | (Jointly Administered) |

**AGREED ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EX PARTE MOTION TO RESCHEDULE CERTAIN MATTERS SET FOR HEARING ON SEPTEMBER 28, 2011 AT 11:00 A.M. (ECF Nos. 837, 873)**

**(Cancels Hearing On Certain Matters Set for September 28, 2011 at 11:00 a.m.)**

On September 23, 2011, the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (collectively, the "Debtors"), filed an agreed ex parte motion pursuant to Local Rule 9013-1(C) for an order rescheduling the upcoming hearings

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335). The address of each of the Debtors is c/o Development Specialists, Inc., 200 South Biscayne Blvd., Suite 1818, Miami, Florida 33131.

US2008 2901519.1

currently scheduled for September 28, 2011 at 11:00 a.m. ("Agreed Motion to Reschedule hearing") (ECF No. 926) on the following matters:

- The Motion of the Official Committee of Unsecured Creditors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Committee's First Amended Joint Plan of Liquidation; (II) Scheduling a Hearing and Establishing Certain Notice and Objection Procedures in Respect of Confirmation of the Committee's First Amended Joint Plan of Liquidation; and (III) Granting Certain Related Relief [ECF No. 837] (the "Solicitation Procedures Motion") ; and

- The Disclosure Statement for the Official Committee of Unsecured Creditors' Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 873] (the "Disclosure Statement" and, together with the Solicitation Procedures Motion, the "Motions").

The Court has considered the Agreed Motion to Reschedule Hearings, noted the agreement by all parties primarily affected by the Motions, and finds good cause to grant the relief sought therein without the need for a hearing.  Accordingly, it is –

**ORDERED** as follows:

1. The Agreed Motion to Reschedule Hearings is GRANTED.

2. The hearing on the Motions (ECF Nos. 837, 873) shall be rescheduled for November 21, 2011 at 11:00 a.m.  The hearing shall take place at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Room 1409, Miami, Florida  33130.

3. **All other matters currently set for the hearing to be held on September 28, 2011 (ECF Nos. 882, 883, 884, 885, 886, 887) shall be unaffected by the relief granted herein**.

Submitted by:
Corali Lopez-Castro, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce De Leon, 9th Floor
Miami, Florida  33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)
Email:  clc@kttlaw.com

2

**COPIES TO:**

Corali Lopez-Castro, Esq.

[Attorney Lopez-Castro is directed to serve copies of this order on all interested parties and to file a certificate of service]

US2008 2901519.1