## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[1] | ) | |
| | ) | Case No. 09-19940-LMI |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

## SUMMARY OF TWELFTH INTERIM APPLICATION FOR COMPENSATION AND PAYMENT OF ITEMIZED CHARGES AND EXPENSES TO KILPATRICK TOWNSEND & STOCKTON LLP AS COUNSEL FOR THE PLAN ADMINISTRATOR FOR THE PERIOD FROM OCTOBER 1, 2015, THROUGH AND INCLUDING JANUARY 31, 2016

1. Name of Applicant:      Kilpatrick Townsend & Stockton LLP

2. Role of Applicant:      Counsel for Clifford A. Zucker, Plan Administrator

3. Name of certifying professional:      Todd C. Meyers

4. Date cases filed:      May 22, 2009

5. Effective Date of Plan of Liquidation:      March 9, 2012

6. Date of engagement by Plan Administrator:      March 9, 2012

7. Date of this application:      March 17, 2016

8. Date of services covered:      October 1, 2015, through and including January 31, 2016

### FEES

9. Total fees requested for this period (from Exhibit 1):      **$163,141.10**

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); and BankUnited Financial Services, Incorporated, a Florida corporation (8335).

| | | |
|---|---|---|
| 10. | Balance remaining in fee retainer account, not yet received: | ($        0.00) |
| 11. | Fees paid or advanced for this period, by other sources: | **$152,340.50** |
| 12. | **Amount of unpaid fees requested for this period:** | **$ 10,800.60** |

**EXPENSES**

| | | |
|---|---|---|
| 13. | Total expense reimbursement requested for this period: | **$        566.91** |
| 14. | Balance remaining in expense retainer account, not yet received: | ($        0.00) |
| 15. | Expenses paid or advanced for this period, by other sources: | **$        539.81** |
| 16. | **Amount of unpaid expense reimbursements requested for this period:** | **$          27.10** |

**History of Fees and Expenses.**

1. Dates, sources, and amounts of retainers received:

Dates        Sources        Amounts        For fees or costs?

None

2. Dates, sources, and amounts of third party payments received:

Dates        Sources        Amounts        For fees or costs?

None

US2008 11083268 2

3.  Prior fee and expense awards.

| POST-CONFIRMATION PERIOD COVERED | TOTAL FEES REQUESTED | TOTAL EXPENSES REQUESTED | TOTAL FEES ALLOWED | TOTAL EXPENSES ALLOWED | AMOUNT OF FEES REQUESTED BUT NOT YET AWARDED ("HOLDBACK") |
|---|---|---|---|---|---|
| First Interim (3/9/12 – 5/31/12) | $168,071.00 | $ 3,000.81 | $168,071.00 | $3,000.81 | $0.00 |
| Second Interim (6/1/12 – 9/30/12) | $503,890.50 | $15,825.70 | $503,890.50 | $15,825.70 | $0.00 |
| Third Interim (10/1/12 – 1/31/13) | $343,736.80 | $30,527.70 | $343,736.80 | $30,527.70 | $0.00 |
| Fourth Interim (2/1/13 – 5/31/13) | $137,361.80 | $2,159.05 | $137,361.80 | $2,159.05 | $0.00 |
| Fifth Interim (6/1/13 – 9/30/13) | $195,134.70 | $ 11,121.26 | $195,134.70 | $ 11,121.26 | $0.00 |
| Sixth Interim (10/1/13 – 1/31/14) | $245,743.10 | $8,702.91 | $245,743.10 | $8,702.91 | $0.00 |
| Seventh Interim (2/1/14 – 5/31/14) | $308,605.30 | $5,596.60 | $308,605.30 | $5,596.60 | $0.00 |
| Eighth Interim (6/1/14 – 9/30/14) | $391,875.30 | $17,560.63 | $391,875.30 | $17,560.63 | $0.00 |
| Ninth Interim (10/1/14 – 1/31/15) | $744,018.30 | $25,348.27 | $744,018.30 | $25,348.27 | $0.00 |
| Tenth Interim (2/1/15 – 5/31/15) | $132,953.60 | $4,700.61 | $132,953.60 | $4,700.61 | $0.00 |
| Eleventh Interim (6/1/15 – 9/30/15) | $240,604.50 | $5,152.88 | $240,604.50 | $5,152.88 | $0.00 |
| Twelfth Interim (10/1/15 – 1/31/16) | $163,141.10 | $566.91 | N/A | N/A | N/A |
| **TOTAL** | **$3,575,136.00** | **$130,263.33** | **$3,411,994.90** | **$129,696.42** | **$0.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[1] | ) | |
| | ) | Case No. 09-19940-LMI |
| Debtors. | ) | |
| _____ | ) | (Jointly Administered) |

## TWELFTH INTERIM APPLICATION FOR COMPENSATION AND PAYMENT OF ITEMIZED CHARGES AND EXPENSES TO KILPATRICK TOWNSEND & STOCKTON LLP AS COUNSEL FOR THE PLAN ADMINISTRATOR FOR THE PERIOD FROM OCTOBER 1, 2015, THROUGH AND INCLUDING JANUARY 31, 2016

Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend"), counsel for Clifford A. Zucker, the plan administrator (the "Plan Administrator") appointed with respect to Debtors BankUnited Financial Corporation and BankUnited Financial Services, Incorporated, applies for interim compensation for services rendered and reimbursement of costs incurred for the period from October 1, 2015, through and including January 31, 2016 (the "Application").

This Application is filed pursuant to the Official Committee of Unsecured Creditors' Fourth Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [ECF No. 1125] (the "Plan"), effective as of March 9, 2012 (the "Effective Date") and the Plan Administrator Agreement, dated as of March 30, 2012, by and among (a) Clifford A. Zucker, not in his individual capacity but solely as Plan Administrator, and (b) BankUnited Financial Corporation and BankUnited Financial Services, Inc. (the "Plan Administrator Agreement"), and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1).

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); and BankUnited Financial Services, Incorporated, a Florida corporation (8335).

The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour.

In this Application, Kilpatrick Townsend seeks the allowance of compensation in the sum of $163,141.10 and itemized charges and expenses in the sum of $566.91, for a total of $163,708.01 for professional services rendered and itemized charges and other expenses incurred by Kilpatrick Townsend on behalf of the Plan Administrator during the period from October 1, 2015, through and including January 31, 2016 (the "Application Period").

## BACKGROUND OF CASES AND
## DISCUSSION OF ACTIVITIES BY CATEGORY

1.      On May 22, 2009 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida, Miami Division.

2.      On March 2, 2012, the Court entered an order confirming the Plan [ECF No. 1125] (the "Confirmation Order").   Pursuant to the Plan, Confirmation Order and Plan Administrator Agreement, Clifford A. Zucker was appointed as the Plan Administrator.

3.      Pursuant to the Plan, Confirmation Order and the Plan Administrator Agreement, the Plan Administrator, is authorized to retain professionals in his sole discretion, including any professionals previously employed by the Debtors or the Official Committee of Unsecured Creditors for BankUnited Financial Corporation, CRE America Corporation, and BankUnited

Financial Services, Incorporated (the "<u>Committee</u>") in these chapter 11 cases.  On the Effective Date, the Plan Administrator retained Kilpatrick Townsend as his counsel.

   4.  The services for which the Plan Administrator retained Kilpatrick Townsend as his counsel in these bankruptcy cases include, <u>inter</u> <u>alia</u>, assisting the Plan Administrator in:

   a.  review and analysis of claims and preparation and filing of claim objections;

   b.  analysis of avoidance claims and preparation for prosecution of the same;

   c.  representation in hearings before the Court;

   d.  preparation of all necessary motions, applications, responses, reports, and other pleadings in connection with the administration of these cases and adversary proceedings related thereto; and

   e.  provision of such other legal assistance as the Plan Administrator may deem necessary and appropriate.

   5.  The Plan Administrator selected Kilpatrick Townsend as his attorneys because of the firm's role as counsel to the Committee and the resulting knowledge and experience gained with regard to the issues relevant to the Debtors and their bankruptcy cases, as well as Kilpatrick Townsend's general expertise with respect to debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code.  The members of Kilpatrick Townsend's Bankruptcy and Financial Restructuring Group have extensive experience in all aspects of chapter 11 cases, having represented debtors, secured creditors, unsecured creditors, creditors' committees, chapter 11 trustees, examiners, liquidating trustees, and various other constituencies.

US2008 11083268 2

6.      This Application covers the period from October 1, 2015, through and including January 31, 2016.  Kilpatrick Townsend reserves the right to amend or supplement the Application pursuant to the terms of the Plan and the Plan Administrator Agreement.

**REQUESTED RELIEF**

7.      All of the services for which compensation is requested herein by Kilpatrick Townsend were performed for or on behalf of the Plan Administrator and not on behalf of any other person or entity.

8.      In accordance with Rule 2016(a) of the Bankruptcy Rules and section 504 of the Bankruptcy Code, there is no agreement or understanding between Kilpatrick Townsend and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

**SUMMARY OF PROFESSIONAL SERVICES**
**RENDERED DURING THE APPLICATION PERIOD**

9.      During the Application Period, Kilpatrick Townsend expended **323.90** hours in the performance of its duties as counsel for the Plan Administrator.  A schedule of the significant work performed by Kilpatrick Townsend during the Application Period, itemized in accordance with its task-specific categories, is as follows:

**B120. Business Operations**                                        **.50 Hours**
                                                                     **$199.00 Fees**

10.      During the Application Period, Kilpatrick Townsend:

   ♦      reviewed and filed monthly operating reports.

- 4 -

**B160.  Fee/Employment Applications**                          **12.10 Hours**
                                                                **$3,932.50 Fees**

11.    During the Application Period, Kilpatrick Townsend:

♦      drafted, revised, and electronically filed its eleventh post-confirmation fee application and communicated with parties regarding the same;

♦      prepared for and participated in hearing with respect to eleventh post-confirmation fee applications; and

♦      communicated with parties regarding hearing on eleventh post-confirmation fee applications.

**B190.  Litigation General**                                   **311.30 Hours**
                                                                **$159,009.60 Fees**

12.    During the Application Period, Kilpatrick Townsend:

♦      reviewed RSUI subpoena and corresponded with parties regarding the same;

♦      reviewed and analyzed RSUI pleadings in connection with RSUI subpoena;

♦      attended to substantial matters regarding the action entitled US ex rel Brown, et. al. v. BankUnited Trust 2005 et. al., pending before the United States District Court for the Southern District of Florida (the "Qui Tam Action"), including reviewing and analyzing amended complaint, reviewing and analyzing plan/confirmation order in relation to plan injunction, and conducting legal research regarding various issues with respect to the Qui Tam Action.

♦      attended to substantial matters regarding the appeal of the USSIC Action to the United States Court of Appeals for the Eleventh Circuit (the "USSIC Appeal"),

- 5 -

including drafting and revising the reply brief (the "Brief") and extensive communication with parties regarding the same, extensive legal research and analysis of various cases in connection with the same, review and analysis of recent court decisions, review and analysis of USSIC's principal and response briefs, and extensive review and analysis of underlying case documents; and

♦ extensive attention to preparation of additional sets of a 12 volume appendix to the Brief.

## COMPLIANCE WITH APPLICABLE LAWS AND RULES
## REGARDING FEE AND EXPENSE APPLICATIONS

♦ Task-Code Categories: The professional services rendered by Kilpatrick Townsend are allocated pursuant to applicable task-code categories.

♦ Time Entry Format: Kilpatrick Townsend's time entries contain information regarding the billing party providing services, a narrative summary of the work performed, and an itemization (in one-tenth hour increments) of the number of hours expended in performing such services. Additionally, each time entry reflects the amount of compensation requested in connection with such time entry.

♦ Chronology: Kilpatrick Townsend's time entries are arranged in chronological order under the appropriate project category.

## ITEMIZED CHARGES AND OTHER EXPENSES

1. In this Application, Kilpatrick Townsend is seeking $566.91 in reimbursement for itemized charges and other expenses incurred in its duties as counsel for the Plan Administrator. Kilpatrick Townsend respectfully submits that the itemized charges and other expenses incurred by it were necessary to the performance of its duties as counsel for the Plan Administrator. The

- 6 -

itemized charges and other expenses are summarized on Exhibit "2".

2.  Kilpatrick Townsend's billing statements set forth the total cost for expedited mailings.  The charges incurred by Kilpatrick Townsend in the performance of its duties were necessary at the time such charges were incurred. Where possible, Kilpatrick Townsend has utilized electronic mail and other means to transmit data expeditiously and cost effectively.

3.  Kilpatrick Townsend's billing statements include charges for long distance telephone calls made in connection with representation of the Plan Administrator (including long distance telephone calls placed in conjunction with outgoing facsimile transmissions).

4.  Internal photocopies in these cases are billed at the rate of $.15 per page.  Outside photocopies have been billed at Kilpatrick Townsend's cost for same.  Kilpatrick Townsend's costs for photocopies are not incorporated into its hourly billing rates; thus, Kilpatrick Townsend bills its clients separately for copying charges.

5.  Receipts of various itemized charges and other expenses are not attached to this Application.  Copies of receipts are available to parties in interest upon request.

## THE TWELVE FACTOR TEST

6.  Prior to the confirmation of a plan of reorganization or liquidation, courts considering whether to approve fees similar to those set forth in this application have looked to the twelve factor test (the "Johnson factors") set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir. 1974), as modified and made applicable to bankruptcy cases by the Eleventh Circuit Court of Appeals in Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir. 1990).  To the extent the Johnson factors have any continuing applicability where, as here, a plan has been confirmed, they can be applied as follows:

(1)     Time and Labor Required:   Kilpatrick Townsend has expended **323.90**

hours in performing services as counsel for the Plan Administrator during the Application Period.  A summary of the billing rates of the various attorneys, paralegals, and other personnel who have performed services for the Plan Administrator is attached hereto as Exhibits "1-A" and "1-B."    Kilpatrick Townsend's billing statements detailing the expenditure of that time are attached hereto as composite Exhibit "3."

(2)    Novelty and Difficulty of Questions Presented:  The work performed by Kilpatrick Townsend has involved issues of varying complexity, as described herein and also as set forth in substantial detail in the attached billing statements.

(3)    Skill Requisite to Perform Professional Services:  The Plan Administrator selected Kilpatrick Townsend as its counsel because of the firm's role as counsel to the Committee and the resulting knowledge and experience gained with regard to the issues relevant to the Debtors and their bankruptcy cases, as well as Kilpatrick Townsends experience and knowledge, generally, with respect to debtors' and creditors' rights and business reorganizations under Chapter 11 of the Bankruptcy Code.

(4)    Preclusion of Other Employment Due to Acceptance of the Cases: Attorneys and paraprofessionals of Kilpatrick Townsend have devoted a substantial amount of time and resources to these cases, to the possible preclusion of involvement in other matters.

(5)    Customary Fees for the Type of Services Rendered:  Kilpatrick Townsend believes that the fees requested and the hourly rates set forth herein are consistent with fees typically charged for the type of services rendered in cases of this magnitude and complexity.  The hourly rates charged by Kilpatrick Townsend in this Application are comparable to the rates that Kilpatrick Townsend would charge to a non-bankruptcy

US2008 11083268 2

client for work of a similar nature and complexity.[2]

(6)    Whether the Fee is Fixed or Contingent:    Pursuant to the Plan Administrator Agreement, Kilpatrick Townsend's fees and expenses are subject to review by the Plan Administrator and the Plan Committee is provided with an opportunity to object for a limited period of time.    Kilpatrick Townsend's fees, however, are not otherwise contingent.

(7)    Time Limitations Imposed by the Client or Other Circumstances:    Certain deadlines have been applicable herein pursuant to Court order and various provisions of the Plan, the Plan Administrator Agreement, the Bankruptcy Code, the Bankruptcy Rules, the Federal Rules of Civil Procedure, the Federal Rules of Appellate Procedure and the Rules of the United States Court of Appeals for the Eleventh Circuit.

(8)    The Amount Involved and Results Obtained:    During the Application Period, Kilpatrick Townsend continued its efforts in connection with the USSIC Appeal. In particular, Kilpatrick Townsend prepared the reply brief of the Appellant and supporting exhibits, which are subject to the exacting format and content requirements of the 11th Circuit Court of Appeals.  Absent additional requests of the appellate court, the reply brief represents the final brief required in this litigation.  In addition, Kilpatrick Townsend undertook a review and analysis of the claims and causes of action set forth in the Qui Tam Action and began to develop its strategy in opposition, including coordinating with other co-defendants in connection with a joint motion to dismiss and

---

[2] By agreement with the Committee, from and after May 25, 2010, fees charged for Kilpatrick Townsend's work in pursuit of claims against certain insiders of the Debtors (including standing issues) are being charged at a 20% discount.  The agreement has remained in place following the Committee's dissolution and the appointment of the Plan Administrator.

related memorandum of law.

(9)    The Experience, Reputation, and Ability of the Professional:  Kilpatrick Townsend has extensive experience in bankruptcy matters.  Its reputation and ability are well known to the bankruptcy bar.

(10)    Undesirability of the Cases:  This factor is inapplicable to the present bankruptcy cases.

(11)    Nature and Length of Professional Relationship with the Client: Kilpatrick Townsend was previously employed by the Committee to render bankruptcy advice and to serve as its counsel in these bankruptcy cases.

(12)    Awards in Similar Cases:  Kilpatrick Townsend believes that its fee application is in keeping with similar applications for compensation and reimbursement by counsel for post-confirmation estate fiduciaries in other bankruptcy courts in similar cases.

**WHEREFORE,** Kilpatrick Townsend respectfully requests:

(a)    that the Court approve and allow on an interim basis its request for compensation in the total sum of $163,141.10 for professional services rendered and the total sum of $566.91 for reimbursement of itemized charges and expenses, for a total of $163,708.01 incurred by Kilpatrick Townsend in performing its duties as counsel for the Plan Administrator in the above-referenced bankruptcy cases for the period from October 1, 2015, through and including January 31, 2016; and

(b)    that the Court grant such other and further relief as is just and proper under the circumstances.

## CERTIFICATION

1.      I have been designated by Kilpatrick Townsend (the "Applicant") as the professional with responsibility in these cases for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.      I have read Kilpatrick Townsend's application for compensation and reimbursement of expenses (the "Application").  The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

- 11 -

US2008 11083268 2

6.       The following are the variances with the provisions of the Guidelines, the date of

each court order approving the variance, and the justification for the variance:  NONE.


KILPATRICK TOWNSEND & STOCKTON LLP
Counsel for Clifford A. Zucker, Plan Administrator
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)
tmeyers@kilpatricktownsend.com

By:  /s/ Todd C. Meyers
        Todd C. Meyers
        Georgia Bar No. 503756

US2008 11083268 2

**EXHIBIT 1A**

**Timekeeper Summary Chart for Services Rendered**
**During the Application Period**
**(By Timekeeper)**
**BANKRUPTCY MATTER**

| NAME | POSITION | YEAR LICENSED | TOTAL HOURS | AVERAGE HOURLY RATE*** | FEE |
|------|----------|---------------|-------------|------------------------|-----|
| Matthew W. Levin | Partner | 1991 | 1.00 | $915.00 | $915.00 |
| Todd C. Meyers | Partner | 1991 | 1.40 | $870.00 | $1,218.00 |
| Todd C. Meyers | Partner | 1991 | 0.40 | $915.00 | $366.00 |
| Robbin Rahman | Counsel | 2000 | 2.20 | $580.00 | $1,276.00 |
| Robbin Rahman | Counsel | 2000 | 11.00 | $610.00 | $6,710.00 |
| La Asia S. Canty | Paralegal | N/A | 10.90 | $265.00 | $2,888.50 |
| La Asia S. Canty | Paralegal | N/A | 1.70 | $280.00 | $476.00 |
| **TOTAL** | | | **28.60** | | **$13,849.50** |

**BLENDED AVERAGE**
**HOURLY RATE**          $484.25

***Rates reflect increase in rates effective January 2016

Exhibit 1A to Twelfth Interim (POST-CONFIRMATION) Fee Application

## Timekeeper Summary Chart for Services Rendered
## During the Application Period
## (By Timekeeper)
## D & O MATTER

| NAME | POSITION | YEAR LICENSED | TOTAL HOURS | AVERAGE HOURLY RATE*** | FEE |
|------|----------|---------------|-------------|------------------------|-----|
| Alfred S. Lurey | Partner | 1967 | 11.50 | $696.00 | $8,004.00 |
| Caroline W. Spangenberg | Partner | | 78.90 | $668.00 | $52,705.20 |
| | | 1977 | | | |
| Caroline W. Spangenberg | Partner | | 1.80 | $700.00 | $1,260.00 |
| | | 1977 | | | |
| Todd C. Meyers | Partner | 1991 | 4.80 | $696.00 | $3,340.80 |
| Todd C. Meyers | Partner | 1991 | 0.80 | $732.00 | $585.60 |
| Robbin Rahman | Counsel | 2000 | 165.10 | $464.00 | $76,606.40 |
| Robbin Rahman | Counsel | 2000 | 1.00 | $488.00 | $488.00 |
| Dianne Gugliuzza | Paralegal | N/A | 1.60 | $236.00 | $377.60 |
| La Asia S. Canty | Paralegal | N/A | 25.70 | $212.00 | $5,448.40 |
| Diana C. Khoury | Case Assistant | N/A | 4.10 | $116.00 | $475.60 |
| **TOTAL** | | | **295.30** | | **$149,291.60** |

**BLENDED AVERAGE
HOURLY RATE**          $505.56

**\*\*\*Rates reflect increase in rates effective January 2016**

**<u>EXHIBIT 1B</u>**

# Timekeeper Summary by Task Code

## BANKRUPTCY MATTER

### B120 - Business Operations Summary

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| TCM | T. C. Meyers | 0.10 | $870.00 | $87.00 |
| LSC | La Asia S. Canty | 0.40 | $280.00 | $112.00 |
| | *Task Subtotal* | *0.50* | | *$199.00* |

### B160 - Fee/Employment Applications Summary

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| TCM | T. C. Meyers | 1.20 | $870.00 | $1,044.00 |
| LSC | La Asia S. Canty | 10.90 | $265.00 | $2,888.50 |
| | *Task Subtotal* | *12.10* | | *$3,932.50* |

### B190 - Litigation General Summary

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| TCM | T. C. Meyers | 0.10 | $870.00 | $87.00 |
| TCM | T. C. Meyers | 0.40 | $915.00 | $366.00 |
| RR | Robbin Rahman | 2.20 | $580.00 | $1,276.00 |
| RR | Robbin Rahman | 11.00 | $610.00 | $6,710.00 |
| ASL | A. S. Lurey | 1.00 | $915.00 | $915.00 |
| LSC | La Asia S. Canty | 1.30 | $280.00 | $364.00 |
| | *Task Subtotal* | *16.00* | | *$9,718.00* |

Exhibit 1B to Twelfth Interim (POST-CONFIRMATION) Fee Application

## Timekeeper Summary by Task Code

| D&O MATTER | | | | |
|---|---|---|---|---|
| **B190 - Litigation General Summary** | | | | |
| *Summary* | *Timekeeper Name* | *Hours* | *Rate/Hour* | *Amount* |
| CWS | C. W. Spangenberg | 78.90 | $668.00 | $52,705.20 |
| CWS | C. W. Spangenberg | 1.80 | $700.00 | $1,260.00 |
| TCM | T. C. Meyers | 4.80 | $696.00 | $3,340.80 |
| TCM | T. C. Meyers | 0.80 | $732.00 | $585.60 |
| RR | Robbin Rahman | 165.10 | $464.00 | $76,606.40 |
| RR | Robbin Rahman | 1.00 | $488.00 | $488.00 |
| ASL | A. S. Lurey | 11.50 | $696.00 | $8,004.00 |
| LSC | La Asia S. Canty | 25.70 | $212.00 | $5,448.40 |
| DMG | Dianne Gugliuzza | 1.60 | $236.00 | $377.60 |
| DCK | Diana C. Khoury | 4.10 | $116.00 | $475.60 |
| | ***Task Subtotal*** | ***295.30*** | | ***$149,291.60*** |

**EXHIBIT 2**
**Summary of Requested Reimbursement**
**of Expenses for This Time Period Only**

1.    Filing Fees ................................................................................................................$.00

2.    Process Service Fees ...............................................................................................$.00

3.    Witness Fees ............................................................................................................$.00

4.    Court Reporter & Transcripts ..................................................................................$.00

5.    Lien and Title Searches ...........................................................................................$.00

6.    Photocopies ..............................................................................................................$.00
        (a)    In-house copies (@ $.15)

7.    Postage .....................................................................................................................$.00

8.    Overnight Delivery Charges ....................................................................................$.00

9.    Outside Courier/Messenger Service ....................................................................$84.23

10.   Long Distance Telephone Charges ..........................................................................$.00

11.   Long Distance Fax Transmissions ...........................................................................$.00

12.   Computerized Research ......................................................................................$389.50
        (a)    Westlaw - $231.40
        (b)    PACER - $158.10

13.    Travel ............................................................................................................$.00

14.    Other (Not specifically disallowed; must
       specify and justify)..............................................................................$93.18

       (a)    Document Technologies, Inc.- Office Supplies - Fees for preparation of custom
tabs in preparation of appendices required in connection with USSIC Appeal -  $63.18

       (b)    Gogo Internet - Internet Expense of Todd Meyers on 12/23/15 regarding Court
Call BankUnited hearing 12/23/15 @ 1:30pm - $30.00

**TOTAL EXPENSE REIMBURSEMENT REQUESTED .............................................$566.91**

**<u>EXHIBIT 3</u>**

# KILPATRICK TOWNSEND

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia  30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

February 16, 2016

CLIFFORD ZUCKER, BANKUNITED PLAN TRUSTEE      Client:      061330
J.H. COHN      Matter:      0835174
333 THORNALL STREET      Invoice #:      ******
EDISON, NJ 08837

RE:   BANKUNITED POST CONFIRMATION

## REMITTANCE PAGE

| Date | Invoice Number | Fees | Disbursements | Interest/ Other | Payments | Balance Due |
|------|----------------|------|---------------|-----------------|----------|-------------|
| **Current Invoice:** | | | | | | |
| 2/16/16 | ****** | $13,849.50 | $72.40 | $0.00 | | $13,921.90 |

*Please return this page with payment*
*Due and Payable upon receipt.  1%  interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund
transfer from your account or to process the payment as a check transaction.

**Bank: Wells Fargo Bank, N.A**      **Credit: Kilpatrick Townsend & Stockton LLP**
**ABA Routing No.:   121 000 248**      **Account No.: 2000131592388**
**ABA Routing No. for ACH and Other EFTs:   061 000 227**      **Swift Code:  WFBIUS6S**

KILPATRICK
TOWNSEND

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia  30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

February 16, 2016

| CLIFFORD ZUCKER, BANKUNITED PLAN TRUSTEE | Client: | 061330 |
| J.H. COHN | Matter: | 0835174 |
| 333 THORNALL STREET | Invoice #: | ****** |
| EDISON, NJ 08837 | | |

RE:   BANKUNITED POST CONFIRMATION

**For Professional Services Through February 11, 2016:**

### B120 - Business Operations

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/11/2015 | TCM | Review MOR's. | 0.10 | 87.00 |
| 01/28/2016 | LSC | Redact and file quarterly operating reports and correspondence regarding the same. | 0.40 | 112.00 |
| | | ***Task Subtotal*** | ***0.50*** | ***199.00*** |

### B120 - Business Operations Summary

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| TCM | T. C. Meyers | 0.10 | 870.00 | 87.00 |
| LSC | La Asia S. Canty | 0.40 | 280.00 | 112.00 |
| | ***Task Subtotal*** | ***0.50*** | | ***199.00*** |

### B160 - Fee/Employment Applications

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/27/2015 | LSC | Begin drafting eleventh interim fee application. | 1.30 | 344.50 |
| 10/28/2015 | LSC | Begin drafting interim fee application. | 1.50 | 397.50 |
| 10/29/2015 | LSC | Continue drafting interim fee application, including narrative portions and preparation of exhibits. | 5.60 | 1,484.00 |
| 10/30/2015 | LSC | Further review and revise interim fee application and exhibits. | 1.10 | 291.50 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt.  1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/16/2015 | LSC | Revise fee application and correspondence with R. Rahman regarding the same. | 0.30 | 79.50 |
| 11/17/2015 | LSC | Revise fee application and correspondence with R. Rahman regarding the same. | 0.20 | 53.00 |
| 11/17/2015 | TCM | Review fee application and email exchange with Robbin Rahman regarding same. | 0.30 | 261.00 |
| 11/18/2015 | LSC | Revise and file Kilpatrick Townsend and CohnReznick interim fee applications (.3); serve same (.1). | 0.40 | 106.00 |
| 11/19/2015 | LSC | Calendar hearing date re: interim fee applications and correspondence regarding the same(.1); coordinate T. Meyers telephonic appearance at hearing (.1). | 0.20 | 53.00 |
| 11/19/2015 | TCM | Email exchange regarding fee application hearing. | 0.10 | 87.00 |
| 12/04/2015 | TCM | Review fee application. | 0.30 | 261.00 |
| 12/21/2015 | LSC | Prepare materials for fee application hearing. | 0.30 | 79.50 |
| 12/23/2015 | TCM | Prepare for and attend fee application hearing. | 0.50 | 435.00 |
| | | *Task Subtotal* | *12.10* | *3,932.50* |

### B160 - Fee/Employment Applications Summary

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| TCM | T. C. Meyers | 1.20 | 870.00 | 1,044.00 |
| LSC | La Asia S. Canty | 10.90 | 265.00 | 2,888.50 |
| | *Task Subtotal* | *12.10* | | *3,932.50* |

### B190 - Litigation General

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/23/2015 | RR | Review subpoena to testify from RSUI (.2); telephone conference with counsel regarding same (.2). | 0.40 | 232.00 |
| 11/02/2015 | RR | Review request of indenture trustee for payment of fees (.2) email exchanges with A. Hanover regarding same (.2). | 0.40 | 232.00 |
| 11/05/2015 | RR | Email exchanges with counsel for Qui Tam plaintiffs. | 0.40 | 232.00 |
| 11/05/2015 | TCM | Email regarding service of Qui Tam complaint. | 0.10 | 87.00 |
| 11/16/2015 | RR | Review and revise interim fee application (.6); conferences with L. Canty regarding same (.1). | 0.70 | 406.00 |
| 11/17/2015 | RR | Telephone conference with T. Meyers regarding interim fee application (.2); review and revise interim fee application per same (.1). | 0.30 | 174.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/08/2016 | RR | Review and analyze qui-tam amended complaint and related pleadings and deadlines (1.0); draft and revise email to counsel for plaintiffs regarding status of case and related issues (.3); telephone conference with counsel for BankUnited N.A., regarding same (.2); telephone conference with local counsel regarding same (.1). | 1.60 | 976.00 |
| 01/11/2016 | LSC | Research and correspondence with R. Rahman regarding district court litigation (US ex rel Brown, et al. v. BankUnited Trust 2005-1). | 0.40 | 112.00 |
| 01/11/2016 | RR | Review and analyze plan and confirmation order regarding plan injunction (.5); draft and revise email summary of issues for T. Meyers regarding plan injunction with respect to Qui Tam Action (US ex rel Brown) (.5). | 1.00 | 610.00 |
| 01/15/2016 | TCM | Review Robbin Rahman memo regarding Qui Tam action and email exchanges regarding same. | 0.20 | 183.00 |
| 01/19/2016 | RR | Research regarding Qui Tam action and plan injunction. | 1.00 | 610.00 |
| 01/26/2016 | LSC | Research and correspondence with R. Rahman in connection with BankUnited Trust 2005-1 action and calendar deadlines in connection with the same. | 0.50 | 140.00 |
| 01/26/2016 | RR | Telephone conference with counsel to Wilmington Trust regarding Qui Tam action and related issues. | 0.30 | 183.00 |
| 01/26/2016 | TCM | Email exchange with Robbin Rahman regarding Wilmington Trust call regarding lawsuit. | 0.10 | 91.50 |
| 01/27/2016 | LSC | Additional research and correspondence with R. Rahman in connection with BankUnited Trust 2005-1 action and calendar deadlines in connection with the same. | 0.40 | 112.00 |
| 01/27/2016 | RR | Research regarding plan injunction and qui tam action (1.3); conference with L. Canty regarding notices of bar date and related issues (.3); email exchanges with T. Meyers regarding same (.2). | 1.80 | 1,098.00 |
| 01/27/2016 | TCM | Email exchange with Robbin Rahman regarding qui tam action. | 0.10 | 91.50 |
| 01/28/2016 | RR | Research regarding notice to unknown creditors and False Claims Act issues regarding Qui Tam Action. | 1.50 | 915.00 |
| 01/29/2016 | ASL | Conference with Mr. Rahman regarding Qui Tam action and analyze same. | 1.00 | 915.00 |
| 01/29/2016 | RR | Research regarding qui tam action and enforcement of plan injunction (2.6); conference with A. Lurey regarding same (.4); additional research regarding same (.8). | 3.80 | 2,318.00 |
| | | **Task Subtotal** | **16.00** | **9,718.00** |

**B190 - Litigation General Summary**

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| TCM | T. C. Meyers | 0.10 | 870.00 | 87.00 |
| TCM | T. C. Meyers | 0.40 | 915.00 | 366.00 |
| RR | Robbin Rahman | 2.20 | 580.00 | 1,276.00 |
| RR | Robbin Rahman | 11.00 | 610.00 | 6,710.00 |
| ASL | A. S. Lurey | 1.00 | 915.00 | 915.00 |
| LSC | La Asia S. Canty | 1.30 | 280.00 | 364.00 |
| | *Task Subtotal* | *16.00* | | *9,718.00* |

**All Tasks Summary**

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| TCM | T. C. Meyers | 0.40 | 915.00 | 366.00 |
| TCM | T. C. Meyers | 1.40 | 870.00 | 1,218.00 |
| ASL | A. S. Lurey | 1.00 | 915.00 | 915.00 |
| RR | Robbin Rahman | 11.00 | 610.00 | 6,710.00 |
| RR | Robbin Rahman | 2.20 | 580.00 | 1,276.00 |
| LSC | La Asia S. Canty | 1.70 | 280.00 | 476.00 |
| LSC | La Asia S. Canty | 10.90 | 265.00 | 2,888.50 |
| | **Totals** | **28.60** | | **$13,849.50** |

*Other Charges:*

| | | |
|---|---|---|
| 12/23/2015 | Travel and Ground Transportation - Internet Expense of Todd Meyers on 12/23/15 regarding Court Call BankUnited hearing 12/23/15 @ 1:30pm | 30.00 |
| 01/27/2016 | Westlaw On-Line Legal Research | 10.90 |
| 01/28/2016 | Westlaw On-Line Legal Research | 5.90 |
| | Databases On-Line Legal Research | 25.60 |
| | **Total Other Charges** | **$72.40** |

**TOTAL AMOUNT DUE THIS INVOICE**                                   **$13,921.90**

# KILPATRICK TOWNSEND

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia  30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

February 16, 2016

CLIFFORD ZUCKER, BANKUNITED PLAN TRUSTEE
J.H. COHN
333 THORNALL STREET
EDISON, NJ  08837

Client:        061330
Matter:        0835173
Invoice #:        ******

RE:    D&O POST CONFIRMATION

## REMITTANCE PAGE

| Date | Invoice Number | Fees | Disbursements | Interest/ Other | Payments | Balance Due |
|------|---------------|------|---------------|-----------------|----------|-------------|
| **Current Invoice:** | | | | | | |
| 2/16/16 | ****** | $149,291.60 | $494.51 | $0.00 | | $149,786.11 |

*Please return this page with payment*
*Due and Payable upon receipt.  1%  interest per month charged on balances after 30 days.*

*When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.*

---

**Bank: Wells Fargo Bank, N.A**                                            **Credit: Kilpatrick Townsend & Stockton LLP**
**ABA Routing No.:    121 000 248**                                        **Account No.: 2000131592388**
**ABA Routing No. for ACH and Other EFTs:    061 000 227**                 **Swift Code:  WFBIUS6S**

# KILPATRICK TOWNSEND

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia  30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

February 16, 2016

CLIFFORD ZUCKER, BANKUNITED PLAN TRUSTEE
J.H. COHN
333 THORNALL STREET
EDISON, NJ  08837

| | |
|---|---|
| Client: | 061330 |
| Matter: | 0835173 |
| Invoice #: | ****** |

RE:    D&O POST CONFIRMATION

**For Professional Services Through February 11, 2016:**

### B190 - Litigation General

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/08/2015 | CWS | Emails regarding briefing schedule. | 0.10 | 66.80 |
| 10/08/2015 | LSC | Correspondence regarding briefing deadlines/issues (.3); discussion regarding scheduling/upcoming tasks (.8). | 1.10 | 233.20 |
| 10/15/2015 | RR | Research regarding district court rules and related issues (1.3); conference with L. Canty regarding response/reply brief (.3). | 1.60 | 742.40 |
| 10/19/2015 | CWS | Review recent 11th Circuit and Florida District Court decisions (.4); emails with Robbin Rahman regarding same and response brief (.2); review email from Robbin Rahman regarding record and cites (.1). | 0.70 | 467.60 |
| 10/19/2015 | LSC | Prepare draft reply brief and correspondence regarding the same. | 2.20 | 466.40 |
| 10/19/2015 | RR | Conferences with L. Canty regarding review of M. Levin's email accounts (.5); email exchanges with C. Spangenberg regarding appeal brief (.2). | 0.70 | 324.80 |
| 10/19/2015 | TCM | Email exchanges regarding brief. | 0.10 | 69.60 |
| 10/20/2015 | RR | Review and analyze newly decided opinion from C. Spangenberg. | 0.60 | 278.40 |
| 10/22/2015 | CWS | Review and analysis of Circuit Court's Nomura decision (.3); email to Robbin Rahman regarding same (.1). | 0.40 | 267.20 |
| 10/22/2015 | LSC | Preparation and assembly of additional sets of appendix. | 1.40 | 296.80 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt.  1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/22/2015 | RR | Email exchanges with C. Spangenberg regarding appeal brief issues and related research (.4); review materials sent from C. Spangenberg regarding same (.3). | 0.70 | 324.80 |
| 10/23/2015 | CWS | Review and analysis of USSIC Response Brief (1.5); conference with Robbin Rahman regarding response (.4). | 1.90 | 1,269.20 |
| 10/23/2015 | RR | Review and analyze USSIC Appeal Brief (.8); conference with C. Spangenberg regarding same (.6); draft and revise outline of same (2.2); draft and revise Responsive Brief (1.5). | 5.10 | 2,366.40 |
| 10/23/2015 | TCM | Email exchanges regarding brief. | 0.10 | 69.60 |
| 10/25/2015 | ASL | Initial review of USSIC's principal and response brief. | 2.10 | 1,461.60 |
| 10/26/2015 | CWS | Analysis of USSIC brief, selected cases, and potential responses. | 2.00 | 1,336.00 |
| 10/26/2015 | LSC | Correspondence regarding briefs and citations within (.3); research in connection with the same (.5); continued preparation and assembly of additional sets of appendix (.9). | 1.70 | 360.40 |
| 10/26/2015 | RR | Draft and revise outline of USSIC Appeal brief and research regarding same. | 6.20 | 2,876.80 |
| 10/27/2015 | ASL | Review and analysis of 11th Circuit's Bond-Lexon decision and 2d Circuit's summary order in the Nomura case. | 1.30 | 904.80 |
| 10/27/2015 | CWS | Review and comment on draft Brief outlines (.4); review selected cases (.5); emails with Robbin Rahman regarding same (.2); review draft updated cite report in connection with Brief (.2) | 1.30 | 868.40 |
| 10/27/2015 | LSC | Correspondence and research in connection with briefs (1.7); continued preparation and assembly of additional sets of appendix (.7). | 2.40 | 508.80 |
| 10/27/2015 | RR | Draft and revise outline of USSIC's appeal brief (3.3); email exchanges with C. Spangenberg regarding same (.2); research regarding USSIC's appeal brief (.9). | 4.40 | 2,041.60 |
| 10/28/2015 | RR | Conference with C. Spangenberg regarding Appeal Response/Reply brief (.8); research regarding issues raised by C. Spangenberg (1.9); draft and revise outline of Appeal Response/Reply per C. Spangenberg's comments (4.1). | 6.80 | 3,155.20 |
| 10/29/2015 | CWS | Analysis of additional USSIC cases (1.8); research definition of 'Claim' issues (3.0). | 4.80 | 3,206.40 |
| 10/29/2015 | RR | Draft and revise Appeal Response/Reply outline and research regarding same. | 5.60 | 2,598.40 |
| 10/30/2015 | LSC | Prepare and assemble underlying materials for R. Rahman and C. Spangenberg in connection with 11th Circuit reply brief. | 2.90 | 614.80 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/30/2015 | RR | Draft and revise outline of Appeal Response/Reply (4.3); research regarding same (1.4). | 5.70 | 2,644.80 |
| 11/02/2015 | CWS | Conference with Robbin Rahman regarding outline of brief | 0.30 | 200.40 |
| 11/02/2015 | RR | Draft and revise outline of response/reply brief (4.3); conference with C. Spangenberg regarding same (.3); research regarding same (.8). | 5.40 | 2,505.60 |
| 11/02/2015 | TCM | Review pleadings in RSUI case. | 0.10 | 69.60 |
| 11/03/2015 | RR | Draft and revise outline of Response/Reply Appeal brief (5.2); research regarding same (.9). | 6.10 | 2,830.40 |
| 11/04/2015 | RR | Draft and revise outline of USSIC Response/Reply Appeal Brief. | 4.40 | 2,041.60 |
| 11/05/2015 | CWS | Review and analysis of outline / Brief (1.3); conference with Robbin Rahman regarding same (.6). | 1.90 | 1,269.20 |
| 11/05/2015 | RR | Review and revise USSIC Response/Reply Appeal brief outline (2.6); conference with C. Spangenberg (.4); draft and revise USSIC Response/Reply appeal brief (1.9). | 4.90 | 2,273.60 |
| 11/06/2015 | RR | Review and revise appeal brief and research regarding same. | 6.70 | 3,108.80 |
| 11/09/2015 | CWS | Review regarding 'Claim' definition (2.0); emails with Joe Bailey regarding briefing schedule (.2). | 2.20 | 1,469.60 |
| 11/09/2015 | CWS | Conference with Robbin Rahman regarding preparation of response brief | 0.30 | 200.40 |
| 11/09/2015 | DMG | Organize Appendix documents for use by attorneys in preparing response to appellate brief. | 0.50 | 118.00 |
| 11/09/2015 | LSC | Research and correspondence with R. Rahman in connection with appeal. | 0.50 | 106.00 |
| 11/09/2015 | RR | Draft and revise response/reply in USSIC Appeal (5.5); conference with C. Spangenberg regarding same (.3). | 5.80 | 2,691.20 |
| 11/10/2015 | CWS | Telephone call from Joe Bailey regarding briefing schedule (.2); telephone call to 11th Circuit Clerk's office regarding briefing schedule (.2); review 11th Circuit Orders extending time for briefs (.1); conference with Robbin Rahman regarding preparation of brief (.3); analysis regarding use of past tense (1.1). | 1.90 | 1,269.20 |
| 11/10/2015 | LSC | Calendar new briefing deadline and correspondence regarding the same. | 0.10 | 21.20 |
| 11/10/2015 | RR | Draft and revise response/reply in USSIC Appeal. | 6.80 | 3,155.20 |
| 11/10/2015 | TCM | Review order extending deadlines and email exchange with Robbin Rahman regarding same and regarding status of reply brief. | 0.20 | 139.20 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/11/2015 | CWS | Telephone call from Joe Bailey regarding extension on brief schedule (.3); telephone call to U.S. Court of Appeals regarding extension on brief schedule (.2); review extension orders (.1); conference with Robbin Rahman regarding brief (.6). | 1.20 | 801.60 |
| 11/11/2015 | RR | Draft and revise response/reply brief in USSIC Appeal (5.0); research regarding same (1.2). | 6.20 | 2,876.80 |
| 11/12/2015 | CWS | Review notice from 11th Circuit with Amended USSIC Certificate of Interested Parties. | 0.10 | 66.80 |
| 11/12/2015 | RR | Draft and revise response/reply brief in USSIC Appeal (4.1); research regarding same (2.5). | 6.60 | 3,062.40 |
| 11/12/2015 | TCM | Review amended interested persons list. | 0.10 | 69.60 |
| 11/13/2015 | RR | Draft and revise response/reply in USSIC Appeal. | 2.30 | 1,067.20 |
| 11/16/2015 | LSC | Research and preparation of materials in connection with 11th Circuit Appeal. | 1.90 | 402.80 |
| 11/16/2015 | RR | Review and revise 11th Cir. appeal brief (6.2); research regarding same (.4). | 6.60 | 3,062.40 |
| 11/17/2015 | CWS | Conference with Robbin Rahman regarding preparation of response brief | 0.30 | 200.40 |
| 11/17/2015 | DMG | Respond to requests for information from the file from attorneys in connection with preparing appellate response brief. | 0.80 | 188.80 |
| 11/17/2015 | LSC | Research and correspondence in connection with 11th Circuit brief and appendix. | 0.30 | 63.60 |
| 11/17/2015 | RR | Review and revise 11th cir. appeal response/reply (5.2); conference with C. Spangenberg regarding same (.3) | 5.50 | 2,552.00 |
| 11/18/2015 | CWS | Conference with Robbin Rahman regarding response brief. | 0.30 | 200.40 |
| 11/18/2015 | RR | Review and revise 11th Cir. Reply/Response Brief (5.8); conferences with C. Spangenberg regarding same (.5). | 6.30 | 2,923.20 |
| 11/19/2015 | CWS | Review draft Brief. | 1.00 | 668.00 |
| 11/19/2015 | RR | Review and revise 11th cir. reply/response brief and research regarding same. | 4.70 | 2,180.80 |
| 11/20/2015 | DCK | Create and compile appendices for document submission. | 2.10 | 243.60 |
| 11/20/2015 | LSC | Correspondence with D. Khoury regarding appendices and assembly of remaining volumes (.3) and review documents in connection with the same (.7). | 1.00 | 212.00 |
| 11/20/2015 | RR | Research regarding 11th Cir. response/reply and review draft of same. | 3.80 | 1,763.20 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/23/2015 | CWS | Review draft 11th Circuit Brief received from Robbin Rahman (1.0); review earlier briefs regarding same (1.3). | 2.30 | 1,536.40 |
| 11/23/2015 | DCK | Create and compile appendices for document submission. | 2.00 | 232.00 |
| 11/24/2015 | CWS | Prepare 11th Circuit Brief (1.0); review record regarding policy arguments under Travelers policy (.6); emails and conferences with Robbin Rahman regarding Brief (.3); research and analysis regarding prior notice exclusion for incorporation into brief (2.3). | 4.20 | 2,805.60 |
| 11/27/2015 | CWS | Review developments regarding 'Claim' definition in connection with preparation of 11th Circuit Brief (4.5); prepare Brief's arguments regarding prior acts exclusions (4.5). | 9.00 | 6,012.00 |
| 11/27/2015 | RR | Review and revise appeal response/reply per comments of C. Spangenberg. | 5.60 | 2,598.40 |
| 11/28/2015 | CWS | Prepare 11th Circuit Brief regarding summary of argument (1.0); review regarding Statement of Facts and record (1.5); prepare factual rebuttals and cites for 11th Circuit Brief (2.0); prepare allocation arguments and associated supplemental research (3.0). | 7.50 | 5,010.00 |
| 11/29/2015 | CWS | Prepare 11th Circuit Brief regarding prior notice arguments and associated developments (7.0). | 7.00 | 4,676.00 |
| 11/30/2015 | CWS | Revise 11th Circuit Brief (1.0); conference with Robbin Rahman regarding further revisions and outstanding issues concerning 11th Circuit Brief (.3). | 1.30 | 868.40 |
| 11/30/2015 | RR | Conference with C. Spangenberg regarding 11th cir. response/reply brief (.6); review and revise response/reply brief regarding same (6.2). | 6.80 | 3,155.20 |
| 12/01/2015 | CWS | Prepare 11th Circuit Brief (3.3); supplemental research and analysis of cases regarding same (2.0); conferences with Robbin Rahman regarding same (.7). | 6.00 | 4,008.00 |
| 12/01/2015 | RR | Review and revise 11th Cir. Brief per comments of C. Spangenberg (6.4); conferences with C. Spangenberg and L. Canty regarding same (.8); research regarding same (1.2). | 8.40 | 3,897.60 |
| 12/02/2015 | CWS | Review, draft and revise 11th Circuit Brief. | 4.40 | 2,939.20 |
| 12/02/2015 | RR | Review and revise 11th Cir Brief (5.2); conferences with C. Spangenberg regarding same (.8): review and analyze west check reports and related research (1.2) | 7.20 | 3,340.80 |
| 12/02/2015 | TCM | Email exchange with Robbin Rahman regarding brief status. | 0.10 | 69.60 |
| 12/03/2015 | ASL | Review and revise response and reply brief in 11th Circuit appeal of USSIC litigation (1.1); further review and revision of response and reply brief (6.1). | 7.20 | 5,011.20 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/03/2015 | CWS | Review updated cite check results for 11th Circuit Brief (.3); related revisions to 11th Circuit Brief (.5); review regarding record issues and revisions to 11th Circuit Brief (1.0); conferences with Al Lurey regarding revisions to brief (.8); prepare revised 11th Circuit Brief (4.0). | 6.60 | 4,408.80 |
| 12/03/2015 | LSC | Research and correspondence with respect to various issues in connection with reply brief. | 1.00 | 212.00 |
| 12/03/2015 | RR | Review and revise 11th Cir. Brief, including comments from A. Lurey and C. Spangenberg. | 9.30 | 4,315.20 |
| 12/03/2015 | TCM | Email exchange with Robbin Rahman regarding brief. | 0.10 | 69.60 |
| 12/04/2015 | ASL | Review revisions to 11th Cir. rules effective 12/1/2015 (.2); email to Mr. Rahman, Ms. Spangenberg and Ms. Canty regarding same (.1); conference with Mr. Meyers regarding his comments on brief (.4); email to Ms. Spangenberg and Mr. Rahman regarding same (.2). | 0.90 | 626.40 |
| 12/04/2015 | CWS | Prepare, review and revise 11th Circuit Brief (7.4); review and execute revised Certificate of Interested Parties and Corporate Disclosure Statement for filing (.2); review Supplemental Appendix (.3); conferences with Robbin Rahman regarding 11th Circuit Brief (.8). | 8.70 | 5,811.60 |
| 12/04/2015 | DMG | Review Supplemental Appendix for content and conformation to appellate rules. | 0.30 | 70.80 |
| 12/04/2015 | LSC | Assist with preparation and filing of 11th Circuit response and reply brief, including review and numerous revisions to same, research regarding same, correspondence regarding the same, and preparation and filing of Amended Certificate of Interested Persons and Corporate Disclosure Statement. | 7.00 | 1,484.00 |
| 12/04/2015 | RR | Review and revise 11th Cir. appeal brief, including comments from A. Lurey, C. Spangenberg, T. Meyers and others and attention to finalization and filing of same. | 6.50 | 3,016.00 |
| 12/04/2015 | TCM | Review defendant opening response brief (1.5); review and revise and edit our reply brief (1.5); conference with Al Lurey regarding same (.4); email exchange with Al Lurey regarding same (.1); further emai exchanges with team regarding brief (.2); review revised brief (.2). | 3.90 | 2,714.40 |
| 12/05/2015 | CWS | Review notices from 11th Circuit regarding certificate of interested parties and disclosure statement (.1); review notices from 11th Circuit regarding Appellants' / Cross-Appellees' Response Brief (.1); review Brief as filed (.2). | 0.40 | 267.20 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/07/2015 | CWS | Review and execute supplemental appendix and certificates to 11th Circuit Brief (.1); review supplemental appendix (.1); conference with Robbin Rahman regarding service of 11th Circuit Brief (.1). | 0.30 | 200.40 |
| 12/07/2015 | LSC | Prepare and electronically file supplemental appendix and correspondence regarding the same (.8); prepare and coordinate delivery of copies of brief and supplemental appendix to 11th Circuit (1.4). | 2.20 | 466.40 |
| 12/07/2015 | RR | Review and analyze appendix to 11th Circuit Response/Reply brief (1.5); attention to filing same (.3). | 1.80 | 835.20 |
| 12/10/2015 | CWS | Telephone call from Joe Bailey regarding extension to file brief (.1); emails with team regarding Joe Bailey's request (.1); review request and draft proposed order granting same (.1). | 0.30 | 200.40 |
| 12/10/2015 | TCM | Email exchanges regarding request for extension. | 0.10 | 69.60 |
| 12/21/2015 | CWS | Review order granting USSIC's extension on filing brief. | 0.10 | 66.80 |
| 12/23/2015 | CWS | Review notice from 11th Circuit and emails regarding same. | 0.10 | 66.80 |
| 01/05/2016 | CWS | Review notice regarding appellee's cross-reply brief. | 0.10 | 70.00 |
| 01/06/2016 | CWS | Review notice from Eleventh Circuit(.1); analysis of USSIC reply brief (1.3); conference with Robbin Rahman regarding same and oral argument preparation (.3). | 1.70 | 1,190.00 |
| 01/06/2016 | RR | Review and analyze reply brief of USSIC. | 1.00 | 488.00 |
| 01/13/2016 | TCM | Review reply. | 0.80 | 585.60 |
| | | ***Task Subtotal*** | **295.30** | **149,291.60** |

## B190 - Litigation General Summary

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| CWS | C. W. Spangenberg | 78.90 | 668.00 | 52,705.20 |
| CWS | C. W. Spangenberg | 1.80 | 700.00 | 1,260.00 |
| TCM | T. C. Meyers | 4.80 | 696.00 | 3,340.80 |
| TCM | T. C. Meyers | 0.80 | 732.00 | 585.60 |
| RR | Robbin Rahman | 165.10 | 464.00 | 76,606.40 |
| RR | Robbin Rahman | 1.00 | 488.00 | 488.00 |
| ASL | A. S. Lurey | 11.50 | 696.00 | 8,004.00 |
| LSC | La Asia S. Canty | 25.70 | 212.00 | 5,448.40 |
| DMG | Dianne Gugliuzza | 1.60 | 236.00 | 377.60 |

| Summary | Timekeeper Name | | Hours | Rate/Hour | Amount |
|---------|-----------------|--|-------|-----------|--------|
| DCK | Diana C. Khoury | | 4.10 | 116.00 | 475.60 |
| | **Task Subtotal** | | **295.30** | | **149,291.60** |

## All Tasks Summary

| Summary | Timekeeper Name | | Hours | Rate/Hour | Amount |
|---------|-----------------|--|-------|-----------|--------|
| TCM | T. C. Meyers | | 0.80 | 732.00 | 585.60 |
| TCM | T. C. Meyers | | 4.80 | 696.00 | 3,340.80 |
| CWS | C. W. Spangenberg | | 1.80 | 700.00 | 1,260.00 |
| CWS | C. W. Spangenberg | | 78.90 | 668.00 | 52,705.20 |
| ASL | A. S. Lurey | | 11.50 | 696.00 | 8,004.00 |
| RR | Robbin Rahman | | 1.00 | 488.00 | 488.00 |
| RR | Robbin Rahman | | 165.10 | 464.00 | 76,606.40 |
| LSC | La Asia S. Canty | | 25.70 | 212.00 | 5,448.40 |
| DMG | Dianne Gugliuzza | | 1.60 | 236.00 | 377.60 |
| DCK | Diana C. Khoury | | 4.10 | 116.00 | 475.60 |
| | | **Totals** | **295.30** | | **$149,291.60** |

*Other Charges:*

| | | |
|---|---|---|
| 10/08/2015 | Ship Inpax - To/From U.S. Court of Appeals 9/18/15 | 48.25 |
| 10/15/2015 | DTI- 117 Tabs- Custom. | 63.18 |
| 10/19/2015 | Westlaw On-Line Legal Research | 18.80 |
| 10/26/2015 | Westlaw On-Line Legal Research | 55.10 |
| 11/12/2015 | Westlaw On-Line Legal Research | 17.80 |
| 11/18/2015 | Westlaw On-Line Legal Research | 19.80 |
| 11/19/2015 | Westlaw On-Line Legal Research | 17.80 |
| 11/30/2015 | Westlaw On-Line Legal Research | 8.90 |
| 12/01/2015 | Westlaw On-Line Legal Research | 1.90 |
| 12/01/2015 | Westlaw On-Line Legal Research | 64.60 |
| 12/02/2015 | Westlaw On-Line Legal Research | 9.90 |
| 12/30/2015 | Inpax Shipping Solutions - To/From 11th Circuit Court of Appeals 12/7/15 | 35.98 |

*Other Charges:*

    Databases On-Line Legal Research                    132.50

                            **Total Other Charges**        **$494.51**

**TOTAL AMOUNT DUE THIS INVOICE**                  **$149,786.11**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Application was served (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case; and (ii) via electronic mail on all parties on the attached Service List on the 17th day of March, 2016.

_/s/ Todd C. Meyers_____
Todd C. Meyers

US2008 11083268 2

***BANKUNITED FINANCIAL CORPORATION et al.***
**CASE NO. 09-19940-LMI**

<u>**ECF SERVICE LIST**</u>

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

Vincent F Alexander on behalf of Plaintiff Official Committee of Unsecured Creditors of BankUnited Financial Corporation and Related Debtors
vfa@kttlaw.com, lf@kttlaw.com

Brett M Amron on behalf of Debtor BankUnited Financial Corporation
bamron@bastamron.com , jeder@bastamron.com dquick@bastamron.com
kparrales@bastamron.com jmiranda@bastamron.com afiorentino@bastamron.com

Johanna Armengol on behalf of U.S. Trustee Office of the US Trustee
Johanna.Armengol@usdoj.gov  johanna.armengol@usdoj.gov

Paul J. Battista on behalf of Creditor Alfred Camner
pbattista@gjb-law.com , gjbecf@gjb-law.com

Mark D. Bloom on behalf of Debtor BankUnited Financial Corporation
bloomm@gtlaw.com, MiaLitDock@gtlaw.com, miaecfbky@gtlaw.com reisinoa@gtlaw.com

Mark D. Bloom on behalf of Plaintiff BU Realty Corporation
bloomm@gtlaw.com  MiaLitDock@gtlaw.com miaecfbky@gtlaw.com reisinoa@gtlaw.com

Francis L. Carter on behalf of Mediator Francis Carter
flc@katzbarron.com  lcf@katzbarron.com

Shawn M Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com

City of Homestead, FL
dgonzales@wsh-law.com

City of Miramar, FL
dgonzales@wsh-law.com

John R. Dodd on behalf of Plaintiff BankUnited Financial Corporation
doddj@gtlaw.com  miaecfbky@gtlaw.com mialitdock@gtlaw.com

Stephen P. Drobny on behalf of Debtor BankUnited Financial Corporation
sdrobny@shutts.com  mvandenbosch@shutts.com

Douglas R. Gonzales on behalf of Creditor City of Homestead, FL
dgonzales@wsh-law.com

Matthew D Grosack on behalf of Creditor Federal Deposit Insurance Corporation,
mgrosack@mwe.com

Scott M. Grossman on behalf of Debtor BankUnited Financial Corporation
grossmansm@gtlaw.com  postiyr@gtlaw.com  postiyr@gtlaw.com  MiaLitDock@gtlaw.com
FTLLitDock@GTLaw.com  miaecfbky@gtlaw.com

Scott M. Grossman on behalf of Interested Party BankUnited Financial Services, Incorporated
grossmansm@gtlaw.com  jacksont@gtlaw.com  MiaLitDock@gtlaw.com
miaecfbky@gtlaw.com

Robert J Hauser on behalf of Creditor CF West Palm Office L.P.
hauser@beasleylaw.net  lundstrom@beasleylaw.net

Hollie N Hawn on behalf of Creditor Broward County Revenue Collector
hhawn@broward.org

Brian W Hockett on behalf of Interested Party BankUnited, FSB ("New Bank")
bhockett@thompsoncoburn.com

Christina M Kennedy on behalf of Creditor Deutsche Bank National Trust Company
ckennedy@foley.com  mdlee@foley.com

Jeffrey T. Kucera on behalf of Creditor Camden Asset Management
jeffrey.kucera@klgates.com  maxine.lewis@klgates.com  miamidocketing@klgates.com

Peter H Levitt on behalf of Debtor BankUnited Financial Corporation
plevitt@shutts-law.com

Corali Lopez-Castro on behalf of Creditor Committee Creditors Committee
clc@kttlaw.com  rcp@kttlaw.com

Todd C Meyers on behalf of Creditor Committee Official Committee of Unsecured Creditors
tmeyers@kilpatricktownsend.com  rrahman@kilpatricktownsend.com
lcanty@kilpatricktownsend.com  mlangford@kilpatricktownsend.com

Miami-Dade County Tax Collector
mdtcbkc@miamidade.gov

US2008 11083268 2

Timothy J Norris on behalf of Creditor Tricadia CDO Management, LLC
tjnorris@duanemorris.com

Dennis A. Nowak on behalf of Interested Party Humberto Lopez
dnowak@fowler-white.com   agrage@fowler-white.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Geoffrey T Raicht on behalf of Defendant Federal Deposit Insurance Corporation, as Receiver
for BankUnited, FSB
graicht@mwe.com   rrodriguez@mwe.com   nhazan@mwe.com   kotero@mwe.com
wjanke@mwe.com   akratenstein@mwe.com   trodriguez@mwe.com
wernick@hugheshubbard.com

Patricia A Redmond on behalf of Interested Party BankUnited, FSB ("New Bank")
predmond@stearnsweaver.com   jrivera@stearnsweaver.com   rross@stearnsweaver.com
mmesones-mori@stearnsweaver.com   dillworthcdp@ecf.epiqsystems.com

Raquel A Rodriguez on behalf of Creditor Federal Deposit Insurance Corporation,
rrodriguez@mwe.com   mgrosack@mwe.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

David Samole on behalf of Creditor Committee Official Committee of Unsecured Creditors
das@kttlaw.com   mc@kttlaw.com   ycc@kttlaw.com

Michael C Sontag on behalf of Debtor BankUnited Financial Corporation
msontag@clplaw.net

Jonathan C. Vair on behalf of Interested Party Lawrence Blum
jvair@stearnsweaver.com   cgraver@stearnsweaver.com   tcotter@stearnsweaver.com
rross@stearnsweaver.com   mmesones-mori@stearnsweaver.com

Mark J Wolfson on behalf of Creditor Deutsche Bank National Trust Company
mwolfson@foley.com   btanner@foley.com;jhayes@foley.com

Andrew D. Zaron on behalf of Creditor U.S. Bank, N.A.
andrew.zaron@dlapiper.com   jacqueline.figueroa@dlapiper.com   monica.tucker@dlapiper.com
ann.deboer@dlapiper.com

US2008 11083268 2

**<u>Via Electronic Mail to:</u>**

clifford.zucker@cohnreznick.com
jfink@uneq.net
msole@hudsonbaycapital.com
scimalore@wilmingtontrust.com